# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE; NAACP ST. LOUIS COUNTY; MISSIONARY BAPTIST STATE CONVENTION OF MISSOURI; TWO WRASSLIN' CATS ACCORD; OUT ACCOUNTABILITY PROJECT; BERKSHIRE RESOURCES FOR INTEGRATION OF DIVERSE GROUPS AND EDUCATION; NAACP STATE CONFERENCE COLORADO-MONTANA-WYOMING; PEACEMAKERS LODGE; PIKES PEAK SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE 1; WELLSPRING HEALTH ACCESS; and HAITIAN COMMUNITY HELP & SUPPORT CENTER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General of the United States; and U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | Case No. 25-CV-13115 (IT) |

## NOTICE OF APPEARANCE

Kyle R. Freeny hereby enters her appearance on behalf of all Plaintiffs in the above-captioned matter, her Motion for Pro Hac Vice Admission having been granted.

Dated: October 29, 2025

            Respectfully Submitted,

            /s/ *Kyle R. Freeny*
            Kyle R. Freeny*
            (DC Bar No. 1684764)
            WASHINGTON LITIGATION GROUP
            1717 K Street NW
            Washington, DC 20006
            Telephone: (202) 521-8750
            KFreeny@WashingtonLitigationGroup.org

-1-

-2-

> Ana Muñoz
> (Mass. Bar No. 569233)
> ZALKIND DUNCAN & BERNSTEIN LLP
> 2 Oliver Street, Suite 200
> Boston, MA 02110
> Telephone: (617) 742-6020
> AMunoz@ZalkindLaw.com
>
> *Counsel for Plaintiffs*
>
> *\* Admitted Pro Hac Vice*

October 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by electronic filing on the above date.

> /s/ *Kyle R. Freeny*
> Kyle R. Freeny