AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| ETHICAL SOCIETY OF POLICE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13115-IT |
| PAMELA BONDI, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Members of Congress                                                                       .

Date:    12/05/2025                                           /s/ Shoba Pillay
                                                            *Attorney's signature*

                                                Shoba Pillay, BBO No. 659739
                                                *Printed name and bar number*
                                                    353 N Clark Street
                                                    Chicago, IL 60654

                                                        *Address*

                                                    SPillay@jenner.com
                                                    *E-mail address*

                                                    (312) 222-9350
                                                    *Telephone number*

                                                    (312) 527-0484
                                                    *FAX number*