AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Case No. 25-CV-13115 (IT) |
| PAMELA J. BONDI, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Leadership Conference on Civil and Human Rights & 101 Civil Rights and Community Organizations.

Date:    12/05/2025

/s/ Steven M. Stimell
*Attorney's signature*

Steven M. Stimell (BBO No. 551447)
*Printed name and bar number*

Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
*Address*

steven.stimell@bclplaw.com
*E-mail address*

(212) 541-2042
*Telephone number*

(212) 541-4630
*FAX number*