UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ETHICAL SOCIETY OF POLICE, *et al.*,

                *Plaintiffs*,

    v.

PAMELA J. BONDI, *et al.*,

                *Defendants*.

Case No. 25-CV-13115 (IT)

Hon. Indira Talwani
United States District Judge

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE
THE LEADERSHIP CONFERENCE ON CIVIL AND HUMAN RIGHTS,
AND 101 CIVIL RIGHTS AND COMMUNITY ORGANIZATIONS
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Proposed Amici Curiae The Leadership Conference on Civil and Human Rights, and 101 Civil Rights and Community Organizations (collectively, "Amici"), respectfully request leave to file the attached brief and appendices in support of Plaintiff's Motion for a Preliminary Injunction. *See* Dkt. No. 32 (Plaintiffs' Motion for Preliminary Injunction); Dkt. No. 35 (Plaintiffs' Memorandum of Law in Support of Motion).

This proposed brief of Amici presents material that is relevant to the disposition of the issues before this Court and provides additional information necessary to ensure a complete record for this Court's consideration. *See* Fed. R. Civ. P. 7(b) (permitting requested relief upon a written motion); *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College,* 308 F.R.D. 39, 52 (D. Mass. 2015) ("The role of an *amicus curiae,* meaning 'friend of the court,' is to 'assist the court "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'"); *Arkansas Teacher Retirement System v. State Street Bank and Trust Company,* 523 F.Supp.3d 181, 193 (D. Mass. 2018) ("District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (citing *Conservation Cong. v. United States Forest Serv.,* No. 2:14-CV-2228-GEB-AC, 2015 WL 300754, at *1 (E.D. Cal. Jan. 22, 2015)).

Amicus curiae The Leadership Conference on Civil and Human Rights is the nation's oldest and largest civil rights coalition, with a diverse membership of more than 240 national organizations working to build an America as good as its ideals. Since its founding in 1950, The Leadership Conference has helped to secure the passage of every major civil rights law, from the

Civil Rights Acts of 1957 and 1964, to the Americans with Disabilities Act, and many more. The remaining 101 amici, listed in **Appendix 1**, are an alliance of community-based organizations, faith networks, civil-rights nonprofits, educational associations, and public-safety leaders that have worked directly with CRS, relied on its services, or value and support CRS's work.

Because of their expertise both in and out of the courts on matters of civil rights and how it shapes public policy, Amici are uniquely positioned to assist the Court in understanding and appreciating the impact that agencies such as CRS have in upholding civil rights in communities across the country, both on a legal and practical level. Amici's experience fighting for justice in communities across the country also affords insight into the significant and ongoing harm that shuttering CRS causes.

Although the local rules do not address the issue of amicus curiae briefs, federal district "courts have inherent authority and discretion to appoint amici." *Boston Gas Co. v. Century Indem. Co.*, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006). Amici's perspective will provide "supplementary assistance to existing counsel" and provide this Court with "complete and plenary presentation of difficult issues" as it considers the parties' arguments. *See Students for Fair Admissions, Inc.,* 308 F.R.D. at 52. Amici have received consent to this filing from Plaintiffs' and Defendants' counsel of record.

## CONCLUSION

For the foregoing reasons, Amici respectfully request that this Court grant leave for them to submit the concurrently filed brief and appendices.

Dated: December 5, 2025               Respectfully submitted,

                                                   BRYAN CAVE LEIGHTON PAISNER LLP

                                                   */s/ Steven M. Stimell*
                                                 Steven M. Stimell (BBO No. 551447)
                                                 1290 Avenue of the Americas
                                                 New York, NY 10104
                                                 (212) 541-2042
                                                 Steven.stimell@bclplaw.com

                                                 Saurish Appleby-Bhattacharjee*
                                                 (Cal. Bar No. 286284; Ill. Bar No. 6348610)
                                                 Arti Sahajpal (Ill. Bar No. 6353697)
                                                 161 N. Clark Street, Suite 4300
                                                 Chicago, IL 60601
                                                 (312) 602-5000
                                                 saurish@bclplaw.com

                                                 Kevin Jenco (Mo. Bar No. 74056)
                                                 Hannah Wissler Demand (Mo. Bar No. 74911)
                                                 Emily Seidl (Mo. Bar No. 78200)
                                                 211 N. Broadway #3600
                                                 St. Louis, MO 63102
                                                 (314) 259-2000

                                                 *Counsel for Amici Curiae The Leadership Conference on Civil and Human Rights, and 101 Civil Rights and Community Organizations*

                                                 *\*Application for admission pro hac vice Forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion and attachments, which were filed with the Court through the CM/ECF system on December 5, 2025, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                               */s/ Steven M. Stimell*
                                               Steven M. Stimell