**Appendix 1**
**List of Amici Curiae**

The Leadership Conference on Civil and Human Rights

7 Directions of Service

AAPI Equity Alliance

Advancing Connecticut Together

Advocates for Trans Equality Education Fund

Advocating 4 Kids

Alaska Black Caucus

Alaska Native Women's Resource Center

American Association of People with Disabilities

American Atheists, Inc.

American Humanist Association

American Indian Movement of Montana

Arab American Institute

Asian Americans Advancing Justice

Asian Americans Advancing Justice Southern California

Asian Law Caucus

Association of Adventist Forum

Autistic Self Advocacy Network

Bend the Arc: A Jewish Partnership for Justice

Billings Stronger Together

Black Lives Matter Utah Chapter

Blue Springs-Hoke County Community Development Corporation

California Rural Legal Assistance, Inc.

Central Arkansas Pride

Champagne Urbana Reparation Coalition

Charlotte Gaymers Network

Chicago United for Equity

Chinese for Affirmative Action

Coalition Against Hate Crimes

Coalition for a Better Chinese American Community

Colorado Council of Churches

Common Cause

Council of American-Islamic Relations Michigan

Delaware Human & Civil Rights Commission

Disability Rights Education and Defense Fund

Doylestown, PA Human Relations Commission

Dr. Martin Luther King, Jr. Colorado Holiday Commission

EPIC Disability Advocacy

Equal Justice Society

Friends Committee on National Legislation

GLSEN

Goffstown Community Safety Task Force

Hindus for Human Rights

Holocaust and Human Rights Center of Maine

Honesty for Ohio Education

Human Rights Campaign Foundation

Human Rights First

Impact Fund

Institute for American Policing Reform

Intermountain Fair Housing Council, Inc.

Japanese American National Museum

Jewish Council for Public Affairs

Judge David L. Bazelon Center for Mental Health Law

Justice Connection

Lambda Legal Defense & Education Fund, Inc.

LatinoJustice PRLDEF

Lawyers' Committee for Civil Rights Under Law

Love Lives in Seekonk

Massachusetts Law Reform Institute

Matthew Shepard Foundation

Mediators Beyond Borders

Minnesota Justice Coalition

Muslim Public Affairs Council

National Association for Community Mediation

National Association of Social Workers

National Bar Association

National Council of Jewish Women

National Health Law Program

National Organization for Women Foundation

National Partnership for Women & Families

National Tongan American Society

National Urban League

NETWORK Lobby for Catholic Social Justice

New England Arab American Organization

Not In Our Town

NYC LGBTQS Chamber of Commerce

OCA-Asian Pacific American Advocates

ODR.com, Inc. (Mediate.com)

Peace Through Action USA

Pennsylvania Human Relations Commission

People's Advisory Board for New Educational and Economic Goodwill

People's Food Sovereignty Program

PFLAG Charlotte

PM3 University LLC

Poverty & Race Research Action Council

Public Advocacy for Kids

Raleigh Boots on the Ground

Red Medicine LLC

Robert F. Kennedy Human Rights Center

Rocky Mountain Equality

Sankofa African Heritage Awareness of Wyoming

Sikh American Legal Defense and Education Fund

Southern Poverty Law Center

Stop AAPI Hate

The Peace Center

The Sikh Coalition

The Workers Circle

UnidosUS

Vermont Student Anti-Racism Network

West Hartford Pride

Westover Hills Presbyterian Church

Youth Oasis