**Appendix 2**
**Examples of CRS's Work Throughout the Decades**

| Year[1] | Description[2] | Source |
|---|---|---|
| 1964 | The Civil Rights Act of 1964 is signed into law, establishing the Community Relations Service (CRS) pursuant to Title X. | Pub. L. 88–352, title X, § 1002 (July 2, 1964); 42 U.S.C. § 2000g-1, *et seq.* |
| 1965 | In a "black belt" town[3] amid violent opposition to African American voter registration. CRS successfully negotiated a plan to ensure equal access to voter registration and African American participation in local government. | CRS 1965 Annual Report to Congress, at 8-11: https://tinyurl.com/2rm3732r |
| | CRS helped ease tensions in a Northeastern town following the killing of a white shop owner in a robbery and the subsequent murder of an African American individual at a tavern through assuaging fears about a crime wave and helping town officials effectively communicate with citizens. | CRS 1965 Annual Report to Congress, at 11-13: https://tinyurl.com/2rm3732r |
| | CRS reduced tensions in a Deep South town and assisted a civil rights group to hold peaceful demonstrations testing discrimination laws at local businesses. CRS also coordinated efforts to increase employment for African Americans in the area and helped local schools create voluntary desegregation plans. | CRS 1965 Annual Report to Congress, at 13-16: https://tinyurl.com/2rm3732r |
| | CRS's request to a National Citizens Committee for Community Relations member to investigate a housing discrimination claim resulted in the community member pushing the passage of the first fair-housing ordinance in a Southern community. | CRS 1965 Annual Report to Congress, at 32: https://tinyurl.com/2rm3732r |

---

[1] CRS engagements can be as short as weeks or months, or continue over several years. Where the source for a particular event is a CRS annual report (which covers the preceding US Fiscal Year) and precise dates are unclear or not otherwise readily discernible, this appendix cites the year of the annual report.

[2] These entries provide only a brief summary of a specific CRS engagement. But these summaries do not (and cannot) encapsulate the full extent of CRS' extensive, ongoing efforts to confront and mitigate crises in communities nationwide.

[3] In many CRS reports, the locations and groups involved are anonymized to comply with CRS' confidentiality mandate. *See* 42 U.S.C. § 2000g-2(b). While many incidents can be gleaned from context and historical information, others are not readily so.

| Year | Description | Source |
|---|---|---|
| 1965 (cont'd) | CRS participated in the Task Force on Urban Summer Problems. CRS's efforts as part of the Task Force included communicating with community members and local government leaders about federal programs available to help alleviate local economic and social problems, dedicating a special consultant to help develop police-community relations programs for cities experiencing tension between police and community, and consulting with news organizations on appropriate handling of news related to race-based incidents. | CRS 1965 Annual Report to Congress, at 28-30: https://tinyurl.com/2rm3732r |
| | CRS worked with business magazine publishers, the Equal Employment Opportunity Commission (EEOC), and others to distribute civil rights editorials in business press outlets. | CRS 1965 Annual Report to Congress, at 33: https://tinyurl.com/2rm3732r |
| | A Northwestern city attorney and chairman of the local human relations commission cooperated with CRS in resolving a tense police-community relations problem in the community. | CRS 1965 Annual Report to Congress, at 33: https://tinyurl.com/2rm3732r |
| | CRS assisted the Office of Economic Opportunity (OEO) resolve serious disputes over representation questions on Community Action Program Advisory Boards. | CRS 1965 Annual Report to Congress, at 33: https://tinyurl.com/2rm3732r |
| | CRS provided advice to various federal agencies, including the Department of Labor, OEO, and the Department of Health, Education and Welfare, on community relations issues related to the effectiveness of federal programs. | CRS 1965 Annual Report to Congress, at 34: https://tinyurl.com/2rm3732r |
| 1966 | In an Eastern city of about 60,000, CRS negotiated the creation of a new human relations commission with minority members who reflected the community, the creation of a community relations division within the police department and brought together civil rights leaders with business leaders to establish on-the-job training programs. | CRS 1966 Annual Report to Congress, at 9: https://tinyurl.com/4awyhdkm |

| Year | Description | Source |
|------|-------------|--------|
| 1966 (cont'd) | After protests by African American youth in a Northern city over employment discrimination, CRS worked with local business leaders to ensure that jobs in retail and banking were made available to minority applicants. | CRS 1966 Annual Report to Congress, at 10: https://tinyurl.com/4awyhdkm |
| | CRS served as a community relations consultant to a Miami-based federal task force to assist in reducing tensions between incoming Cuban refugees and the local community. | CRS 1966 Annual Report to Congress, at 10: https://tinyurl.com/4awyhdkm |
| | A CRS team was able to convince an anti-busing organization in a Northern town to cancel a provocative and potentially charged planned march through an African American neighborhood and arranged for the group to meet with school board officials instead of engaging in confrontational forms of protest. | CRS 1966 Annual Report to Congress, at 11: https://tinyurl.com/4awyhdkm |
| | In a Southern Ku Klux Klan stronghold with a population of around 20,000, following the attack and serious injury of a civil rights leader and ensuing economic boycotts of local businesses, CRS field representatives helped negotiate the terms of an agreement to end the boycott and address the grievances of the African American population, including the hiring of African American police officers, desegregation of city-operated public facilities, and a school desegregation plan. | CRS 1966 Annual Report to Congress, at 12-13: https://tinyurl.com/4awyhdkm |
| | In a small Southern town, CRS helped African American community members communicate with local government, leading to the passage of a local nondiscrimination ordinance. | CRS 1966 Annual Report to Congress, at 11: https://tinyurl.com/4awyhdkm |
| | After civil rights demonstrations led to backlash from the city government of an Eastern seaboard town of 18,000, CRS successfully brought both sides to the negotiating table, leading to the adoption of several proposals to deal with major issues of controversy among the community, including representation by African Americans on community relations boards, improved police training, and enforcement of anti-blight ordinances in areas of concern to the community. | CRS 1966 Annual Report to Congress, at 14: https://tinyurl.com/4awyhdkm |
| | CRS brought together school board officials and civil rights demonstrators for constructive dialogue in the suburbs of a major metropolis. | CRS 1966 Annual Report to Congress, at 14: https://tinyurl.com/4awyhdkm |

| Year | Description | Source |
|------|-------------|--------|
| 1966 (cont'd) | After an Indigenous American was arrested by state officials for hunting on ancestral lands and Indigenous American protestors planned "hunt-ins" to challenge what they argued were violations of longstanding treaties, CRS representatives assisted the group in obtaining pro bono legal representation to pursue their treaty claims and prevent what could have turned into a violent encounter with state law enforcement. | CRS 1966 Annual Report to Congress, at 14-15: https://tinyurl.com/4awyhdkm |
| | CRS helped the Vice President's Office design the program for the Youth Opportunity Task Force which operated during the summer of 1966 | CRS 1966 Annual Report to Congress, at 18: https://tinyurl.com/4awyhdkm |
| | CRS brought the mayor of a Midwest city into contact with representatives from the Department of Housing and Urban Development (HUD), OEO, and the Department of Labor, resulting in a HUD task force to alleviate poverty and local tension-causing disparity among minority communities. | CRS 1966 Annual Report to Congress, at 18: https://tinyurl.com/4awyhdkm |
| | The Department of Defense (DOD) requested and was furnished with information concerning community relations in the vicinity of certain military bases. DOD also requested and was given a review of community relations regulations issued to base commanders. | CRS 1966 Annual Report to Congress, at 18: https://tinyurl.com/4awyhdkm |
| | HUD requested and received suggestions from CRS for an affirmative action program to assure adequate desegregation in housing and community facilities. | CRS 1966 Annual Report to Congress, at 18: https://tinyurl.com/4awyhdkm |
| | OEO obtained advice from CRS regarding tension developing over an OEO program in a large East Coast city. | CRS 1966 Annual Report to Congress, at 19: https://tinyurl.com/4awyhdkm |
| | CRS alerted HUD to a developing community conflict between civil rights groups and the housing authority in a Southern city where several HUD projects were involved. | CRS 1966 Annual Report to Congress, at 19: https://tinyurl.com/4awyhdkm |
| | When a successful tutoring service conducted by civil rights groups in a Midwest city for approximately 900 high school students was in financial difficulty, CRS helped in obtaining partial funding from OEO. | CRS 1966 Annual Report to Congress, at 19: https://tinyurl.com/4awyhdkm |

| Year | Description | Source |
|---|---|---|
| 1966 (cont'd) | CRS referred a highly successful locally designed program to motivate disadvantaged high school students to the Office of Education for dissemination to other interested communities. | CRS 1966 Annual Report to Congress, at 19: https://tinyurl.com/4awyhdkm |
| 1967 | CRS produced a documentary film detailing the efforts at Mercer University to prepare communities for successful school desegregation. | CRS 1966 Annual Report to Congress, at 20-21: https://tinyurl.com/4awyhdkm |
| | In a populous Western city with strained relations between the Mexican American minority and police, CRS field representatives organized a conference between police and community members, resulting in the formation of several community police advisory councils and regular community-police meetings. | CRS 1967 Annual Report to Congress, at 5: https://tinyurl.com/mpfndftx |
| | CRS conducted detailed studies and evaluations of police-community relation endeavors at the request of mayors and local officials in several cities, spending hundreds of hours observing and providing policy recommendations to improve relations. | CRS 1967 Annual Report to Congress, at 5-6: https://tinyurl.com/mpfndftx |
| | CRS worked with the Department of Labor to create a job training program in a Midwestern city with a history of protests based on racial economic inequities. | CRS 1967 Annual Report to Congress, at 6-7: https://tinyurl.com/mpfndftx |
| | CRS researched and provided information to a national conference about innovative employment and training projects aimed at reducing economic racial inequities that cause community tension. | CRS 1967 Annual Report to Congress, at 8: https://tinyurl.com/mpfndftx |
| | CRS assisted HUD in identifying cities suitable for city planning grants aimed at reducing inadequate housing conditions. | CRS 1967 Annual Report to Congress, at 8: https://tinyurl.com/mpfndftx |
| | In a large Midwestern city, CRS negotiated with public housing tenants who planned a rent strike of a high-rise public housing project due to neglect of the premises by the housing authority. CRS brought both parties to the table, resulting in the rent strike being called off. CRS also contacted HUD, resulting in a decision to allocate funds for renovation, improvements, and maintenance of the housing project. | CRS 1967 Annual Report to Congress, at 8-9: https://tinyurl.com/mpfndftx |

| Year | Description | Source |
|---|---|---|
| 1967 (cont'd) | CRS assisted officials from a major Southern city rewrite a proposal to HUD, enabling them to secure a grant to install a drainage and sewer system in a poor African American neighborhood. | CRS 1967 Annual Report to Congress, at 9: https://tinyurl.com/mpfndftx |
| | CRS helped members of minority communities in a Northern city advocate for a role in choosing and evaluating teachers for a newly desegregated school. As a result, the school board invited the community-selected committee to participate in reviewing standards and making removal recommendations. | CRS 1967 Annual Report to Congress, at 9: https://tinyurl.com/mpfndftx |
| | CRS helped news media in dozens of cities connect with African American and other community leaders to ensure their perspectives were included in public discussions. | CRS 1967 Annual Report to Congress, at 10: https://tinyurl.com/mpfndftx |
| | CRS gathered and compiled information for distribution to city administrators to assist in developing summer swimming programs for inner-city youths. | CRS 1967 Annual Report to Congress, at 12: https://tinyurl.com/mpfndftx |
| | Acting on information from civil rights organizations that a radical group had discussed the assassination of a civil rights leader, CRS contacted police who provided protection of the civil rights leader. | CRS 1967 Annual Report to Congress, at 12: https://tinyurl.com/mpfndftx |
| 1968 | CRS media specialists helped organize and participated in local and regional workshop conferences for news media representatives, minority group spokesmen, public officials, and human relations specialists in 20 cities across the nation. | CRS 1968 Annual Report to Congress, at 4: https://tinyurl.com/3yp5zap9 |
| | After learning that an experimental school offering job training primarily to underemployed and unemployed African American women had closed due to the loss of federal funding, CRS worked with business leaders and community organizations to secure resources to reopen the school and sustain its operations indefinitely. | CRS 1968 Annual Report to Congress, at 5-6: https://tinyurl.com/3yp5zap9 |

| Year | Description | Source |
|------|-------------|--------|
| 1968 (cont'd) | After Mexican American civil rights groups raised claims that an Air Force Base in the Southwest was discriminating in its job promotion procedures, a CRS field representative initiated a series of meetings with base officials, protest leaders and members of the EEOC, as well as arranging a briefing at the Pentagon on the issue. | CRS 1968 Annual Report to Congress, at 6-7: https://tinyurl.com/3yp5zap9 |
| | CRS worked to promote summer employment programs to engage youth across the country and assisted in developing job fair programs in several locations nationwide. | CRS 1968 Annual Report to Congress, at 7: https://tinyurl.com/3yp5zap9 |
| | In a large Western city, CRS field representatives worked with community members and the local school board to quell tensions over conditions at a primarily Black high school and ensure community concerns over the condition of the school were addressed. | CRS 1968 Annual Report to Congress, at 8: https://tinyurl.com/3yp5zap9 |
| | Following protests at the campus of a predominantly Black university in the Midwest—which prompted National Guard deployments and the suspension of student protest leaders—CRS worked with local government and university administration to quell further unrest by addressing student concerns and taking concrete action to improve immediate conditions. | CRS 1968 Annual Report to Congress, at 9-10: https://tinyurl.com/3yp5zap9 |
| | CRS field representatives convinced officials in a Southern community to establish a community service officer program open to all races and to provide pathways to law enforcement careers for young men of historically underrepresented groups. | CRS 1968 Annual Report to Congress, at 13: https://tinyurl.com/3yp5zap9 |
| | CRS conciliators intervened in an active confrontation between police and civil rights protestors over the arrest of a civil rights leader. They successfully convinced the police to de-escalate their aggressive tactics and managed to prevent the crowd of civil rights protesters from reacting to provocations of White counter-protesters. | CRS 1968 Annual Report to Congress, at 13-14: https://tinyurl.com/3yp5zap9 |

| Year | Description | Source |
|------|-------------|--------|
| 1968 (cont'd) | At the request of a local legal services attorney, CRS field representatives met with the chief inspector of the Bureau of Prisons to address concerns regarding racial segregation in a jail. CRS' efforts prompted the sheriff to completely desegregate the jail in a matter of weeks. | CRS 1968 Annual Report to Congress, at 15: https://tinyurl.com/3yp5zap9 |
| | CRS arranged conferences on news media and race relations in 20 cities across the country, bringing together media representatives and minority community leaders from 46 states and Washington, D.C. to improve news coverage and understanding race and racism issues. | CRS 1968 Annual Report to Congress, at 15-16: https://tinyurl.com/3yp5zap9 |
| | CRS helped organize an African American and Spanish-speaking Market Radio Conference in New York City to discuss how local stations could better serve their communities. | CRS 1968 Annual Report to Congress, at 16: https://tinyurl.com/3yp5zap9 |
| | CRS assisted in the production of documentaries and television series such as Columbia Broadcasting System's *Of Black America* and National Education Television's *Black Journal*. | CRS 1968 Annual Report to Congress, at 17: https://tinyurl.com/3yp5zap9 |
| | CRS intervened in a large Southern city after a delay USDA Federal Food Stamp Program benefit disbursements caused significant tension among members of local minority communities who believed local officials were doing nothing to help struggling residents. CRS worked with USDA to source surplus food for distribution during the disruption and found local organizations to manage the storage and distribution of the food when local officials refused to do so. | CRS 1968 Annual Report to Congress, at 18: https://tinyurl.com/3yp5zap9 |
| | CRS worked behind the scenes with local police and civil rights leaders to coordinate plans for demonstrations in Memphis during the Sanitation Workers' Strike of 1968, including those led by Dr. Martin Luther King, Jr. A CRS staff member was one of the first people on the scene following the shooting of Dr. King and was present at the hospital when his death was announced. CRS notified the U.S. Attorney General of Dr. King's death and served as the channel through which the Southern Christian Leadership Conference ("SCLC") | CRS 1968 Annual Report to Congress, at 18-20: https://tinyurl.com/3yp5zap9 |

| Year | Description | Source |
|------|-------------|--------|
| 1968 (cont'd) | informed the Attorney General that Reverend Ralph D. Abernathy would succeed Dr. King and continue his philosophy of nonviolence.<br>In the immediate aftermath of Dr. King's death, CRS worked as the primary liaison between federal, state, and local officials, SCLC leadership, and community members. CRS field representatives continued efforts to negotiate an end to the Sanitation Workers' Strike, which concluded on April 8th with the city's recognition of the union and significant reforms. | |
| 1969 | CRS coordinated with activists and law enforcement regarding the Poor People's Campaign March on Washington to prevent racially motivated violence against the PPC campaigners on their way to Washington DC. | CRS 1968 Annual Report to Congress, at 20-24: https://tinyurl.com/3yp5zap9 |
| | CRS worked with representatives of a Northeastern university to initiate negotiations and reduce tensions following the arrest of students who had occupied a classroom to protest the use of university facilities for military-related activities. CRS successfully negotiated amnesty for the students and proposed measures to strengthen free speech protections and improve communications between students and the administration, all of which were accepted and implemented, averting serious confrontation. | CRS 1969 Annual Report to Congress, at 7-8: https://tinyurl.com/mr6ys2u4 |
| | After a walkout by Mexican American students protesting a teacher accused of racism led to arrests and police violence, CRS coordinated meetings between the two sides which led to the establishment of a permanent committee of Mexican American community members to coordinate with local government. | CRS 1969 Annual Report to Congress, at 8: https://tinyurl.com/mr6ys2u4 |
| | After being alerted to deteriorating community relations over grossly inadequate conditions at a predominantly Black elementary school in a Southwestern city, CRS coordinated with the Department of Education and helped Black community leaders work with the school board to adopt a proposal to remedy the poor school conditions. | CRS 1969 Annual Report to Congress, at 7: https://tinyurl.com/mr6ys2u4 |

| Year | Description | Source |
|------|-------------|--------|
| 1969 (cont'd) | Facing tensions over disparate school conditions and the absence of Black history and literature in the curriculum, CRS helped a coalition of community groups unite to develop and present proposals to the school board, leading to the adoption of programs that increased Black representation in the curriculum and among school personnel. | CRS 1969 Annual Report to Congress, at 8: https://tinyurl.com/mr6ys2u4 |
| | After thirty Black police officers in a large Western city formed an association to address deteriorating police-community relations, local residents became concerned about their intentions. A CRS field representative helped the association communicate with skeptical community groups and offered guidance on building effective relationships with the community. | CRS 1969 Annual Report to Congress, at 11: https://tinyurl.com/mr6ys2u4 |
| | A field team of CRS staff members spent two months evaluating the effectiveness of a mid-Atlantic state's commission on human relations. CRS found that the community relations commission had failed to carry out its legal responsibilities with sufficient vigor or diligence and helped craft specific recommendations for reform. | CRS 1969 Annual Report to Congress, at 11-12: https://tinyurl.com/mr6ys2u4 |
| | CRS helped a Southern city facing economic boycotts from a large portion of the Black community form a human relations commission. In recognition of its efforts, the commission later presented CRS with an award. | CRS 1969 Annual Report to Congress, at 12: https://tinyurl.com/mr6ys2u4 |
| | In a large Southern city, CRS assisted a local nonprofit economic development corporation in applying for federal grants to support the opening of new businesses. CRS also helped the organization get volunteer technical assistance from the nation's largest textile firm to help support the new business ventures, with the goal of developing jobs in the disadvantaged area. | CRS 1969 Annual Report to Congress, at 15-16: https://tinyurl.com/mr6ys2u4 |
| | CRS helped minority businessmen in a Southwestern city obtain SBA certification and learn how to compete for NASA contracts. At the time, NASA operated the largest federal facility in the area and had never contracted with a local minority-owned business. | CRS 1969 Annual Report to Congress, at 16: https://tinyurl.com/mr6ys2u4 |

| Year | Description | Source |
|------|-------------|--------|
| 1969 (cont'd) | CRS helped minority business leaders organize an economic development organization steering committee in a Southwestern town. | CRS 1969 Annual Report to Congress, at 16: https://tinyurl.com/mr6ys2u4 |
| | CRS helped a Puerto Rican community organization in an Eastern city obtain funding for the expansion of a cooperative housing development program. | CRS 1969 Annual Report to Congress, at 19: https://tinyurl.com/mr6ys2u4 |
| | CRS initiated a media conference in a Midwestern city to help bridge a gap in community relations. As a result of the conference, a local television station began running programs featuring input from and conversations with members of the local Indigenous American and Black communities. | CRS 1969 Annual Report to Congress, at 23: https://tinyurl.com/mr6ys2u4 |
| | A CRS communications specialist in a large Western city helped develop a proposal to create a community television station to serve the needs of a predominantly Black neighborhood. | CRS 1969 Annual Report to Congress, at 24: https://tinyurl.com/mr6ys2u4 |
| | For eleven months, protestors picketed an auditorium in a Southern city over its refusal to allow a memorial for Dr. Martin Luther King, Jr. City officials threatened the group with arrests for allegedly interfering with an upcoming beauty pageant. CRS intervened and opened dialogue between both sides, preventing potentially significant violence. | CRS 1969 Annual Report to Congress, at 27: https://tinyurl.com/mr6ys2u4 |
| | CRS averted violence twice when roughly 150 people marched in a Southern state to protest poverty and hunger. CRS intervened to prevent conflict between police and protestors when police attempted to block the march. CRS then worked with the city commissioner to guarantee the group's safe arrival at the capital. | CRS 1969 Annual Report to Congress, at 27-28: https://tinyurl.com/mr6ys2u4 |
| 1970 | CRS launched a student unrest mediation program to: (1) identify root causes of student unrest and mobilize local, state, and national resources to effect corrective action and reduce community tension; (2) facilitate constructive change in education systems to better meet minority needs; and (3) test the use of community relations strategies on campuses. | CRS 1970 Annual Report to Congress, at 7: https://tinyurl.com/eateptd |

| Year | Description | Source |
|------|-------------|--------|
| 1970 (cont'd) | CRS assisted national, state, and local educational organizations—including the National Education Association, the Greater Cities Research Council, the National Committee for the Support of Public Schools, and state teachers' associations, among others—to evaluate their techniques in response to student demands for "relevancy" in education. | CRS 1970 Annual Report to Congress, at 7: https://tinyurl.com/eateptd |
| | Through CRS assistance, a school district received a $90,000 grant under the 1964 Civil Rights Act to establish an in-depth training program for faculty, parents, students, and police designed to promote a smooth merger of the White Princeton School District and the Black Lincoln Heights School District. CRS provided technical assistance in the design of the training program. | CRS 1970 Annual Report to Congress, at 7: https://tinyurl.com/eateptd |
| | In Mississippi, CRS and the Mississippi Teachers' Association jointly sponsored the First Annual Conference on Education for Humanism, which was held for the purpose of involving teachers, students, and community members in meaningful educational changes in the interest of the Black community. | CRS 1970 Annual Report to Congress, at 7: https://tinyurl.com/eateptd |
| | CRS and the Council of Churches of Christ of Greater Cleveland jointly sponsored a series of neighborhood conferences to focus attention on the many problems within urban education in the Cleveland area and to find meaningful solutions. | CRS 1970 Annual Report to Congress, at 7: https://tinyurl.com/eateptd |
| | CRS and the Center for Human Relations of the National Education Association cosponsored a five day-retreat that brought together high school students, teachers, administrators, parents, law enforcement, and civil rights organization representatives from eight urban centers to improve communication and identify strategies to prevent high school unrest. | CRS 1970 Annual Report to Congress, at 8: https://tinyurl.com/eateptd |
| | CRS, the Law Enforcement Assistance Administration (LEAA), and the Department of Labor collaborated to establish a program to provide funding to state local governments to promote employment of disadvantaged and underrepresented persons in law enforcement and to encourage promotion of current employees. In the program's first year, projects funded across eight cities | CRS 1970 Annual Report to Congress, at 11: https://tinyurl.com/eateptd |

| Year | Description | Source |
|------|-------------|--------|
| 1970 (cont'd) | totaled $600,832 and resulted in the creation of approximately 300 new positions and the promotion of 75 existing employees. | |
| | CRS assisted Florida A&M University, Tallahassee secure an $83,000 award from the LEAA Academic Assistance Program to provide loans and grants to students studying corrections. | CRS 1970 Annual Report to Congress, at 11-12: https://tinyurl.com/eateptd |
| | CRS worked with the University of Georgia Institute of Government to develop a criminal justice associate degree program for six junior colleges throughout Georgia. | CRS 1970 Annual Report to Congress, at 12: https://tinyurl.com/eateptd |
| | CRS mediated between Spanish-speaking community leaders, national manufacturers, and advertising agencies to address concerns about derogatory advertising. | CRS 1970 Annual Report to Congress, at 14: https://tinyurl.com/eateptd |
| | In June 1970, the Capitol Press Club of Washington D.C. hosted a conference titled "A Black Perspective on the Media"—cosponsored by CRS and the National Urban Coalition. Media representatives analyzed how the press covered Black individuals and communities and explored strategies to increase Black employment in media. The organizers formed a national steering committee to promote implementation of the conference's recommendations. | CRS 1970 Annual Report to Congress, at 14: https://tinyurl.com/eateptd |
| | CRS helped the Community Coalition on Broadcasting in Atlanta use the FCC license-renewal process to negotiate minority hiring and programming commitments with 26 local broadcasters. 23 stations signed and attached agreements to their license-renewal applications. | CRS 1970 Annual Report to Congress, at 14: https://tinyurl.com/eateptd |
| | New Jersey media representatives, minority spokesmen, and staff members of the Rutgers Department of Journalism developed a program to train members of minority populations for careers in the communications industry. CRS offered consulting and technical assistance for planning and curriculum development, and by serving as a liaison among the participating groups. | CRS 1970 Annual Report to Congress, at 15: https://tinyurl.com/eateptd |
| | CRS assisted Boston University's WBUR-FM radio station in the expansion of minority training opportunities under its highly successful inner-city | CRS 1970 Annual Report to Congress, at 15: https://tinyurl.com/eateptd |

| Year | Description | Source |
|------|-------------|--------|
| 1970 (cont'd) | communication project, "The Drum." With the financial support of the National Alliance of Businessmen, trainees participate in a work-study curriculum between WBUR-FM and Boston University, for placement with stations throughout New England. | |
| | In April 1970, the Metropolitan State College of Denver held a workshop-conference, bringing together Latino community members and leading media executives. The event aimed to bridge the gap in media coverage of the Latino population. CRS provided consulting and technical assistance to the Colorado Committee on Mass Media and the Spanish Surnamed—the sponsoring organizations—and participated in the workshops. | CRS 1970 Annual Report to Congress, at 15: https://tinyurl.com/eateptd |
| | CRS held four conferences over a three-year period in New York, bringing together Hispanic community leaders and media executives. The conferences resulted in the National Urban Coalition funding the establishment of a National Chicano Media Office to promote fair representation of Spanish-speaking Americans in mass media. | CRS 1970 Annual Report to Congress, at 15: https://tinyurl.com/eateptd |
| | CRS and Northwestern University hosted the Midwest Chicano Media Conference, gathering Hispanic community members, journalists, and newscasters from the West and Midwest to develop techniques to facilitate and encourage Hispanic participation in news media. | CRS 1970 Annual Report to Congress, at 15: https://tinyurl.com/eateptd |
| | In Toledo, Ohio with CRS assistance, the Roosevelt Urban Renewal Council, whose efforts were aimed towards improving inner-city housing conditions, developed a program to provide relocation services to those citizens displaced under major urban renewal projects. | CRS 1970 Annual Report to Congress, at 18: https://tinyurl.com/eateptd |
| | In June 1970, CRS assisted HUD with a training session at the University of Chicago on how to improve upon citizen participation in the Model Cities planning process—a program that sought to develop models for minority involvement in comprehensive community planning processes. | CRS 1970 Annual Report to Congress, at 19: https://tinyurl.com/eateptd |

| Year | Description | Source |
|---|---|---|
| 1970 (cont'd) | CRS held the First Annual Conference of the National Association of Minority Contractors in Washington, D.C. CRS provided speakers, workshop participants, and technical planning resources to conference planners. The CRS Director was one of the few federal spokesmen to address the meeting. | CRS 1970 Annual Report to Congress, at 21-22: https://tinyurl.com/eateptd |
| | CRS acted as a liaison between organizations and provided managerial assistance in the development of the Colorado Economic Development Association (CEDA), a Denver-based organization of minority business owners, banks, and federal agencies, to mobilize local resources for minority economic advancement. In its first year, over 600 trainees graduated from CEDA programs, over 180 minority loans totaling over $5 million were processed, and $40,000 in privately sourced commitments were obtained to administer CEDA programs. | CRS 1970 Annual Report to Congress, at 22: https://tinyurl.com/eateptd |
| | Addressing Black business owners' concerns over forced relocation caused by interstate highway construction, CRS advised federal, state, and local government officials on the economic and social impact of relocation. The highway construction was redesigned to preserve the community and quell concerns. | CRS 1970 Annual Report to Congress, at 22: https://tinyurl.com/eateptd |
| | In Atlanta, CRS coordinated with Johnson & Johnson, resulting in the corporation providing financial and managerial assistance to the minority-run manufacturing firm Model Neighborhood, Inc. to produce hygiene products. | CRS 1970 Annual Report to Congress, at 22: https://tinyurl.com/eateptd |
| | CRS assisted the Capitol East Community Organization (CECO), a community betterment organization in Washington D.C., in several facets of its operations, including aiding CECO in planning and running a five-day community fair. CRS staff specialists were instrumental in acquiring national distributorship of a household cleaning product for CECO on an exclusive basis. | CRS 1970 Annual Report to Congress, at 22: https://tinyurl.com/eateptd |

| Year | Description | Source |
|------|-------------|--------|
| 1970 (cont'd) | In Borderville, Texas, CRS assisted the minority community to establish their own mini-bus company to provide service to and from the downtown area where none previously was provided. A local church provided a bus and a community automobile dealer offered to train drivers at no charge. | CRS 1970 Annual Report to Congress, at 22: https://tinyurl.com/eateptd |
| | After the dismissal of a Black teacher sparked community protests and plans for a civil rights march to the state capital, local White residents armed themselves and were deputized by the sheriff, creating a serious risk of violence. CRS conciliators facilitated meetings between protestors and the governor, secured full state protection for the march, and negotiated with local officials along the route to ensure safe passage. CRS also helped the state obtain federal grants to support Black-owned business and advocated for the appointment of Black officials to key economic positions. | CRS 1970 Annual Report to Congress, at 26: https://tinyurl.com/eateptd |
| | A school board's refusal to hear Hispanic students' grievances resulted in a student walkout at a Southwestern high school. CRS mediated the dispute, resulting in both the execution of a formal agreement and a planned end to the school boycott. | CRS 1970 Annual Report to Congress, at 27-28: https://tinyurl.com/eateptd |
| 1971 | In response to heightened tensions and violent clashes during protest marches against alleged police mistreatment of Latino residents, CRS engaged grassroots leaders and local officials to develop protocols to ensure peaceful assembly and reduce the likelihood of future confrontations. | CRS 1971 Annual Report to Congress, at 4-6: https://tinyurl.com/bdz7psmz |
| | Following reports of property damage and community harm, CRS worked with local residents to facilitate access to legal resources and assist in preparing affidavits for submission to state and federal civil rights agencies. | CRS 1971 Annual Report to Congress, at 6-7: https://tinyurl.com/bdz7psmz |
| | During a period of civil unrest in an Eastern city following allegations of police misconduct, CRS acted as a liaison between an ad hoc community committee, led by a U.S. Senator, and the city council. CRS's efforts helped reduce tensions, lift a curfew, and secure an agreement to enhance minority representation within the police force. | CRS 1971 Annual Report to Congress, at 7-8: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|---|---|---|
| 1971 (cont'd) | CRS engaged with local officials after the acquittal of a police officer in a manslaughter case involving the death of a 19-year-old Puerto Rican youth and other incidents that had led to the imposition of a curfew. CRS's mediation efforts resulted in the curfew being lifted and commitments to implement several reforms. | CRS 1971 Annual Report to Congress, at 8-9: https://tinyurl.com/bdz7psmz |
| | CRS worked with DOJ Civil Rights Division; the Department of Health, Education, and Welfare (HEW) Office of Civil Rights; and the U.S. Attorney's Office in five major cities to coordinate prompt desegregation, cooperating with local officials to maintain peaceful conditions and to reduce tensions surrounding desegregation. | CRS 1971 Annual Report to Congress, at 9-12: https://tinyurl.com/bdz7psmz |
| | On September 18, 1970, a Black teen was fatally shot in Griffin, Georgia by a White resident following a confrontation between Black and White students at a Friday night football game. Community tensions escalated following the grand jury's decision to charge the shooter with manslaughter rather than murder. In response, CRS worked intensely to establish communication channels among law enforcement, city officials, and leaders from both Black and White communities. CRS's efforts resulted in reduced tensions and the prevention of further violence. | CRS 1971 Annual Report to Congress, at 9-12: https://tinyurl.com/bdz7psmz |
| | On December 17, 1970, the St. Landry Parish (Louisiana) School Board issued new dress code regulations banning mustaches, beards, and sideburns. After a disproportionate number of Black students were suspended for violations of the new dress code and protests of the same, CRS contacted the superintendent and mediated discussions between the students and school officials. As a result, the suspensions were lifted and the students were allowed to return to school and take missed examinations. | CRS 1971 Annual Report to Congress, at 13: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|------|-------------|--------|
| 1971 (cont'd) | Responding to a request, CRS intervened after 125 students protesting inadequate desegregation were jailed in Tallahatchie County. Working with DOJ Civil Rights Division attorneys, CRS coordinated negotiations that secured the students' return to school and ended segregated classes. | CRS 1971 Annual Report to Congress, at 13-14: https://tinyurl.com/bdz7psmz |
| | Amidst turmoil at a recently desegregated school in Berea, South Carolina, CRS interceded to establish dialogue between White and Black parents and students, successfully leading to a reduction in tensions and an end to a string of violent confrontations. | CRS 1971 Annual Report to Congress, at 14-15: https://tinyurl.com/bdz7psmz |
| | After nearly two-thirds of Philips High School students in Birmingham, Alabama boycotted classes over the cancellation of extracurricular activities at the newly desegregated school, CRS guided discussions between the principal and a staff representative of the students. The principal agreed to reinstate extracurricular activities and agreed to implement a program to commemorate National Black History Week. | CRS 1971 Annual Report to Congress, at 15-16: https://tinyurl.com/bdz7psmz |
| | CRS helped the Escambia County Commission in Florida plan and apply for an LEAA planning grant to provide a juvenile detention facility with innovative programs in child care, counseling, corrections, and job training. | CRS 1971 Annual Report to Congress, at 19: https://tinyurl.com/bdz7psmz |
| | CRS provided crisis response services following the 1970 Jackson State killings in Mississippi. Later, college administrators requested assistance in obtaining federal funding to provide students with summer employment and CRS helped procure $200,000 in private and public funding. | CRS 1971 Annual Report to Congress, at 20: https://tinyurl.com/bdz7psmz |
| | CRS once again assisted Consolidated Industries of Atlanta—formerly, Model Neighborhood, Inc.—to secure a contract with a Johnson & Johnson subsidiary. Additional CRS efforts resulted in the implementation of training programs for Consolidated Industries employees and funding commitments from the Atlanta Urban League, Johnson & Johnson, and the Department of Labor. | CRS 1971 Annual Report to Congress, at 20: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|------|-------------|--------|
| 1971 (cont'd) | CRS advised the development of an Atlanta University coalition of organizations as an established body to meet requirements for HEW funding. | CRS 1971 Annual Report to Congress, at 20-21: https://tinyurl.com/bdz7psmz |
| | CRS initiated a cooperative effort among faculty members from Meharry Medical College, Fisk University, and Tennessee State University in Nashville, Tennessee to design a human relations model unit that attempts to encourage positive racial attitudes in conjunction with school desegregation. | CRS 1971 Annual Report to Congress, at 21: https://tinyurl.com/bdz7psmz |
| | CRS assisted the faculty and staff of Tennessee State University in the development of a proposal to provide LEAA-funded correctional services and educational scholarship assistance in the amount of $261,000. | CRS 1971 Annual Report to Congress, at 21: https://tinyurl.com/bdz7psmz |
| | CRS provided technical assistance to Fisk University faculty and staff in the planning and preparation of program proposals which resulted in $406,000 in federal funds for the university, including $352,000 from HEW to monitor school desegregation across the State, to support a student program under the Upward Bound Project, and to train urban planners in the school's Department of Urban Affairs. | CRS 1971 Annual Report to Congress, at 22: https://tinyurl.com/bdz7psmz |
| | CRS helped community groups achieve recognition of their interests in the electronic news media by providing technical assistance and consultation to the Middle Tennessee Community Coalition on Communications (MTCCC). Through negotiations, MTCCC secured employment opportunities for Black news reporters on all radio and television stations in the city. | CRS 1971 Annual Report to Congress, at 22: https://tinyurl.com/bdz7psmz |
| | CRS helped three colleges and universities in Florida prepare and submit proposals for LEAA funding. Florida A&M University received $202,000; Bethune-Cookman College, $166,800; and Florida Memorial College, $149,100. | CRS 1971 Annual Report to Congress, at 22: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|---|---|---|
| 1971 (cont'd) | CRS aided representatives of Greenville High School in Florida obtain $8,221 from HEW for analysis of a program designed to facilitate racial integration among high school students in a recently desegregated inner-city school. | CRS 1971 Annual Report to Congress, at 22: https://tinyurl.com/bdz7psmz |
| | CRS assisted the Neighborhood Service Program of Jacksonville, Florida prepare an application for LEAA funding to finance the "Walnut House Ex-Offenders Program," sponsored by the Robert F. Kennedy Neighborhood Center on the city's East Side, ultimately securing $176,820 for the program. Additionally, CRS cooperated with LEAA to mitigate and resolve racial tensions in Jacksonville in June. | CRS 1971 Annual Report to Congress, at 23: https://tinyurl.com/bdz7psmz |
| | CRS helped to form and implement plans for the first Black-owned joint venture in Houston. CRS also contributed by participating in the selection of key Black community members to serve on the Board of Directors. After six months of negotiations, Ourway Discount Store opened in November 1970. | CRS 1971 Annual Report to Congress, at 26: https://tinyurl.com/bdz7psmz |
| | CRS helped to develop the Mexican American Educators Council and a Mexican American Advisory Committee to the Dallas Independent School District Board of Education. CRS established channels of communication between the two organizations, resulting in the groups' continued cooperation to clarify issues and resolve student grievances. | CRS 1971 Annual Report to Congress, at 26: https://tinyurl.com/bdz7psmz |
| | CRS's efforts helped establish the Volunteer Minority Counsel Program in several elementary schools across Albuquerque, New Mexico. The Program strived to improve the experience of Mexican American students by promoting cultural pride, awareness, and appreciation. Additionally, it sought to improve the quality of education and provided counseling for potentially at-risk students. | CRS 1971 Annual Report to Congress, at 27: https://tinyurl.com/bdz7psmz |
| | CRS assisted in resolving disputes between the Cleveland Metropolitan Housing Authority and public housing tenants regarding board representation, staff services, and housing construction. Working with HUD, CRS helped resolve disagreements, resulting in expanded tenant participation, appointment of two tenants to the board, and city approval for the addition of 2,500 units. | CRS 1971 Annual Report to Congress, at 30: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|------|-------------|--------|
| 1971 (cont'd) | CRS responded to a severe crisis at the inner-city campus of Cleveland's Cuyahoga Community College after Black students staged a walkout over alleged racial discrimination. A CRS team worked with students, faculty, and administrators to discuss and address grievances, leading the school's president to credit CRS with enabling the campus to function without disruption for the remainder of the school year. | CRS 1971 Annual Report to Congress, at 30-31: https://tinyurl.com/bdz7psmz |
| | CRS provided technical assistance to minority community leaders and local officials in the establishment of a Study Commission on Community Involvement in Education in Kansas City, Missouri. | CRS 1971 Annual Report to Congress, at 31: https://tinyurl.com/bdz7psmz |
| | In response to a request from officers of the Northeastern YMCA in Detroit, CRS assisted in creating a proposal for an outreach program to prevent and deter juvenile delinquency. With CRS's help, the association received funding from LEAA for the program. | CRS 1971 Annual Report to Congress, at 32: https://tinyurl.com/bdz7psmz |
| | At the request of the National Education Association (NEA), CRS conducted a workshop for University of Minnesota education majors who participated in an NEA-sponsored intern program. The workshop focused on topics not typically addressed in teacher training, including desegregation, student rights, community involvement in education, and ethnic studies curriculum development. | CRS 1971 Annual Report to Congress, at 32: https://tinyurl.com/bdz7psmz |
| | CRS staff provided technical assistance to the St. Louis School District in creating workshops for students, teachers, parents, administrators, and board members designed to establish a mechanism for crisis prevention in schools. CRS also helped to secure $8,000 in grants from local organizations to support the workshops. | CRS 1971 Annual Report to Congress, at 33: https://tinyurl.com/bdz7psmz |
| | CRS assisted a Black economic development group in Chicago after a major contractor declined to consider Black subcontractors for a multimillion-dollar education project. CRS helped initiate negotiations that resulted in commitments for minority participation. | CRS 1971 Annual Report to Congress, at 33: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|---|---|---|
| 1971 (cont'd) | CRS assisted a coalition of Latino residents in Illinois seeking inclusion in a minority employment plan in the construction and development industry. CRS helped secure equal participation alongside a Black coalition, easing community tensions and increasing Latino representation in the trades. | CRS 1971 Annual Report to Congress, at 34: https://tinyurl.com/bdz7psmz |
| | CRS aided a Midwestern college in resolving tensions after Black students occupied the administration building over unmet demands for change. CRS guided discussions among students, faculty, and administrators, leading to an agreement on new negotiation guidelines and an end to the dispute. | CRS 1971 Annual Report to Congress, at 34: https://tinyurl.com/bdz7psmz |
| | CRS advised a San Francisco coalition on evaluating minority representation in radio and television. The Community Coalition for Media Change held weekly meetings at local NAACP and Urban League offices. CRS provided technical support by supplying information on FCC regulations and relevant court rulings. | CRS 1971 Annual Report to Congress, at 37: https://tinyurl.com/bdz7psmz |
| | CRS assisted the San Ysidro Tenants' Council and the Chicano Federation of San Diego County in efforts to establish a nonprofit food-buyers' club for residents of the Villa Nueva Housing Complex. The initiative aimed to provide affordable food with plans to expand and provide additional commercial and social services. | CRS 1971 Annual Report to Congress, at 37: https://tinyurl.com/bdz7psmz |
| | The Northern California Association of Human Relations Commissions secured CRS services to set up a one-day workshop for the Association and members of fourteen commissions. CRS brought in EEOC, HUD, and HEW to participate in the workshop. The Vallejo Chamber of Commerce, Anti-Defamation League, Vallejo Jaycees, and the mayor also were involved in the project. | CRS 1971 Annual Report to Congress, at 38: https://tinyurl.com/bdz7psmz |
| | CRS assisted the Carlstadt, New Jersey Council for Self-Help Development in obtaining tax-exempt status after a year-long delay. | CRS 1971 Annual Report to Congress, at 44: https://tinyurl.com/bdz7psmz |
| | At the request of Delaware school officials, CRS met with the State Superintendent of Public Instruction, chief school officers, and the State Board of Education to review programs and funding available under Title IV of the Civil Rights Act and Titles II and V of the Elementary and Secondary Education | CRS 1971 Annual Report to Congress, at 44: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|---|---|---|
| 1971 (cont'd) | Act. These resources were identified as tools to help alleviate racial tensions and address challenges related to desegregation in Delaware schools. | |
| | At the request of the Delaware State Planning Agency, CRS provided consulting services for the planning of the police-community relations component of the 1971 Delaware State Plan. | CRS 1971 Annual Report to Congress, at 47: https://tinyurl.com/bdz7psmz |
| | In response to deteriorating police-community relations in Prince Georges County, Maryland, CRS advised the County Police Department on the drafting and implementation of a firearms policy and an improved training curriculum for recruits. CRS was instrumental in obtaining the appointment of two Human Relations Commission members to the Prince Georges County Investigating Board, which conducts review of police misconduct cases. | CRS 1971 Annual Report to Congress, at 48: https://tinyurl.com/bdz7psmz |
| | CRS national efforts in the administration of justice led to the creation of a Puerto Rican Legal Defense and Education Fund, which received a pledge from the Field Foundation in May for a grant to support the organization during its developmental stage. | CRS 1971 Annual Report to Congress, at 51: https://tinyurl.com/bdz7psmz |
| | CRS cooperated with the State Planning Agency for Mississippi to develop a policy requiring all law enforcement agencies in the State to adopt improved firearms policies to be eligible for LEAA funding. | CRS 1971 Annual Report to Congress, at 52: https://tinyurl.com/bdz7psmz |
| | Upon request, CRS assisted IMAGE, a Latino organization, in its effort to produce a television program aimed at countering negative stereotypes by featuring Latino entertainers. CRS enlisted the National Academy of Television Arts and Sciences to provide assistance, which helped secure commercial sponsorship to air the program across 17 markets. | CRS 1971 Annual Report to Congress, at 52: https://tinyurl.com/bdz7psmz |
| | Through a cooperative arrangement between DOJ and HUD, CRS provided assistance to local organizations involved in housing activities across six regions. In preparation, CRS conducted a week-long training session in Washington, D.C. and regional workshops on nonprofit housing, tenant rights, and proposal preparation. By the end of the fiscal year, 38 housing proposals | CRS 1971 Annual Report to Congress, at 55: https://tinyurl.com/bdz7psmz |

| Year | Description | Source |
|------|-------------|--------|
| 1971 (cont'd) | were in various stages of review, with several of them needing only final approval. | |
| 1972 | In East Chicago, CRS collaborated with HEW, the local school administration, and the community to provide $125,000 for the first year of operation of a bilingual education program to meet the growing needs of the Spanish-speaking community. | CRS 1972 Annual Report to Congress, at 8: https://tinyurl.com/26txnhx8 |
| | CRS helped an inner-city eye care cooperative in Milwaukee with efforts to reorganize and recapitalize after its first year of limited success. Among its services, CRS brought in the chief auditor of a major corporation to review financial records and develop budget forecasts and long-term plans. CRS also helped obtain $12,000 in funding from a local church group. | CRS 1972 Annual Report to Congress, at 8: https://tinyurl.com/26txnhx8 |
| | In Chicago, CRS assisted in the formation of the Latin American Construction Association, a minority contractors trade association and helped secure the services of qualified consultants. CRS also helped the new association establish closer ties with the National Economic Development Association. | CRS 1972 Annual Report to Congress, at 9: https://tinyurl.com/26txnhx8 |
| | Before schools opened in September 1971, CRS assisted with preparations for a new desegregation plan in San Francisco. Efforts included outlining roles for parents and minority groups, planning teacher training, coordinating organizational resources, establishing a rumor control center, developing channels of communication with law enforcement, and monitoring opening-day activities to reduce tensions. | CRS 1972 Annual Report to Congress, at 10: https://tinyurl.com/26txnhx8 |
| | In response to a request, CRS assisted the John F. Kennedy High School in Los Angeles after racial tensions arose during the integration of minority students. CRS engaged with faculty to improve cultural awareness and mitigate race-based conflict. CRS also worked with community leaders to identify individuals who could assist in easing negative interactions. | CRS 1972 Annual Report to Congress, at 11: https://tinyurl.com/26txnhx8 |

| Year | Description | Source |
|------|-------------|--------|
| 1972 (cont'd) | CRS collaborated with the Terminal Island and Lompoc Federal Correctional Institutions in Los Angeles after receiving requests for expanded educational opportunities and culturally responsive programming. CRS supported inmate self-help education groups by providing materials, addressing conflicts with staff, and serving as a link to community resources. | CRS 1972 Annual Report to Congress, at 12: https://tinyurl.com/26txnhx8 |
| | Minority inmates at McNeil Island Federal Prison in Washington sought aid from CRS due to perceived discrimination in the placement of inmates in the work-release and educational-release programs. CRS designed a program supporting minority inmate self-help organizations in addressing this issue. | CRS 1972 Annual Report to Congress, at 13: https://tinyurl.com/26txnhx8 |
| | CRS worked with University of California at Los Angeles theatre students to develop a minority film festival for campus- and community-based filmmakers. | CRS 1972 Annual Report to Congress, at 13: https://tinyurl.com/26txnhx8 |
| | CRS guided a Buffalo-based community group—Estudia—in preparing a Title VII funding application and developing a parent advisory council to cooperate with schools to create a culturally inclusive curriculum. CRS also provided consultants and offered technical guidance, working with school officials and community leaders to ensure effective implementation. | CRS 1972 Annual Report to Congress, at 15: https://tinyurl.com/26txnhx8 |
| | CRS worked with the New York Minority Business Opportunities Committee (MBOC) to explore ways to activate the Small Business Administration's inactive "line of credit" program and strengthen ties with the Association of United Contractors of America. CRS also helped MBOC convince federal courts to include minority banks on the list of institutions authorized to handle bankruptcy funds. | CRS 1972 Annual Report to Congress, at 15: https://tinyurl.com/26txnhx8 |
| | At Rutgers School of Law, CRS assisted in the development of a summer program to orient new minority students to methods of law instruction, and to tutor minority students who had academic difficulty in their first year. CRS mobilized student and faculty support for the program and assisted in securing $21,500 from the New Jersey Department of Community Affairs to support it. | CRS 1972 Annual Report to Congress, at 17: https://tinyurl.com/26txnhx8 |

| Year | Description | Source |
|------|-------------|--------|
| 1972 (cont'd) | At the request of the Erie County Bar Association, CRS representatives attended a two-day conference in Buffalo that focused on the problems of the criminal justice system. | CRS 1972 Annual Report to Congress, at 17: https://tinyurl.com/26txnhx8 |
| | Responding to allegations by the Black and Puerto Rican communities that civil service tests prevented them from joining the police force in New York, CRS convened with the State Civil Service Commission to determine whether a more valid testing instrument for police examinations could be developed and implemented throughout the State. | CRS 1972 Annual Report to Congress, at 18: https://tinyurl.com/26txnhx8 |
| | CRS provided technical assistance and other support to the State government of Delaware in the development of a statewide minority economic development program. CRS's assistance included making recommendations to the Governor on measures his office could take to make State agencies more responsive to minority businessmen. CRS staff also helped prepare a proposal to the OEO for a $7,500 technical assistance grant to strengthen the State's planning for minority economic development. | CRS 1972 Annual Report to Congress, at 20: https://tinyurl.com/26txnhx8 |
| | CRS field representatives in Georgia helped to plan and conduct the first statewide police-community relations workshop in Macon. | CRS 1972 Annual Report to Congress, at 22: https://tinyurl.com/26txnhx8 |
| | CRS provided technical assistance and advice to the Columbus Police Department in Georgia in creating a police-community relations division and program. CRS's efforts resulted in the Department receiving a $58,000 LEAA grant. In addition, CRS brought in three criminology consultants to conduct a study of the Department. | CRS 1972 Annual Report to Congress, at 22: https://tinyurl.com/26txnhx8 |
| | In Mississippi, CRS played a major role in the formation of the Mississippi Police-Community Relations Associations, Inc. ("MPCRA"). In addition to organizing and funding police-community relations programs throughout the state, MPCRA also created increased participation of Black community leaders in the development of such programs. MPCRA has also helped to make progress in recruiting Black policemen in Jackson. | CRS 1972 Annual Report to Congress, at 22: https://tinyurl.com/26txnhx8 |

| Year | Description | Source |
|------|-------------|--------|
| 1972 (cont'd) | CRS assisted in the joint efforts of the National Council of Negro Women and the Greene County Housing Authority in Alabama to recruit indigent persons to apply for 200 units of proposed housing in that county. | CRS 1972 Annual Report to Congress, at 23: https://tinyurl.com/26txnhx8 |
| | In fiscal year 1972, CRS convened the first meeting of economic development organizations in the State of Alabama, which resulted in the formation of the Alabama Coordinating Council for Minority Economic Development. | CRS 1972 Annual Report to Congress, at 23: https://tinyurl.com/26txnhx8 |
| | CRS worked with the Mayor of Birmingham to plan a meeting between the federal Office of Minority Business Enterprise and local Black and White business leaders interested in minority economic development. | CRS 1972 Annual Report to Congress, at 23: https://tinyurl.com/26txnhx8 |
| | CRS initiated a cooperative effort among 17 community groups in South Florida to establish a migrant Educational Resources Center. | CRS 1972 Annual Report to Congress, at 24: https://tinyurl.com/26txnhx8 |
| | CRS helped the New Orleans Public Tenant Council, Inc., become the recognized bargaining agent for the 65,000 predominantly Black public housing tenants in the city. CRS helped the Council get a $36,000 HUD grant to set up an office so that it could operate effectively. | CRS 1972 Annual Report to Congress, at 24: https://tinyurl.com/26txnhx8 |
| | CRS helped a Houston educational television station to secure a $15,000 HEW grant to produce a 30-minute pilot project of a Spanish version of "Sesame Street." The pilot project was used to demonstrate the capabilities of the station and the need for such a program in the Houston area. As a result, HEW awarded the station a $300,000 grant and Humble Oil Co. contributed $1 million to the project. | CRS 1972 Annual Report to Congress, at 26: https://tinyurl.com/26txnhx8 |
| | In Louisiana, CRS aided the Orleans Parish School Board in the formation of a conflict resolution team to operate in two high schools to reduce racial tensions among students. CRS also helped the Board obtain $42,000 in Title IV funds for additional support personnel to implement diverse programs in the area. | CRS 1972 Annual Report to Congress, at 27: https://tinyurl.com/26txnhx8 |

| Year | Description | Source |
|------|-------------|--------|
| 1972 (cont'd) | At the request of the U.S. Attorney's Office in Louisiana, CRS staff gathered information on minority participation in statewide vocational and technical programs. With CRS's help, the Louisiana Education Association obtained a $70,000 grant from the Office of Education to implement a program to address and resolve problems raised by students and staff. | CRS 1972 Annual Report to Congress, at 29: https://tinyurl.com/26txnhx8 |
| | In April 1972, CRS met with educators, scientists, students, and government officials at Highlands University in Las Vegas, New Mexico to enhance opportunities for Latino and Indigenous American students in science, engineering, and commerce. As a result, the Consortium for Increasing Mexican Americans and American Indians in Science, Engineering, and Commerce was formed. | CRS 1972 Annual Report to Congress, at 32: https://tinyurl.com/26txnhx8 |
| | When members of the United Construction Workers Association blocked a community college construction site in a Northwestern city, following a court decision they believed disadvantaged minority subcontractors, 32 demonstrators were arrested and two injured. CRS was called in to assess the situation and reopen dialogue among construction workers, police, and union officials, ultimately restoring communication and easing tensions. | CRS 1972 Annual Report to Congress, at 43-44: https://tinyurl.com/26txnhx8 |
| | Following a court ruling granting the Chippewa Tribe unrestricted hunting and fishing rights on its reservation, tensions rose between the tribe and nearby community members. CRS deployed a conciliation team to restore communication and strengthen ties between the groups. | CRS 1972 Annual Report to Congress, at 45: https://tinyurl.com/26txnhx8 |
| | In a Northeastern city, Puerto Rican demonstrators protesting the dismissal of the school system's bilingual education director occupied the superintendent's office. At the request of a community organization, CRS convened multiple negotiation sessions, resulting in peaceful resolution of the dispute. | CRS 1972 Annual Report to Congress, at 45-46: https://tinyurl.com/26txnhx8 |

| Year | Description | Source |
|------|-------------|--------|
| 1973 | CRS participated in the development of proposals to secure funds for establishing business development organizations in Birmingham, Tuskegee, Huntsville, and Mobile. The Birmingham and Tuskegee proposals were funded for $150,000 and $225,000, respectively, by the Office of Minority Business Enterprise (OMBE). | CRS 1973 Annual Report to Congress, at 7: https://tinyurl.com/mvst7kn5 |
| | In Raleigh, North Carolina, CRS assisted Women in Action for the Prevention of Violence and Its Causes, the League of Women Voters, the Raleigh Citizens Association, the Raleigh Community Relations Committee, and the Raleigh chapter of the North Carolina Black Caucus in establishing an education resource center. | CRS 1973 Annual Report to Congress, at 8: https://tinyurl.com/mvst7kn5 |
| | CRS worked with Fulton County Juvenile Court and the Atlanta Business League to institute a program providing social services, training, and jobs for juvenile offenders on probation. CRS assisted in preparing a proposal that secured two-year funding of $227,952 from LEAA. | CRS 1973 Annual Report to Congress, at 9: https://tinyurl.com/mvst7kn5 |
| | In Chicago CRS's assistance enabled a community organization, Chance, Inc., to secure a $175,000 grant to operate a community-based corrections program. The program provided support services to parolees. CRS provided models of other successful programs, supplied technical information, identified foundations that fund corrections projects, and helped the organization develop its proposal. | CRS 1973 Annual Report to Congress, at 11: https://tinyurl.com/mvst7kn5 |
| | CRS assisted seven suburban communities in Southern Cook County in developing a proposal for a juvenile delinquency prevention and rehabilitation program. The Illinois Department of Vocational Rehabilitation funded the proposal for $125,000. | CRS 1973 Annual Report to Congress, at 12: https://tinyurl.com/mvst7kn5 |

| Year | Description | Source |
|------|-------------|--------|
| 1973 (cont'd) | CRS brought together the Boston Tenant Policy Council, the Boston Housing Authority, the Massachusetts Department of Community Affairs, and HUD to address tenant concerns over lack of input in management decisions. The parties agreed to create a joint panel to hear tenant complaints, and CRS helped establish a training program for panel members, obtaining $10,000 in funding from state and local agencies. | CRS 1973 Annual Report to Congress, at 12: https://tinyurl.com/mvst7kn5 |
| | In Patterson, New Jersey, CRS aided the Patterson Coalition for Media Change (PCMC), a coalition of community residents. CRS supplied information to the PCMC on aspects of broadcasting requirements and helped develop a communications proposal. Through CRS's assistance, PCMC reached an agreement with a large local radio station for a 30% increase in hiring of minorities over a 3-year period and for setting up a storefront communications center with a paid director. | CRS 1973 Annual Report to Congress, at 12: https://tinyurl.com/mvst7kn5 |
| | Working with representatives of the Puerto Rican community in Hartford, CRS developed a proposal calling for court interpreters to assist Spanish-speaking persons having difficulty with the criminal justice system. | CRS 1973 Annual Report to Congress, at 13: https://tinyurl.com/mvst7kn5 |
| | In Houston, CRS worked with the Texas Southern University Law School to set up a program in which third-year law students intern in the offices of the local U.S. Attorney, the City Attorney, and the District Attorney. The purpose of the program was to expose minority law students to the work of government legal agencies and to encourage them to seek employment there. | CRS 1973 Annual Report to Congress, at 15: https://tinyurl.com/mvst7kn5 |
| | In Albuquerque, CRS assisted minority citizens seeking to express their concern over treatment of minority persons in the administration of justice system, particularly in corrections. CRS provided technical assistance on organizational planning, shared information from and arranged contact with LEAA, and provided information on possible funding sources, resulting in the creation of the Concerned Citizens for Corrections Reform. CRS also provided the new organization with models on reform in the criminal justice system. | CRS 1973 Annual Report to Congress, at 16: https://tinyurl.com/mvst7kn5 |

| Year | Description | Source |
|------|-------------|--------|
| 1973 (cont'd) | In Philadelphia, CRS assisted a group of formerly incarcerated individuals to develop a program supporting successful reintegration for people returning to the community. | CRS 1973 Annual Report to Congress, at 17: https://tinyurl.com/mvst7kn5 |
| | CRS assisted Prince George's County, Maryland in implementing a court-ordered desegregation plan. | CRS 1973 Annual Report to Congress, at 25-26: https://tinyurl.com/mvst7kn5 |
| | At the request of U.S. District Court Judge E. Gordon West, CRS acted as mediator between prisoners and officials from the Louisiana State Penitentiary, resulting in resolution of many issues including closure of notorious isolation cells, establishment of a grievance process, and dismissal as moot of many of the complaints pending before the court. | CRS 1973 Annual Report to Congress, at 25-26: https://tinyurl.com/mvst7kn5 |
| | CRS was on the ground during the 71-day standoff at Wounded Knee on the Pine Ridge Reservation. CRS maintained dialogue between the Oglala Lakota, followers of the American Indian Movement (AIM), and federal officials, helping to mitigate conflict and reach a peaceful resolution The incident prompted federal review of tribal governance and civil rights practices. | CRS 2013 Annual Report to Congress, at 14: https://tinyurl.com/3x6mvds4 |
| | After a series of acts of intimidation against Black students at a high school in Fort Meyers Florida, CRS served as a mediator in negotiations between student groups and successfully reduced tensions. | CRS 1973 Annual Report to Congress, at 27-28: https://tinyurl.com/mvst7kn5 |
| | CRS set up a task force to coordinate with members of AIM for a planned caravan and corresponding demonstration in Washington DC called the "trail of broken treaties" and prevent violence against the demonstrators. | CRS 1973 Annual Report to Congress, at 28-29: https://tinyurl.com/mvst7kn5 |
| | U.S. District Judge Jack M. Gordon asked CRS to mediate a settlement between prisoners at the Jefferson Parish Prison in Louisiana. CRS mediators were able to assist the parties in reaching agreement on all but one of the issues raised by the prisoners. | CRS 1973 Annual Report to Congress, at 30: https://tinyurl.com/mvst7kn5 |
| | In Jackson, Mississippi, CRS coordinated between protesters from a group named The Republic of New Africa to ensure a peaceful protest of several thousand in support of imprisoned Black revolutionaries was able to proceed. | CRS 1973 Annual Report to Congress, at 30: https://tinyurl.com/mvst7kn5 |

| Year | Description | Source |
|------|-------------|--------|
| 1974 | A class action suit was filed by 11 Black prisoners at the Georgia State Prison at Reidsville. The case, which was referred to CRS by U.S. District Judge A, A. Alaimo, included issues affecting both Black and other prisoners. Thus, CRS conducted negotiations in two phases: one incorporating the issues affecting only Black prisoners, and a second incorporating issues affecting the entire prison population. And desegregation of the prison, a major issue, was accomplished without major incident. | CRS 1974 Annual Report to Congress, at 3: https://tinyurl.com/35z6bx8u |
| | Dorchester High School, formerly all-white, experienced an influx of Black students as their families moved into the area. On September 26, 1973, there was an interracial fight at the school, and a number of people were injured. The school was closed and many several hundred individuals, many non-students, continued the melee in the streets. Teachers and other adults were assaulted, and windows were broken. CRS met with staff of the Mayor's Office of Human Rights and school administrators to offer its assistance. Specifically, the agency recommended steps to alleviate the problem, including developing a selection process for school security aides. CRS also participated in daily strategy sessions with the school administration, security officers, and police department representatives until the tension abated. | CRS 1974 Annual Report to Congress, at 18: https://tinyurl.com/35z6bx8u |
| | On October 15, 1971, three Black youths accused of stealing a truck were allegedly severely beaten by Memphis police. Subsequently, one of the youths died, and eight officers were charged with murder. Then on December 7, 1973, an all-white jury found all eight not guilty, setting off weeks of protest. CRS initially responded to the unrest stemming from the acquittal, and early in 1974 offered to mediate between the Memphis Police Department (MPD) and the Black community, leading to constructive negotiations. | CRS 1974 Annual Report to Congress, at 18-20: https://tinyurl.com/35z6bx8u |

| Year | Description | Source |
|------|-------------|--------|
| 1974 (cont'd) | After the U.S. attorney in Sioux Falls called CRS, the agency dispatched conciliators to McLaughlin, South Dakota to intercede after the American Indian Movement planed protests in the town following police severely injuring an Indigenous American woman. CRS assisted in negotiating reforms on behalf of the protesters including the creation of a permanent human relations committee | CRS 1974 Annual Report to Congress, at 20: https://tinyurl.com/35z6bx8u |
| | In spring 1974, the local NAACP chapter filed a complaint with the Federal Office of Revenue Sharing charging Peoria, Illinois city officials with discrimination in hiring and promotion practices. CRS was asked to assist in resolving the dispute by the NAACP and the city manager. The Office of Revenue Sharing deferred action on the complaint until CRS had an opportunity to see if a settlement could be reached, Negotiations were begun under the direction of a senior CRS mediator. After three months of negotiations, an agreement was reached which included the creation of a fair employment and housing commission. | CRS 1974 Annual Report to Congress, at 21: https://tinyurl.com/35z6bx8u |
| | In May 1973 white residents of the Lower East Side's School District No. l won six of nine seats on the school board. Once in office, the white majority began curtailing the activities of the Puerto Rican superintendent, which angered Puerto Rican, Black, and Chinese residents who supported his actions. Protests and demonstrations about the issue-particularly at school board meetings-escalated racial tension. CRS' credibility as a neutral third party led the disputants to look to the agency for objective assessment of their respective positions. CRS also served. as liaison between the two factions when direct communication was not possible. | CRS 1974 Annual Report to Congress, at 21-22: https://tinyurl.com/35z6bx8u |

| Year | Description | Source |
|------|-------------|--------|
| 1974 (cont'd) | CRS worked with communities in Boston to implement the Boston school desegregation plan ordered by Judge W. Arthur Garrity Jr. On August 29, 1974, Judge Garrity gave CRS another role serving as the court's monitor. That assignment entailed a dual function. One would be keeping an eye on the progress of desegregation and advising the court on problem situations. The second part would involve carrying out a range of special assignments at the court's request. | CRS 1975 Annual Report to Congress, at 9-12: https://tinyurl.com/399trse7 |
| | Investigations by the Kansas Commission on Civil Rights (KCCR) at the Kansas State Penitentiary for Men revealed problems contributing to racial tension among inmates. An NAACP State task force looking at corrections problems also expressed concern about conditions at the prison. The acting director of the Kansas penal system and the KCCR's executive director asked CRS to serve as mediator. The final agreement, signed in June 1974, ensured that in the future all inmates would be assigned to cellhouses without regard to race or ethnic origin. | CRS 1974 Annual Report to Congress, at 22-23: https://tinyurl.com/35z6bx8u |
| | CRS dispatched a biracial team of conciliators to St. Croix in September 1973, following what became known as the "Fountain Valley Massacre" at the Fountain Valley Golf Course in St. Croix, U.S. Virgin Islands. The CRS team worked with the chamber of commerce and other organizations to discourage the forming of white vigilante groups. CRS also helped establish a police-community relations program, the first in the islands. At the Governor's request, CRS helped make plans for police-community relations units on St. Thomas and throughout the Virgin Islands. | CRS 1974 Annual Report to Congress, at 27-29: https://tinyurl.com/35z6bx8u |
| | Drake University law students, members of the Black America Law Students Association, charged that the university discriminated against Black students in admissions, grading, and hiring policies. The students filed complaints with both the Des Moines Human Rights Commission and the Iowa Civil Rights Commission. The students 30 asked CRS to explore whether the conflict might | CRS 1974 Annual Report to Congress, at 29-30: https://tinyurl.com/35z6bx8u |

| Year | Description | Source |
|---|---|---|
| 1974 (cont'd) | be settled through mediation, In September 1973, negotiations were convened under CRS auspices. A month later, an agreement was reached between administrators and students. | |
| | In August 1974 members of the American Indian Movement and others camped on the lawn of the Claremore, Oklahoma Indian Hospital, charging hospital administrators and staff with "genocidal sterilization of young Indian men and women" and denial of medical services to urban area Indians. A CRS mediator conducted 3 days of intensive negotiations among the protesters, hospital administrators, and Indian health service officials. The result was an agreement to end further demonstrations pending the outcome of an investigation of hospital conditions by health service officials. | CRS 1975 Annual Report to Congress, at 29: https://tinyurl.com/399trse7 |
| 1975 | Continuing work began in 1974, CRS helped communities in Boston to implement the Boston school desegregation plan. Judge Garrity asked CRS to draw up a plan for the Citywide Coordinating Counsel which was implemented to monitor phase II of the desegregation plan. | CRS 1975 Annual Report to Congress, at 9-12: https://tinyurl.com/399trse7 |
| | In Detroit, District Judge Robert DeMascio issued an order on April 30, 1975, that CRS assist "in achieving harmonious implementation of a remedial plan to be ordered by the court and of future long-range plans to eliminate racial segregation to the extent possible in the public schools in the city of Detroit." CRS conciliators met weekly with representatives of several organizations and agencies until a solid communications plan was developed. Another part of the effort was working with the Detroit Police Department, mayor's office, and school officials on contingency plans to deal with internal and external security at the schools. The Detroit police also asked the team to provide some. training for officers assigned to a special desegregation task force | CRS 1975 Annual Report to Congress, at 12-13: https://tinyurl.com/399trse7 |

| Year | Description | Source |
|---|---|---|
| 1975 (cont'd) | CRS helped school officials, parents and Students in Dayton, Ohio address tensions caused by white resentment to desegregation of the local schools. At the Daytonians' request, the Agency brought a three-member delegation from the Memphis group, called IMPACT-for Involved Memphis Parents Assisting Children and Teachers-to talk about the experience there. This laid the groundwork for Dayton to pull together a citywide education council, subsequently formed under court order. | CRS 1975 Annual Report to Congress, at 13-14: https://tinyurl.com/399trse7 |
| | In Walsenburg, Colorado CRS mediated between Hispanic students engaged in a walkout protest as well as parents and school administration to address student and community concerns and craft reforms meant to address them. | CRS 1975 Annual Report to Congress, at 14-15: https://tinyurl.com/399trse7 |
| | In Lamar County, Georgia CRS conciliators arranged meetings between protesting students who alleged racial discrimination by school officials and the board of education. The school board had earlier refused to meet with Black students and parents. After talking with people around the county, a CRS conciliator arranged a meeting with the superintendent. For 3 days, an Agency team met with officials at each school, and with students and parents, leading to reforms and a return of the protesting students to class. | CRS 1975 Annual Report to Congress, at 15: https://tinyurl.com/399trse7 |
| | When Port Arthur, Texas police shot and killed 22-year-old Clifford Coleman, local community leaders formed the Concerned Black Citizens of Port Arthur (CCBCPA) and demanded the firing of the police chief. CRS served as a mediator between local officials and CCBCPA, resulting in multiple reforms of the police department. | CRS 1975 Annual Report to Congress, at 17-21: https://tinyurl.com/399trse7 |
| | In Fairfax County, Va., after a police officer shot and killed Felix Rorls in a grocery store and a grand jury made of all but one white persons found the shooting justified, CRS was asked by community leaders to mediate. The mediation resulted in several reforms of the police department and better communication between the department and community. | CRS 1975 Annual Report to Congress, at 21-22: https://tinyurl.com/399trse7 |

| Year | Description | Source |
|------|-------------|--------|
| 1975 (cont'd) | Chicanos in Brighton asked CRS to intervene following an altercation between approximately 25 youths and 30 to 40 police officers at a roadside park on July 14, 1974. After a CRS conciliator from the Denver office and a newly-formed citizens committee met with the mayor, he presented to the city council a resolution calling for the establishment of a task force to look into the incident and recommend how police-community relations could be improved. The council passed the resolution; the result was the Mayor's Community Relations Inquiry and Review Committee. | CRS 1975 Annual Report to Congress, at 22-23: https://tinyurl.com/399trse7 |
| | An agreement mediated at the Washington State Penitentiary at Walla Walla involved inmates in minimum security. Minority prisoners alleged that administrators discriminated against them in picking participants for work-release, furlough, education, and other programs designed to improve inmates' chances of successfully reentering society. With a CRS mediator's help, the superintendent and inmates arrived at a settlement on August 28, 1974, 3 months after negotiations began. The agreement provided specifically that the number of minority inmates participating in the work-release program would be increased. Inmates in that program are permitted to leave the prison regularly to work at jobs nearby. | CRS 1975 Annual Report to Congress, at 26-27: https://tinyurl.com/399trse7 |
| | A conciliator-mediator team helped settle a confrontation between teenage boys and authorities at Log Cabin Ranch School, a correctional facility of the San Francisco County Juvenile Probation Department. Students strongly resented that staff members could write them up without informing them or even specifying what they did wrong. Students often learned of infractions only when their passes were pulled. Nor was there a systematic review so that a student was kept advised of his disciplinary standing. CRS' intervention in the dispute led to implementation of a student grievance process, bill of rights, and rules for living. Students and staff collaborated to develop the measures. | CRS 1975 Annual Report to Congress, at 27: https://tinyurl.com/399trse7 |

| Year | Description | Source |
|------|-------------|--------|
| 1975 (cont'd) | In Cheltenham Township Pennsylvania, CRS met with leaders of the Southern Christian Leadership Conference, town officials, and police to assist in coordinating and avoiding confrontations with a large protest planned in support of a labor union strike. | CRS 1975 Annual Report to Congress, at 27: https://tinyurl.com/399trse7 |
| 1976 | After police killed a 21-year-old African American in Savannah, Georgia, protests and threats of an economic boycott led to CRS' involvement. CRS initiated negotiations between community groups and local officials that resulted in the development of new firearms policies, a citizens' complaint procedure and other reforms as well as increasing the number of Black officers on the police force. | CRS 1976 Annual Report to Congress, at 10-11: https://tinyurl.com/yf2res6b |
| | In Lincoln, Nebraska after two police killings of Black men CRS initiated negotiations between police and community groups that led to clarifications and new procedures related to serving warrants and firearms policy. | CRS 1976 Annual Report to Congress, at 12: https://tinyurl.com/yf2res6b |
| | In Mobile, Alabama white policemen tortured two Black youths by pretending to lynch them and placing a noose around one's neck. Police officials kept the incident hidden for over two weeks, and tension ripped through the city after news media broke the story. CRS conciliators persuaded police and city officials to meet with representatives of a community coalition, leading local authorities increase its response to the incident over its initial reaction, leading to significant reforms, and the eventual indictment of 5 of the officers involved. | CRS 1976 Annual Report to Congress, at 12-14: https://tinyurl.com/yf2res6b |
| | After Springfield, Massachusetts police shot and killed a Puerto-Rican man allegedly running away from the scene of a robbery, CRS responded to a request for assistance by proposing negotiations between city officials and a coalition of minority community organizations. A CRS mediator assisted the sides in reaching agreement on reforms to make city government more responsive to Spanish-speaking and other minority groups. | CRS 1976 Annual Report to Congress, at 15-16: https://tinyurl.com/yf2res6b |

| Year | Description | Source |
|------|-------------|--------|
| 1976 (cont'd) | In Leadville, Colorado, CRS conciliators brought together Chicano residents and police to discuss community tensions. This led to reforms, including investigation of all complaints of police abuse, and a public report on the findings, development of community outreach programs, among others. | CRS 1976 Annual Report to Congress, at 16-17: https://tinyurl.com/yf2res6b |
| | CRS negotiated reforms leading to a reduction of tensions between Indigenous American community members and police in Gordon, Nebraska, including the creation of a permanent human relations commission. | CRS 1976 Annual Report to Congress, at 17-18: https://tinyurl.com/yf2res6b |
| | CRS responded to an incident in Flint, Michigan in which a white police officer and Black police officer engaged in a shootout in a parking lot over who would drive their assigned patrol car. CRS helped community organizations negotiate reforms to the police department's hiring and training policies. | CRS 1976 Annual Report to Congress, at 19-20: https://tinyurl.com/yf2res6b |
| | CRS and the National Center for Quality Integrated Education co-sponsored a Washington conference attended by 500 civic leaders from over 70 communities to discuss desegregation efforts. | CRS 1976 Annual Report to Congress, at 23-24: https://tinyurl.com/yf2res6b |
| | At the request of U.S. District Court Judge Robert DeMascio's request (and even before the request) CRS offered its assistance to Detroit leaders dealing with desegregation of Detroit schools in the wake of the ruling in *Miliken v. Bradley*. CRS opened a temporary field office in Detroit, and assigned staff to pinpoint potential problems for the desegregation plan and minimize them ahead of time. At the request of Judge DeMascio, CRS analyzed various school district policies and identify shortcomings that might fuel discontent. Thanks in part to the work of CRS, the desegregation plan in Detroit was successfully implemented with minimal disruption and delay. | CRS 1976 Annual Report to Congress, at 26-28: https://tinyurl.com/yf2res6b |
| | In Dayton, Ohio Judge Carl Rubin asked CRS to help insure "harmonious implementation" of his desegregation order. Among specific tasks Judge Carl Rubin mentioned was advising a citizens commission set up to monitor the desegregation process. CRS brought in people in from similar commissions in other cities to advise the Dayton group, called the Dayton Citizens Advisory | CRS 1976 Annual Report to Congress, at 29: https://tinyurl.com/yf2res6b |

| Year | Description | Source |
|------|-------------|--------|
| 1976 (cont'd) | Board (DCAB). High priority was given to providing technical assistance to groups promoting a peaceful transition, chiefly the Interfaith Task Force, representing 17 Dayton religious organizations, which was chaired by the mayor. | |
| | In Santa Rosa, California, allegations of discriminatory discipline, insensitivity to minority students, and hiring discrimination came up repeatedly in disputes. A CRS conciliator had come to work on another problem and was asked to help with the school conflict. After two months of negotiations, the disputants ~igned an 18-point agreement assuring that no disciplinary double standard, racist remarks or behavior, or other discriminatory practices would be tolerated. Citizens' committees for each school -- and a district-wide committee -- were set up to work on human relations problems on a regular basis. | CRS 1976 Annual Report to Congress, at 30-31: https://tinyurl.com/yf2res6b |
| | Hispanic students and University of Wisconsin administrators disagreed over creating a Chicano studies department. The students wanted a separate department, but administrators were receptive only to a Latino studies department, with a Chicano division. When CRS interceded, talks had been broken off, and 50 to 200 demonstrators picketed the University's Madison campus daily. discussions were resumed, and the two sides began moving toward a settlement when administrators proposed hiring a faculty member to begin developing a Chicano studies program. Officials also made a commitment to provide more support generally for Chicano concerns, and suggested reconstituting a then-dormant Chicano Advisory Committee to work with the faculty member that would be hired to work on a Chicano studies program. | CRS 1976 Annual Report to Congress, at 35-36: https://tinyurl.com/yf2res6b |
| | At Brandeis University, Black students protesting a newspaper article they condemned as racist and insulting included a sit-in, a brief takeover of the campus radio station, blocking a cafeteria line, and a minor disturbance at one University library. CRS brought students and University officials together in discussions, and promoted a series of public forums to air the issues. Following | CRS 1976 Annual Report to Congress, at 36-37: https://tinyurl.com/yf2res6b |

| Year | Description | Source |
|---|---|---|
| 1976 (cont'd) | these sessions, formal negotiations were convened to arrive at actions that would be taken to deal with the problems revealed. | |
| | Under an informal agreement with the Federal Office of Revenue Sharing (CRS), CRS mediated a Texarkana, Arkansas, revenue sharing dispute after Black residents filed a complaint that the city had no effective affirmative action program, spent large sums on 11 hardware 11 and little on "people 11 services, and did not talk to minorities before deciding how money would be used. The complaint bore 2,500 signatures. After an agency mediator interceded, city officials and Black residents reached an agreement in negotiations that continued for three months. | CRS 1976 Annual Report to Congress, at 39: https://tinyurl.com/yf2res6b |
| | Chicano farmworkers in in Colusa County, California, complained to CRS that the county welfare department harassed and denied aid to needy Chicano families. Led by El Concilio de Sacramento, a community organization, they had staged a sit-in at the department. A two-member agency team resolved the conflict working with the parties, county officials, and consultants from State government. The 21-point agreement called for renewed emphasis on explaining to applicants and recipients the available services, procedures to be followed, and their appeal and hearing rights. The department also pledged that its staff would act courteously, not seek unnecessary information, and provide interpreters when necessary. | CRS 1976 Annual Report to Congress, at 40: https://tinyurl.com/yf2res6b |
| | When the Yankton Sioux announced plans to hold a treaty conference on the Yankton Reservation at Wagner, South Dakota, the Bureau of Indian Affairs superintendent was concerned that the influx might outstrip local capacity to accommodate them. CRS helped devise a contingency plan, activated communications between conference leaders and local officials, and made sure that needs such as security, waste disposal, medical aid, water, and food were met. | CRS 1976 Annual Report to Congress, at 57: https://tinyurl.com/yf2res6b |

| Year | Description | Source |
|------|-------------|--------|
| 1977 | At the Civil Rights Division's request, CRS responded to community tension in this small Northeastern Minnesota town following the fatal shooting of one Indigenous American and serious wounding of a second by a white constable. CRS' assessment determined that relations had deteriorated to a critical point. Within a week, a team convened a gathering of 32 local, county, and State officials and community leaders--reportedly the first such meeting ever held. Following that meeting, a "community panel" was organized to monitor and review racial incidents, seek to curtail them, and explore the possibility of joint activities to promote racial understanding. | CRS 1977 Annual Report to Congress, at 3: https://tinyurl.com/zzzj9ucb |
|  | Following the death of Richard Morales in Catroville, Texas, the former chief was convicted only of aggravated assault. Mexican American leaders asked CRS for help in arranging meetings with top Justice Department officials to press their concerns. The Attorney general eventually authorized prosecution and obtained conviction of the former chief, his wife, and sister-in-law-who helped dispose of Morales' body for violating the victim's civil rights. | CRS 1977 Annual Report to Congress, at 3-4: https://tinyurl.com/zzzj9ucb |
|  | In Salt Lake City, Utah NAACP leaders accused police of overreacting to disturbances at a government-sponsored picnic for youth in a summer manpower program. A second incident occurred when a Chicano crowd outside a ballroom ignored an order to disperse, and the police moved them forcibly, using nightsticks and dogs. A CRS consultant, with the police department's sanction, first conducted a thorough, objective review of department operations to identify problems. The negotiations that followed led to formal agreements between police and both minority groups. | CRS 1977 Annual Report to Congress, at 4: https://tinyurl.com/zzzj9ucb |
|  | In Daly City, California, there had been no serious incidents between police and Filipino community leaders but both were concerned about where worsening relations were heading. A request to CRS from the chief of police, through the U.S. Attorney, led to an extensive conciliation effort to build up structures to prevent further estrangement. The high point was a precedent-setting meeting | CRS 1977 Annual Report to Congress, at 4: https://tinyurl.com/zzzj9ucb |

| Year | Description | Source |
|------|-------------|--------|
| 1977 (cont'd) | of Filipino leaders with the police chief. Out of that meeting came agreement to recruit Filipino police officers, involve Filipino youths in police-sponsored activities, and to hold regular meetings between the police department and groups such as the Philippine American Involvement League. | |
| | In Chicago CRS conducted roll call sessions on professionalism during racial crises for officers in two police districts. Officers in these districts had been accused of unprofessional conduct in handling interracial clashes in the Marquette Park area. Subsequently, the police department asked CRS to help the Chicago Police Academy develop a crisis prevention and response training program for the patrol force and tactical squads in these two districts. This training with respect to crowd control did not deal with such typical police subjects as tactics, formations, and weaponry. Rather, the Service concentrated on contingency planning, negotiation as an option to confrontation, and other techniques to avoid violence. | CRS 1977 Annual Report to Congress, at 5: https://tinyurl.com/zzzj9ucb |
| | At the request of the U.S. District Court for the Western District of Missouri: CRS took on the role of fact-finder in a consent judgment involving the Jackson County Jail in Kansas City. Legal Services attorneys had filed a suit that in 1973 led to a consent decree to improve living conditions and operating procedures at the jail. But in 1977, questions were raised about the extent of compliance with the original judgment's provisions. An amended consent judgment designated CRS as "fact-finder for the parties and the Court with respect to extent of compliance." | CRS 1977 Annual Report to Congress, at 6: https://tinyurl.com/zzzj9ucb |
| | CRS, in May 1977 sponsored, with the Ohio State University College of Education, a two day symposium on how monitoring commissions function in school desegregation. School officials and private citizens from more than 25 cities heard first-hand the experiences of members of monitoring commissions in Boston, Detroit, Dallas, Denver, and Springfield, Illinois, all of which--with the exception of Boston-desegregated without major incident. | CRS 1977 Annual Report to Congress, at 6-7: https://tinyurl.com/zzzj9ucb |

| Year | Description | Source |
|------|-------------|--------|
| 1978 | Texas experienced a series of charged Hispanic community reactions to the use of deadly force against Mexican Americans by police. CRS conciliated during a number of demonstrations and provided other third-party assistance to prevent tensions from escalating into widespread violence. In a meeting the participants called "historic," six major Texas law enforcement officials-including five chiefs of police-and spokesmen for six Hispanic organizations were brought together in CRS' Dallas office to explore ways of reducing police-Hispanic alienation. | CRS 1978 Annual Report to Congress, at 6: https://tinyurl.com/m8y33xw4 |
| | In Woodland, California, CRS initiated discussion between Mexican American community groups and city officials to enact reforms following the arrest of numerous Mexican Americans who alleged no grounds for their detainment. The discussions led to improved policies governing police conduct including explicit statements related to reasonable suspicion and probable cause. | CRS 1978 Annual Report to Congress, at 7-8: https://tinyurl.com/m8y33xw4 |
| | When Providence, Rhode Island, police fatally shot a Black man, the minority community—led by a Black city councilman—demonstrated and demanded a meeting with the mayor. The U.S. Attorney for Rhode Island asked CRS to get involved. This led to a two-day conference on police-community relations and the controlled use of force. CRS conducted the session with the endorsement and involvement of the Providence Human Relations Commission, Rhode Island State Association of Chiefs of Police, Providence Police Department, Fraternal Order of Police, NAACP, Urban League, and other agencies. | CRS 1978 Annual Report to Congress, at 8: https://tinyurl.com/m8y33xw4 |
| | CRS provided conflict management training to new tribal law enforcement officers on the Pine Ridge Reservation in South Dakota. | CRS 1978 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |
| | CRS designed a human relations and cultural awareness training program for personnel of the Oregon penal system. This resulted from a CRS team's visits to the Oregon State Penitentiary at Salem at the request of the NAACP's Portland chapter. The NAACP's request was prompted by complaints from | CRS 1978 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |

| Year | Description | Source |
|------|-------------|--------|
| 1978 (cont'd) | Black inmates alleging unfair treatment and complaining of a lack of employment opportunities and halfway houses. | |
| | CRS conducted training for the locally developed Neighborhood Mediation Project in Des Moines, and served on a training team for the Kansas City, Missouri, Neighborhood Justice Center | CRS 1978 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |
| | Syracuse, New York, school officials asked CRS for assistance in developing human relations training for staff of 19 elementary schools desegregated in September 1977. Between February and April, 1978. CRS developed and conducted four human relations workshops. The overall goal was to create greater staff sensitivity to cultural differences among students, and to build better relationships among students, administrators, educational support staff, and parents. | CRS 1978 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |
| | CRS assisted New Castle County, Delaware, in preparing for court-ordered desegregation across district lines in September 1978. An example of efforts to aid peaceful implementation was participation in an exercise to test the county's readiness a week before schools opened. The exercise focused on effectiveness of communications between various school, police and governmental jurisdictions. There were no serious disruptions when schools opened. | CRS 1978 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |
| | In Los Angeles, the first phase of mandatory desegregation-involving 51,210 students in grades four through eight-was implemented without massive demonstrations and violence in September 1978. A three-member, bilingual CRS team was on hand at that time to help resolve any problems. However, for more than a year before the opening of schools, the agency performed a variety of tasks to enhance the prospect of peaceful desegregation. | CRS 1978 Annual Report to Congress, at 9-10: https://tinyurl.com/m8y33xw4 |
| | CRS undertook a fact-finding assignment for U.S. District Court in New Orleans with respect to desegregation compliance and other racial problems at a Lutcher, Louisiana, high school. | CRS 1978 Annual Report to Congress, at 10: https://tinyurl.com/m8y33xw4 |

| Year | Description | Source |
|------|-------------|--------|
| 1978 (cont'd) | The number of race-related disruptions in New England schools revealed that most school systems have no contingency plan, and that few have trained security staffs. School authorities in Boston and Medford, Massachusetts, and in Bridgeport, Connecticut, asked CRS to develop a regional conference on security for school systems throughout New England. | CRS 1978 Annual Report to Congress, at 11: https://tinyurl.com/m8y33xw4 |
| | The Colorado Education Association (CEA) asked for assistance in developing a program to reduce racial tension and enhance teachers' ability to improve the quality of education. The agency tested its training package in a mini-workshop for selected teachers in Grand Junction and then combined forces with the American Civil Liberties Union on a 40-hour course in grievance procedures and human relations. | CRS 1978 Annual Report to Congress, at 11: https://tinyurl.com/m8y33xw4 |
| | Black residents of West Helena, Arkansas, began a boycott of merchants to protest alleged discriminatory use of revenue sharing funds. Their complaints included alleged discrimination by city agencies in hiring and promotion practices, poor streets, substandard housing, and other problems in Black neighborhoods. | CRS 1978 Annual Report to Congress, at 11: https://tinyurl.com/m8y33xw4 |
| | Black residents in Mobile, Alabama, boycotted a local grocery chain for six weeks over allegedly discriminatory practices. Leaders said that Black employees were prevented from advancing to store manager, some whites were paid more for the same work, and poorer quality food was stocked in stores located in Black neighborhoods. CRS mediated an agreement that insured minority employees an opportunity to compete with whites for store manager positions, officials pledging that the first Black manager would be hired within six months. Officials also said that any disparities in employee pay would be eliminated and assured that high quality food would be available in all stores. | CRS 1978 Annual Report to Congress, at 12: https://tinyurl.com/m8y33xw4 |
| | A highly publicized Ku Klux Klan campaign to "patrol" the U.S. border at San Diego for illegal aliens created anxiety and anger among Mexican Americans. A march and rally at San Ysidro drew over 2,000 in a peaceful protest. Assessing | CRS 1978 Annual Report to Congress, at 12: https://tinyurl.com/m8y33xw4 |

| Year | Description | Source |
|------|-------------|--------|
| 1978 (cont'd) | the situation, CRS called a meeting, in the U.S. Attorney's Office, of the INS, FBI, and local police because of the potential disruption. The Service also helped brief monitors for the march and joined in the monitoring itself. In addition, the agency monitored the border several nights, coordinating with other Federal and law enforcement agencies. | |
| | A serious protest incident at the Progreso, Texas, border crossing left INS and other Federal agencies determined to prevent a recurrence of the uncertainty in their response. CRS, whose offer of assistance was accepted! proposed developing a contingency plan with clear guidelines. An agency-prepared draft became the working paper from which a final contingency plan was hammered. | CRS 1978 Annual Report to Congress, at 12: https://tinyurl.com/m8y33xw4 |
| | CRS helped sponsor a statewide conference for news media and Alaska Indigenous leaders to find ways to improve coverage of Arctic peoples and issues. | CRS 1978 Annual Report to Congress, at 13: https://tinyurl.com/m8y33xw4 |
| | In the summer of 1977, the neo-Nazi National Socialist Party of America (NSPA) announced its intention to demonstrate in the heavily Jewish Chicago suburb of Skokie. Legal action by the Village of Skokie temporarily blocked the plan. But early in 1978-after NSPA was denied permission to rally in Chicago's Marquette Park-the group said it would go ahead with its plans for a march in Skokie. CRS, whose first contact had been in 1977, again contacted Skokie officials when it became apparent that the NSPA would pursue a permit for a demonstration. The Service performed a wide variety of technical assistance tasks related to the scheduled June 25 march. For example, it provided Skokie police with copies of contingency plans from other cities and ·raised questions to aid the planning. Also, it brought in a team to activate a rumor control center, and consulted with groups planning counter-demonstrations, such as the Jewish Federation, an amalgamation of 34 Chicago-area organizations. | CRS 1978 Annual Report to Congress, at 13: https://tinyurl.com/m8y33xw4 |

| Year | Description | Source |
|------|-------------|--------|
| 1979 | An effort was initiated, in January, 1979, to improve police-community relations in Boston, with a CRS conciliator arranging a series of meetings between the various community organizations. | CRS 1979 Annual Report to Congress, at 5-6: https://tinyurl.com/m8y33xw4 |
| | CRS worked with local officials and community members to assist in implementation of the first phase of public-school desegregation in Cleveland in 1979. | CRS 1979 Annual Report to Congress, at 8: https://tinyurl.com/m8y33xw4 |
| | Sporadic incidents in the Oroville school system and longstanding charges by the NAACP of unequal treatment of minority students and lack of meaningful affirmative action programs prompted CRS action in this case. A CRS mediator met with the affected groups, then initiated negotiations between representatives of the NAACP and the Butte County Legal Services, and the school system. | CRS 1979 Annual Report to Congress, at 8: https://tinyurl.com/m8y33xw4 |
| | A longstanding landlord-tenant dispute threatened operations of the St. Louis, MO, Public Housing Authority (PHA). A CRS mediator entered the controversy by invitation of both organizations. Entry was also endorsed by regional officials of the U.S. Department of Housing and Urban Development (HUD) and the St. Louis mayor. As the result of face-to-face negotiations, convened and chaired by the mediator, two agreements were reached. One agreement reorganized the TAB "as the duly constituted representative of tenants' organizations in conventional housing developments." The other agreement established rules and procedures for electing members of individual tenants' organizations at the housing projects and uniform operation bylaws. | CRS 1979 Annual Report to Congress, at 9: https://tinyurl.com/m8y33xw4 |
| | Restrictions that Idaho State officials placed on fishing for Chinook salmon brought on armed confrontations between Indigenous Americans, whites, and law enforcement officers in Spring 1979. Fearing that the restrictions would rekindle conflict during the impending salmon run, CRS initiated discussions with the Nez Perce Tribal Council and other Indian leaders to develop an early-warning system and other recommendations to avoid future violence. | CRS 1979 Annual Report to Congress, at 11: https://tinyurl.com/m8y33xw4 |

| Year | Description | Source |
|---|---|---|
| 1979 (cont'd) | In Decatur, Alabama, after Ku Klux Klan members attacked SCLC protesters, CRS intervened to provide technical assistance and recommendations to state and local officials to retain the peace during planned protests from both sides, leading to both planned marches taking place without violence. | CRS 1979 Annual Report to Congress, at 10: https://tinyurl.com/m8y33xw4 |
|  | In April, 1979, the mayor of Hartford, Connecticut asked CRS to help resolve the problem of the prime contractor's refusal to establish an affirmative action plan The mayor also asked wanted CRS professionals to help the union and community groups to get the Army Corps of Engineers to use its influence to persuade the contractor to negotiate. | CRS 1979 Annual Report to Congress, at 12: https://tinyurl.com/m8y33xw4 |
| 1980 | CRS was asked to mediate a class action suit in Cairo, Illinois in which Black voters sought to abolish the at-large system of electing city council members and replace it with a ward election system. CRS was able to help mediate a consent decree, avoiding a long, costly, and complex trial. Settlement of this case, in a community torn by more than a decade of bitter racial controversy, was hailed by attorneys as an important step toward racial cooperation. | CRS 1980 Annual Report to Congress, at 6: https://tinyurl.com/2s4f3tpu |
|  | CRS mediated three prisoner lawsuits alleging discrimination in a predominantly Black prison in Waupun, Wisconsin. They met with prison administrators, corrections department officials, Wisconsin assistant attorney general, the State public defender's office and the inmates, and reached an agreement on complaints related to food service, exercise, visiting privileges, the use of mace, racial discrimination, housing assignments, and a Crisis Intervention Counsellor. | CRS 1980 Annual Report to Congress, at 6: https://tinyurl.com/2s4f3tpu |
|  | CRS mediated a settlement in a case alleging racially discriminatory housing assignments in Cook County Jail. The agreement established a classification system consistent with the consent decree and security interests, created a plan using objective criterion in assignments, addressed housing units for inmates with disabilities, created standard operating procedures for classification duties, and created a training program for employees. | CRS 1980 Annual Report to Congress, at 6: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | CRS mediated a suit against the City of Chicago's Department of Commerce for failing to include minorities on the committee in accordance with federal guidelines, resulting in a lack of representation of the unemployed. The agreement included electing minority representatives to the Economic Development Plan Advisory Committee and allowing them to review the economic development plans and proposals before they were acted upon. | CRS 1980 Annual Report to Congress, at 6: https://tinyurl.com/2s4f3tpu |
| | CRS mediated a lawsuit in Louisville, Kentucky, in which the Black Police Organization alleged the City of Louisville was racially discriminatory in police recruitment, hiring, assignment, promotion and discipline practices. The police department was divided along racial lines, a division that surfaced in a community already beset by tensions from school desegregation. The settlement was able to resolve a six-year-old dispute and establish changes to the recruitment, discipline, representation, and promotion within the department, as well as provide settlement funds. | CRS 1980 Annual Report to Congress, at 7-8: https://tinyurl.com/2s4f3tpu |
| | Following a fight between a store clerk and a Mexican American youth in Nampa, Idaho, discriminatory arrests and evictions from the mall, charges of police name-calling and brutality, and two days of demonstrations by about 300 persons in front of City Hall and the police department, CRS helped to negotiate a settlement to address racial discrimination by the police department. | CRS 1980 Annual Report to Congress, at 8: https://tinyurl.com/2s4f3tpu |
| | CRS worked with Black leaders, NAACP, ministerial community members, and city managers and officials in Battle Creek, Michigan to address police use of excessive force and harassment of Black people. They brokered an agreement that prescribed changes in police practices and regular meetings between Black leaders and city officials to review police-community problems. | CRS 1980 Annual Report to Congress, at 8: https://tinyurl.com/2s4f3tpu |
| | CRS helped to establish an information-sharing forum between police and Black and Hispanic community members in Houston, Texas, in order to address police-minority polarization. The group addressed issues such as police | CRS 1980 Annual Report to Congress, at 8: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | accountability, undocumented persons, and community organization orientation. | |
| | After police in Euless, Texas shot and killed a 14-year-old Mexican American child, CRS mediated between police and city officials and protest leaders to develop a task force addressing police policies and practices. The agreement included training on cross-cultural sensitivity, Hispanic community participation on police policies and procedures, legislative efforts to improve policing, external investigation, the establishment of a departmental policy requiring officers involved in a shooting to undergo psychological evaluation and counseling. | CRS 1980 Annual Report to Congress, at 8-9: https://tinyurl.com/2s4f3tpu |
| | CRS mediated between police agencies and the Hispanic community after allegations of excessive force and abuse of Hispanic individuals by police officers at a festival in Kingsville, Texas. The agreement incorporated issues centering on a public apology for wrongful police action, restitution to vendors' monetary losses, and recommendations to drop charges against arrestees. | CRS 1980 Annual Report to Congress, at 9: https://tinyurl.com/2s4f3tpu |
| | After police in Longmont, Colorado shot and killed two young Mexican men who were pulled over for a traffic violation, CRS contacted Hispanic leadership and local officials and persuaded them to negotiate their differences. They mediated an agreement including a hotline for police complaints, a HR specialist position, a civilian ride-along program, assessment of the police department by an outside team, and a new structure for the department. CRS was also able to obtain a grant from the Community Services Administration for the police department to include training. | CRS 1980 Annual Report to Congress, at 9: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | Protests over police brutality in Miami, Florida, and specifically the acquittal of four officers who murdered a Black man and covered up his death, lead to 18 deaths and 855 arrests. Racial tensions and police brutality had been high for many years leading up to this, and the first six months of 1980 had alerted seven instances of police brutality against Black men. CRS directors entered Miami to assess the problems and called for the immediate opening of a CRS temporary office. The office's opening was announced by the Attorney General after he was briefed by CRS directors. The office had begun to work on establishing advisory committees, reviewing the police force, establishing community and police relationships. | CRS 1980 Annual Report to Congress, at 9-11: https://tinyurl.com/2s4f3tpu |
| | CRS co-hosted a conference of Black and Hispanic leaders and police officials to discuss the use of excessive force, come up with recommendations, and return home and implement them. The participants jointly made 31 recommendations. CRS then helped 19 communities to implement some of the violence-preventative recommendations. | CRS 1980 Annual Report to Congress, at 11: https://tinyurl.com/2s4f3tpu |
| | In Dunseith, North Dakota, students participated in a strike over unfair disciplinary procedures, poor scheduling, and insensitivity to Indigenous American concerns. The school asked CRS to step in, and they set up two days of training sessions aimed to improve these issues and the relationships between the community and school. It results in an agreement to develop a school policy manual with the aid of CRS. | CRS 1980 Annual Report to Congress, at 12: https://tinyurl.com/2s4f3tpu |
| | In Portland, Oregon, students boycotted school as desegregation plans did not allow Black input in the selection of staff, did not provide enough middle school for Black students, failed to institute an adequate multi-ethnic curriculum, and did not ensure that Black students would be treated fairly in school discipline. CRS responded and provided training, conciliation, and technical assistance to officials. Agency officials also helped the Black groups to gain access to the proper officials and to establish communications lines. | CRS 1980 Annual Report to Congress, at 12: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | In Sheridan, Colorado, Latino students presented concerns to the school board including allegations of severe punishment for Latino students when compared to White students; despite a 20 percent enrollment; derogatory racial remarks; no student handbooks; poor relationships between teachers and Latinos; and the ridiculing of Latinos for not participating in sports. CRS assisted with facilitating meetings with the superintendent and the school board, who instituted a plan for training. | CRS 1980 Annual Report to Congress, at 12: https://tinyurl.com/2s4f3tpu |
| | CRS aided in the peaceful opening of desegregated schools in Alexandria, Louisiana, amidst racial tensions that had school board members attending meetings with firearms, Ku Klux Klan agitators, and anti-busing forces. CRS was able to ease these tensions by conferring with spokespeople, contacting community leaders to support a peaceful opening, developing a rumor control center, developing continency planning with police, and securing emergency federal funds. | CRS 1980 Annual Report to Congress, at 12: https://tinyurl.com/2s4f3tpu |
| | The district court in St. Louis, Missouri requested CRS to aid in desegregation of public schools. Extensive assistance was provided to both the court-appointed citizens committee and school officials, including assistance in the security planning and evaluation, and in rumor control. Agency professionals also helped to evaluate training for school security personnel and to develop a training program for a community coalition organized to support peaceful implementation of the plan. Assistance was given to establish lines of communication needed to accurate information about the desegregation process and that school officials, community groups and municipal officials work together to the extent possible. | CRS 1980 Annual Report to Congress, at 12: https://tinyurl.com/2s4f3tpu |
| | After a fight between Black and white students in a Wrightsville, Georgia school, and the subsequent police detention of Black girls, protests broke out. White people attacked the Black demonstrators. CRS was able to mediate and form a biracial committee. | CRS 1980 Annual Report to Congress, at 12-13: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | When a Fresno, California school district was ordered to desegregate, it adopted CRS's suggested plan which included televising school board meetings, creating a student magazine-type television program to improve the school district's image in the community, in-service training of all clerical personnel and administrators in communication skills, and establishing continency plans for implementation during potential crisis situations. CRS's conciliator also negotiated with PBS and conducted a workshop for 180 administrators and 39 police department members. | CRS 1980 Annual Report to Congress, at 13: https://tinyurl.com/2s4f3tpu |
| | CRS responded to a fight in Denver, Colorado between youths of different ethnic identities, and was instrumental in the formation of task forces at Federal, State, and city levels. The professionals further recommended the creation of a new ethnic information center and provided the training for the team which staffed the center. | CRS 1980 Annual Report to Congress, at 13: https://tinyurl.com/2s4f3tpu |
| | CRS worked with police commanders to help assure safety at a Ku Klux Klan march and the responding counteraction. The major effort was directed at organizing an observer task force to monitor both marches, thus putting on the streets a cadre of "peacemakers" whose presence as witnesses to any aggression was expected to reduce the likelihood of violence. | CRS 1980 Annual Report to Congress, at 13: https://tinyurl.com/2s4f3tpu |
| | In Seadrift, Texas, local fisherman and immigrant fisherman had a series of violent confrontations due to local fishermen wanting "the aliens out." CRS launched intensive efforts to facilitate interactions, including education, town meetings, mobilization of resources, negotiating a written settlement, and formation of a biracial fishermen's counsel. | CRS 1980 Annual Report to Congress, at 13-14: https://tinyurl.com/2s4f3tpu |
| | The Idaho Fish and Game Commission ordered a conservation closure on salmon fishing on the Rapid River following the Nez Perce Tribal Executive Committee opening the river to tribal members who conducted a "fish-in" to assert "tribal rights." State law enforcement and fish and game officials responded. A CRS mediator entered the dispute and arranged for the tribal | CRS 1980 Annual Report to Congress, at 14: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|------|-------------|--------|
| 1980 (cont'd) | chairman and the State Fish and Game Commission director to meet in joint work sessions, creating procedures for developing a formula for tribal harvesting of salmon. The CRS mediator then met with the Governor's aide for natural resources and the State's legal counsel. The Governor's office requested CRS assistance in developing negotiations with the Nez Perce Tribe regarding fishing rights on the Rapid River. | |
| | A Ku Klux Klan leader's death and burial in Dallas, Texas resulted in opposing protests. The CRS response involved identifying a cemetery that would accept the body under a variation of described conditions, and helping to facilitate necessary arrangements, thus putting an end to the uproar. | CRS 1980 Annual Report to Congress, at 14: https://tinyurl.com/2s4f3tpu |
| | CRS was requested by Fort Worth, Texas city officials to aid in extensive planning before a KKK march to avoid confrontation. Having succeeded in getting cooperation from the media, and similar cooperation from merchants and citizens in general, the march was so sparsely observed that there was no real opportunity for confrontation. A rumor control mechanism and "observer task force" had been established with CRS assistance, each contributing to the ultimate, peaceful outcome. | CRS 1980 Annual Report to Congress, at 14: https://tinyurl.com/2s4f3tpu |
| | Puyallup tribal leaders occupied Washington State Juvenile Diagnostic Center in response to a Supreme Court decision. An armed standoff ensued. CRS aided in mediation between Washington State Patrol SWAT team commander, center officials, and tribal police, for an agreement including withdrawal of the SWAT team and transfer of juvenile residents to work/study releasee programs. CRS assisted in establishing communications and the gaining of a truce until the court ruled that the center legally belonged to the U.S. Government in trust for the tribe. | CRS 1980 Annual Report to Congress, at 14-15: https://tinyurl.com/2s4f3tpu |

| Year | Description | Source |
|---|---|---|
| 1980 (cont'd) | CRS, at the request of the San Francisco U.S. Attorney, mediated a dispute between the Black community in Vallejo, California and federal government agencies who had inadequately responded to their requests for funding. CRS secured funding for a home weatherization project, eligibility for HUD loans, city commitment to cleanup, funding for programs, and technical support. | CRS 1980 Annual Report to Congress, at 15: https://tinyurl.com/2s4f3tpu |
| 1981 | After police fatally shot a Black man in Amarillo, Black and Hispanic citizens formed a coalition to pursue concerns about law enforcement. Contacted for advice, CRS, after assessing the situation, recommended exploring the issues involved through negotiations. The coalition and city officials agreed. CRS acted as mediator and, after six sessions, agreement was reached to pursue actions in eleven areas to improve cooperation and respect. It included clarifying the citizen complaint process, a contingency plan for consultation with minority leaders, increased minority recruitment, and Spanish-language training. | CRS 1981 Annual Report to Congress, at 5-6: https://tinyurl.com/2tw6pck2 |
| | After police fatally shot a Black man in Anchorage, Alaska, CRS was asked to coordinate a police-community relations effort to explore possible changes in policy on the use of force, and in the delivery of police services in general. Negotiations led to a 13-point agreement designed to improve relations and communication between the department and the minority community. | CRS 1981 Annual Report to Congress, at 6: https://tinyurl.com/2tw6pck2 |
| | After police shot a Black man in Chester, Pennsylvania, CRS aided in prevention of misinformation by establishing 15 information centers. It also met with city officials and community leaders. The city council adopted new police department policy on the use of deadly force, based on models CRS provided from two other cities. The agency also helped establish communication between the Chester NAACP and the Pennsylvania Human Relations Commission so that the Commission could assist the community with respect to complaints against the police. | CRS 1981 Annual Report to Congress, at 7: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|------|-------------|--------|
| 1981 (cont'd) | After police shot a Black youth in Cambridge, Massachusetts, CRS advised on the importance of accurate information, and crowd control tactics. It then made a recommendation for establishment of a community relations unit, with a citizens advisory council, in the police department, creation of a public education program to inform the public of its rights in relations with the police, and reinstatement of an abolished sergeant's position in the department, to be filled by a qualified Black person. | CRS 1981 Annual Report to Congress, at 6: https://tinyurl.com/2tw6pck2 |
| | CRS obtained a negotiated settlement in civil suits charging the Richmond Police Department in California with employment discrimination and use of excessive force against Black people. The agreement included revising policies on use of force, amendment of entrance and promotional examinations, restructuring personnel assignment, reassigning supervision of internal affairs, and reporting to the court on compliance. | CRS 1981 Annual Report to Congress, at 6: https://tinyurl.com/2tw6pck2 |
| | In Salt Lake City, Utah, CRS was asked to aid in resolving alleged hiring discrimination by the Salt Lake City Police Department. After CRS arranged a meeting of the Incorporated Mexican American Government Employees' (IMAGE) officials with the police chief and a representative of the mayor's office, it was agreed that the police department would ask the city council for supplemental funds to hire from three to five minority officers. In addition, the chief also agreed to have IMAGE form a special advisory committee to his office. | CRS 1981 Annual Report to Congress, at 8: https://tinyurl.com/2tw6pck2 |
| | In order to aid the issue of Texas police departments mismanaging citizen complaints, CRS helped form the Statewide Task Group on Citizen Complaint Processing by Texas Law Enforcement Agencies, made up of police chiefs, sheriffs, Hispanic and Black community leaders, and representatives of other groups concerned with law enforcement. The task group published guidelines for improvement, which CRS encouraged law enforcement agencies to incorporate. | CRS 1981 Annual Report to Congress, at 8: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|------|-------------|--------|
| 1981 (cont'd) | Controversy arose in Aurora, Colorado, when a Black police force candidate was fired. CRS intervened in an effort to facilitate constructive dialogue on the overall issue of alleged city discrimination in employment. A subsequent review by the city of its personnel practices led to recommendations to the city council for changes, and discussions of the problem continued. | CRS 1981 Annual Report to Congress, at 8: https://tinyurl.com/2tw6pck2 |
| | In Pittsburgh, Pennsylvania, CRS aided in school desegregation in several ways. CRS helped to unify the actions of school personnel, law enforcement agencies, concerned parents and citizens, religious and civic organizations, and social service agencies across several school districts. In addition, when various court tests caused a delay in implementation, the agency used the time to prepare materials requested by the new school district in anticipation of establishing an information center. In the course of its efforts, CRS also facilitated the contingency planning of 12 affected police jurisdictions, prompted the airing of police-community conflicts with implications for desegregation, and counselled community coalitions on how their efforts could be made most effective. | CRS 1981 Annual Report to Congress, at 9: https://tinyurl.com/2tw6pck2 |
| | CRS continued to be involved with St. Louis public schools which it had aided in desegregation of in 1980. In particular, when Black students at a previously white school were injured by a brick thrown through their bus window, previously implemented Student Response Team members, trained by CRS, diffused schoolwide tension. CRS then recommended expansion of the team. | CRS 1981 Annual Report to Congress, at 9: https://tinyurl.com/2tw6pck2 |
| | In Dunseith, North Dakota, CRS aided when the school requested mediation of a discrimination lawsuit by Chippewa Native Americans. After a few negotiating sessions, CRS was able to strike an agreement developing a manual formalizing school board policy, including items such as establishment of a student grievance mechanism, adding provisions to school policy to ensure that racially equal discipline, a meeting so that students could express their concerns directly to the school board, and the hiring of more school counselors and outreach workers. | CRS 1981 Annual Report to Congress, at 10: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|------|-------------|--------|
| 1981 (cont'd) | In a suit over inadequate educational services for non-English-speaking students, the court requested that CRS help work out a procedure to develop a program for eligible students to be identified by school officials and try and resolve any other issues that the parties agreed were appropriate for mediation. Though implementation was complex, both parties continued work, and a future consent decree was considered. | CRS 1981 Annual Report to Congress, at 10: https://tinyurl.com/2tw6pck2 |
| | A confrontation at New Dorp High School in Staten Island required the police to escort Black students to safety. Tensions had been building related to racism by white students. Intervening in response to the violence, CRS first concern was helping ensure the safety of all student. CRS, along with other groups, explored the causes of the outbreak and long-solutions. A key effort was a consensus decision to establish an advisory panel of white and Black parents, which was then credited with a significant role in improved relations at the school. In addition, a student crisis center was set up to control the spread of rumors. | CRS 1981 Annual Report to Congress, at 10-11: https://tinyurl.com/2tw6pck2 |
| | Following a series of Ku Klux Klan demonstrations, West Virginia officials acted to combat racial and religious harassment across the state. The governor's office and the state human relations commission asked CRS to help develop a plan for a state unit that would be the fulcrum for a uniform response by local municipalities. CRS contacted officials and leaders of community organizations. The agency reviewed case after case of reported incidents of racial and religious harassment with officials, helped initiate operations of the West Virginia Civil Tension Task Force, and conducted training for the human relations commission. | CRS 1981 Annual Report to Congress, at 11: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|------|-------------|--------|
| 1981 (cont'd) | After rumors began to circulate that Black children were being abducted by white people in Atlanta, CRS convened a meeting of 65 community leaders and officials to help ease tensions. From that, a committee was selected. CRS aided the committee by responding to crises such as mediating between police and arrestees, and involving the business community. | CRS 1981 Annual Report to Congress, at 11: https://tinyurl.com/2tw6pck2 |
| | In Miracle Valley, Arizona, a dispute involving questions of law enforcement, alleged racial discrimination, and Black-white relations in general, developed into a serious confrontation that was peacefully resolved by CRS cooperatively with other agencies. When an armed confrontation almost resulted from local sheriffs serving a warrant on a Black community's security patrol, CRS stepped in, at the governor's request, and successfully worked out an agreement through a series of complex negotiations. It resulted in a Memorandum of Understanding which ordered the operations of the security patrol, provided procedures for police to improve their relations with the community, and established a biracial community council. | CRS 1981 Annual Report to Congress, at 12: https://tinyurl.com/2tw6pck2 |
| | In April 1981, undercurrents of racial hostility in a Louisiana town of about 7,000 erupted into open confrontation resulting in injuries to Black citizens and a police officer. CRS intervened, recommended establishment of an information center, recommended solutions for a lack of communication, including reestablishment of a human relations agency, and persuaded the president of the Chamber of Commerce to call a meeting of business, student, and community leaders to plan programs to alleviate racial friction. It also recommended a local paper to publish an open forum. | CRS 1981 Annual Report to Congress, at 13: https://tinyurl.com/2tw6pck2 |
| | Black families in predominantly white neighborhoods in Contra Costa County, California, reported several racially-motivated telephone threats, property damage, and shots being fired into a family's home led the victims to fear for their safety, and caused a sense of outrage among county residents. CRS helped set up a rumor control and information center, and trained a volunteer staff, to | CRS 1981 Annual Report to Congress, at 13: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|---|---|---|
| 1981 (cont'd) | insure that the community would be kept informed about such incidents in order to combat them. The agency also mounted a long- term, cooperative effort with religious leaders in the county. | |
| | In St. Louis, Missouri, both the police department and seven Cubans who were injured in a fight with officers cited the language barrier as a contributing factor. CRS intervened with recommendations based on approaches that have worked elsewhere: that the police department establish a resource bank of interpreters that can be called upon as needed, encouraging Spanish-speaking amongst officers, and printing flash cards for officers giving the Miranda Warning with key phrases in Spanish. | CRS 1981 Annual Report to Congress, at 13: https://tinyurl.com/2tw6pck2 |
| | Resettlement of 10,000 refugees in Minneapolis/St. Paul led to conflicts other residents who resented the new competition for housing and jobs. CRS helped bring various agencies in both cities together for the first time to resolve a range of problems involving relationships and the delivery of services and helped the St. Paul Police Department develop a special community relations program with their refugees. | CRS 1981 Annual Report to Congress, at 13: https://tinyurl.com/2tw6pck2 |
| | Difficulties erupted in a predominately white suburb of Fort Worth when 138 male Cuban refugees were temporarily brought in. Among other reactions, the Ku Klux Klan appeared bent on creating a confrontation. Responding to a request for assistance, CRS recommended to police and refugee resettlement officials that contingency plans be developed and assisted in drafting those plans. | CRS 1981 Annual Report to Congress, at 13: https://tinyurl.com/2tw6pck2 |
| | Resettlement of refugees in Philadelphia led to violence against refugee families and problems growing out of the handling of medical and other types of emergencies. As part of its general effort to assist in coping with these problems, CRS joined with three other agencies in doing something about a major obstacle: the language barrier. With other agencies, CRS printed emergency cards giving the phonetic spellings for emergency words and phrases in common languages | CRS 1981 Annual Report to Congress, at 13-14: https://tinyurl.com/2tw6pck2 |

| Year | Description | Source |
|------|-------------|--------|
| 1981 (cont'd) | of the refugees, which indicate how to say various emergency phrases, and were distributed to police officers and other service professionals as an aid to coping with such situations. CRS also helped the police department's training division develop a manual for officers on handling refugee problems. | |
| 1982 | After police officers shot and killed a Black man in Norwich, Connecticut, CRS, over a five-month period, worked with the police, city officials, religious leaders, and the minority community on a variety of initiatives toward the general objective of improving relations. CRS also held a seminar including police and community members. Following, two major cities established police-community relations committees, and one police department issued a new policy preventing officers from ''casting aspersions on the racial or ethnic background of any individual, police officer, or citizen." | CRS 1982 Annual Report to Congress, at 9-10: https://tinyurl.com/63vpemxc |
| | In West Liberty, Iowa, Hispanic citizens claimed police officers were unlawfully dispersing gatherings of Hispanic citizens, while officers claimed they were being called in by merchants for loiterers. CRS spoke with both groups, and relayed the differing perspectives, and then set up a meeting between Hispanic community spokespeople and city officials. Following this meeting, CRS suggested continuing meetings and the provision of translators and Spanish lessons to the police department. | CRS 1982 Annual Report to Congress, at 10: https://tinyurl.com/63vpemxc |
| | In Council Bluffs, Iowa, Black parents and others alleged that there was growing harassment and mistreatment by police, and that Black youths were dealt with more harshly than whites for the same offenses. CRS met with each side and convened a joint meeting between the ad hoc group and a group comprised of police and other city officials. The ad hoc group demanded the investigation of three recent incidents involving police and Black youths. The meeting ended with the understanding the parties would reconvene in 30 days to hear the results of the investigation and to continue their discussion of the other issues. Black leaders were given the opportunity to significantly influence police department | CRS 1982 Annual Report to Congress, at 10: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | procedures. Changes were instituted in the investigative practices of the internal affairs division to make the processing of complaints more objective, the city manager directed the police department to devote more of its resources and attention to its community relations program, and the chief of police asked CRS to conduct conflict management training for the patrol division. | |
| | In Providence, Hispanic community leaders requested CRS's assistance with language issues with the police department, police brutality, a deteriorating bilingual education program, and community agency issues with federal funding. CRS assisted a coalition of Hispanic leaders with preparing a researched position paper on these issues and presenting it to the mayor. The mayor then committed half of the slots in the police academy training program to Hispanic Americans, made funds available to the Opportunities Industrialization Center, began an English language program, and assigned city employees to review hiring and cutbacks. | CRS 1982 Annual Report to Congress, at 10-11: https://tinyurl.com/63vpemxc |
| | The local chapter of a national Hispanic civil rights organization asked CRS for assistance in addressing allegations of police harassment, abuse of citizens in custody, and unequal enforcement of laws in Aransas Pass, Texas. CRS assisted in the creation of a police-community relations committee which met with the chief of police and members of the city council. In support of their efforts, CRS supplied the police chief with materials on citizen complaint processing from other police departments and from the agency, and provided community leaders with materials on how groups elsewhere had organized, and on the structures developed to maintain a dialogue with law enforcement agencies. | CRS 1982 Annual Report to Congress, at 11: https://tinyurl.com/63vpemxc |
| | After an Indigenous American was found dead in a Clinton, Oklahoma jail cell, other Indigenous American residents invited CRS to a protest meeting, in which they aired grievances regarding this and 30 other issues involving police. After boiling down the grievances and an unsatisfactory reception from the city council, CRS appealed to business leaders for help. This resulted in the city | CRS 1982 Annual Report to Congress, at 11: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | manager requesting a meeting with community leaders, at which the city council accepted eight of twelve requests from the community. These included police training on medical emergencies, matters to deal with alcoholism, and the establishment of a formal grievance procedure. CRS also provided the police with a model complaint form and liaised between Indigenous American leaders and police in documenting complaints of prior police abuse. | |
| | After a Pittsburgh prisoner's aid group has their access revoked to a prison, they staged a demonstration and requested CRS's assistance. CRS met separately with the group and prison officials, and then laid the groundwork for a joint session, which resulted in reinstated access with limitations. CRS assisted this reinstation by conducting research on national policies for prison cooperation with community organizations. | CRS 1982 Annual Report to Congress, at 11-12: https://tinyurl.com/63vpemxc |
| | CRS co-chaired the Greater Boston Civil Rights Coalition, which held four forums throughout the year to discuss issues related to crime. CRS also played a key role in developing the group's anti-crime program. | CRS 1982 Annual Report to Congress, at 12: https://tinyurl.com/63vpemxc |
| | The Kansas City Council on Crime Prevention, an organization seeking to coalesce minority community anti-crime interests and achieve greater participation in criminal justice planning, called on CRS for general assistance in giving momentum to its program. CRS helped to develop a working paper, assisted in program planning, aided the Council's outreach activities, including participation in Kansas' first statewide crime prevention seminar, and assisted the Council in its effort to develop a proposal for foundation funding. | CRS 1982 Annual Report to Congress, at 12: https://tinyurl.com/63vpemxc |
| | In Dekalb County, Georgia, CRS mediated a settlement in a suit in which a Black police officers' association charged the Dekalb County Sheriff's Department and the County Police Department with racial discrimination. One provision of that consent decree called for the agency to conduct 14 hours of human relations training for all supervisory personnel at the rank of sergeant and above. The agency delivered the training in 10 sessions. The consensus at | CRS 1982 Annual Report to Congress, at 12-13: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | the end of the extended training program was that it had gone a long way toward reducing tensions between Black and white officers and between law enforcement officers and citizens. | |
| | Following the death of an inmate and the subsequent riot at a Montana correctional facility, CRS conducted a thorough assessment and wrote a report. After its assessment report had been studied, the agency was contacted by state corrections officials about further exploration of its recommendations. Over several months, CRS acted as a facilitator of actions designed to improve prison conditions. An important part of that effort was meetings set up so that corrections officials and interested groups could share their perceptions and concerns about corrections problems in the state. Eventually, a number of significant developments resulted from CRS' intervention. These included the establishment of a working relationship between prison officials and prison aid groups, the state legislature's appropriation of funds for modular housing, two community release centers, and enlargement of another facility, the addition of a doctor, two nurses, and two psychologists. Total appropriation by the legislature for new facilities and services was $3.2 million, and a top corrections official credited the CRS report with "getting the ball rolling." | CRS 1982 Annual Report to Congress, at 13: https://tinyurl.com/63vpemxc |
| | Following years of protests and disputes about continued racial discrimination in Portland's school desegregation, CRS was brought in for its expertise on desegregation. CRS facilitated discussions between school officials and Black leaders, during which the sides agreed to various peace-keeping measures. After three public hearings and 20 hours of negotiations, an agreement was reached including the location of a new middle school within a Black neighborhood, ending the dispute. | CRS 1982 Annual Report to Congress, at 13-14: https://tinyurl.com/63vpemxc |
| | When desegregation plans resulted in protests and calls for boycotts in Odessa Texas, CRS recommended to the mayor, school superintendent, and religious | CRS 1982 Annual Report to Congress, at 15: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | leaders that the day before the school opening be declared a day of observance for human relations and safety of the children who would return to school that week. Implementation of such idea was credited with the peaceful opening of the school. | |
| | In Omaha, issues over the school's bilingual education program arose. CRS intervened and provided the services of an expert consultant who has extensive experience with bilingual programs in the Midwest, recommended to school officials that a formal curriculum be developed, and recommended that the advisory group to the school district be enlarged and its focus broadened. In addition, a task force of the newly enlarged advisory committee was given the assignment to work up a curriculum for the bilingual program. | CRS 1982 Annual Report to Congress, at 15: https://tinyurl.com/63vpemxc |
| | When a biracial parents' group in Chidester, Arkansas got an unsatisfactory response to grievances presented to school authorities, the group asked CRS for assistance. It was alleged that there had been abuses of children in the use of corporal punishment, and parents were also critical of the school board and administrators over other issues. CRS determined that there were issues which might lend themselves to resolution through conciliation and set up a meeting between the school superintendent, school board attorney, and the town's high school principal and representatives of the larger parents' group. CRS helped work out a memorandum-of-understanding calling for changes in procedure to address the problems and reduce the chances of further antagonism. | CRS 1982 Annual Report to Congress, at 15-16: https://tinyurl.com/63vpemxc |
| | Following the fatal stabbing of a Black 12-year-old in Sparkman, Arkansas, and subsequent protest over police handling of the issue, CRS acted as a liaison to carry out a round of meetings, negotiate an end to student boycotting, and gain a commitment from the school board to meet with and consider grievances of the community. This further resulted in changes by the school board such as election of Black representatives, filling of teacher vacancies with Black teachers, and addressing controversial discipline practices. | CRS 1982 Annual Report to Congress, at 16: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | Amid concerns over Ku Klux Klan action in Pennsylvania, CRS met with the mayor, the chief of police, and two members of the state police to discuss similar KKK incidents elsewhere and to begin development of a contingency. The agency subsequently worked with the college's president, students, Philadelphia-area parents, and law enforcement personnel to put together a cooperative effort to counter Klan actions. The two major agency recommendations were accepted: establishment of a "support team" made up of students, parents, and college officials; and creation of an information/ communications network to relay accurate information and dispel rumors. | CRS 1982 Annual Report to Congress, at 16: https://tinyurl.com/63vpemxc |
| | At a Ku Klux Klan rally and counterrally, CRS assisted by recommending an added security measure, meeting with law enforcement to advise on the overall contingency plan, acting as liaison between police and anti-Klan protesters, at one point persuading the latter to comply with a police directive against carrying signs on large sticks that could be used as weapons. When a brief clash ensued at the rally, police were able to regain control without serious injury, for which they credited the preparation and planning done by CRS. | CRS 1982 Annual Report to Congress, at 17-18: https://tinyurl.com/63vpemxc |
| | At community protests over location of a contaminated soil site in a Black community in Warren County, North Carolina, CRS attempted to initiate negotiations, intervened in a misunderstanding between protestors and state police, helped work out the march route with officials, and arranged meetings with Environmental Protection Agency scientists. | CRS 1982 Annual Report to Congress, at 18: https://tinyurl.com/63vpemxc |
| | CRS aided in Boston after multiple race-related incidents, including the manslaughter of a Black man and fire-bombing of multiple Black families. CRS brought community leaders together with police officials, the district attorney, and U.S. attorney to help ensure that the community would be informed about the actions these officials were pursuing. The agency also set up mechanisms to control the spread of rumors and urged the authorities to keep in mind the importance of information revealing. CRS aided in the establishment of a | CRS 1982 Annual Report to Congress, at 18-19: https://tinyurl.com/63vpemxc |

| Year | Description | Source |
|------|-------------|--------|
| 1982 (cont'd) | community task force which was able to hire a youth coordinator, fund neighborhood association programming and met with the mayor multiple times. This task force was so successful that other sectors of the city began their own. | |
| | The U.S. District Court for Illinois' Northern District referred to CRS for mediation a case in which Hispanic residents had sued developers and managers of rental properties for alleged discrimination. CRS mediated for several months, through one party suspending conciliation efforts, and was able to achieve an agreement, which the court issued as a consent decree. | CRS 1982 Annual Report to Congress, at 21: https://tinyurl.com/63vpemxc |
| 1983 | President Reagan issued an executive order assigning the Cuban/Haitian Entrant Program to the U.S. Department of Justice, which was then ultimately transferred to CRS, which was selected as the appropriate agency because of its community relations skills. This assignment required CRS to develop new administrative capabilities. The agency's six months of effort had resulted in a well-developed operational structure for carrying out most of the specific tasks associated with its three-part responsibility. These include: providing resettlement services to Cuban and Haitian entrants released by INS, including placement and essential care activities through use of various voluntary and private agencies, and monitoring these placements carefully; and ensuring that minors are given professional care and assistance in an appropriate atmosphere, and providing for their eventual placement and sponsorship. | CRS 1983 Annual Report to Congress, at 8-9: https://tinyurl.com/kc8tjhcc |
| | CRS and the National Urban League announced in August 1983 an agreement to cooperatively develop community anti-crime programs to be operated by NUL affiliates in Houston, Indianapolis, New Haven, Omaha, Portland, St. Louis, and San Francisco/ Oakland. CRS provided a variety of technical assistance in connection with the anti-crime programs, including sharing information about approaches to crime prevention that have been tried successfully elsewhere, coordinating exploratory meetings between League affiliates, local officials, and other groups, helping to work out any differences | CRS 1983 Annual Report to Congress, at 9-10: https://tinyurl.com/kc8tjhcc |

| Year | Description | Source |
|------|-------------|--------|
| 1983 (cont'd) | that arose over planning, and helping identify possible funding sources, as appropriate. | |
| | CRS was charged with the task of offering its expertise in conciliation, mediation, and negotiation to the Alternatives to Litigation Project's Department's legal divisions and the U.S. Attorneys as a starting point in moving toward expanded use of this approach in civil legal cases. Accordingly, the agency established a pilot program and task force to structure its effort. | CRS 1983 Annual Report to Congress, at 10: https://tinyurl.com/kc8tjhcc |
| | After a white officer shot and killed a Black citizen in Des Moines, Iowa, CRS aided in relieving community distress by assisting a task force of police and community members in addressing concerns, arranging a demonstration of a "Shoot-Don't Shoot" audiovisual training simulator for law enforcement officers and city officials, which one police department used to develop its own stress simulator, and providing conflict training for all sergeants. | CRS 1983 Annual Report to Congress, at 12: https://tinyurl.com/kc8tjhcc |
| | After a Chinese American man was killed by two white men in Detroit, Michigan, and those two men were sentenced to probation, community organizations asked CRS for help identifying solutions and liaising with the police during planned demonstrations. CRS then arranged a meeting between community organizations and the U.S. Attorney's office, monitored rallies, advised on city demonstration permit regulations, and sought to deescalate tensions throughout the community. | CRS 1983 Annual Report to Congress, at 12: https://tinyurl.com/kc8tjhcc |
| | After multiple complaints of police beating Black people in Baker County, Georgia, CRS suggested several courses of action to the complainants, including that the U.S. Attorney be contacted; the FBI office in Albany be contacted; that the complainants engage an attorney; and that help be sought from the regional NAACP representative. CRS also met with the sheriff and apprised him of the level of community feeling. | CRS 1983 Annual Report to Congress, at 13: https://tinyurl.com/kc8tjhcc |
| | Following 14 citizen complaints to the FBI against police officers in one year, the city manager in Trinidad, Colorado asked CRS for assistance to help | CRS 1983 Annual Report to Congress, at 14-15: https://tinyurl.com/kc8tjhcc |

| Year | Description | Source |
|------|-------------|--------|
| 1983 (cont'd) | improve relationships with the predominately Hispanic community. An assessment by a CRS team, comprised of two experienced police chiefs and an agency conciliator, found that poor relationships in the community were due mainly to poorly trained officers, management problems, and lack of consistency in policies and procedures in the department. The agency team recommended a new organizational structure and new procedures on patrol, investigations, community services, training, and use of equipment. A new complaint procedure also was implemented. Since CRS's intervention no other complaints were filed. | |
| | After six Black officers in Oak Park, Illinois complained against the police department for discrimination, the U.S. District Court in Chicago referred the case to CRS at the request of the parties in the suit. After multiple mediation sessions, the parties reached an agreement for new promotional procedures, among other measures. The negotiated settlement is believed to have avoided additional months of litigation, and to have saved a substantial sum in additional legal costs. | CRS 1983 Annual Report to Congress, at 15: https://tinyurl.com/kc8tjhcc |
| | The Providence Human Relations Commission (PHRC) requested CRS's assistance in forming a task force to work on police/community problems, and to review police department progress toward implementing a 1973 consent decree amid minority concerns over increased abuse. CRS provided technical assistance to PHRC staff in developing the community relations task force and during a series of task force meetings. The task force's efforts resulted in the police chief relocating the hearing site on police complaints to a neutral location, rewriting the police department's complaint process, to be produced in three languages for citywide distribution. CRS, PHRC, and the Providence Police Department also conducted an open workshop to inform citizens about the new complaint process. | CRS 1983 Annual Report to Congress, at 16: https://tinyurl.com/kc8tjhcc |

| Year | Description | Source |
|------|-------------|--------|
| 1983 (cont'd) | After a Hillside, New Jersey school district was ordered to desegregate elementary schools, CRS began to aid in an implementation plan. As in other situations, the agency sought to mobilize all segments of the community around the need to minimize danger to children and avoid upheaval. The community proved receptive to the CRS recommendations, especially the suggestion that a volunteer group of parent monitors be organized to assist children in going from home to school and back. An unusual part of the implementation was that no transportation was provided for the affected students. There were no major problems in the first phase of desegregation. | CRS 1983 Annual Report to Congress, at 17: https://tinyurl.com/kc8tjhcc |
| | CRS intervention was prompted here by a tense situation resulting from several physical attacks against undocumented workers and the apparently retaliatory killing of a white resident. At the time CRS became involved, there had been reports of a mass purchase of firearms and a white tavern owner circulating petitions calling for local businesses to deny service to Hispanics. After several meetings with city officials, law enforcement, and community leaders, CRS helped develop a city human relations committee. The multi-racial committee was established to relieve the existing racial tension. CRS also provided a rumor control structure for use during crises. The outcome of these efforts was a reduction in tension through improved communications and use of the human relations committee as a conflict resolution mechanism. | CRS 1983 Annual Report to Congress, at 19: https://tinyurl.com/kc8tjhcc |
| | Confrontations arose in Puget Sound, Washington between landowners and Indigenous Americans who were exercising their rights to harvest salmon. Over the past three years, CRS responded to requests for assistance from landowners, the state department of fisheries, tribal officials, and the Northwest Indian Fisheries Commission, and persuaded the parties to disputes to negotiate solutions to their differences. Five agreements were developed and signed by property owners and the tribe, incorporating a recognition of the tribal right of | CRS 1983 Annual Report to Congress, at 20: https://tinyurl.com/kc8tjhcc |

| Year | Description | Source |
|---|---|---|
| 1983 (cont'd) | access through private property and for CRS to reconvene the parties each year to review their operation. | |
| | As racial and anti-Semitic incidents across Massachusetts resulted in violence, CRS assisted in putting together four regional conferences, helping communities deal with incidents as they occurred, such as developing ordinances establishing human rights commissions. | CRS 1983 Annual Report to Congress, at 21: https://tinyurl.com/kc8tjhcc |
| | After the state of Idaho enacted legislation making racial and religious harassment a felony, CRS developed a new training program for law enforcement officers and prosecutors. Seven seminars were conducted throughout the state in anticipation of the passage of the law. | CRS 1983 Annual Report to Congress, at 21: https://tinyurl.com/kc8tjhcc |
| 1984 | CRS assisted Aurora police officials in improving minority recruitment and community relations after concerns about underrepresentation. CRS recommended forming a study group of law enforcement and minority citizens, identified recruitment and testing as key issues, and advised on strategies including minority media advertising and reviewing pass/fail testing models. These efforts led to a recruit class of over 100, with one-third minorities, and city council resolutions supporting affirmative action and conflict resolution programs. | CRS 1984 Annual Report to Congress, at 9: https://tinyurl.com/26p2yv4h |
| | CRS mediated between Hispanic community organizations and city officials after a police shooting of a Hispanic amputee during a high-speed chase raised concerns about excessive force. CRS facilitated meetings between the coalition and city leaders, reviewed a petition for redress, and chaired discussions where the police chief presented a revised policy. CRS's involvement led to a city council resolution affirming civil rights protections and the formation of a permanent advisory body to counsel the police chief. | CRS 1984 Annual Report to Congress, at 10: https://tinyurl.com/26p2yv4h |

| Year | Description | Source |
|------|-------------|--------|
| 1984 (cont'd) | CRS intervened after repeated incidents of alleged excessive use of force by police and multiple civil rights lawsuits strained relations between law enforcement and minority communities. The lifetime-tenured police chief faced criticism, and the Wisconsin legislature considered legislation to increase oversight of the department. CRS worked with the city attorney, Milwaukee Commission on Community Relations, and the fire and police commission to address these tensions. CRS provided resource materials on police-community relations, citizen complaint procedures, and crime prevention, and assisted in developing a recruit training program focused on community relations and municipal liability. CRS also reviewed and critiqued the program, which launched in November 1984. These efforts, along with new policies and appointment of a new police chief, aimed to reduce allegations of excessive force and improve trust. | CRS 1984 Annual Report to Congress, at 12: https://tinyurl.com/26p2yv4h |
| | CRS intervened after street violence involving over 200 people from Hispanic and Franco-American communities resulted in injuries, arrests, and deployment of multiple police departments and a curfew. CRS assessed that heavy law enforcement presence was escalating tensions and proposed a community-based patrol plan supported by local officials and state representatives. CRS facilitated the creation of a 22-member patrol team to monitor the area and prevent conflict, along with technical assistance on curfews, rumor control, and negotiations. CRS also helped establish a community negotiating committee, which evolved into the Alliance for Peace Committee to address underlying issues through structured dialogue at city hall. These efforts reduced violence and created a mechanism for resolving long-standing community relations problems. | CRS 1984 Annual Report to Congress, at 16: https://tinyurl.com/26p2yv4h |

| Year | Description | Source |
|------|-------------|--------|
| 1984 (cont'd) | CRS responded to long-standing complaints from Indigenous communities about discrimination in employment, housing, transportation, and law enforcement. Acting on a request from the United Sioux Tribes, CRS recommended contacting federal civil rights enforcement agencies and facilitated a joint meeting with 12 agencies in Denver. CRS helped establish an interagency civil rights task force, which later held an information clinic in Rapid City attended by over 100 participants from 19 cities. The clinic highlighted systemic issues and individual cases of discrimination and was broadcast statewide. As a result, a formal mechanism for reporting discrimination was created, and the task force began addressing civil rights concerns affecting Indigenous communities. | CRS 1984 Annual Report to Congress, at 17: https://tinyurl.com/26p2yv4h |
| | Upon request of the Standing Rock (Sioux) Tribal Council, CRS assisted in a dispute involving an officer in McLaughlin, South Dakota accused of excessive force, harassment, and antagonism of tribal members. CRS arranged for assistance from the DOJ Civil Rights Division and mediated an agreement regarding cooperation among tribal and local law enforcement authorities as well as additional training and other reforms | CRS 1984 Annual Report to Congress, at 11-12: https://tinyurl.com/26p2yv4h |
| | CRS conducted an in-depth assessment of the potential for racial conflict involving individuals of various Asian descents over the following years. | CRS 1984 Annual Report to Congress, at 8: https://tinyurl.com/26p2yv4h |
| 1985 | CRS convened meetings between community leaders and city officials following the fatal police shooting of a 19-year-old Black woman. CRS worked to prevent potential violence and helped establish a task force to examine causes of friction and distrust between the community and law enforcement. | CRS 1985 Annual Report to Congress, at 6: https://tinyurl.com/5suwuuuv |
| | In Plainview, Texas, CRS facilitated discussions between city officials, police leadership, and Hispanic community representatives following allegations of harassment, excessive force, and misconduct by police. CRS helped develop a Memorandum of Understanding that included commitments to maintain open | CRS 1985 Annual Report to Congress, at 6: https://tinyurl.com/5suwuuuv |

| Year | Description | Source |
|---|---|---|
| 1986 | communication, improve complaint resolution processes, provide cultural sensitivity training, and implement civil rights violations training for officers. | |
| | In Albany, New York, CRS facilitated meetings with city officials and civic leaders following the fatal police shooting of a Black man with mental disabilities. CRS provided technical assistance on creating a civilian review board, improving police procedures for handling mentally disturbed individuals, and enhancing communication between officials and community groups. The proposed civilian review panel was established based on CRS recommendations. | CRS 1985 Annual Report to Congress, at 8: https://tinyurl.com/5suwuuuv |
| | CRS convened leaders from 15 communities and institutional representatives to address racial incidents targeting Southeast Asians. CRS assessed challenges in refugee placement and provided technical assistance to the Department of Health and Human Services on oversight and prevention strategies. CRS also conducted a conciliation workshop on methods to prevent and respond to harassment.<br>In Revere, CRS intervened after a fire at a building housing Cambodian families. CRS facilitated communication between city officials and the Cambodian community, addressed safety concerns, and secured commitments to maintain open communication and prevent future harassment. | CRS 1985 Annual Report to Congress, at 10: https://tinyurl.com/5suwuuuv |
| | In Darby Township, Pennsylvania, CRS met with city officials and minority community representatives following concerns about unresolved police abuse complaints. CRS assessed issues of mistrust and lack of policies on use of force and firearms. CRS facilitated discussions and provided technical assistance to develop a firearms policy, a manual of rules and regulations, and a concept paper with recommendations for improving police-community relations. | CRS 1985 Annual Report to Congress, at 10: https://tinyurl.com/5suwuuuv |
| | When the KKK announced a rally to boost membership in Fayette County, Pennsylvania, the NAACP, American Jewish Committee, and other groups | CRS 1986 Annual Report to Congress, at 10: https://tinyurl.com/ycyv6f6n |

| Year | Description | Source |
|------|-------------|--------|
| 1986 (cont'd) | joined in a plan to stage a counter-demonstration. CRS worked with these groups, the police, and 'other local officials to ensure that the events would remain peaceful | |
| | When white supremacist groups met at the "Aryan World Congress" in Coeur D' Alene, Idaho, public officials and community leaders from throughout the Pacific Northwest organized a counter-event called "Northwest Neighbors Day.'' CRS provided conciliation assistance to keep the two events separated and peaceful. | CRS 1986 Annual Report to Congress, at 10: https://tinyurl.com/ycyv6f6n |
| | In Newburgh, New York, CRS intervened when a Hispanic community organization threatened to sue the county social services agency to stop the alleged involuntary relocation of Hispanic clients outside the agency's service area. The result was an agreement spelling out procedures to protect the rights of all clients not to be subjected to unfair practices. | CRS 1986 Annual Report to Congress, at 10: https://tinyurl.com/ycyv6f6n |
| | CRS mediated negotiations between Black community leaders and city officials following the fatal police shooting of a Black man in Lawton, Oklahoma. CRS facilitated discussions that resulted in a written agreement addressing police-community relations, the citizen complaint process, and minority recruitment. The agreement included commitments to conduct cultural sensitivity training for officers and improve procedures for handling citizen complaints. | CRS 1986 Annual Report to Congress, at 6: https://tinyurl.com/ycyv6f6n |
| | CRS assisted the Philadelphia Police Department in creating a specialized unit to address racial and ethnic tensions following incidents such as the firebombing of a Black couple's home and controversy over Korean language street signs. CRS provided guidance on unit structure, operations, and management, arranged site visits to similar units in New York and Boston, and coordinated training for officers. The new unit, called the Conflict Prevention and Resolution Team, continued to work with CRS to respond to racial conflict situations in the city. | CRS 1986 Annual Report to Congress, at 7: https://tinyurl.com/ycyv6f6n |

| Year | Description | Source |
|------|-------------|--------|
| 1986 (cont'd) | CRS assisted the Denver Sheriff's Office in conducting human relations training for all command officers to reduce racial tensions at two jails, which had experienced repeated lockdowns due to inmate conflicts. The training was well received, prompting corrections officials to request CRS's help in developing a full-curriculum corrections institute. CRS collaborated with Metropolitan State College and the Sheriff's Office to create a program that included a course on conflict resolution for rookie and command officers. | CRS 1986 Annual Report to Congress, at 7: https://tinyurl.com/ycyv6f6n |
| | CRS provided technical assistance following racial violence in a predominantly white neighborhood, where incidents targeted Black families and included cross-burning and gunfire. CRS assessed the situation and identified a lack of communication between city agencies and community organizations and the absence of an adequate reporting system for racially motivated crimes. CRS shared models of coordinated response programs from other cities and assisted the Toledo Police Department and Human Relations Commission in developing a similar program. | CRS 1986 Annual Report to Congress, at 9: https://tinyurl.com/ycyv6f6n |
| | CRS intervened in a dispute between owners and tenants of a 192-unit apartment complex after reports that Hispanic tenants were being targeted for eviction. CRS convened a meeting with Hispanic tenants and worked with the human relations commission and police department. When the property was sold for condominium conversion, CRS negotiated a relocation plan with the new owners, resulting in the resettlement of more than 50 families without incident. | CRS 1986 Annual Report to Congress, at 10: https://tinyurl.com/ycyv6f6n |
| 1987 | CRS partnered with the Massachusetts Association of District Attorneys and the Massachusetts Commission Against Discrimination to help District Attorneys address racial issues. CRS facilitated: the formation of County Civil Rights Advisory Committees; the development and publication of civil rights resource materials; County civil rights conferences to educate participants; and | CRS 1987 Annual Report to Congress, at 7: https://tinyurl.com/bdxnrxfp |

| Year | Description | Source |
|------|-------------|--------|
| 1987 (cont'd) | conference reports to guide future actions by District Attorneys and Advisory Committees. | |
| | CRS addressed allegations of discrimination against a Black business owner pressured to sell his dealership by a major automobile manufacturer. CRS met with the owner, identified land value issues, and engaged minority leaders, civil rights organizations, and the manufacturer to explore solutions. | CRS 1987 Annual Report to Congress, at 9: https://tinyurl.com/bdxnrxfp |
| | CRS mediated an agreement between the Citadel and Black community representatives after a reported incident of harassment of a Black cadet by students dressed in Klan robes. CRS facilitated commitments to increase Black recruitment, hire more Black speakers, and created a bi-racial committee to address racial issues and maintain negotiations for two years. | CRS 1987 Annual Report to Congress, at 11: https://tinyurl.com/bdxnrxfp |
| | CRS provided language and cross-cultural training for law enforcement before the Pan American Games to improve communication with Spanish-speaking participants. CRS arranged for an experienced trainer, distributed a Law Enforcement Resource Manual, and published an English-Spanish handbook for emergency communication. Nearly 400 law enforcement officials, firefighters, and paramedics attended the courses. | CRS 1987 Annual Report to Congress, at 12: https://tinyurl.com/bdxnrxfp |
| | CRS conducted two-day conflict resolution workshops at a high school after a stabbing incident triggered fights between Hispanic and Asian students. CRS used a joint problem-solving model to identify student concerns and develop alternative approaches, reducing interracial tensions. | CRS 1987 Annual Report to Congress, at 15: https://tinyurl.com/bdxnrxfp |
| 1988 | In June 1988, in Perth Amboy, New Jersey, CRS intervened after a police officer shot and killed a Latino man and wounded his brother, sparking two nights of | CRS 1988 Annual Report to Congress, at 11: https://tinyurl.com/mst3yxuh |

| Year | Description | Source |
|------|-------------|--------|
| 1988 (cont'd) | community disturbances. CRS identified Latino community leaders and established working relationships with the Mayor, City Council, Police Department, and County Prosecutor's Office. CRS assisted an ad hoc Latino leadership committee in forming a multiracial Bias Incident Reporting Commission (BIRC) and worked with BIRC to develop operating procedures and a mission statement. CRS also designed and delivered a Police-Community Relations/Cultural Awareness Training Program for the police department. These efforts helped reduce tensions stemming from the incident. | |
| | In Sidney, Ohio, CRS intervened after the local school board suspended three Black basketball players whom the NAACP alleged were victims of racial attacks during an away game. The suspensions, imposed for alleged damage to a locker room and threats to a coach, prompted other Black players to initiate a boycott of future games, escalating tensions between Black and White students. CRS convened a meeting between Black leaders and school administrators, brought the parties to the bargaining table, and negotiated a resolution. A written agreement was reached that lifted the suspensions and ended the boycott. | CRS 1988 Annual Report to Congress, at 13: https://tinyurl.com/mst3yxuh |
| | In Claremore, Oklahoma, CRS intervened after harassment of Arab students at Rogers State College escalated from verbal abuse to physical violence, including an incident where an Arab student was struck with a baseball bat from a moving car. The American-Arab Anti-Discrimination Committee (ADC) had considered legal action but agreed to allow CRS to pursue conciliation. CRS met with officials from all involved parties to develop a community-wide response, securing commitments to improve safety for international students and enhance cultural understanding. The college revised its international student orientation program, and local police agreed to provide annual sessions on due process for high school and college students. CRS also helped establish a community advisory committee to guide long-term improvements in relations and provide a cooperative mechanism for addressing grievances. | CRS 1988 Annual Report to Congress, at 14: https://tinyurl.com/mst3yxuh |

| Year | Description | Source |
|------|-------------|--------|
| 1988 (cont'd) | CRS assisted a group of Korean business owners seeking to form a national network to expand business opportunities beyond their local communities. Korean business leaders had long expressed concerns about limited access to broader markets and systemic barriers. CRS convinced local and state officials of the growing economic potential of Korean businesses and emphasized that the need extended beyond language issues. CRS helped organize the first national meeting in Aurora, attended by about 100 Korean business owners with full support from the Governor's Office. The conference focused on strategies for engaging with private and public sectors. Following the event, Korean business owners reported improved communication, new opportunities, and stronger relations that led to increased business growth. | CRS 1988 Annual Report to Congress, at 18: https://tinyurl.com/mst3yxuh |
|  | CRS provided conciliation and mediation assistance at the request of the Governor's Office to address tensions stemming from disputes over treaty rights allowing Chippewa Indians to hunt, fish, trap, and harvest on public lands. These rights, upheld in federal court rulings, had led to confrontations between tribal members and law enforcement during fishing seasons. CRS helped identify resources and develop alternatives to traditional negotiation approaches with tribal leaders. CRS also arranged for the Director of the National American Indian Law Center to participate in a leadership conference with the Wisconsin Governor and Attorney General. | CRS 1988 Annual Report to Congress, at 18: https://tinyurl.com/mst3yxuh |
| 1989 | After the police shooting of a Black man in Orange, Texas sparked protests by the NAACP and Black community members, the Chief of Police contacted CRS to restore relations between the groups. Black community leaders felt that police use of deadly force coupled with the lack of social services for residents of subsidize housing increased problems in the neighborhood and contributed to an unsafe environment. CRS helped city officials, the public housing authority, law enforcement, and community leaders to create a multiservice youth center in the public housing development. The City Council allocated funding for a | CRS 1989 Annual Report to Congress, at 5: https://tinyurl.com/3fpu8aa3 |

| Year | Description | Source |
|------|-------------|--------|
| 1986 (cont'd) | police substation that was incorporated within the facility and four other service agencies agreed to provide employment, mental health and drug abuse counselling, and tutorial services onsite. | |
| | After fights broke out between Black and White students at a St. Louis County high school, school officials contacted CRS for assistance. CRS met with school administrators, faculty, and student leaders to discuss conflict resolution methods. CRS helped create a student-based mediation and conflict resolution program and the resulting CRS-trained Student Response Team was immediately credited with resolving several conflicts and avoiding potential violence. | CRS 1989 Annual Report to Congress, at 7: https://tinyurl.com/3fpu8aa3 |
| | The Village of Oak Park, Illinois Board President requested CRS's help after receiving reports of alleged racial harassment of Black police officers by White police officers. CRS met with Black and White community representatives, local officials, the community relations board, and the police department to identify specific issues, recommend solutions, and create training programs to improve relations within the police department. | CRS 1989 Annual Report to Congress, at 8-9: https://tinyurl.com/3fpu8aa3 |
| | After the Washington City's redistricting plan—created to address allegations of underrepresentation by Black community members—failed, a group of residents filed a lawsuit in the U.S. District Court for the Western District of Louisiana. After the plaintiffs requested assistance, CRS met with the City's lawyers who agreed to jointly request CRS-led mediation from the judge. CRS worked with the parties to design a survey, administered by a local community action agency, to develop a demographic profile. This allowed for the creation of an acceptable plan for four single-member districts. | CRS 1989 Annual Report to Congress, at 9: https://tinyurl.com/3fpu8aa3 |
| | After large numbers of undocumented families and unaccompanied minors entered South Texas from Central America, under DOJ's South Texas Enforcement Plan, CRS was authorized to provide emergency medical services | CRS 1989 Annual Report to Congress, at 12: https://tinyurl.com/3fpu8aa3 |

| Year | Description | Source |
|------|-------------|--------|
| 1989 (cont'd) | and other basic assistance. CRS partnered with the American Red Cross to operate two shelter complexes. Between February and September, CRS served 6,219 individuals awaiting deportation or asylum decisions. CRS coordinated shelter operations with other organizations, resolved local issues, and provided educational and recreational programs. CRS staff also acted as caseworkers for minors and some adults. The Red Cross supplied food, clothing, and medical care, while CRS mobilized voluntary agencies and over 150 local volunteers to assist in day-to-day operations. | |
| 1990 | CRS assisted the city of Virginia Beach and the minority community of the Norfolk Tidewater area following the Labor Day Greekfest riots in 1989. With Laborfest starting shortly after the riots, CRS helped set up meetings between city officials, law enforcement, and minority community members to prepare. Following CRS's advice, the City established minority community self-marhslas and organized rumor control mechanisms to avoid violence. During Labor Day Weekend, CRS provide on-site conciliation services and oversight of the weekends events. CRS also facilitated agreements over the deployment of clergy and National Black Police Officers Association members when their involvement was required. | CRS 1990 Annual Report to Congress, at 10: https://tinyurl.com/pcehzfre |
| | CRS mediated an agreement on scholarship selection procedures between Western Washington University administration and minority community members of the Minority Achievement Program Scholarship Selection Committee. With the University president's approval, the Office of Student Affairs and the Committee agreed to review policies, procedures, and requirements for scholarship awards. The agreement improved dialogue and led to discussions addressing broader campus racial issues, including the development of new anti-discrimination policies. | CRS 1990 Annual Report to Congress, at 12: https://tinyurl.com/pcehzfre |
| | When Nelson Mandela was scheduled to visit various U.S. cities, death threats on his life were reported through CRS's national hotline. CRS staff in Miami | CRS 1990 Annual Report to Congress, at 15: https://tinyurl.com/pcehzfre |

| Year | Description | Source |
|------|-------------|--------|
| 1990 (cont'd) | informed the State Department and began conducting community tension assessments to anticipate problems that could arise when Mandela delivered his keynote speech in the city. CRS cooperated with law enforcement to manage the thousands of supporters and protesters attending the speech. CRS's efforts resulted in peaceful demonstrations and no violence. | |
| | CRS mediated an agreement between the Gabrielino-Tongva Tribe and the J.H. Snyder Company to protect ancestral remains and artifacts located within the Channel Gateway Project site. The Snyder Company contributed to a trust fund designated for the development of a museum dedicated to Indigenous Americans. Members of the Tribe were employed as monitors throughout the excavation phase of the Project and any artifacts discovered were returned to the Tribe. The company also arranged for the reburial of ancestral remains and artifacts on a monument site. | CRS 1990 Annual Report to Congress, at 15-16: https://tinyurl.com/pcehzfre |
| | CRS mediated a dispute between KIRO, Inc. a CBS AM/FM news radio affiliate, and representatives from the Seattle Branch of the NAACP, the Seattle Human Rights Commission, and the Black Contractors Coalition. The conflict arose after a 1989 KIRO Christmas party where skits featuring racial stereotypes were performed by White staff. Through CRS's efforts, the parties reached an agreement under which KIRO committed to supporting Black employment, creating internship and training programs, and hiring specific positions. KIRO also implemented racial, ethnic, and workplace diversity training for its employees. | CRS 1990 Annual Report to Congress, at 16: https://tinyurl.com/pcehzfre |
| 1991 | CRS opened a telephone hotline for the reporting of incidents of harassment and hate violence. CRS received 1,132 hotline calls in FY 1991. | CRS 1991 Annual Report to Congress, at 6: https://tinyurl.com/3h3ch4z7 |
| | CRS entered into a memorandum of understanding with the Office of Drug Free Neighborhoods to train local crisis response teams to respond to conflict in public housing authorities across the country. | CRS 1991 Annual Report to Congress, at 6: https://tinyurl.com/3h3ch4z7 |

| Year | Description | Source |
|------|-------------|--------|
|  | In the wake of the broadcast of the beating of Rodney King by LAPD officers, CRS convened a meeting of law enforcement officials and community members from across Los Angeles. During the unrest that followed, CRS engaged with FEMA, and as a key liaison between community leaders and government officials to minimize violence. | CRS 1991 Annual Report to Congress, at 9: https://tinyurl.com/3h3ch4z7; CRS 1992 Annual Report to Congress, at 3: https://tinyurl.com/5cd34bdz |
|  | CRS worked with the Uniform Crime Report Unit of the FBI to develop a model training program for police departments on how to recognize, report and respond to race-based hate crimes and hold a series of conferences on the model. | CRS 1991 Annual Report to Congress, at 5: https://tinyurl.com/3h3ch4z7 |
| 1997 | After a series of excessive police use-of-force incidents provoked ongoing street demonstrations in Cincinnati, Ohio, CRS helped city officials and a Black coalition reach a mediated settlement that called for a civilian oversight board, a computerized tracking system for officers, and a civilian training academy | CRS 1997 Annual Report to Congress, at 5: https://tinyurl.com/464t23et |
|  | In a precedent-setting event, CRS conducted diversity training for city police departments and for the entire city government in Kankakee, Illinois. The mayor and chief of police requested CRS assistance after a series of racial incidents in the police department. The diversity training was a catalyst for changes that resulted in lower racial tensions. | CRS 1997 Annual Report to Congress, at 5: https://tinyurl.com/464t23et |
|  | CRS conducted Student Problem Identification Resolution (SPIR) training for teams from eight New England school systems and convened teams of police, teachers, and youth from 30 New England cities to address race relations and conflict prevention in their municipalities. | CRS 1997 Annual Report to Congress, at 6: https://tinyurl.com/464t23et |
|  | In the aftermath of the beating of a Black youth by four White youths in West Haven, Connecticut, CRS facilitated negotiations between city officials and minority leaders that resulted in an agreement to establish a Human Relations Commission by ordinance and which prompted several other positive actions designed to introduce more diversity at the governing level. CRS also mediated | CRS 1997 Annual Report to Congress, at 7: https://tinyurl.com/464t23et |

| Year | Description | Source |
|------|-------------|--------|
| 1997 (cont'd) | negotiations about specific issues among minority community leaders, and police, and school departments. | |
| | CRS worked with community leaders and law enforcement officers, and provided technical assistance in the formation of comm unity task forces to conduct cooperative projects to rebuild the burned churches and to restore community harmony. More than 150 local communities received conciliation services from CRS and more than 50 others asked CRS to conduct proactive arson prevention activities. | CRS 1997 Annual Report to Congress, at 8: https://tinyurl.com/464t23et |
| 1998 | After johnny Gammage, a Black businessman and the cousin of an NFL player, was killed by police during a routine traffic stop by suffocation CRS helped facilitate meetings between law enforcement and local community organizations to defuse tensions. | CRS 1999 Annual Report to Congress, at 13: https://tinyurl.com/yrp7wmw4 |
| 2000 | On January 27, 2000, an off-duty Black police officer, son of the highest-ranking Black officer in the city police department, was shot and killed by two White police officers in Providence, Rhode Island. CRS services were requested on January 28, 2000, by a state representative and the director of the Rhode Island Human Rights Commission. That day, CRS deployed personnel to attend a strategy meeting of about 50 community leaders, who had gathered to plan their response to the fatal shooting. CRS also participated in a meeting at the police department involving the police chief, the public safety commissioner, three city councilmen, and several departmental command staff. | CRS 2000 Annual Report to Congress, at 7-8: https://tinyurl.com/2z57cdty |
| | In November 1999, five-year-old Elian Gonzales was rescued at sea after his boat sank towards the end of its journey from Cuba. Tension between Federal and local law enforcement agencies and the Cuban exile community in Miami escalated sharply, as the Immigration and Naturalization Service (INS) ordered the boy's relatives to return him to his father. CRS was asked by the INS International Affairs Division in November 1999 to facilitate communication | CRS 2000 Annual Report to Congress, at 8-9: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | between INS officials and community leaders and to help prevent violence in the area. On and after April 22, 2000, when the INS removed Elian Gonzales from Miami, CRS monitored community reaction and worked with police and community leaders to ensure against major incidents of violence. CRS worked with the Department of Justice's leadership, local law enforcement, and Cuban protesters to preserve peace and order at a number of demonstrations around the country. | |
| | From August 30 to September 1, 2000, in St. Louis, Missouri, CRS cosponsored with the St. Louis police department the 11th Annual Law Enforcement Executives Conference, drawing 110 police executives from Missouri, Kansas, Nebraska, Iowa, Illinois, and Tennessee. | CRS 2000 Annual Report to Congress, at 9: https://tinyurl.com/2z57cdty |
| | Ion Los Angeles, CRS deployed a multi-regional team of 15 mediators to respond to potential racial conflicts arising during protests held by the Mobilization to Protest the Democratic National Convention (DNC). | CRS 2000 Annual Report to Congress, at 9-10: https://tinyurl.com/2z57cdty |
| | In Philadelphia, CRS deployed a multi-regional mediation team to help prevent violence and resolve racial conflicts that arose during the week of the RNC. CRS conducted continual monitoring of the city's racial climate over the week and played a critical role in preventing violence in jurisdictional demonstrations, including those focusing on anti-immigrant issues, the war on drugs and its effect on minorities, police use of force, the Navy bombing exercises in Puerto Rico, and the death sentence of Black radio journalist Mumia Abu-Jamal. | CRS 2000 Annual Report to Congress, at 10: https://tinyurl.com/2z57cdty |
| | CRS deployed a multi-regional team from May 25 to May 30, 2000, during the annual Black Bikers Memorial Day Weekend celebration in Myrtle Beach, South Carolina, providing ongoing assessments of racial tensions to local officials charged with maintaining order during the festivities. CRS mediators also formed a "rapid response" conflict prevention and resolution force to address tensions among participants, law enforcement officers, and business owners. | CRS 2000 Annual Report to Congress, at 10: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | CRS sent conciliators to meet with the leaders of an Italian American group, the Sons of Italy and the local American Indian Movement leaders in Denver, Colorado after tensions over a planned Columbus Day parade. CRS conducted shuttle diplomacy, working with both communities and relaying information between them, in an effort to open the lines of communication. CRS overcame the distrust of the parties and convinced them to commit to a mediation session. On September 19, after several sessions, including a difficult seven-and-a-half hour mediation session, with both parties at several points threatening to abandon negotiations, CRS finally facilitated an agreement providing for a peaceful parade, free from references to Columbus and unchallenged by counter-protests. | CRS 2000 Annual Report to Congress, at 11: https://tinyurl.com/2z57cdty |
| | In May 2000, CRS was alerted that a national civil rights group, the National Action Network (NAN), was planning a demonstration on July 29, 2000, designed to coincide with the National Football League's Hall of Fame festivities in Canton, Ohio. NAN aimed to draw attention to alleged police racial profiling practices and racially motivated hiring practices by city officials. The White supremacist group, Aryan Nation, planned a counter-demonstration. | CRS 2000 Annual Report to Congress, at 11-12: https://tinyurl.com/2z57cdty |
| | In the aftermath of the shooting death of Aquan Salmon, a 14-year-old Black youth, by a Hartford police officer on April 13, 1999, CRS provided continuous conciliation assistance to the city. A significant flashpoint was the February 16, 2000, announcement by the Connecticut State Attorney that cleared the Hartford police officer in the shooting. CRS was on-site before and after the announcement providing conciliation assistance and ensuring there were no major disruptions. CRS assistance also included convening meetings between police and community leaders, participating in several community meetings throughout the city to ease tensions, participating in contingency planning, and developing strategies to improve police-community relations in Hartford. | CRS 2000 Annual Report to Congress, at 13: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | In February 2000, CRS convened a meeting of the police chiefs of major New England cities in Springfield, Massachusetts, for a day-long workshop and facilitated a discussion based on the new CRS publication, Police Use of Excessive Force: A Conciliation Handbook for the Police and the Community. Major presenters and speakers on excessive use of force and corrective measures included DOJ officials, the Boston police commissioner, and the president of both the Springfield chapter and the New England branch of the NAACP. | CRS 2000 Annual Report to Congress, at 13: https://tinyurl.com/2z57cdty |
| | At the request of the city manager, CRS provided cultural diversity training for elected and appointed officials in Reading, Massachusetts, in October 1999. Following the completion of a similar CRS training for the local police department, the city sought to sensitize municipal employees to issues of race and racial profiling. CRS conducted extensive training and facilitated open dialogues on race, racism, and community perceptions of city actions. CRS helped the city develop and implement short- and long-term plans to eliminate bias in government services. | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |
| | In May 2000, CRS responded to allegations of racial profiling in Eastham, Massachusetts, after a Black reporter was detained and searched by police. At the request of NAACP leaders, CRS convened a mediation session among the principal parties involved, including town and state officials, police, Black leaders, and the reporter. CRS services resulted in the amelioration of racial tension and the improvement of communication among the parties. All parties agreed racial profiling was unacceptable and passed resolutions to hold a public forum on the issue and to collect data on police stops. CRS has worked with town officials and police to ensure follow-up on these plans. | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |
| | On October 20, 1999, CRS and the Lowell, Massachusetts, police department sponsored a one-day symposium for police chiefs from the major New England cities on racial profiling. The interactive symposium featured presentations by federal, state and local law enforcement officials regarding model programs, | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | record keeping, and local initiatives such as developed in San Diego, California, Brookline, Massachusetts, and Trumbull, Connecticut. One of the results of the symposium was the development of recommended steps for police leadership to address racial profiling including: training; development of police department values; new measures for officer selection, discipline and removal; management leadership; and proper reporting. | |
| | On November 29-30, 1999, CRS joined the Massachusetts Hate Crimes Training Team, which had been trained by the Department of Justice, in Orlando, Florida, to conduct a "train-the-trainers" program for approximately 50 law enforcement officials from the Massachusetts State Police, the Massachusetts Law Enforcement Training Council and their statewide training sites staff, and District Attorneys' offices. The Massachusetts Governor's Hate Crimes Task Force cosponsored the training program. In addition to CRS staff, the trainers included personnel from the U.S. Attorney's office, the FBI, the State Attorney General's office, the Boston police department, and the Lawyers Committee for Civil Rights Under the Law. A number of those trained participated as trainers in conducting hate crimes training. | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |
| | CRS conducted a one-day training in Durham on hate crimes for New Hampshire police chiefs on June 23, 2000. | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |
| | On June 28, 2000, CRS conducted a hate crimes training for Vermont police chiefs and managers in Burlington, Vermont, at the request of the Burlington chief of police. Participating with CRS in this training were the U.S. Attorney's office, the State Attorney, and a trainer from the Boston police department. | CRS 2000 Annual Report to Congress, at 14: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | On September 20, 2000, CRS cosponsored a civil rights summit with the Greater Boston Civil Rights Coalition. The summit brought together organizations in the public and private sectors in Greater Boston to explore critical civil rights and race relations issues and to develop a one-year plan to foster harmonious race and ethnic relations. More than 50 groups and organizations participated in the summit. A CRS conciliator served as one of the moderators of the event. | CRS 2000 Annual Report to Congress, at 15: https://tinyurl.com/2z57cdty |
| | In February 2000, CRS was asked by the University of Massachusetts-Dartmouth to help defuse racial tensions among minority students, campus police, and local police from the town of Dartmouth. After meeting separately with each party, CRS convened several mediation sessions with police, university officials, faculty, and students. CRS helped parties to discuss openly the sources of the tensions, to understand each other better, and to develop peaceful communication among the parties. | CRS 2000 Annual Report to Congress, at 15: https://tinyurl.com/2z57cdty |
| | At the request of the superintendent of schools and the principal of Durfee High School in Fall River, Massachusetts, in November 1999, CRS responded to escalated tensions caused by gang activity among Asian and Latino youths and allegations of racial discrimination within the school system. CRS conducted a two-day Student Problem Identification/Resolution (SPIR) Program for students and a one-day program for staff. Working with administrators, faculty, parents, and students, CRS helped the parties develop a plan to resolve their conflicts, reduce violence, and restore an environment conducive to learning in the school. | CRS 2000 Annual Report to Congress, at 15: https://tinyurl.com/2z57cdty |
| | On April 10-11, 2000, CRS cosponsored the 15th Annual New England Conference on "Safe Schools, Safe Communities II: Preventing Youth Violence" in conjunction with the New England Community Institute in | CRS 2000 Annual Report to Congress, at 15: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | Newport, Rhode Island. At the request of the institute and school and police leaders, CRS conducted three workshops on hate crimes in schools. Approximately 200 educators, police, and municipal officials from New England cities participated in the conference. | |
| | In March 2000, CRS was requested by a community organization to intervene in a situation of escalating tension in West Springfield, Massachusetts, regarding charges that Russian immigrants and their children were the victims of discrimination. The Russian community alleged some students were harassing the immigrant children in school and that the school administration was failing to comply with the Massachusetts Transitional Bilingual Education Law. CRS met with both the Russian families, who were at first wary of government involvement, and school administrators to discuss the mediation process. In April 2000, CRS convened a meeting of school officials and leaders of the Russian community, which resulted in an agreement to adopt corrective measures and establish a local intervention process to respond to future incidents. | CRS 2000 Annual Report to Congress, at 15: https://tinyurl.com/2z57cdty |
| | In March 2000, CRS was on-site at several large scale demonstrations in Brooklyn and Manhattan, New York, held in response to allegations of numerous instances of police excessive use of force, as well as persistent claims of harassment of minorities by the New York City police department. CRS facilitated meetings between the protest organizers and the police regarding protest locations, arrest and processing procedures for planned civil disobedience, and flexible restraint by law enforcement personnel. | CRS 2000 Annual Report to Congress, at 16: https://tinyurl.com/2z57cdty |
| | At the request of officials from Suffolk County, New York, CRS responded in June 2000 to racial tensions between Central American immigrants and the mostly White residents of the suburbs. Tensions had escalated after the unsolved | CRS 2000 Annual Report to Congress, at 16: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | stabbing murder of a Salvadoran worker, which city officials worried was connected to the area's prevailing anti-immigrant sentiment. CRS met with the deputy county executive, the county police, local immigration advocates, county residents, and Latino community leaders to develop a coordinated effort to address the community racial conflicts. | |
| | CRS provided on-site assistance and conciliation services on July 23, 2000, at two separate rallies involving the highly publicized, videotaped beating and arrest of a 30-year-old Black man by White police in Philadelphia, Pennsylvania. About 500 people participated in a pro-police rally in the afternoon, while over 1,000 attended the evening rally against the police use of force incident. CRS worked with police, representatives of the Black community, and protest leaders to ensure peace and order during the rallies and to avoid confrontations between protesters and counter-protesters. | CRS 2000 Annual Report to Congress, at 17: https://tinyurl.com/2z57cdty |
| | On September 7-9, 2000, at the prompting of the Federal Bureau of Investigation (FBI), CRS provided conciliation assistance to city officials, the local police department, and the Black community in Norfolk, Virginia, on issues arising from a police killing of a Black motorist. CRS participated and facilitated community forums and roundtable discussions, resulting in the formation of a core working group of diverse community leaders to address the racial tension in Norfolk. With CRS's assistance, the group worked with city leaders and police to develop strategies to eliminate racial profiling and disparate treatment by police. | CRS 2000 Annual Report to Congress, at 17: https://tinyurl.com/2z57cdty |
| | At the request of the local branch of the NAACP, CRS deployed personnel in July 2000 to Baltimore, Maryland, to address racial tensions between the community and a White pro-Confederate flag group from Mississippi, which held a demonstration at the NAACP national convention. Although tensions | CRS 2000 Annual Report to Congress, at 18: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|---|---|---|
| 2000 (cont'd) | were high as national representatives and local residents confronted the pro-Confederate flag group, CRS provided technical assistance to local law enforcement to ensure both parties conducted their respective events without major conflicts. | |
| | At the request of the community group People United to Lead the Struggle for Equality (PULSE) and the local branch of the NAACP, CRS deployed personnel to respond to escalated tensions between Metro-Dade police and Blacks in Miami in early September 2000. Racial tension was heightened by allegations of excessive use of force after a 19-year-old man was beaten by White police officers following a high speed vehicle chase on September 13. CRS facilitated a meeting among local police officials, the U.S. Attorney, FBI representatives, and local community members to discuss the allegations. CRS helped mitigate racial tension by improving communication among the parties. | CRS 2000 Annual Report to Congress, at 18: https://tinyurl.com/2z57cdty |
| | On September 14, 2000, CRS convened a series of meetings with police and city officials in Detroit, Michigan, to discuss growing community racial tensions resulting from the occurrence of two fatal police shootings of Black men within one week. The circumstances of the shootings surfaced perceptions in segments of the Black community that the Detroit police engaged in excessive use of force. CRS met with and provided technical assistance to the U.S. Attorney, the chief of police, and the Board of Police Commissioners. CRS also met with the Mayor's Executive for Public Safety and offered mediation as an approach to help support implementation of recommendations suggested by the city's citizens committee on responsible policing. | CRS 2000 Annual Report to Congress, at 20: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | In September 2000, at the request of the local citizens group People United for Responsible Policing (PUFRP), CRS provided additional conciliation efforts to police and minorities in South Bend, Indiana, where CRS had been active for the past two years. The community sought CRS assistance in the development of new policies to improve relations between police and community residents. CRS facilitated the development and implementation of a number of proactive measures to build local capacities, including diversity training for police officers and city employees, and the placement of video cameras in police cars. | CRS 2000 Annual Report to Congress, at 20: https://tinyurl.com/2z57cdty |
| | CRS provided technical assistance to Jasper Texas' Race Relations Task Force, which was established by the mayor to address long-term racial issues. Further, CRS worked with local schools to establish a ministers in-schools project to reduce fear among Black students, who were particularly affected by the 1998 murder of James Byrd, Jr. | CRS 2000 Annual Report to Congress, at 22: https://tinyurl.com/2z57cdty |
| | In June, 2000, CRS conducted two hate crimes and cultural diversity training programs for the police departments in Moberly and Jefferson City, Missouri. CRS services were requested by the executive director of the Missouri Police Chiefs Association, who wanted to take proactive steps toward preventing and resolving hate-motivated violence in the state. The training was well received by the approximately 50 participants | CRS 2000 Annual Report to Congress, at 23: https://tinyurl.com/2z57cdty |
| | In March 2000, CRS responded to escalating racial tensions in Glendale, Colorado, caused by community allegations of police excessive use of force against minorities. At the request of the police chief, CRS worked with the Glendale mayor and city manager, police administrators, and community members to determine possible resolutions to the conflict. CRS held two public forums for parties to voice their concerns on the relevant racial issues and facilitated an agreement to establish a new citizens complaint process and a citizens advisory panel to the police department. CRS provided technical assistance to police regarding the complaint process and worked with the | CRS 2000 Annual Report to Congress, at 24: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | advisory panel for several months until it was able to function independently. As a result of CRS mediation, police-community relations in Glendale improved significantly and local parties began to work more cooperatively to resolve their own conflicts. | |
| | On October 22, 1999, CRS deployed personnel to help prevent violence during a two-mile march and rally in Los Angeles, California, to protest the local and national increase in police shootings. CRS coordinated with police representatives and march organizers to plan for an orderly demonstration. CRS also mediated conflicts between police officers and protesters during the march, including an incident in which CRS mobilized a group of self-marshals to prevent further conflict and violence between a group of protesters and a group of police. | CRS 2000 Annual Report to Congress, at 27: https://tinyurl.com/2z57cdty |
| | On July 29, 2000, CRS collaborated with the San Diego police department and county sheriffs, border patrol, and state park rangers to prevent violence and maintain order during an immigrants' rights march in San Ysidro, California. Local residents gathered to protest the vigilante tactics used by ranchers in Arizona, the alleged white supremacist assaults against immigrant laborers, and the deaths occurring on the U.S.-Mexico border. CRS facilitated pre-march negotiations among local police, immigrants rights groups, and anti-immigrant groups to ensure a peaceful march. The demonstration, in which about 200 supporters and 20 counter-protesters participated, was completed without violent confrontations. | CRS 2000 Annual Report to Congress, at 27: https://tinyurl.com/2z57cdty |
| | On January 21, 2000, the Kampuchean Association of Olympia requested CRS assistance in mediating racial tensions between the police department and the Cambodian community in Lacey, Washington. Following allegations of police excessive use of force against a 69-year-old Cambodian motorist at a traffic stop, Cambodian leaders called for an apology and reimbursement of the man's medical bills from the police. CRS worked with local and county police, | CRS 2000 Annual Report to Congress, at 28: https://tinyurl.com/2z57cdty |

| Year | Description | Source |
|------|-------------|--------|
| 2000 (cont'd) | community members, and the rector of a local church to promote dialogue over concerns about lack of communication, cooperation, and trust between police and the community. With CRS's assistance, the parties committed to working together to improve community awareness of police procedures and to review police practices in dealing with immigrants with limited English skills. | |
| 2001 | Following the 9/11 terror attacks in New York City and other locations around the country, CRS contacted community-based organizations and agencies interested in facilitating constructive responses to emotional reactions in the aftermath of the attacks and endorsed planning for well-structured events. | CRS 2001 Annual Report to Congress, at 8: https://tinyurl.com/jv32a742 |
| | On September 12, 2001, CRS staff in every Regional Office was immediately directed to identify cities with major concentrations of populations of Middle Eastern descent and Muslim Americans to begin assessments of community racial or ethnic tensions emanating from the terrorist attacks. | CRS 2001 Annual Report to Congress, at 11: https://tinyurl.com/jv32a742 |
| | CRS urged law enforcement, public officials, and clergy to make public statements urging moderation and restraint by all citizens, pledging vigorous investigation and prosecution of retaliatory hate crimes, and, cautioning against misdirected behavior toward innocent fellow citizens who may share common ancestry with the terrorists. posted a list of recommended activities for law enforcement to alleviate racial tensions in the post-September 11 environment on its Internet web page. | CRS 2001 Annual Report to Congress, at 11: https://tinyurl.com/jv32a742 |
| | CRS encouraged school officials with significant Arab or Muslim populations to monitor and prepare for the prospect of escalating intergroup tensions and possible conflict. CRS posted a list of recommended activities on its Internet web site for schools to help alleviate racial tensions among students, faculty, administration, and school communities. | CRS 2001 Annual Report to Congress, at 12: https://tinyurl.com/jv32a742 |

| Year | Description | Source |
|------|-------------|--------|
| 2001 (cont'd) | On July 23, 2001, CRS was present for the announcement of the formation of the Pueblo Human Relations Commission (PHRC) at the Pueblo County Courthouse. formation of the PHRC had been facilitated by CRS as part of an effort that had began two years earlier to address increasing community complaints of discrimination. | CRS 2001 Annual Report to Congress, at 13: https://tinyurl.com/jv32a742 |
| | At the request of the Suffolk County Executive in the Summer and Fall of 2000, CRS helped the county government develop solutions for growing tensions in Farmingville over Hispanic day laborers gathering at a location on a busy street each morning to be picked up and hired. The situation reached a peak in November 2000 when two immigrants were attacked and severely beaten by two outsiders that police found were affiliated with hate groups. On December 2, 2000, CRS facilitated a community racial dialogue between 48 community leaders representing divergent points of view. conciliators facilitated five simultaneous discussion with cross-sectional groups of 8-10 residents and law enforcement to identify problems and solutions regarding the day workers who assembled each workday at a particular location in Farmingville. The dialogue brought the divergent strands of the community into discussion with one another to begin lowering racial tensions and move in positive directions. | CRS 2001 Annual Report to Congress, at 14: https://tinyurl.com/jv32a742 |
| | Alaskan Indigenous leaders requested CRS to facilitate communication between them and law enforcement, as well as to provide contingency planning and conflict prevention assistance to both law enforcement and Alaskan Indigenous organizers of the "We the People" March and Rally on August 21, 2001, in Anchorage, Alaska. CRS trained volunteer marshals from diverse racial and ethnic backgrounds for the march and rally to safely conduct the march through the streets and to assist in preventing conflict with counter demonstrators along the route. | CRS 2001 Annual Report to Congress, at 14: https://tinyurl.com/jv32a742 |

| Year | Description | Source |
|------|-------------|--------|
| 2001 (cont'd) | On October 11, 2000, CRS mediated a community conflict between the Mayor and Police Chief of Central Falls and Progreso Latino, a Latino Social Service Agency, at their request. Progreso Latino alleged that the Central Falls Police Department unfairly targeted Latino English as a Second Language (ESL) Students for parking tickets on Monday nights outside the Progreso Latino Center. The mediated agreement resulted in more parking for ESL students and the increased use of public transportation or car pooling by the students. | CRS 2001 Annual Report to Congress, at 18: https://tinyurl.com/jv32a742 |
| | CRS immediately deployed a conciliation specialist to New Market, New Hampshire when it learned that a 62 year-old Laotian immigrant died from an assault by a White male who had made anti-Asian slurs on July 16, 2001. CRS met with the family and multiple community organizations, the police chief and local leaders to ameliorate tensions. As a result of the dialogue, the Laotian community and local and State leaders, including the police chief, selectmen, and the State Attorney General's Office agreed to establish a liaison between the police department and the Laotian community. | CRS 2001 Annual Report to Congress, at 18: https://tinyurl.com/jv32a742 |
| | In July, 2001, CRS provided conflict resolution services to help avert violence between White Supremacists and counter demonstrators at the request of law enforcement and city officials. | CRS 2001 Annual Report to Congress, at 19: https://tinyurl.com/jv32a742 |
| | At the request of the Mayor of Dover, Deleware CRS provided emergency conflict resolution services in response to escalating racial tensions in the aftermath of the death of a Black man in police custody on March 9, 2001. With CRS assistance, the city laid the groundwork for establishing a human relations commission, implemented an on-going dialogue with the community, and established a citizen police complaint procedure. | CRS 2001 Annual Report to Congress, at 21: https://tinyurl.com/jv32a742 |
| | On December 1, 2000, CRS provided conflict resolution assistance for a Presidential Ballot Recount Protest March. led by the Reverend Jesse Jackson and the Congressional Black Caucus sponsored a march of more than 500 demonstrators from the Department of Justice to the U.S. Supreme Court. | CRS 2001 Annual Report to Congress, at 21: https://tinyurl.com/jv32a742 |

| Year | Description | Source |
|------|-------------|--------|
| 2001 (cont'd) | In February 2001, the Florida Commission on Human Relations requested CRS assistance in response to continued community racial tensions arising from charges by Black leaders that a series of police shootings by the Escambia County Sheriff's Office were racially motivated. CRS facilitated a meeting between the new Sheriff and Black community leaders to establish communication, at the request of the parties CRS facilitated a series of community dialogues on race to open discussion on racial issues between community, business, clergy, and government leaders. | CRS 2001 Annual Report to Congress, at 25: https://tinyurl.com/jv32a742 |
| | At the request of the North Carolina State Fire Marshal, ATF, local law enforcement, and church officials, CRS conciliated racial tensions at the Reaching the World for Christ Ministries Church, a Black church, during the weekend of June 29 to July 1, 2001. The church had experienced a major arson in 1998 and had been rebuilt. A second arson in 2001 occurred in the same location of the building as the first fire and with identical damage. CRS facilitated conversations between investigators and the members of the congregation to explain the investigation process and the basis for decision making in order to lower tensions. | CRS 2001 Annual Report to Congress, at 25: https://tinyurl.com/jv32a742 |
| | In February 2001, the St. Paul Chapter of the NAACP and the St. Paul Police Department requested CRS mediation services to resolve concerns over racial profiling. With the help of CRS' mediation efforts A final 18-point agreement on police policy and procedures was signed on June 18. | CRS 2001 Annual Report to Congress, at 26: https://tinyurl.com/jv32a742 |
| | In April 2001, after a cross-burning in the backyard of a pastor in Valparaiso, Indiana, CRS met with the victimized family, community leaders, and city officials to provide conflict resolution assistance. | CRS 2001 Annual Report to Congress, at 28: https://tinyurl.com/jv32a742 |

| Year | Description | Source |
|------|-------------|--------|
| 2001 (cont'd) | In early November 2000, CRS initiated conflict resolution services with Decatur, Illinois city and school officials and the Rainbow Coalition/Operation PUSH leaders following the first Rainbow Coalition/Operation PUSH sponsored march over the year-long expulsions received by six Black high school students for fighting at a football game. | CRS 2001 Annual Report to Congress, at 28: https://tinyurl.com/jv32a742 |
| | Immediately following the terrorist attacks on the World Trade Center, the Pentagon, and aboard United Flight 93, CRS began an assessment of racial and ethnic tensions across the country, focusing first on communities with high concentrations of Middle Eastern populations. CRS advised police departments, city and State officials, Muslim and Arab groups, and civil rights organizations on actions they could take to reduce tensions and prevent conflict. CRS deployed conciliators to sites where threats or violence had occurred against Arabs, Muslims, and Sikhs, or, were most likely to occur. CRS arranged meetings between law enforcement, city officials, and affected communities to enhance mutual understanding, and encourage cooperation and sensitivity in conducting civil and criminal investigations. CRS also facilitated meetings between Department of Justice officials and representatives of the Arab, Muslim, and Sikh communities to address concerns over civil rights protections. | CRS 2002 Annual Report to Congress, at 9: https://tinyurl.com/yhvuv986 |
| 2002 | CRS developed a 16-hour program in mediation and conflict resolution skills for law enforcement officers. | CRS 2002 Annual Report to Congress, at 16: https://tinyurl.com/yhvuv986 |
| | On July 6, 2002, a teenager described as developmentally disabled and partially deaf was videotaped being handcuffed, placed against a police car, and struck in the head by a police officer. Police reported that the youth was being arrested for battery against an officer. The videotape of the incident was played by national television media provoking outrage. CRS worked with community leaders and law enforcement to manage potential demonstrations in the community and reduce the risk of violence. | CRS 2002 Annual Report to Congress, at 19: https://tinyurl.com/yhvuv986 |

| Year | Description | Source |
|------|-------------|--------|
| 2002 (cont'd) | Following the Chediski-Rodeo fire in Arizona which began on part of the White Mountain Apache Reservation. CRS provided conciliation services in the local towns and worked with officials and tribal leaders to promote a Unity Campaign among all residents. CRS also met with and counseled businesses accused of denying services to tribal members. In addition, CRS helped implement a rumor control mechanism to defuse allegations and speculation. | CRS 2002 Annual Report to Congress, at 19-20: https://tinyurl.com/yhvuv986 |
|  | In Oswego County, New York After a Sikh house of worship was burned, CRS contacted Sikh leadership at the local and national level, ATF arson investigators, and State and local law enforcement the following day. Ultimately, local law enforcement officials determined that this was a hate crime. During the first week of December, CRS conducted an on-site evaluation of tension mounting in the community. Based on that evaluation, CRS facilitated communication among local Sikh leaders, local elected and law enforcement officials, and other area leaders to address the tensions. | CRS 2002 Annual Report to Congress, at 27: https://tinyurl.com/yhvuv986 |
|  | In March 2002, CRS immediately responded to the Sikh community after a fire destroyed the Sikh Cultural Society of New York. CRS created rumor control mechanisms for both adults and youths with the Sikh community leadership and facilitated Sikh communications with the New York Police Department, the Mayor of New York, Fire Department of New York, and the Bureau Alcohol, Tobacco, and Firearms (ATF) regarding the preliminary investigative results. | CRS 2002 Annual Report to Congress, at 27: https://tinyurl.com/yhvuv986 |
|  | At the request of the American Muslim Council (AMC) of Western New York CRS held a meeting to address community tensions on issues ranging from identifying and responding to bias incidents to contacting law enforcement officials. | CRS 2002 Annual Report to Congress, at 27: https://tinyurl.com/yhvuv986 |
|  | After several weeks of providing technical assistance in preparation for the event, CRS participated in the Seventh Annual Community Policing Symposium called "Community Policing and Hate Crimes" on December 7, 2001 in Rockland County, New York. Other presenters included the Anti- | CRS 2002 Annual Report to Congress, at 27: https://tinyurl.com/yhvuv986 |

| Year | Description | Source |
|------|-------------|--------|
| 2002 (cont'd) | Defamation League, the Civil Rights Bureau of the New York State Attorney General's Office, and the FBI Hate Crimes Unit. | |
| | In April 2002, in response to numerous hate and bias crimes against Arab Americans, Muslims, Sikhs, and others with a "Middle Eastern" appearance, CRS sponsored a regional training program for New England police chiefs and command staff on college campuses in conjunction with Worcester State College. More than 50 campus police leaders representing 36 New England colleges/universities attended the one-day training program which focused on hate crimes and the backlash to the terrorist attacks of September 11. | CRS 2002 Annual Report to Congress, at 31: https://tinyurl.com/yhvuv986 |
| | CRS worked with the Worcester community, the New England Community Educational Institute (NECEI) planning committee, the police chief from the Worcester Police Department and school officials to cosponsor and plan the 17th Annual Conference for New England on Safe Schools and Safe Communities. | CRS 2002 Annual Report to Congress, at 31: https://tinyurl.com/yhvuv986 |
| | On April 23, 2002, CRS and the Cambridge, Massachusetts, Police Department co-sponsored a symposium for the police chiefs of major New England cities on "Racial Profiling in the Post-September 11 Environment." | CRS 2002 Annual Report to Congress, at 32: https://tinyurl.com/yhvuv986 |
| | CRS and the Greater Boston Civil Rights Coalition (GBCRC) cosponsored a forum held on November 1, 2001, addressing critical issues affecting Arab American, Muslim, and Sikh communities in Massachusetts titled "Civil Liberties and Security: the Dangers of Profiling," | CRS 2002 Annual Report to Congress, at 32: https://tinyurl.com/yhvuv986 |
| | For several months beginning in February 2002, CRS met with the Philadelphia Sikh Society and Police Department to provide technical assistance in planning a Sikh Day Celebration Parade for May 25, 2002. Planning assistance included: the event permit process, parade route, city services, and the roles of the Police Civil Affairs Unit and CRS to prevent potential conflict. | CRS 2002 Annual Report to Congress, at 34: https://tinyurl.com/yhvuv986 |

| Year | Description | Source |
|------|-------------|--------|
| 2002 (cont'd) | In April 2002, CRS provided on-site conciliation services during a march and demonstration in Atlanta, Georgia led by the American-Arab Anti-Discrimination Committee. The 200 marchers traveled from Piedmont Park to the Israeli Consulate without incident. CRS worked with protest leaders to provide an overview of self-marshaling techniques and protocols for a safe, law-abiding march. CRS monitored the event and acted as liaison with the local police department. | CRS 2002 Annual Report to Congress, at 35: https://tinyurl.com/yhvuv986 |
|  | In September 2002, CRS, in cooperation with the American-Arab Anti-Discrimination Committee (ADC), convened a meeting of over 50 various leaders from the Middle Eastern and Muslim communities, law enforcement, and political officials in Dearborn, Michigan. The meeting was attended by a U.S. Representative, a State Representative of Michigan, and the Wayne County Sheriff. | CRS 2002 Annual Report to Congress, at 38: https://tinyurl.com/yhvuv986 |
|  | A demonstration with approximately 150 protesters was staged in January 2002, at St. Louis' Lambert International Airport in conjunction with Martin Luther King, Jr. Holiday Celebration. CRS on-site conciliation activities averted a possible mass arrest and ensuing police-community tensions. The American Muslim Council requested CRS assistance in forming a dialogue with airport authorities to discuss policies and procedures being used to screen passengers. | CRS 2002 Annual Report to Congress, at 40: https://tinyurl.com/yhvuv986 |
|  | On September 15, 2002, CRS presented an overview of its conflict resolution and violence prevention services at the Gurdwara in Fremont, California. Sikh leaders from the American Gurdwara Parban Dhail Committee invited CRS to speak at the event that was attended by 1,000 participants. | CRS 2002 Annual Report to Congress, at 44: https://tinyurl.com/yhvuv986 |
|  | On September 14, 2002, the World Church of the Creator (WCOTC), a white supremacist group, held a forum at the Wakefield, Massachusetts Public Library. A large number of citizens from Wakefield and surrounding communities protested the presence of the WCOTC. CRS provided conciliation assistance to prevent clashes between the two groups and assisted State and local | CRS 2002 Annual Report to Congress, at 48: https://tinyurl.com/yhvuv986 |

| Year | Description | Source |
|------|-------------|--------|
| 2002 (cont'd) | law enforcement. CRS briefed law enforcement personnel on the morning of September 14, kept law enforcement advised of community tensions throughout the day, and responded to flash points that arose during the volatile event. | |
| | On February 14, 2002, CRS cosponsored a conflict resolution conference with the Ethiopian Community Association of Missouri. The event, entitled "Conflict Resolution Conference for Peace and Security: Building a More Diverse Community" was attended by 250 participants and served as a powerful forum for exploring various racial conflict issues. | CRS 2002 Annual Report to Congress, at 55: https://tinyurl.com/yhvuv986 |
| 2003 | On December 4, 2003, the Minneapolis (Minnesota) Police Department and 15 community organizations signed a 24-page, 82-point agreement after 18 months of mediation by CRS that began a process of reform of the police department and improvement of police community relations. | CRS 2003 Annual Report to Congress, at 12: https://tinyurl.com/3xmu8atc |
| | On December 11, 2003, the White Earth Tribal Council and the Mahnomen, Minnesota, County Board signed a mutual law enforcement agreement resolving tribal law enforcement issues. CRS convened 12 mediation sessions over a two-year period to bring the parties to agreement. The 21-point document specifies action for improved communication, cooperation in joint policing, and sharing policies and procedures between tribal and County law enforcement. | CRS 2003 Annual Report to Congress, at 12: https://tinyurl.com/3xmu8atc |
| | Building on the successful mediation for patrol officer training by Dr. Christopher Cooper at St. Xavier University, CRS cooperated with the California Peace Officers Standards and Training (POST) Commission to develop the Law Enforcement Mediator/Conflict Resolution Program. | CRS 2003 Annual Report to Congress, at 13: https://tinyurl.com/3xmu8atc |
| | As a result of national attention brought to the Somali community, in November 2002 the World Church of the Creator, a national white supremacist organization, applied for a demonstration permit to protest Somali immigration and settlement assistance on January 11, 2003 in Lewiston, Maine. A community coalition called "Many and One," planned an alternative event to encourage peace and tolerance. CRS provided contingency planning assistance | CRS 2003 Annual Report to Congress, at 14: https://tinyurl.com/3xmu8atc |

| Year | Description | Source |
|---|---|---|
| 2003 (cont'd) | to ensure a peaceful day and deployed a team to provide conflict resolution assistance to the several venues of rallies and event. A community rally in support of the Somalis was organized by the Many and One Coalition. Its participants gathered at Bates College at the same time as the white supremacist rally. All of the 3,200 seats in the Merrill Gymnasium were filled before the community rally began. Another 2,000 stood outside for two hours. Both U.S. Senators, a U.S. Representative, the Governor of Maine, the Attorney General and representatives of every race and ethnicity attended the Many and One Community Rally. | |
| | On July 7, 2002, Donald Pete, an African-American male, was stopped by Oklahoma City Police Officers and arrested. The arrest was videotaped by a bystander and the video was aired by the national media. On July 18, 2002, CRS facilitated a community forum to discuss community concerns with law enforcement. Several hundred attended the forum. CRS convened four mediation sessions beginning on December 5, 2002 and ending on May 1, 2003. A mediated agreement was signed on June 19, 2003. | CRS 2003 Annual Report to Congress, at 17: https://tinyurl.com/3xmu8atc |
| | After a hate-motivated attack on a Muslim-American student in the Wachusetts School District in Holden, Massachusetts in April 2003, CRS assistance was requested by the School Superintendent and the Islamic Society of Greater Worcester to address racial tensions and to improve the educational climate | CRS 2003 Annual Report to Congress, at 20: https://tinyurl.com/3xmu8atc |
| | On July 17, 2003, CRS deployed personnel at the request of the U.S. Attorney for the District of Rhode Island, to assist local law enforcement and the Narragansett Tribe at a demonstration by the tribe protesting a Rhode Island State Police raid of the tribal tax-free shop on July 15, 2003. | CRS 2003 Annual Report to Congress, at 20: https://tinyurl.com/3xmu8atc |

| Year | Description | Source |
|------|-------------|--------|
| 2003 (cont'd) | On November 16, 2002, CRS provided on-site coverage of an Anti-Racial Profiling Protest rally and march in lower Manhattan. The protest, which was organized by a coalition of 50 community organizations and advocacy groups, was aimed at the New York City Police Department (NYPD) and the FBI for alleged racial profiling of Arab Americans, Hispanic-Americans and African-Americans, before and since September 11. CRS coordinated communication between the umbrella group, the Coalition for Constitutional and Human Rights, the NYPD, and the Federal Protection Service during the protest and rally. Prior to the protest, on November 15, 2002, CRS helped the coalition address permit issues, self-marshaling, route for the march and other logistics. | CRS 2003 Annual Report to Congress, at 22: https://tinyurl.com/3xmu8atc |
| | In October 2002, CRS began conflict resolution activities associated with heightened racial tensions stemming from alleged excessive use of force complaints against the Butts County Georgia Sheriff's Department. CRS began conciliation activities in November 2002 that led to mediation in January 2003. As a result of CRS mediation, they agreed to establish inmate grievance procedures, an inmate complain process, a new citizen complaint process, conduct a review of jail medical services, and a police community advisory committee. | CRS 2003 Annual Report to Congress, at 25: https://tinyurl.com/3xmu8atc |
| | On December 11, 2003, after 12 mediation sessions over a two-year period, CRS witnessed the signing of a law enforcement agreement between the White Earth Band of Chippewa and the Mahnomen County Board with both the Minnesota Attorney General and U.S. Attorney participating. The new 21-point law enforcement agreement included improved communication, cooperation in joint policing, and sharing of policies and procedures between tribal and county law enforcement. | CRS 2003 Annual Report to Congress, at 28: https://tinyurl.com/3xmu8atc |

| Year | Description | Source |
|------|-------------|--------|
| 2003 (cont'd) | On July 17, 2003, CRS moderated a federal panel on Balancing Liberty and Security Issues at a St. Louis, Missouri, diversity conference titled, "Welcoming The Stranger: A Dialogue on Diversity and Acceptance." The conference was part of a response to concerns expressed by the African Mutual Assistance Association (AMAA) on racial conflict, terrorism, and cultural issues. | CRS 2003 Annual Report to Congress, at 31: https://tinyurl.com/3xmu8atc |
| | As a result of CRS mediation between representatives of Northeastern Junior College, the NAACP, city government, and police, Northeastern Junior College agreed to take steps to incorporate regular diversity training for staff, strengthen and increase visibility of racial and ethnic discrimination policies, and open dialogue with minority students to improve relationships on campus. | CRS 2003 Annual Report to Congress, at 33: https://tinyurl.com/3xmu8atc |
| | On November 7, 2002, CRS convened police and officials from Los Angeles City and County, the California State Attorney General's Office, and City of Inglewood, to coordinate responses to the Inglewood Police Officers Trial Verdict and related events. This case ended with two hung juries from trials under California law and no violent outbursts because of the extensive community efforts to promote peace. | CRS 2003 Annual Report to Congress, at 34: https://tinyurl.com/3xmu8atc |
| | On October 21, 2002, hate literature was placed in the fenced parking area of the Islamic Center of Hawaii and reports of the incident circulated through national Muslim-American organizations. CRS contacted the Muslim Association of Hawaii that evening and was the first governmental agency to make contact with the mosque. CRS' rapid assessment resulted in alerts of the incident to State and Federal law enforcement in Hawaii, which helped calm the community. | CRS 2003 Annual Report to Congress, at 34: https://tinyurl.com/3xmu8atc |
| 2004 | In June 2004, CRS mediated an 18- point agreement to improve relations between the police department of Randolph, Massachusetts, and suburban Boston's minority community. The accord grew out of two separate 2003 incidents involving minority allegations of racial profiling and police harassment. | CRS 2004 Annual Report to Congress, at 31: https://tinyurl.com/yc4zz7r4 |

| Year | Description | Source |
|------|-------------|--------|
| 2004 (cont'd) | After concern arose over reported incidents at the University of New Hampshire and in Durham proper, the Durham police chief and the president of the university requested CRS' assistance in conducting a hate crimes conference in 2004. CRS provided technical assistance for the conference, which facilitated effective discussion between people from different cultures. | CRS 2004 Annual Report to Congress, at 31: https://tinyurl.com/yc4zz7r4 |
| | CRS deployed staff members in November of 2003 to assist in averting potential civil disorder and violence in a case involving taxation on the Seneca Nation's Indian reservation lands in Salamanca, New York. CRS met with Federal and state law enforcement officials and representatives of the Seneca Tribal government to discuss options to quell the tense atmosphere. After discussions, a decision was made on November 7, 2003, to stay collection of the tax for 90 days. Public announcement of this decision defused the probability of civil disorder. | CRS 2004 Annual Report to Congress, at 37-38: https://tinyurl.com/yc4zz7r4 |
| | CRS responded to a report stating that five white students had threatened to kill African-American students at a high school in Newark, Ohio, on April 19, 2004, allegedly to commemorate the Columbine High School shootings in 1999. The threats proved to be without foundation, but the incident greatly increased racial tensions in the area. CRS worked with school administrators to help identify factors that could contribute to racial conflict, such as low representation of minority faculty and inadequate preparation to address future incidents. | CRS 2004 Annual Report to Congress, at 46: https://tinyurl.com/yc4zz7r4 |
| | In 2003, tensions arose in the Village of Morton Grove, Illinois, after members of a Muslim community center proposed to build a new mosque in the community. When the Village rejected the mosque project, members of the Muslim community center filed a civil rights lawsuit. CRS responded to the impasse by commencing a mediation process that lasted more than eight months. The parties eventually came to a comprehensive agreement. At the June 21, 2004, signing ceremony for the agreement, U.S. Senator Richard Durbin and U.S. Representative Jan Schakowsky praised the ability of community members | CRS 2004 Annual Report to Congress, at 48: https://tinyurl.com/yc4zz7r4 |

| Year | Description | Source |
|------|-------------|--------|
| 2004 (cont'd) | to work out their differences. The president of the community center added, "It was a real community effort with consultations by professionals, and we are thankful for all who participated." He and others involved in the mediation publicly praised CRS' mediation efforts. | |
| | Expressing concern about escalating tension in the schools resulting from racial conflict, St. Louis County area school superintendents requested CRS assistance in seeking long-term solutions. CRS helped facilitate meetings between the superintendents and community groups that led to an education conference on October 7-9, 2004, to address various school policies and programs that have an impact on minority students. | CRS 2004 Annual Report to Congress, at 51: https://tinyurl.com/yc4zz7r4 |
| | CRS became involved in the 50th anniversary commemoration of the Supreme Court's landmark *Brown vs. Board of Education* decision on May 17, 2004, in Topeka, Kansas. CRS took part in a five-month contingency planning effort that included attending many meetings by officials involved. In response to a local request, CRS performed various services to assist officials in ensuring a smooth-running commemoration. | CRS 2004 Annual Report to Congress, at 52: https://tinyurl.com/yc4zz7r4 |
| | On May 28, 2004, CRS sponsored a seminar at the University of Missouri in St. Louis as part of an effort to promote greater understanding of Arab, Muslim, and Sikh cultures. The seminar responded to a need to reduce tensions and misunderstanding between these groups and their neighbors since the September 11, 2001, attacks. | CRS 2004 Annual Report to Congress, at 52: https://tinyurl.com/yc4zz7r4 |
| | On June 23, 2004, a television station's videotape showed seven Los Angeles police officers chasing and capturing a Black man suspected of stealing a car, then holding him to the ground while one officer hit him with a flashlight. To address community concerns, CRS responded by attending community sponsored rallies, meetings and town halls and providing on-site conciliation on June 28, 2004, and July 10, 2004. | CRS 2004 Annual Report to Congress, at 58: https://tinyurl.com/yc4zz7r4 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 | USA Today reported that in December 2004 groups of American Muslims were detained at the U.S.-Canada, Rainbow Bridge border crossing in Niagara Falls, New York. Many were questioned and fingerprinted after returning from a conference on Islam in Canada. CRS learned of the Rainbow Bridge border situation after receiving several complaints alleging poor treatment of citizens by border inspectors. Muslim leaders in the Buffalo region requested CRS' assistance to address the concerns of the community. CRS coordinated an open forum with these parties, including representatives from various Federal agencies. By facilitating communication, CRS enabled participants at the forum to reach an understanding of the situation and created opportunities for law enforcement and the local Arab and Muslim American communities to engage in meaningful and productive dialogue. | CRS 2005 Annual Report to Congress, at 7: https://tinyurl.com/6sfrh4w6 |
| | After incidents of race-based violence against an African American businesswoman in St. John, U.S. Virgin Islands, CRS provided assistance on September 12, 2005 to reduce community tensions between African American and white residents in St. John. CRS assisted the police in efforts to share a timetable and provide information to the public without jeopardizing the investigation. In October 2005, residents throughout the Virgin Islands arrived in St. John for a protest march against hate crimes. CRS provided police and organizers of the demonstration, who oversaw about 300 protestors, with self-marshalling training and technical assistance on how to defuse crowd tension. | CRS 2005 Annual Report to Congress, at 7-8: https://tinyurl.com/6sfrh4w6 |
| | Media reports in January 2005 described how the white supremacist group, National Alliance, distributed thousands of racist and anti-Semitic fliers in two Charles County, Maryland communities, and other incidents. CRS met with the local sheriff's office and leaders from faith-based organizations and other community groups to assess local residents' tension. The assembled leadership requested CRS assistance to lessen racial tensions caused by the events and sought guidance on establishing a community dialogue. CRS assisted with the | CRS 2005 Annual Report to Congress, at 9: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 (cont'd) | creation of a planning committee to include both a diverse representation of the community and members of law enforcement. | |
| | 10,000 people, including nearly 40 members of Congress, converged on Selma, Alabama, to walk across the Edmund Pettus Bridge to commemorate the 40th anniversary of the Voting Rights March. CRS provided technical assistance and contingency planning to law enforcement, local government and civic leaders. CRS provided self-marshal training for volunteers to aid with ensuring a peaceful event and offered on-site conflict resolution services. CRS also improved communication with event organizers through rumor control, including concerns regarding KKK counter-marches, which did not occur. | CRS 2005 Annual Report to Congress, at 9: https://tinyurl.com/6sfrh4w6 |
| | In the fall of 2004, an immigrant Hispanic family of ten perished in a fire set by arson in a westside apartment complex in Columbus, Ohio. Media reports alleged that one of the factors which hindered the rescue was the inability to communicate between firefighters and the victims. CRS previously worked with a multi-language telephone center in Minneapolis, Minnesota, and applied lessons learned from this experience to assist Columbus, Ohio, with establishing a similar system. | CRS 2005 Annual Report to Congress, at 14: https://tinyurl.com/6sfrh4w6 |
| | CRS mediation services assisted the parties in Mount Clemens to create resolutions that addressed some of their immediate racial concerns and issues. CRS provided technical assistance in the form of information to aid the parties in gaining consensus and to make informed decisions about their agreement. CRS assisted the parties in crafting the initial draft of their mediation agreement. | CRS 2005 Annual Report to Congress, at 16: https://tinyurl.com/6sfrh4w6 |
| | In October 2004, CRS responded to requests for assistance from school officials and community leaders in Hale Center, Texas, regarding allegations of the mistreatment and harassment of Hispanic students in the Hale Center Independent School District (HCISD). CRS opened lines of communication between school district officials, community leaders and parents. Discussions | CRS 2005 Annual Report to Congress, at 16: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|---|---|---|
| 2005 (cont'd) | between the parties led to a mutually created Memorandum of Agreement (MOA) on March 24, 2005. | |
| | Tension between members of the Hispanic community and the Austin Police Department rose in June 2005, as media reports described the shooting-death of a Hispanic teenager by a police officer in Austin, Texas. On November 2, 2005. CRS worked with city officials to develop a contingency plan to strengthen community-police relations. CRS facilitated a town hall meeting which included leaders from the Hispanic American community, city government and the police department. City officials requested CRS to facilitate a capacity building model for local law enforcement agencies that identifies racial tensions between the police and community and effectively resolves these issues. | CRS 2005 Annual Report to Congress, at 19: https://tinyurl.com/6sfrh4w6 |
| | On July 22, 2005, the newspaper printed another story describing the hateful and threatening comments it received from readers against Arab and Muslims in reaction to the story of a new mosque built in Wichita, Kansas. On August 31, 2005, CRS responded to a request from the Wichita Police Department to conduct an Arab, Muslim and Sikh cultural awareness program. This initiative provides information and understanding for law enforcement professionals and community members who interact with members and institutions in local communities. CRS coordinated a cadre of trainers consisting of Arab, Muslim and Sikh Americans who implemented the cultural competency program for the Wichita Police Department, area university public safety departments and other law enforcement jurisdictions in the surrounding area. | CRS 2005 Annual Report to Congress, at 20: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 (cont'd) | In August 2004, faculty and students from the United Tribes Technical College in Bismarck, North Dakota alleged that Indigenous Americans were singled out by law enforcement for increased scrutiny, especially when Indigenous American ceremonies and other gatherings were held on campus and in surrounding areas. CRS consulted with the Bismarck Police Department who acknowledged that CRS' Law Enforcement Mediation (LEM) program would assist local police officers to strengthen their communication, investigation and problem-solving skills in racially diverse communities. In June 2005, CRS conducted a LEM program for law enforcement officers in Bismarck and neighboring communities. | CRS 2005 Annual Report to Congress, at 22: https://tinyurl.com/6sfrh4w6 |
| | Race-based vandalism of a statue of Emmitt Till and anticipation of counter-demonstrations at planned a ceremony at the Dr. Martin Luther King Jr. Cultural Center in Pueblo, Colorado where the statue was located led CRS to work with city officials, community leaders and law enforcement authorities to ensure that the expected crowds of people could attend without incident. CRS provided conciliation services, contingency planning, self-marshaling and on-site mediation services. CRS also coordinated with local law enforcement officials to monitor the event. The successful partnership insured a peaceful ceremony with no reported incidents. | CRS 2005 Annual Report to Congress, at 23: https://tinyurl.com/6sfrh4w6 |
| | The San Francisco Chronicle reported on March 11, 2005, that the Martin Luther King-Marcus Garvey Cooperative Apartments in San Francisco were facing foreclosure. CRS provided assistance in February 2005 to address reported racial tension at the housing complex among the ethnically diverse tenants who totaled more than 400, many of whom were African American, Korean and Russian. CRS mediated among the parties and instituted rumor control mechanisms, ensuring that misinformation and suspicion would not escalate community tensions, which permitted the parties to focus on the future of the housing complex. The parties developed a mutual understanding that safety and | CRS 2005 Annual Report to Congress, at 23: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 (cont'd) | health needs of housing residents should be addressed, and a plan was developed to avoid closure in June 2005. | |
| | In September 2005, CRS received a mission assignment from the Federal Emergency Management Authority (FEMA) to work with the Equal Rights Office in FEMA in response to Hurricane Katrina in Alabama, Louisiana and Mississippi. CRS also collaborated with the U.S. Attorney's Office in Mississippi to assess and lessen the tension associated with the victims from Hurricane Katrina in and around Biloxi, Mississippi. CRS facilitated and promoted cooperative interactions between disaster relief entities and minority communities by opening lines of communication through dialogue. CRS worked with school officials to identify and address sources of racial tensions in schools that were exacerbated because of an increase in the population of students from other areas afflicted by Hurricane Katrina. CRS collaborated with law enforcement and FEMA officials to implement rumor control measures surrounding the rumored presence of hate groups in cities and towns affected by Hurricane Katrina. | CRS 2005 Annual Report to Congress, at 27-29: https://tinyurl.com/6sfrh4w6 |
| | CRS assessed the needs and concerns of the Mississippi Band of Choctaw Indians living in Philadelphia, Mississippi. CRS determined that more than 80 members of this Indigenous American community were reported missing and approximately 200 families were in need of disaster relief services after Hurricane Katrina. CRS relied on previous relations with the leadership of the Choctaw Indians to open lines of communication with FEMA officials who worked to address their needs. | CRS 2005 Annual Report to Congress, at 27: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 (cont'd) | Following Hurricane Katrina, Vietnamese Americans in New Orleans, Louisiana, were in need of emergency services and FEMA requested CRS to assess their situation and to offer on-site conciliation services. Throughout September 2005, CRS visited community centers and houses of worship where Vietnamese Americans had congregated in search of emergency assistance. CRS learned from Vietnamese American community leaders that many of their community members could not read FEMA disaster relief information in English and welcomed FEMA literature in Vietnamese. CRS communicated this request to FEMA which responded by providing translated information. | CRS 2005 Annual Report to Congress, at 27-28: https://tinyurl.com/6sfrh4w6 |
| | CRS mediated a dispute between evacuees and the Red Cross to develop a protocol for keeping evacuees informed on when, where, and how evacuees would be relocated to alternative housing due to the mandatory closing of a shelter. The mediation greatly reduced tension and rumors among the evacuees. | CRS 2005 Annual Report to Congress, at 28: https://tinyurl.com/6sfrh4w6 |
| | CRS and the Equal Rights Office of FEMA participated in a meeting of bishops, pastors and other civic leaders in Memphis, Tennessee, in September 2005 to discuss the role of churches to assist damaged and destroyed churches and Hurricane Katrina victims throughout the states of Alabama, Louisiana, Mississippi and Texas. Other activities that involved CRS and the Equal Rights Office unit included successfully bringing together the General Services Administration (GSA), the Small Business Administration (SBA), the FEMA Procurement Office, prime contractors as well as small and minority businesses to provide information about opportunities in hurricane response and disaster recovery activities. | CRS 2005 Annual Report to Congress, at 28: https://tinyurl.com/6sfrh4w6 |
| | In December 2005, CRS worked with officials from FEMA, GSA and the SBA to conduct "Train the Trainer" workshops throughout Louisiana. Based on CRS capacity-building methodology, this educational approach enabled grassroots, community and faith-based organizations to assist better those affected by Hurricane Katrina. Louisiana residents encountered difficulties in completing | CRS 2005 Annual Report to Congress, at 29: https://tinyurl.com/6sfrh4w6 |

| Year | Description | Source |
|------|-------------|--------|
| 2005 (cont'd) | and submitting forms for insurance claims, FEMA benefits and SBA loan applications. The free training workshops allowed disaster relief victims to rely on previously established community networks to assist them to complete the needed paperwork that facilitated access to important services. | |
| 2006 | In the winter of 2005, a highly publicized incident occurred in Concord, New Hampshire in which a Muslim woman refused to allow a male emergency medical technician (EMT) to enter her home due to religious and cultural practices. In response to the community tensions created by these incidents, CRS facilitated a series of city-wide dialogues in Concord, New Hampshire, which were cosponsored by the city's Mayor's Task Force Against Racism in December 2005. The dialogues were designed to educate emergency personnel about cultural practices of newly developing immigrant and refugee communities. In early January 2006, CRS began a series of cultural diversity training programs for the Concord Fire Department. Firefighters, emergency personnel, and dispatchers attended the program, as well as individuals from other departments. Four sessions were held in January 2006 to discuss specific issues that faced the emergency personnel and potential solutions. Following these sessions, panelists for the refugee community and the public emergency personnel agreed to new methods to resolve on-scene miscommunication and cultural misunderstandings through new methods. | CRS 2006 Annual Report to Congress, at 5: https://tinyurl.com/yn48akea |
| | Bates College in Lewiston, Maine, requested CRS' assistance after college administrators expressed concerns regarding incidents associated with an increasing number of minority and international students on campus. Th ese concerns resulted from reported racial incidents on campus in 2006, including racially and ethnically charged graffiti in a residence hall and allegations that the Bates College Campus Security engaged in bias-based policing. In addition, a Harvard University Hindu student alleged that she was assaulted and called racial slurs after leaving a dance sponsored by the Hindu Students Association. | CRS 2006 Annual Report to Congress, at 5-6: https://tinyurl.com/yn48akea |

| Year | Description | Source |
|------|-------------|--------|
| 2006 (cont'd) | CRS participated in a program hosted by Bates College in Lewiston, Maine on June 19, 2006. Approximately 25 campus security officials from a number of New England area colleges attended. The program covered contemporary issues that affect college campus security. | |
| | According to media reports in the Sun Journal, a local Lewiston, ME newspaper, on the evening of July 4, 2006, a severed pig's head was thrown into a men's prayer session at a local mosque. This incident increased tension and apprehension for members of the local Somali-Muslim community. Law enforcement officials sought CRS assistance to calm tensions in the community. On July 12, 2006, a rally was held in downtown Lewiston to "Take a Stand Against Hatred." CRS assisted the parties hosting the rally by providing onsite conciliation services and training participants to self-marshal the event. The governor of Maine and the mayor of Lewiston were among the speakers at the rally. | CRS 2006 Annual Report to Congress, at 5-6: https://tinyurl.com/yn48akea |
| | During the week of March 27, 2006, CRS learned that students from Ithaca High School in Ithaca, NY were voicing allegations of racial tension in their school. Although there had been no acts of violence, African American and Latino students alleged that White students commonly used racial epithets, and that there was disparate treatment in disciplinary procedures at the high school. CRS assisted in facilitating two community forums in April 2006 to discuss race relations at Ithaca High School. Participants at the meetings included students, parents, city council members, and school administrators. | CRS 2006 Annual Report to Congress, at 7-8: https://tinyurl.com/yn48akea |

| Year | Description | Source |
|------|-------------|--------|
| 2006 (cont'd) | On July 27, 2006, CRS learned through media reports that there was tension in Lockport, New York, between police and the community due to an alleged police misconduct incident involving the police and African American youths during a fireworks display on July 4, 2006. CRS conducted a dialogue between the chief of police, the mayor and minority community leaders to address the allegations and the tension. One of the major concerns voiced by community leaders was the police complaint process. CRS assisted the parties in discussing this issue and provided pertinent information and materials about ways to improve the complaint process. | CRS 2006 Annual Report to Congress, at 8-9: https://tinyurl.com/yn48akea |
| | In March 2006, the Sikh American Legal Defense and Education Fund (SALDEF) requested that CRS become involved in addressing community racial tensions caused by allegations of disparate treatment by the security police officers of a Sikh family and colleagues, who were visiting the Statue of Liberty in New York City. The incident involved the kirpan, a small knife-like metal object that is a religious article of faith for Sikhs. CRS provided a series of Arab, Muslim, and Sikh Cultural Awareness Seminars for the NPS Police and security staff at the Statue of Liberty and Ellis Island. | CRS 2006 Annual Report to Congress, at 9: https://tinyurl.com/yn48akea |
| | CRS learned from media reports that the National Socialist Movement — a neo-Nazi organization — was planning a rally in downtown Orlando, Florida, to take place on February 25, 2006. The communities located near the planned route were concerned about the scheduled rally and requested help from CRS to maintain the peace during the scheduled event. CRS trained community members who wished to serve as "peacemakers" to marshal the event and prevent violence from occurring. | CRS 2006 Annual Report to Congress, at 11: https://tinyurl.com/yn48akea |

| Year | Description | Source |
|------|-------------|--------|
| 2006 (cont'd) | On March 23, 2006, CRS learned that there was increasing racial tension in Brooklyn, Minnesota, a suburb of Minneapolis. Tensions were rising as a result of allegations that the primarily White police department engaged in racial profiling of members of Somali, Hispanic, and African American communities. The CRS-facilitated discussion covered issues related to racial perceptions among the groups. The police were able to explain police procedures and policies and minority residents expressed their concerns related to police actions. As a result of the discussions, the police established a citizen's ride-along program in an effort to increase community awareness of police procedures. | CRS 2006 Annual Report to Congress, at 15: https://tinyurl.com/yn48akea |
| | In March 2006, CRS learned that the League of United Latin American Citizens (LULAC) national office was sponsoring a Mega March and Rally in support of a Federal Immigration reform bill. To assist the parties in hosting the event in a non-violent and safe manner, CRS conducted contingency planning activities involving the Dallas Police and Sheriff 's Departments, LULAC national and local officials, and a host of supporting civic organizations. CRS helped the parties develop guidelines for the march, helped the parties obtain the appropriate permits, and coordinated the relationship between the Hispanic community and local law enforcement. | CRS 2006 Annual Report to Congress, at 15: https://tinyurl.com/yn48akea |
| | In early 2006, in response to reports of numerous incidents of excessive use of force between the police and African American community members, CRS began working with the New Orleans Chief of Police and the New Orleans Human Relations Commission (HRC) to address community tension. | CRS 2006 Annual Report to Congress, at 18: https://tinyurl.com/yn48akea |
| | On January 29, 2006, news media reported that a 33 year-old Black man was punched and kicked following a police chase that began in St. Louis County and ended in St. Louis City, Missouri. Live television showed much of the chase and the beating. This incident created a large amount of tension within the St. Louis community. In response to these tensions, CRS held meetings with city officials | CRS 2006 Annual Report to Congress, at 19-20: https://tinyurl.com/yn48akea |

| Year | Description | Source |
|------|-------------|--------|
| 2006 (cont'd) | and members of minority groups to mediate the conflict. The series of meetings led to the development of a Memorandum of Understanding that outlined steps addressing issues surrounding police chases and other issues pertaining to community. | |
| | In November 2005, CRS learned of escalating tensions in West Valley, Utah over what was perceived as interracial youth conflict between community members from Asian Pacific Islander, Hispanic, and Tongan backgrounds. CRS spoke with public officials and community-based organization representatives. On March 23, May 18, and August 17, 2006, CRS convened a number of community dialogues. These dialogues assisted the community and the police department in identifying five priority areas, to be addressed, to result in a decrease in interracial conflict, and perceived differences in treatment based upon race. | CRS 2006 Annual Report to Congress, at 22: https://tinyurl.com/yn48akea |
| | CRS hosted mediation sessions between representatives of the Page Unified School District and the Navajo Nation in Page, Arizona in relation to a school segregation lawsuit filed in Federal Court. CRS hosted mediation sessions throughout 2006, during which the parties discussed a variety of issues pertaining to the Page Unified elementary schools. Due to CRS' work with the parties, they developed a viable, mutual understanding that was memorialized in a written agreement and signed by the parties that addressed the concerns of the Navajo parents, and provided appropriate solutions within the Page Unified School District. This mediation effort enabled the parties to come to agreement and avoid a costly, and likely lengthy, litigation process. | CRS 2006 Annual Report to Congress, at 24: https://tinyurl.com/yn48akea |

| Year | Description | Source |
|------|-------------|--------|
| 2006 (cont'd) | In April 2006, CRS learned that a local African American activist group, named the Crispus Attucks Brigade (CAB), was planning to conduct a protest march in downtown Los Angeles, CA on May 21, 2006. The protests were directed at illegal immigration and the alleged adverse impact of Latino workers on the African American community. On the day of the protest march, CRS functioned on a mobile basis, identifying flashpoints where incidents might occur along the route. CRS also provided communication between law enforcement, the protestors and the counter-protest organizers. | CRS 2006 Annual Report to Congress, at 24: https://tinyurl.com/yn48akea |
| | On July 28, 2006, CRS learned from news media reports of a shooting at the Jewish Federation in downtown Seattle, Washington. Additionally, on August 1, 2006, CRS learned from news media reports that 6 men between the age of 16 and 18 allegedly attacked a 14-year-old Muslim boy on July 31, 2006 in Bellevue, Washington. The Muslim community was concerned that this might be a retaliatory action in the wake the July 28, 2006 shooting incident. CRS coordinated communication between the Arab, Muslim, and Jewish community leadership from July 28–30, 2006. On July 29, 2006, CRS was onsite but working behind the scenes at the Seattle Police Department headquarters to assist the parties in preparing for a press conference regarding the shooting at the Jewish Federation. | CRS 2006 Annual Report to Congress, at 25: https://tinyurl.com/yn48akea |
| 2007 | On April 9, 2007, CRS was contacted by the U.S. Coast Guard in South Portland, Maine, to request assistance after a series of reported racial incidents directed at personnel in South West Harbor, Maine. On May 8, 2007, CRS facilitated a dialogue between U.S. Coast Guard personnel and town officials in the South West Harbor area, to discuss concerns and possible resolutions to complaints of racial slurs and alleged assaults against minorities in the Coast Guard. As a result, the parties pledged to work cooperatively to prevent further incidents and devised a protocol should future issues arise. | CRS 2007 Annual Report to Congress, at 9: https://tinyurl.com/2p9pentt |

| Year | Description | Source |
|---|---|---|
| 2007 (cont'd) | On October 18, 2006, members of the Mayor's Ethnic Awareness Committee (EAC) in Nashua, New Hampshire, contacted CRS to request assistance in conducting a city-wide dialogue. In March 2007, in close cooperation with the Mayor's Committee on Ethnic Relations, CRS conducted a citywide dialogue on the "Changing Face of Nashua." | CRS 2007 Annual Report to Congress, at 10: https://tinyurl.com/2p9pentt |
| | On October 31, 2006, a Pakistani American man was allegedly attacked by a group of White Jewish teenagers with brass knuckles in the Midwood section of Brooklyn, New York. the man alleged that the youths uttered racial epithets, called him a Muslim terrorist, and shouted at him to get out of the country. CRS was present at press events sponsored by Pakistani and Muslim organizations to provide conciliation and contingency assistance in the event of "backlash" protests by anti-Arab or anti-Muslim demonstrators. CRS also facilitated discussions between Jewish and Pakistani leaders in the community in an effort to mend relationships between the Muslim and Jewish communities. | CRS 2007 Annual Report to Congress, at 12: https://tinyurl.com/2p9pentt |
| | In December 2006, CRS' assistance was requested by the Dauphin County Career and Technical School in Pennsylvania to address racial tensions stemming from rumors which started in internet "chat-rooms," "My Space" profiles, blogs, and instant and text messaging by high school students. These rumors and racial innuendos escalated to threats of violence against students of color, resulting in the absence of more than 300 students from class the next day out of concern for their safety. CRS coordinated responses from local, State, and Federal partners to facilitate scheduled informational school assemblies. CRS conducted a Student Problem Identification and Resolution of Issues Together (SPIRIT) program in which CRS facilitated discussions among students. !rough the discussions, diverse groups of student leaders identified core issues and possible solutions, committing to work with the school administration to improve race relations and tolerance at the school. | CRS 2007 Annual Report to Congress, at 16-17: https://tinyurl.com/2p9pentt |

| Year | Description | Source |
|------|-------------|--------|
| 2007 (cont'd) | In 2007, CRS continued to address community and statewide racial tensions arising from the January 6, 2006, death of Martin Lee Anderson, a 14 year-old African American male at the Bay County Boot Camp for juveniles. The highest profile event occurred on April 21, 2006, when thousands of persons concerned about the youth's death marched and attended a rally at the Florida State Capital in Tallahassee. CRS provided contingency planning assistance to event organizers and law enforcement. CRS also facilitated a meeting between the NAACP and the U.S. Attorney for the Northern District of Florida to discuss the case. | CRS 2007 Annual Report to Congress, at 16-17: https://tinyurl.com/2p9pentt |
| | On January 10, 2007, CRS mediation resulted in a signed Memorandum of Understanding (MOU) between the Ho-Chunk Nation and the Tomah School District in Tomah, Wisconsin. The MOU was the culmination of CRS-mediated dialogue over alleged cultural insensitivity and misunderstanding between the teachers, school district administrators, tribal parents, and students. CRS also mediated residual issues between the parties over matters of communication and protocol. | CRS 2007 Annual Report to Congress, at 21: https://tinyurl.com/2p9pentt |
| | On October 26, 2006, as a result of a new police restructuring plan in Flint, Michigan, CRS conducted mediation between city officials, the Flint NAACP, the Flint Police Officers Association, and the African American Police League to resolve complaints of poor police service and discrimination against minority officers. CRS convened the parties in mediation for more than nine hours. The session resulted in consensus on a seven-point plan. | CRS 2007 Annual Report to Congress, at 21: https://tinyurl.com/2p9pentt |
| | Over many months, CRS facilitated discussions between the University of Missouri-Kansas City and the Kansas City branch of the NAACP. A series of meetings led to the signing of a Memorandum of Understanding (MOU) on April 20, 2007. The MOU resolved issues of allegations of failure to hire and retain Black faculty, insufficient funding and staffing of the African American | CRS 2007 Annual Report to Congress, at 28: https://tinyurl.com/2p9pentt |

| Year | Description | Source |
|------|-------------|--------|
| 2007 (cont'd) | Studies program, and lack of support to Black staff and students, both graduate and undergraduate. | |
| | On June 27, 2007, CRS completed mediation of a Memorandum of Understanding (MOU) between the Lincoln County School District and the Troy branch of the NAACP. The MOU addressed policies and programs concerning discipline, recruitment and diversity issues. CRS provided conciliation and mediation services to resolve racial conflict stemming from allegations of racial name-calling of African American students by White students, verbal abuse of African American basketball players by a White coach, and physical attacks of African American students by White students. | CRS 2007 Annual Report to Congress, at 28: https://tinyurl.com/2p9pentt |
| | In March 2007, CRS was contacted by the law enforcement coordinating manager for the U.S. Attorney for the District of Kansas regarding racial tension between the African American community and the Topeka Police Department. Tensions had escalated after two White Topeka police officers publicly criticized the president of the Topeka Branch of the NAACP. On May 18, 2007, CRS mediation led to the signing of a Memorandum of Understanding (MOU) by the Topeka City Manager and the President of the Topeka branch of the NAACP. As a result of the MOU, the parties established a Law Enforcement Partnership Panel that would meet on a regular basis to address a wide range of community issues, among other agreements. | CRS 2007 Annual Report to Congress, at 29: https://tinyurl.com/2p9pentt |
| | On October 31 to November 2, 2006, at the request of the principal of Hoover High School in Des Moines, Iowa, CRS conducted a Student Problem Identification and Resolution of Issues Together (SPIRIT) Program for 50 students. The same school had already held a SPIRIT Program approximately two years before this particular presentation. Following the graduation of a majority of its SPIRIT council, an outcome of the earlier discussion by CRS, the principal asked CRS to conduct the program again, and to renew the SPIRIT council at the high school because of its previous success. | CRS 2007 Annual Report to Congress, at 29: https://tinyurl.com/2p9pentt |

| Year | Description | Source |
|------|-------------|--------|
| 2007 (cont'd) | During the week of February 20, 2006, several individuals from the Shasta Community College in Redding, California, contacted CRS for assistance regarding incidents causing tension between African American male college students and officers of the Redding Police Department. As reported to CRS, most of the African American students routinely stopped by police for minor vehicle violations were from out of town. For almost a year CRS provided mediation assistance between the citizens and the police department to address issues of racial profiling, filing of citizens' complaints, and racial cultural sensitivity training for police officers. | CRS 2007 Annual Report to Congress, at 34: https://tinyurl.com/2p9pentt |
| | Between April 2006 and June 2007, CRS held a series of mediation sessions in Page, Arizona, between the Page Unified School District and the Dine Committee for Equal Education (DINE) an Indigenous American advocacy group. The mediation followed a lawsuit that was filed in Federal court claiming segregation in two elementary schools in Page, Arizona. The issues resulting in conflict were addressed through mediation resulting in a signed agreement. | CRS 2007 Annual Report to Congress, at 34: https://tinyurl.com/2p9pentt |
| 2008 | In April 2008, CRS participated in a public dialogue and panel discussion on hate crimes in New London, Connecticut. CRS was invited by community representatives after three U.S. Navy personnel in New London were arrested for allegedly defacing a local building with graffiti containing racial slurs and swastikas. | CRS 2008 Annual Report to Congress, at 7: https://tinyurl.com/3a7re5ss |
| | In May 2008, representatives of the African American and Jewish communities in Brooklyn, New York, together with New York City local government and law enforcement o!cials, asked CRS to help de-escalate growing racial tensions between African American and Jewish communities in the Crown Heights neighborhood. | CRS 2008 Annual Report to Congress, at 8: https://tinyurl.com/3a7re5ss |

| Year | Description | Source |
|------|-------------|--------|
| 2008 (cont'd) | In April 2008, CRS learned that the National Socialist Movement (NSM) planned to conduct a high-profile march in Washington, D.C., on April 19, 2008, to promote its separatist pro-Nazi agenda. CRS further learned through its contacts with federal, state, and local law enforcement officials that several anti-racism groups with a history of violence were planning to confront NSM members at the march. In response, CRS provided on-site mediation services and technical assistance during the event. CRS helped calm public tensions that arose from the NSM's display of swastikas and Nazi flags as they marched to the Capitol Building. Due in part to CRS' efforts, no major altercations or incidents beyond verbal exchanges were reported. | CRS 2008 Annual Report to Congress, at 10: https://tinyurl.com/3a7re5ss |
|  | From September 1-4, 2008, the Republican National Convention was held in St. Paul, Minnesota. At the convention, CRS provided conciliation services, technical assistance, and on-site coordination at four of the ten planned marches in order to reduce racial tensions and prevent violence and disorder. | CRS 2008 Annual Report to Congress, at 13: https://tinyurl.com/3a7re5ss |
| 2009 | In May 2009, CRS conducted a Cultural Awareness and Competency Program at the University of Maine. Officials from the University requested CRS assistance in addressing concerns raised by minority students. "e students, mostly African American, alleged racial profiling, harassment, and discrimination by some members of the faculty and unfair treatment by local police. | CRS 2009 Annual Report to Congress, at 7: https://tinyurl.com/2ssm4xca |
|  | In February 2009, CRS was on-site for a protest outside the Manhattan offices of the New York Post, where approximately 1,100 protestors declared a boycott on the publication. The protest came after the newspaper ran a political cartoon showing two NYPD officers over a dead chimpanzee with the caption that implied the chimpanzee was President Barack Obama. CRS trained all participants in safety contingency planning and provided technical assistance with the protest logistics in order to ensure a peaceful demonstration. During the | CRS 2009 Annual Report to Congress, at 8: https://tinyurl.com/2ssm4xca |

| Year | Description | Source |
|------|-------------|--------|
| 2009 (cont'd) | event, CRS provided on-site conciliation between law enforcement and protest participants. | |
| | In November 2008, CRS was on-site at the "Stop the Hate against Latinos" candlelight vigil and protest in Patchogue, Long Island, New York. !e vigil was in response to the alleged hate crime where an Ecuadorian male was beaten and killed by seven Caucasian teenage boys. CRS coordinated on-site with local law enforcement, event organizers, city and state officials, and community leaders. CRS also provided conciliation services and monitored community tensions at the event. | CRS 2009 Annual Report to Congress, at 8: https://tinyurl.com/2ssm4xca |
| | In October 2009, CRS presented a S.P.I.R.I.T. (Student Problem Identification and Resolution of Issues Together) Training Program at a high school in Howell, Michigan. CRS services were requested to address racial tension following an incident from the previous school term where various Caucasian high school students formed a group and posted racial slurs on a popular social networking site. | CRS 2009 Annual Report to Congress, at 14: https://tinyurl.com/2ssm4xca |
| | Tensions surrounding policy-minority community relations were heightened in Sikeston, Missouri, after a police officer tasered an African American teen in July 2008. From February to May of 2009, CRS met with local law enforcement, community groups, and other city officials to discuss potential remedies. In June 2009, CRS witnessed the signing of a Memorandum of Understanding (MOU) between city officials and a coalition of community groups, led by the local branch of the NAACP. The MOU was a result of months of discussions following allegations of excessive use of force and distrust in police-community relations. | CRS 2009 Annual Report to Congress, at 17: https://tinyurl.com/2ssm4xca |

| Year | Description | Source |
|------|-------------|--------|
| 2009 (cont'd) | In January 2009, Oscar Grant, a young Black male, was shot and killed by a Bay Area Rapid Transit (BART) police officer in Oakland, California. The incident was recorded on multiple videos and disseminated through the mass media. During the trial, CRS provided on-site conciliation services and technical assistance. As the trial was carried out and jury deliberations were anticipated, CRS assisted municipal officials, law enforcement, and community organizations with preparations and actions to prevent and reduce violence in the event of an unpopular verdict. In addition, CRS provided training in self-marshalling, community patrols, and other tension reduction applications to local entities that kept a presence in the immediate protest area | CRS 2010 Annual Report to Congress, at 17: https://tinyurl.com/yan8yad4 |
| 2010 | In June 2010, CRS conducted a Cultural Awareness and Competency Program for court personnel in Warwick, Rhode Island. CRS services were requested in response to increasing racial tension between the predominately Caucasian staff and Hispanic, Asian, and African American users of the court. "e tension allegedly stemmed from the combination of the assumption by some court staff that court visitors were there due to criminal offenses along with the preexisting distrust of law enforcement by some community members. | CRS 2010 Annual Report to Congress, at 10: https://tinyurl.com/yan8yad4 |
| | In July 2010, CRS facilitated the Staten Island Hate Crimes Forum alongside the U.S. Attorney's Office for the Eastern District of New York, the New York Police Department (NYPD) Hate Crimes Task Force, and the Staten Island District Attorney's Office. CRS services were requested following a reported string of alleged bias attacks and hate crimes against Mexican and LGBTQ++ community members. CRS assisted government community leaders in launching the "We ARE Staten Island" public campaign aimed at providing and soliciting information from the community in an effort to identify solutions to the hate incidents in the Port Richmond area of Staten Island. | CRS 2010 Annual Report to Congress, at 11: https://tinyurl.com/yan8yad4 |

| Year | Description | Source |
|------|-------------|--------|
| 2010 (cont'd) | In April 2010, CRS provided onsite conciliation services during a vigil in Corozal, Puerto Rico with over 300 participants. The vigil was held in response to community tension following the reported death of a transgender woman found stabbed in her home. In June 2010, CRS provided technical assistance to the U.S. Attorney for Puerto Rico for a Hate Crimes Town Hall Forum with over 100 attendees. The forum focused on the hate crimes law in Puerto Rico and concerns surrounding alleged lack of police training and bias crimes reporting as well as the need for an interagency hate crimes advisory board and an anti-hate campaign. | CRS 2010 Annual Report to Congress, at 11: https://tinyurl.com/yan8yad4 |
| | Beginning in July 2010, CRS provided on-site conciliation services as necessary during vigils, rallies, and demonstration marches held in response to community racial tension surrounding the murder of Anthony Hill in Newberry South Carolina. CRS conducted outreach activity with local ministers, city officials, business leaders, grassroots community leaders, and local law enforcement to organize community forums and dialogues aimed at reducing racial tension | CRS 2010 Annual Report to Congress, at 12: https://tinyurl.com/yan8yad4 |
| 2011 | In June 2011, CRS learned of the arson of an Amish barn in Fertile, Minnesota. CRS met with local police and Amish community leaders to facilitate a dialogue in the aftermath of the barn burning. Amish community leaders indicated that a central tenet of their religion is forgiveness, which mitigated any need for prosecution. Following the CRS-led dialogue, police have increased patrols in areas where Amish farms are located and CRS worked with Amish leaders and local police to develop an agenda for a town hall style meeting. The town hall meeting provided non-Amish community members with an understanding of the history and background on the Amish way of life in an effort to prevent future misunderstandings, biased-based incidents, and hate crimes. | CRS 2011 Annual Report to Congress, at 12: https://tinyurl.com/4pbe6rmu |

| Year | Description | Source |
|------|-------------|--------|
| 2011 (cont'd) | On May 14, 2011, CRS responded to concerns resulting from the vandalism of the Indiana University Jewish Center in Bloomington, Indiana. Windows at the Center had been broken by rocks, religious texts were defaced, a Menorah was vandalized, and rocks were thrown at occupants of the Jewish Center. CRS worked with University Police, the Dean of Students, Jewish student leaders, and an established Bloomington based anti-racism group to create an advisory group and hate crimes response coalition | CRS 2011 Annual Report to Congress, at 16: https://tinyurl.com/4pbe6rmu |
| | On April 22, 2011, CRS witnessed the signing of a Memorandum of Understanding (MOU) between the Dallas Branch of the NAACP and the Dallas Independent School District. CRS' services were requested in response to allegations that pending budget cuts within the Dallas Independent School District would significantly impact African American students in poor neighborhoods. CRS conducted mediation sessions and assisted the parties with constructing an MOU that focused on establishing trust and a willingness to consult and cooperate with each other. They agreed to partner on accountability issues and the needs of minority students and parents in the district | CRS 2011 Annual Report to Congress, at 17: https://tinyurl.com/4pbe6rmu |
| | In June 2011, CRS learned of the arson of an Amish barn in Fertile, Minnesota. CRS met with local police and Amish community leaders to facilitate a dialogue in the aftermath of the barn burning. Amish community leaders indicated that a central tenet of their religion is forgiveness, which mitigated any need for prosecution. Following the CRS-led dialogue, police have increased patrols in areas where Amish farms are located and CRS worked with Amish leaders and local police to develop an agenda for a town hall style meeting. The town hall meeting provided non-Amish community members with an understanding of the history and background on the Amish way of life in an effort to prevent future misunderstandings, biased-based incidents, and hate crimes. | CRS 2011 Annual Report to Congress, at 7: https://tinyurl.com/4pbe6rmu |

| Year | Description | Source |
|------|-------------|--------|
| 2011 (cont'd) | CRS alerted a case concerning a Wauwatosa teen who was beaten up by three other teens while walking home from school. The teen, who was alleged to have been the target of bullies, was said to suffer from both mental and behavioral disabilities. In response to this alleged hate crime, CRS facilitated a SPIRIT problem-solving program at the local high school. CRS provided facilitator training and conducted the SPIRIT exercise for 40 students, from two high schools. The superintendent also formed a permanent Student Advisory Council and told students that he would work with them to implement as many of their suggestions to improve student and school relations as feasibly possible. | CRS 2011 Annual Report to Congress, at 6: https://tinyurl.com/4pbe6rmu |
| | CRS worked with the United States Attorney's Office for the District of Massachusetts and the Somali Diaspora Youth Organization during their Youth Conference, which was held on July 16- 17, 2011, at a Boston cultural center. CRS participated in the conference and in dialogues with Somali youth during the two-day conference. CRS listened to concerns expressed by participants, presented information about agency services, and helped the youth develop an ongoing relationship that will support future efforts to ensure that the community feels empowered to have racial profiling and Islamophopia issues addressed. | CRS 2011 Annual Report to Congress, at 12: https://tinyurl.com/4pbe6rmu |
| | In Danville, Virginia in August 2011, CRS worked with law enforcement officials and community leaders following reports of increased Ku Klux Klan activity and the impact it was having on the community. CRS services were requested jointly by the community and law enforcement so they could learn about approaches that other communities have implemented to ensure cohesion and reduce fear in the face of supremacist activity, and how to best handle public marches by hate groups. | CRS 2011 Annual Report to Congress, at 14: https://tinyurl.com/4pbe6rmu |

| Year | Description | Source |
|------|-------------|--------|
| 2011 (cont'd) | CRS services were requested by community activists who had been requesting the removal of the 'N' word from 36 gravestones. The activists did not believe that County Supervisors were being inclusive in hearing the concerns and ideas of the community that was most intimately impacted by the inscription on the gravestones. The gravestones are inscribed with the 'N' word based on a federal and State of California designation for the remains of unknown African-American settlers during the 1800's. On May 20, 2011, CRS met with stakeholders to mediate concerns. Following two additional mediation sessions, an agreement was reached. | CRS 2011 Annual Report to Congress, at 14: https://tinyurl.com/4pbe6rmu |
| 2012 | In summer 2012, a public school teacher in Framingham allegedly removed a "hijab" from the head of a student despite protests from students who witnessed the incident. In fall 2012, the school district's superintendent and the school principal arranged for CRS to present its "Arab, Muslim, and Sikh Cultural Awareness Program" to the school's professional teaching staff. A total of 60 staff attended the CRS training program. | CRS 2012 Annual Report to Congress, at 10: https://tinyurl.com/3x2carw6 |
|  | On February 19, 2012, Trayvon Martin, a teenager visiting his father in Sanford, Florida, was shot and killed by George Zimmerman. In the aftermath of the shooting, CRS dispatched a team of conciliation specialists to Sanford to work closely with national and local civil-rights leadership, community members, the U.S. Attorney for the district, the FBI, and city, state, and local police officials to prevent violence, reduce tensions, and build local capacity to address the underlying sentiments about race that some community members believe contributed to the police response in the case. CRS also worked with national and local leaders and police officials, including the FBI, to ensure a coordinated response to three large marches and demonstrations, and negotiated a peaceful end to a student-led sit-in in front of Sanford Police Headquarters. | CRS 2012 Annual Report to Congress, at 27: https://tinyurl.com/3x2carw6 |

| Year | Description | Source |
|------|-------------|--------|
| 2012 (cont'd) | Kentucky's Protection & Advocacy (KYPA), an independent state agency designated by the Governor as the protection and advocacy agency for Kentuckians with disabilities, had become concerned with the Jefferson County Public School District's (JCPS) delivery of services to JCPS students. Specifically, KYPA alleged that African American students—especially those with disabilities—were adversely impacted by disparate services and asked CRS to help KYPA identify strategies for working with JCPS to address KYPA's concerns. In June 2012, CRS facilitated a community forum coordinated by KYPA, the Children's Law Center of Louisville, and the Legal Aid Society of Louisville. Approximately 100 people attended the forum | CRS 2012 Annual Report to Congress, at 14: https://tinyurl.com/3x2carw6 |
| 2013 | In October 2012, CRS services were requested by the Pueblo Human Relations Commission to facilitate mediation sessions between several stakeholder groups in Pueblo, Colorado. The request followed two alleged incidents, in which Latino community leaders accused law enforcement officers of excessive use of force and racial profiling, based on race and national origin. Additionally, several reportedly bias motivated incidents based on sexual orientation and disability created tension between the LGBTQ++ and disability communities and local police, as community members felt the Pueblo Police Department had failed to adequately protect them. CRS convened a twelve-party community stakeholder group to engage in mediated problem-solving. CRS facilitated numerous mediation sessions with the stakeholders that resulted in a written and signed Memorandum of Understanding | CRS 2013 Annual Report to Congress, at 31: https://tinyurl.com/3x6mvds4 |

| Year | Description | Source |
|------|-------------|--------|
| 2013 (cont'd) | The Boston Marathon Bombing, and the subsequent manhunt, sparked fear of reprisal attacks among Muslim and Sikh communities not only in the greater Boston area, but across the country. In the New England Region, CRS services were requested by national Muslim organizations, which expressed concerns regarding possible reprisal attacks against their members. In response to the request, CRS monitored reports of hate crimes against Muslim and Sikh community members. The Agency also performed outreach to other Muslim organizations and Sikh Gurdwaras to listen to community concerns and to ensure that community members knew how and who to contact at local law enforcement agencies. In addition, CRS facilitated a dialogue with the United States Attorney for the District of Connecticut, the FBI, and local Arab, Muslim and Sikh communities to discuss the events surrounding the bombings, as well as the communities' subsequent concerns. | CRS 2013 Annual Report to Congress, at 34-35: https://tinyurl.com/3x6mvds4 |
| 2013 | In July 2013, CRS received a request from the National Action Network, a national civil rights organization, to conduct a CRS Self Marshal Training for organizers of the 50th Anniversary of the March on Washington. In response to the request, CRS provided multiple sessions of the training to event organizers, and was on-site during the event to serve as a liaison between organizers, participants, and local and federal law enforcement. The commemoration march proceeded without incident. | CRS 2013 Annual Report to Congress, at 41: https://tinyurl.com/3x6mvds4 |
| | In January 2013, a federal investigation against the East Haven Police Department, concluded in the arrest of four officers. The officers were accused of violating the civil rights of minority communities, including profiling and assaulting members of the Latino American community. In addition to the arrests, the investigation also resulted in a Settlement Agreement between the town of East Haven and the East Haven Police Department. Civil Rights Division asked CRS to assist in implementing several provisions within the Agreement, including providing training for law enforcement officers | CRS 2013 Annual Report to Congress, at 36: https://tinyurl.com/3x6mvds4 |

| Year | Description | Source |
|------|-------------|--------|
| 2013 (cont'd) | During George Zimmerman's trial in 2013, for killing Trayvon Martin, CRS worked with the Sanford Police Department and Seminole County Sheriff to ensure protests and demonstrations were peaceful. CRS also facilitated community education sessions to inform community members on the judicial process, and met with visiting pastors and community leaders who desired to attend the trial. In addition, CRS conciliators opened lines of communication between religions leaders, law enforcement officials, and local government officials in other key communities in Florida to assess tension and the potential for conflict during the trial and after the verdict. Following the acquittal of George Zimmerman in July of 2013, CRS facilitated a community event at a local house of worship that gave community members an opportunity to express their feelings about the verdict. | CRS 2013 Annual Report to Congress, at 36: https://tinyurl.com/3x6mvds4 |
| 2014 | Within 24 hours of the shooting of Michael Brown in Ferguson, Missouri, two staff members from CRS's Central Regional office were in Ferguson establishing contact with law enforcement officials, assessing community tension, and identifying local community and faith-based leaders. CRS staff helped establish a coalition of local elected and government agency officials, community leaders, law enforcement executives, school administrators, and faith-leaders from the greater St. Louis area, to discuss the underlying issues of the conflict and begin the process of developing long-term solutions to the community tension. As demonstrations occurred in cities and towns across the nation, CRS staff in all Regional Offices monitored tensions, conducted outreach to protest leaders and law enforcement, and provided services, as appropriate, to ensure that demonstrations remained peaceful. | CRS 2014 Annual Report to Congress, at 36: https://tinyurl.com/ypsnef25 |

| Year | Description | Source |
|------|-------------|--------|
| 2014 (cont'd) | In November 2013, CRS learned from local media reports of community tension due to the alleged racial intimidation and harassment of several African American men by local law enforcement. According to local media resources, police officers reportedly videotaped African American males while forcing them to perform dances, sing, and act like chimpanzees. CRS offered its services to the Chief of Police, the City Manager, the Mayor, City Council Members, community representatives, and the Michigan Department of Civil Rights' Community Response Team. After several mediation sessions, CRS assisted the parties in creating an action plan for resolving racial tension. The action plan was later documented within a Memorandum of Understanding (MOU) that was signed by the stakeholders on February 12, 2014. In addition, the City Manager and Mayor drafted and witnessed a City Proclamation, promising to work collaboratively to improve community awareness and cultural understanding of all ethnic groups, race, cultures, and religions, and promote tolerance and acceptance. | CRS 2014 Annual Report to Congress, at 49: https://tinyurl.com/ypsnef25 |
| | In December 2013, parents of a local school district in Hampstead, Texas expressed concern when a Caucasian principal banned Hispanic students from speaking Spanish while in class. In response to the community tension, CRS facilitated dialogues between school officials and representatives of Hispanic civil rights organizations. The dialogues resulted in a resolution to recruit qualified minority applicants for district personnel positions, as well as the development of a long-term goal for ensuring school district personnel were respective of the demographics of the student body. In addition, the parties agreed to work together to address the needs for cultural diversity training within the school district sta. The following month, CRS conducted two train-the-trainer sessions of the Cultural Competency program for district personnel. | CRS 2014 Annual Report to Congress, at 55: https://tinyurl.com/ypsnef25 |

| Year | Description | Source |
|---|---|---|
| 2014 (cont'd) | In October 2013, CRS was notified of a planned rally to protest undocumented immigrants in Kansas City, Missouri. In particular, CRS received a press release for a demonstration entitled "Stand Against Illegal Immigration and Rise Against the Downfall of the American Economy." After contacting the organization holding the rally, Conciliators learned that the organization had received promises from white supremacy groups across the country to participate in the demonstration. CRS then learned from local media reports that numerous counter-protests were being organized for the same day. In the days before the rally, CRS sta" provided technical assistance to local law enforcement in developing contingency plans to respond to conflict between members of the organization holding the rally and counter-protesters. They also informed area civil rights groups, who planned counterprotest activities at a different location, of best practices for conducting and managing an event. On the day of the event, CRS conducted on-site mediations between protesters, law enforcement, and those demonstrating against the rally. While local media reports estimated the crowd to be between 700 and 1,000, there were only two arrests. | CRS 2014 Annual Report to Congress, at 58: https://tinyurl.com/ypsnef25 |
| | In July 2014, CRS services were requested by Bhutanese civil rights leaders in Colorado and the Colorado Department of Motor Vehicles (DMV) following allegations of disparate treatment on the basis of race and religion. Bhutanese immigrants alleged that they were not given the same access to Department of Motor Vehicles services, and this perception led to increased tension between community members and DMV workers. In response to the request, CRS facilitated a dialogue between the Colorado Department of Motor Vehicles, the Colorado Refugee Services Program, and local Bhutanese community members, during which the parties identified underlying issues to the conflict. The identified issues included communication barriers between the Bhutanese, other immigrant populations, and the DMV; lack of information sharing and outreach by the DMV to immigrant communities; and poor education and understanding | CRS 2014 Annual Report to Congress, at 61: https://tinyurl.com/ypsnef25 |

| Year | Description | Source |
|------|-------------|--------|
| 2014 (cont'd) | of refugee communities regarding the DMV processes and systems. Through the dialogue, the parties agreed that the DMV would meet with refugee community leaders to explore and resolve information gaps, improve customer service, and increase community outreach. The parties also agreed to the development of a refugee advisory group to work with the DMV in developing information strategies with Bhutanese and other immigrant communities. | |
| 2015 | In February 2015, CRS was contacted by various law enforcement agencies to assist in conducting outreach and to facilitate relationships with the Greater Boston area Muslim community in response to increased tension following a media report of execution-style murders of three Muslim students at Chapel Hill. Shortly after CRS was contacted, two additional incidents occurred in the New England region within a 48-hour period. The first incident occurred when a Muslim school in Rhode Island was vandalized with the words, "Now this is a hate crime," along with expletives referring to the Islamic faith. A second incident transpired when hundreds of anti-Muslim fliers were found scattered near an MBTA station in Revere, Massachusetts. CRS conducted assessments within 24-hours and was in communication with the Muslim school in Rhode Island and mosques in Revere. CRS then facilitated a meeting at the Islamic Society of Boston in Cambridge, Massachusetts with concerned Muslim community members, Muslim Community Leaders, and the FBI to discuss the recent alleged hate incidents and to explain the FBI's role as a resource. Following the meeting, CRS met with the faith leaders of six area mosques and law enforcement to determine strategies to improve relationships between law enforcement and the Muslim Community. As a result, two additional open community forums were held at the Al-Huda Society Mosque in Chelsea and the Masjid Ad-Dawaah Mosque in Malden. | CRS 2015 Annual Report to Congress, at 21: https://tinyurl.com/yynbazwu |

| Year | Description | Source |
|------|-------------|--------|
| 2015 (cont'd) | During the spring of 2015, CRS assistance was requested by Reverend Colin A. Days Sr., Pastor of the Second Baptist Church in Atlantic City, Kareem Shabazz, leader at Masjid Muhammad the Nation's Mosque in Atlantic City, and other community leaders, following the shooting of an unarmed African American man by law enforcement. In response to the tension, CRS facilitated a meeting with concerned community members, Don Guardian, Mayor of Atlantic City, James McClain, Atlantic County Prosecutor, Henry White, Chief of Police for Atlantic City Police Department, and various other community leaders including Marté King, Atlantic County Reentry Task Force representative. CRS worked with all parties to develop an Action Plan, which required taking concrete steps toward improving police-community relations. | CRS 2015 Annual Report to Congress, at 22: https://tinyurl.com/yynbazwu |
|  | In June 2015, CRS provided consultation services in response to community tension following the shooting deaths of nine African American individuals at the historic Mother Emanuel AME Church by Dylann Roof. Within 48 hours of the shooting, CRS was onsite to conduct an assessments of racial tension, provide rumor control for law enforcement, and to coordinate communications with the thenMayor of Charleston, the U.S. Attorney for the District of South Carolina, the FBI, the South Carolina Law Enforcement Division (SLED), the North Charleston Police Department, the South Carolina Highway Patrol, and other Charleston law enforcement officials. In addition, CRS was in communication with the NAACP Charleston Branch, the South Carolina State Conference NAACP, and the South Carolina Human Relations Commission to facilitate discussions on locations of potential racial tension flashpoints locally and throughout the state. | CRS 2015 Annual Report to Congress, at 24: https://tinyurl.com/yynbazwu |

| Year | Description | Source |
|------|-------------|--------|
| 2015 (cont'd) | In June 2015, CRS was contacted regarding alleged incidents of community members with disabilities experiencing bullying and harassment while accessing services located at a day treatment facility and a residential facility located in a residential area in Hamilton, Ohio. The disability service providers voiced concerns for clients with disabilities being targeted with verbal and physical harassment on the street and a reluctance to report incidents due to fear of reprisal. CRS convened the community residents and business representatives with the service providers and advocacy groups including Butler Behavioral Services, the Butler County Mental Health Board, Butler County Board of Developmental Disabilities, and Sojourner Recovery Services. CRS assisted the parties in identifying points of consensus around the community's concerns about persons with disabilities by conducting a disabilities awareness dialogue and facilitating a disability awareness training through identifying best practices and resources. | CRS 2015 Annual Report to Congress, at 25: https://tinyurl.com/yynbazwu |
| | In June 2015, the Navajo Nation Human Rights Commission requested CRS assistance after receiving complaints that decisions regarding sacred lands were being made without Navajo Nation input. In addition, Tribal stakeholders including the Navajo Historic Preservation Natural Resources Division, the Navajo Lands Department, and the Dine Bikeyah Community of San Juan, wanted to be included during the U.S. Department of the Interior Bureau of Land Management's (BLM) Environmental Assessment process. CRS convened dialogues and provided technical assistance to tribal leadership and BLM representatives in addressing the stakeholders' concerns. The dialogues resulted in mutual agreements about issues that had the potential to impact sacred tribal lands. | CRS 2015 Annual Report to Congress, at 28: https://tinyurl.com/yynbazwu |

| Year | Description | Source |
|------|-------------|--------|
| 2016 (cont'd) | The killing of Philando Castile and the live-streamed video of the event exacerbated community tensions and led to numerous protests. Multiple community groups led street marches in St. Paul, Falcon Heights, Minneapolis, and St. Anthony. A vigil was held for several days in front of the home of the Minnesota governor. Community members were angry and demanded that law enforcement be held accountable for the shooting. Throughout the following days and weeks of protests, members from CRS' Midwestern Regional Office met with officials from various state and local law enforcement and government agencies, as well as local community leaders, to prevent further escalation of tensions, civil unrest, and violence. CRS staff helped develop contingency and operational plans including minimal show of force, bike escort for protesters, and de- escalation strategies for law enforcement. CRS also helped establish a community command center for protest group leaders as a self-marshaling strategy for safe marches and demonstrations. Moreover, CRS convened and facilitated numerous community dialogues with elected officials, ministerial alliances, and protest leaders over the shooting incident to allow redress of grievances and dialogue. CRS staff provided current best practices to improve communications, increase understanding, and reduce tensions in affected communities. These dialogues allowed the parties an opportunity to express their differences, clarify misconceptions, and dispel rumors. | CRS 2016 Annual Report to Congress, at 20-21: https://tinyurl.com/5fwwezvh |
| | After police officers shot and killed Alton Sterling in Baton Rouge, Louisiana CRS met jointly with the East Baton Rouge District Attorney and representatives from the Baton Rouge Area Violence Elimination team (BRAVE). Soon after, CRS convened and facilitated meetings with the Governor; the Mayor-President of Baton Rouge; state representatives; and civil rights leaders, including leadership from the local branch of the NAACP. CRS provided best practices for developing collaborative relationships with communities and creating a Police-Community Advisory Board. In response, | CRS 2016 Annual Report to Congress, at 21-23: https://tinyurl.com/5fwwezvh |

| Year | Description | Source |
|------|-------------|--------|
| 2016 (cont'd) | the parties committed to establishing an advisory board once the initial stages of the conflict ended. On July 29, CRS facilitated a roundtable community meeting. Participants included Attorney General Loretta Lynch, CRS Acting Director D. Paul Monteiro, Acting Assistant Attorney of the Civil Rights Division Vanita Gupta, Director of the Community Oriented Policing Services (COPS) Ron Davis, and the U.S. Attorney for the Middle District of Louisiana J. Walter Green. In November, CRS facilitated community dialogues to address concerns related to police- community relations. | |
| | On June 12, 2016, CRS responded to the mass shooting at the Pulse Nightclub in Orlando. More than 300 people were at Pulse NightClub when a shooter—later identified as 29- year-old Omar Mateen, a Muslim American—killed 49 people and wounded 53 others. Police killed Mateen in a shootout. Within hours of the shooting, members from CRS' Southeastern Regional Office and Miami Field Office initiated a critical incident response notification to the U.S. Attorney's Office for the Middle District of Florida (USAO-MDFL) and the Department of Homeland Security's (DHS) Office of Civil Rights and Civil Liberties (CRCL), among others. CRS staff began working collaboratively with the USAO-MDFL's Civil Rights Hate Crimes Working Group and the DHS' Community Engagement Roundtable representatives to conduct a needs assessment and establish a coalition of local and government agency officials; community leaders; law enforcement executives; faith leaders; and LGBTQ++ organizations. Within 24 hours of the shooting, CRS was on-site and met with elected city and state officials, law enforcement, faith leaders, and LGBTQ+ and Muslim community members. Muslims communities reportedly feared backlash, and the LGBTQ+ communities feared additional hate crimes based on their sexual orientation and gender identity. Community members asked CRS to provide consulting services at a meeting, which led to the creation of "Orlando United" and "Somos Orlando." Orlando United and Somos Orlando are an | CRS 2016 Annual Report to Congress, at 23-25: https://tinyurl.com/5fwwezvh |

| Year | Description | Source |
|------|-------------|--------|
| 2016 (cont'd) | alliance, comprised of city and state officials, LGBTQ+ community members, merchants, 23 and service providers, designed to assist victims and their families and work toward a more unified and inclusive Orlando in the long term. When local mosques received hate communications, CRS collaborated with the USAO- MDFL's Civil Rights Hate Crimes Working Group and the Public Safety and Peace and Justice Institute of Valencia College to convene and facilitate an inter-faith and law enforcement community dialogue. That dialogue led to the creation of a notification and response mechanism to prevent and respond to acts of violence against places of worship. | |
| | CRS conciliation services were requested after a man with cerebral palsy was brutally beaten by two men who also used the victim's cell phone to record the assault and post it on social media. CRS worked with local government, law enforcement, and disability advocates to identify key issues through a facilitated dialogue. CRS then provided consultation services by sharing best practices and models to prevent and respond to hate crimes against individuals with disabilities. In addition, CRS provided mediation services to the parties, resulting in the creation and signing of an Americans with Disabilities Act Resolution, "Against the Abuse and Exploitation of Individuals with Developmental Disabilities." A second Resolution declared the month of May as "Mental Health Month" in Oakland County, Michigan, which was a recommendation by the county's mental health board and approved by the City Council. | CRS 2016 Annual Report to Congress, at 34: https://tinyurl.com/5fwwezvh |
| | The Seattle Police Department requested CRS' conciliation services following reports of a swastika and a hate message spray-painted on a house of worship frequented by the members of the LGBTQ+ community. This incident sparked a rise in community tension with concerns of safety of the congregants, the local LGBTQ+ community, and the merchant community. CRS conducted a CRS101 training session (an overview of the core elements and practices of CRS) and | CRS 2016 Annual Report to Congress, at 42-43: https://tinyurl.com/5fwwezvh |

| Year | Description | Source |
|------|-------------|--------|
| 2016 (cont'd) | facilitated a dialogue which was attended by the U.S. Attorney's Office of the Western District of Washington (USAO-WDWA), public safety officials, members of the merchant community, the faith-based community, local law enforcement, and the Asian-Pacific-Islander community. This dialogue led to a plan for a larger Hate Crimes Conference. CRS then conducted a brief training on self-marshaling for a planned march near the site of the vandalism incident. With the assistance of CRS, the event remained peaceful. | |
| 2017 | In April 2017, CRS services were requested by school officials in Hato Rey, Puerto Rico in response to community tension following allegations of disparate treatment of students based on race and color. These allegations stemmed from reports that school officials, instead of disciplining Black students for school infractions, were referring them to law enforcement, where they faced the possibility of criminal charges. In May 2017, CRS met with school officials and law enforcement officials in separate meetings to identify ways in which both institutions could work together to address tensions within the community. Concerns about how the treatment of students in Puerto Rican schools contribute to the school-to-prison pipeline problem were also addressed. As a result of these discussions, law enforcement officials pledged the services of the internal social services division to work with students and agreed to make an effort to recommend mediation, instead of legal proceedings, for school cases when practical. | CRS 2017 Annual Report to Congress, at 27: https://tinyurl.com/5nbm256j |
| | In December 2016, CRS services were requested by LGBTQ+ leaders in Bronx, New York, as a result of the rise in perceived hate crimes against LGBTQ+ communities across the country. The resulting community tension prompted community leaders, including community advocates, clergy members, and elected officials, to come together to develop strategies to unite the community and raise awareness about impacts of bias and hate in New York City. CRS provided consultation services to LGBTQ+ leadership, including best practices | CRS 2017 Annual Report to Congress, at 27: https://tinyurl.com/5nbm256j |

| Year | Description | Source |
|------|-------------|--------|
| 2017 (cont'd) | on conducting safe public events, effective working group structures, and the use of event marshals to improve public safety. CRS also provided facilitated dialogue services that improved communication between local law enforcement and event organizers during the event. The LGBTs United as One rally took place on April 1, 2017, outside the Bronx Supreme Court, and included speakers from LGBTQ+ groups and the faith-based community. The event, which lasted about six hours, was peaceful and well received by the community. | |
| | In response to multiple bomb threats to Jewish Community Centers across the country, government and community leaders in Rockville, Maryland, requested CRS services to educate the community, increase trust in local law enforcement, and restore confidence in public safety. In January 2017, more than 300 people, including 200 preschool children, were evacuated from a Rockville Jewish Community Center after officials received an anonymous bomb threat. By March, this center had received five more bomb threats. These incidents, coupled with a rise in threats against Jewish institutions across the country, created a heightened sense of fear and unrest in the community. In May 2017, CRS met with leaders from the community and law enforcement to address these recent threats to the local community. These meetings led to the creation of an educational forum in coordination with members of federal, state, and local government; law enforcement; and civil rights groups. This forum helped educate the community on individual rights and provided best practices for preventing, reporting, and countering the impact of hate crimes. This forum was widely praised by attendees as a unifying event for the community, government, law enforcement, and civil rights partners. | CRS 2017 Annual Report to Congress, at 29: https://tinyurl.com/5nbm256j |

| Year | Description | Source |
|------|-------------|--------|
| 2017 (cont'd) | In September 2017, CRS worked with local officials and community organizations to maintain peace in the aftermath of the "not guilty" verdict of a white former St. Louis police officer accused of murdering Anthony Lamar Smith, an African American male. Prior to the verdict, local officials were concerned that the outcome of the trial would spark community tension and violence. In anticipation of protests, CRS facilitated meetings with local law enforcement, community leaders, faith-based groups, and civil rights organizations. The purpose of the meetings was to open a dialogue between stakeholder groups to strengthen community relations prior to anticipated protests and to share best practices to support public safety during demonstrations. The verdict led to multiple protests in the city of St. Louis and St. Louis county. While some of the protests resulted in arrests, CRS's support helped local officials ensure many of the protests remained peaceful. After the protests subsided, CRS continued to provide services by identifying key leaders in the community and state and city governments to engage in future dialogues to promote peace in the community. | CRS 2017 Annual Report to Congress, at 35: https://tinyurl.com/5nbm256j |
| | During protests against the Dakota Access Pipeline in February 2017, the state issued another order for the protesters to evacuate the camp due to the dangers of impending spring floods in the area. With support from CRS and other stakeholders, most protesters left the camp peacefully by the deadline imposed and without incident. | CRS 2017 Annual Report to Congress, at 35: https://tinyurl.com/5nbm256j |
| | In April 2017, CRS provided onsite facilitated dialogue and consultation services to local officials and law enforcement and event organizers during the "Patriots Day Free Speech" rally in Berkeley, California. In response to the event, counter-demonstrators planned to disrupt the rally. CRS services improved communication between local law enforcement, event organizers, and civil rights groups and helped to maintain public safety and minimize violence during the event. After this initial engagement, CRS continued to provide | CRS 2017 Annual Report to Congress, at 37: https://tinyurl.com/5nbm256j |

| Year | Description | Source |
|------|-------------|--------|
| 2017 (cont'd) | services to Berkeley officials through September 2017 by facilitating dialogues with stakeholder groups and providing best practices in ensuring peaceful protests. As three additional protests occurred in the city, the level of violence, property damage, and arrests resulting from these protests declined. | |
| 2018 | On March 18, 2018, in Sacramento, California, police officers shot and killed Stephon Clark, an unarmed, 22-year-old African American man. The shooting sparked outrage among community members who perceived the shooting to be racially motivated. Protests spontaneously erupted across the city, surrounding City Hall and the District Attorney's office. CRS was on the ground in Sacramento less than 24 hours after the shooting to help the city address the protests and de-escalate tensions. CRS's existing relationship with local community groups provided a means to keep the community informed as CRS helped to control rumors and answer questions about the investigatory process to prevent protests from escalating into violence. CRS worked with the city to form six NEST groups – one for each of the six Sacramento police districts. Throughout June and July 2018, CRS engaged the city's neighborhoods in NEST dialogues in each police district. The NEST program was an early step in helping to heal a fractured city. "As an independent, neutral party, CRS engaged the participants in identifying solutions on which they could all agree." | CRS 2018 Annual Report to Congress, at 28-31: https://tinyurl.com/ycycnvyp |
| | Boston, Massachusetts, and the surrounding area faced heightened tensions due to a perceived increase in Islamophobia around the fifth anniversary of the 2013 Boston Marathon bombing terror attack. Boston city officials were concerned about public safety during the April 2018 running of the Boston Marathon and deployed more than 8,000 law enforcement officers from Boston and other jurisdictions to patrol the marathon route. In response to the threats, a local police academy contacted CRS to train its newest recruits. In light of recent threats, law enforcement leaders sought additional education, protocols, and tools that could be useful for officers serving Arab, Muslim, and Sikh | CRS 2018 Annual Report to Congress, at 48: https://tinyurl.com/ycycnvyp |

| Year | Description | Source |
|------|-------------|--------|
| 2018 (cont'd) | communities. The day after the 2018 Boston Marathon, CRS brought together 44 academy cadets and provided a customized Arab and Muslim cultural awareness training, designed by CRS and police academy officials to meet the unique needs of Massachusetts law enforcement officers. Following the training, academy leaders decided to incorporate the training program into the standard curriculum. | |
| | To assist with the coordination of a complex disaster recovery operation following one of the most active hurricane seasons in United States history, CRS responded to a request from the Federal Emergency Management Agency (FEMA) for subject matter experts to support outreach and communication efforts. | CRS 2018 Annual Report to Congress, at 37: https://tinyurl.com/ycycnvyp |
| | Inmates at a corrections center in Rhode Island perceived the facility staff's treatment of different racial groups as unequal. The corrections center contacted CRS for assistance with reducing tensions and helping the center prevent hate incidents in a prison environment. As a first step, CRS spent two months with corrections center staff and state representatives consulting on best practices to address racial and religious tensions. During this time, CRS analyzed inmate demographic reports provided by the corrections center, spoke with subject matter experts, and provided the corrections center with educational materials on working with Arab and Muslim communities. | CRS 2018 Annual Report to Congress, at 46: https://tinyurl.com/ycycnvyp |
| 2019 | In Overland Park, Kansas, Jewish community leaders requested CRS provide consultation services for local faith-based organizations and local synagogue security officials. CRS shared best practices for protecting places of worship and coordinated with Kansas City area law enforcement to conduct meetings and active shooter training for synagogues to reduce tensions elevated by the Tree of Life shooting. In Seattle, Washington, CRS facilitated a Hate Crimes Task Force meeting, which included members from the U.S. Attorney's Office for the Western District of Washington (USA-WDWA), FBI, a county prosecutor's | CRS 2019 Annual Report to Congress, at 28: https://tinyurl.com/46akxjsm |

| Year | Description | Source |
|---|---|---|
| 2019 (cont'd) | office, and a local law enforcement agency. The task force discussed ways to address the Pittsburgh attack's effect on faith communities, how to engage with faith leaders in the Seattle area, and best practices for protecting places of worship. | |
| | In April 2019, a gunman opened fire inside the Chabad-Lubavitch of Poway synagogue outside San Diego, California, killing one worshiper and wounding three others. Fears and tensions were already high in Southern California's faith communities due to a suspected arson at the nearby Islamic Center Masjid Dar-ul-Arqam mosque in Escondido, California, a month before the shooting. In response to the shooting and arson, members of Southern California's faith communities asked CRS to help improve their community's safety, especially at places of worship. As part of the community's response, CRS convened the U.S. Attorney's Office for the Southern District of California (USAO-SDCA) with Muslim community leaders and members of the area's interfaith coalition to discuss shared concerns and impart best practices for addressing hate crimes and protecting houses of worship. | CRS 2019 Annual Report to Congress, at 30: https://tinyurl.com/46akxjsm |
| | A series of alleged bias-motivated arsons in African American churches in Louisiana throughout the spring of 2019 increased fears and tensions in African American faith communities across the country. In March 2019, African American religious leaders in Union County, New Jersey, asked CRS for assistance in addressing community tension and fear caused by the reports of church burnings and to provide the community with information on how to remain safe. On June 20, 2019, CRS facilitated a PPOW forum for approximately 100 participants that featured presentations from the New Jersey Office of Homeland Security and Protection; the New Jersey Office of the Attorney General; FBI; Union County Prosecutor's Office; Union County Office of Emergency Management; and Union County Police Department. | CRS 2019 Annual Report to Congress, at 47: https://tinyurl.com/46akxjsm |

| Year | Description | Source |
|------|-------------|--------|
| 2019 (cont'd) | In October 2018, at a local state university, African American student organizations and student civil rights organizations alleged that the university failed to properly respond to perceived bias-based issues on campus, including white supremacist activity and racist incidents in classrooms. The groups also alleged disparate application of campus policies by university officials toward majority African American student organizations. The student organizations requested CRS's assistance to address the allegations and identify possible remedies. In November 2018, CRS facilitated a student forum. During the forum, students gave candid accounts of specific experiences of perceived race-motivated bias on campus, inequities in the application of campus policies toward Black student organizations compared to white student organizations, and alleged police harassment. Black students also discussed the need for a university Office of Diversity and Equity to address complaints and concerns. During the forums, students prioritized issues and decided to form a committee which would present solutions to the university administration. | CRS 2019 Annual Report to Congress, at 51: https://tinyurl.com/46akxjsm |
| 2020 | After Ahmaud Arbery was murdered in a racially motivated hate crime, local civil rights leaders contacted CRS concerned about civil unrest. Working with the United States Attorney for the Southern District of Georgia, CRS engaged in virtual consultations (due to limitations imposed by the Covid-19 pandemic), CRS identified the principal source of community tension as concern that Mr. Arbery's murders would go unpunished and his death receive little attention. Following widespread publication of the video showing the murder, CRS provided ongoing consultation to ensure safety at related protests. | CRS 2020 Annual Report to Congress, at 26: https://tinyurl.com/3nmer5fm |
| | Following the murder of George Floyd by Minneapolis police, CRS became engaged with local governments, community groups, and law enforcement across the country as the racial justice protests of 2020 filled the streets of first Minneapolis and then the nation. | CRS 2020 Annual Report to Congress, at 27: https://tinyurl.com/3nmer5fm CRS 2021 Annual Report to Congress, at 22-25: https://tinyurl.com/2x337rtd |

| Year | Description | Source |
|------|-------------|--------|
| 2020 (cont'd) | CRS consulted with local government, law enforcement, city officials, and civil rights leaders in Oakland following protests against alleged racial profiling by law enforcement and the excessive use of force. CRS facilitated a virtual dialogue to discuss these issues and provide best practices for contingency planning and keeping demonstrations safe. Community leaders cooperated with law enforcement and first responders to develop a contingency plan in the event of future civil unrest with actions to address community concerns. The dialogue resulted in participants establishing four working groups with each tackling one aspect of bias or a specific challenge facing the city's communities. One group coordinated a two-day cleanup and personal protective equipment distribution in the city. Another discussed recovery solutions for businesses affected by the protests that disproportionally damaged Black- and Asian-owned businesses. A third developed solutions to reduce racial tensions. | CRS 2020 Annual Report to Congress, at 28-29: https://tinyurl.com/3nmer5fm |
| | CRS helped form the Seattle Hate Crimes Task Force and worked with law enforcement and the U.S. Attorney's Office to improve hate crime reporting and rebuild trust with AAPI communities. CRS held meetings with the task force to identify reporting solutions, leading to the creation of a hate crime reporting mechanism. | CRS 2020 Annual Report to Congress, at 34: https://tinyurl.com/3nmer5fm |
| | In May 2020, CRS convened a meeting with Hispanic civil rights organizations and served as a liaison to FEMA to address concerns about the lack of COVID-19 health and safety materials in languages spoken by meatpacking workers. CRS relayed requests for translated resources to help protect communities disproportionately impacted by the pandemic. | CRS 2020 Annual Report to Congress, at 38: https://tinyurl.com/3nmer5fm |
| | CRS was asked to help address racial tensions after a video showed students singing a Ku Klux Klan-themed song in class. CRS worked with school leaders to plan a School-SPIRIT program. CRS trained 24 facilitators and convened 95 students to identify concerns, such as racism and lack of diversity, and propose | CRS 2020 Annual Report to Congress, at 40: https://tinyurl.com/3nmer5fm |

| Year | Description | Source |
|------|-------------|--------|
| 2020 (cont'd) | solutions, including cultural awareness training and teacher workshops. A student SPIRIT council was formed to implement these actions. | |
| | In response to a rise in anti-Semitic incidents and hate crimes, CRS worked with the FBI, interfaith leaders, and local Jewish organizations to plan a Protecting Places of Worship forum. The forum provided strategies for securing places of worship, discussed hate crime investigations, and featured law enforcement panels. CRS's efforts helped improve dialogue and coordination between law enforcement and faith communities. | CRS 2020 Annual Report to Congress, at 42: https://tinyurl.com/3nmer5fm |
| 2021 | Following George Floyd's murder and ongoing tensions during Derek Chauvin's trial, CRS facilitated three virtual dialogues with civil rights advocates, law enforcement, and leaders from faith, youth, and nonprofit organizations. Each session focused on promoting safety and nonviolence and addressing strained police-community relations. CRS also assisted local leaders in planning for the reopening of George Floyd Square in Minnesota. CRS provided best practices for forming a diverse working group and guided discussions on whether and how to reopen the square while preserving Floyd's memory. | CRS 2021 Annual Report to Congress, at 28-29: https://tinyurl.com/26etfwbw |
| | CRS partnered with Georgetown University Law Center's Department of Public Safety two deliver trainings to law enforcement on building relationships with the transgender community. The campus security director requested the training to improve interactions between public safety officers and transgender individuals. CRS designed and conducted the sessions, covering key terminology, hate crime trends, and proactive engagement strategies. The training also helped participants create action plans to strengthen relationship with transgender communities. | CRS 2021 Annual Report to Congress, at 32–33: https://tinyurl.com/26etfwbw |
| | In Berkshire County, Massachusetts, CRS was asked to assist with addressing racial tensions and police-community relations following incidents of alleged racial profiling, excessive force, and threats against local Black Lives Matter | CRS 2021 Annual Report to Congress, at 40–41: https://tinyurl.com/26etfwbw |

| Year | Description | Source |
|------|-------------|--------|
| 2021 (cont'd) | leaders. CRS brought together local officials, faith leaders, educators, and nonprofit executives to discuss services and plan a City-SPIRIT program. At the session, CRS guided participants to identify community strengths and concerns, vote on priority issues, and develop solutions. A City-SPIRIT Council was formed to implement these solutions. | |
| | A local human rights commission requested CRS assistance to address concerns resulting from increased racially motivated incidents. CRS met with the commission to discuss strategies to engage diverse communities, resulting in four weekly dialogues. The sessions explored community identity, personal and shared racial histories, and strategies to address hate incidents affecting each community. Participants developed approaches to improve relations among the communities. | CRS 2021 Annual Report to Congress, at 44: https://tinyurl.com/26etfwbw |
| | After a shooting in March that resulted in the deaths of eight people, CRS engaged AANHPI leaders, law enforcement, and local officials to address safety concerns and coordinate responses. CRS met with the FBI, national advocacy groups, and community leaders to open channels of communication to prepare for planned prayer vigils and marches. Later, a prayer rally was held with roughly 300 people in attendance. CRS met with leaders of the hosting organization and a Black advocacy organization to unify Black and AANHPI communities. | CRS 2021 Annual Report to Congress, at 49: https://tinyurl.com/26etfwbw |
| 2022 | CRS facilitated an SPCP dialogue in Williamstown, Massachusetts to address tensions following allegations of police misconduct. CRS worked with local leaders to plan the program, identify stakeholders, and train volunteer facilitators. CRS convened the SPCP session with 79 participants, including law enforcement, government officials, business owners, youth leaders, and faith eladers. The dialogue highlighted strengths and identified priority concerns, including the need for improved mental health response, greater community engagement, and greater trust. At the end of the dialogue, 20 participants | CRS 2022 Annual Report to Congress, at 26-27: https://tinyurl.com/46pke59k |

| Year | Description | Source |
|------|-------------|--------|
| 2022 (cont'd) | volunteered to serve on the SPCP council, which worked to implement solutions developed during the dialogue. | |
| | Racial tensions sparked by widely circulated videos featuring racial harassment led to protests and criticism of police response. Black community leaders contacted CRS, causing CRS to meet with the police chief, the Burlington County prosecutor, and community leaders to address concerns and plan a Dialogue on Race program. CRS planned meetings and led four dialogue sessions in which participants shared experiences, discussed the area's racial history, and developed a vision for improved transparency and trust. At the final session, participants to create a police-youth mentoring program, continue dialogues on racial issues, convene local faith leaders through a community council to improve race relations, and collaborate with the diversity council to strengthen community ties. | CRS 2022 Annual Report to Congress, at 29-30: https://tinyurl.com/46pke59k |
| | After a racially motivated mass shooting at a grocery store in a majority-Black neighborhood, CRS worked with the FBI Buffalo Field Office, the U.S. Attorney's Office for the Western District of New York, local officials, civil rights leaders, and faith leaders to address community tensions and safety concerns. CRS participated in a listening session hosted by the White House Office of Faith-Based and Neighborhood Partnerships and supported local leaders in planning a Safety and Houses of Worship program. CRS also assisted the U.S. Attorney's Office in planning a United Against Hate program, featuring federal and local law enforcement and community leaders, which focused on identifying, reporting, and preventing hate crimes and hate incidents. | CRS 2022 Annual Report to Congress, at 30: https://tinyurl.com/46pke59k |

| Year | Description | Source |
|------|-------------|--------|
| 2022 (cont'd) | Puerto Rican community leaders requested CRS assistance following concerns about hate crimes and harassment targeting the LGBTQ++ community. CRS brought together the U.S. Attorney's Office, the FBI San Juan Field Office, and local LGBTQ++ advocates to plan a virtual Bias Incidents and Hate Crimes forum focused on online harassment. CRS facilitated the forum which featured speakers from law enforcement and LGBTQ++ organizations. Discussions addressed strategies for outreach, improving trust between police and the transgender community, and planning future dialogues. Following the forum, local police met with transgender community members and agreed to update victim intake forms to include gender identity options and national origin, and to collect data on bias incidents to identify patterns affecting those communities. | CRS 2022 Annual Report to Congress, at 33: https://tinyurl.com/46pke59k |
| | CRS held a Protecting Places of Worship forum in response to attacks and robberies targeting Hindu and Jain temples nationwide and in the D.C. metro area. The Association of United Hindu and Jain Temples (UHJT) requested the forum to address safety concerns. CRS worked with UHJT to customize the program to focus on issues such as temple access, donation security, and protection of valuable religious items. CRS ensured participation from law enforcement agencies across Maryland, Virginia, and D.C. Speakers at the forum included representatives from DHS Cybersecurity and Infrastructure Security Agency, FBI, U.S. Attorney's Office, and law enforcement. A post-event survey showed that 100% of respondents found the forum valuable. Due to its success, a national PPOW forum for Hindu and Jain temples was scheduled for the following year. | CRS 2022 Annual Report to Congress, at 38: https://tinyurl.com/46pke59k |