

**U.S. Department of Justice**

Office of the Deputy Attorney General

---

The Deputy Attorney General                    *Washington, D.C. 20530*

March 25, 2025

MEMORANDUM FOR HEADS OF DEPARTMENT COMPONENTS

FROM:                THE DEPUTY ATTORNEY GENERAL *for Blame*

SUBJECT:            Soliciting Feedback for Agency Reorganization Plan and RIF

On March 13, 2025, the Office of the Deputy Attorney General and the Justice Management Division submitted a report to the Office of Personnel Management and the Office of Management and Budget, which included discussion of a potential Agency Reorganization Plan and Reductions In Force, pursuant to Sections 3(c) and 3(e) of Executive Order 14210, entitled *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*. This memorandum summarizes pertinent aspects of the report to OPM and OMB, which are set forth below, in order to solicit written feedback from the components by April 2, 2025, and to allow the components to incorporate information from this summary into their proposed Reductions In Force and Agency Reorganization Plans. The responses should be addressed to the Assistant Attorney General for Administration, and they will be shared with the Office of the Deputy Attorney General. The components' feedback should include, at minimum, specific information regarding any concerns about these proposals, as well as additional proposals consistent with the strategic themes that are evident from these proposals.

1.  <u>Consolidating Grantmaking Functions</u>: consolidating grantmaking work currently taking place in the Office of Justice Programs, the Office on Violence Against Women, Community Oriented Policing Services, Access to Justice, and the Office of Tribal Justice.

2.  <u>Transferring Office of Executive Secretariat</u>: transferring the Office of Executive Secretariat into the Justice Management Division.

3.  <u>Transferring INTERPOL Washington</u>: transferring INTERPOL Washington into the United States Marshals Service.

4.  <u>Reorganizing OCDETF</u>: transferring the OCDETF Director to the Office of the Deputy Attorney General, and consolidating OCDETF's Fusion Center into the DEA's Special Operations Division.

5. <u>Eliminating CRS</u>: eliminating the Community Relations Service and moving some or all impacted employees to U.S. Attorneys' Offices.

6. <u>Consolidating Policy Offices</u>: consolidating into the Office of Legal Policy the resources currently assigned to policy offices within the litigating components, such as CRT's Policy and Strategy Section, ENRD's Law and Policy Section, ATR's Policy and Advocacy Section and Expert Analysis Group, CRM's Office of Policy and Legislation, and NSD's Office of Law and Policy.

7. <u>Consolidating Support Functions</u>: consolidating the support functions of certain components within JMD, such as human resources, security, facilities, procurement, financial management, equal employment opportunity, and information technology services. This potential consolidation would apply to, at minimum, support functions currently located in ATR, NSD, and all components funded by the General Legal Activities appropriation.

8. <u>Eliminating Field Offices</u>: eliminating Main Justice field offices around the country, such as ATR's field offices in Chicago and San Francisco, ENRD's field offices in Denver, Seattle, San Francisco, and Sacramento, and CIV's field offices in New York, Chicago, Raleigh, and San Francisco.

9. <u>Reducing TAX</u>: reassigning TAX personnel to U.S. Attorneys' Offices while maintaining a core team of supervisory attorneys to administer relevant provisions of the Justice Manual.

10. <u>Consolidating and Transferring Duplicative Litigation Units</u>: consolidating or transferring litigation units that are duplicative of other efforts in Main Justice or at U.S. Attorneys' Offices, such as:

    • reassigning PIN personnel to U.S. Attorneys' Offices while maintaining a core team of supervisory attorneys to administer relevant provisions of the Justice Manual;

    • transferring cyber-focused resources in CCIPS to NSD's Nat Sec Cyber unit;

    • moving units focused on criminal enforcement, such as CIV's Consumer Protection Branch, to CRM;

- consolidating civil appeals work in CIV and criminal appeals work in U.S. Attorneys' Offices;

- consolidating some or all of CRM's Narcotic and Dangerous Drug Section and Money Laundering and Asset Recovery Section; and

- reducing the number of attorneys assigned to CRM's Office of International Affairs, CRM's Fraud Section focused on FCPA matters, and NSD's Counterintelligence and Export Control Section focused on criminal Foreign Agents Registration Act issues.

11. Combining DEA and ATF: combining DEA and ATF into a single component agency to achieve efficiencies in resources, case deconfliction, and regulatory efforts.

JMD is available to discuss these proposals with components to assist in developing responses due April 2, 2025.



# U.S. Department of Justice





**Justice Management Division | Budget Staff**

# Fiscal Year 2025
# Spend Plan

## May 30, 2025

# U.S. Department of Justice
# FY 2025 Spend Plan



# Table of Contents
# and Glossary

# U.S. DEPARTMENT OF JUSTICE
## FY 2025 Spend Plan

# TABLE OF CONTENTS

**SECTION I:  DEPARTMENT SUMMARY** ............................................................ 1

**SECTION II:  NOTIFICATIONS**

**SECTION 205 NOTIFICATIONS**

Bureau of Prisons: Buildings and Facilities to Salaries and Expenses  ........................................ 9

Community Oriented Policing Services to Office of Justice Programs  ..................................... 11

General Legal Activities to United States Marshals Service  ...................................... 13

Grant Components to Bureau of Prisons and General Legal Activities  .................................... 15

United States Marshals Service:  Salaries and Expenses / Federal Prisoner Detention  ............. 19

**SECTION 209 NOTIFICATIONS**

Department Components and Funds  ....................................................... 21

OVW Use of Deobligated Tribal Grant Funds, FY 2021  ........................................ 27

OVW Use of Deobligated Tribal Grant Funds, FY 2019  ........................................ 31

**SECTION 505 NOTIFICATIONS**

Working Capital Fund: Retained Earnings  ................................................. 35

Working Capital Fund: Unobligated Balance Transfer  ............................................. 37

Debt Collection Management / Three Percent Fund  ................................................. 39

Agency Reduction-in-Force and Reorganization Plan  ................................................ 53

    Justice Management Division Organization Charts  ........................................... 59

    General Legal Activities Organization Charts

        Office of the Solicitor General  ................................................ 63

        Criminal Division  .................................................. 67

        Civil Division  ................................................... 71

        Office of Legal Counsel  ................................................. 75

i

**SECTION 505 NOTIFICATIONS** (continued)

Agency Reduction-in-Force and Reorganization Plan (continued)

United States Marshals Service Organization Charts  ....................................................... 79

National Security Division Organization Charts  ................................................ 83

Departmental Organization Charts  ................................................................ 87

## SECTION III:  REPORTS

Congressional Relocation Report  .................................................................... 91

    Domestic Offices  ............................................................................... 91

        New Offices  ................................................................................... 91

        Closures  ........................................................................................ 92

        Relocations  ................................................................................. 101

    Foreign Offices  .............................................................................. 101

        Closures  ...................................................................................... 102

eGovernment Report  ............................................................................... 105

FY 2025 Summary of State, Local, and Tribal Law Enforcement Assistance  ....................... 107

Three Percent Fund – FY 2025 Monthly Status/Balance Report  ............................................. 113

Three Percent Fund – FY 2025 Cases Settled/Collected to Date, $3.0 Million and Greater  ... 115

Three Percent Fund – FY 2025 Authorized FTE  ................................................... 119

FY 2025 Department-Wide Organizational Adjustments to Base  .................................. 121

FY 2025 Summary of Budget Authority by Program, Project, Activity (PPA)  ..................... 137

FY 2025 Department-Wide Spend Plan (DOJ Tab A)  .............................................. 143

FY 2025 Summary of Budget Authority by Appropriation  (Monster)  ...................................... 149

## SECTION IV:  FY 2025 SPEND PLANS (in appropriation order)

**DEPARTMENT COMPONENTS**

Justice Operations, Management, and Accountability  .......................................... 153

Justice Information Sharing Technology  ........................................................ 155

Executive Office for Immigration Review  ...................................................... 157

Office of the Inspector General  .............................................................. 161

ii

## DEPARTMENT COMPONENTS (continued)

U.S. Parole Commission ................................................................................... 163

General Legal Activities

    Office of the Solicitor General ................................................................. 165

    Tax Division ............................................................................................... 167

    Criminal Division ...................................................................................... 169

    Civil Division ............................................................................................ 171

    Environment and Natural Resources Division ....................................... 173

    Office of Legal Counsel ........................................................................... 175

    Civil Rights Division ................................................................................ 177

    Office for Access to Justice ..................................................................... 179

    INTERPOL Washington .......................................................................... 181

    Office of the Pardon Attorney ................................................................. 183

Antitrust Division ......................................................................................... 185

U.S. Attorneys .............................................................................................. 187

U.S. Trustee Program ................................................................................... 189

Foreign Claims Settlement Commission ..................................................... 191

Community Relations Service ...................................................................... 193

Asset Forfeiture Program (Discretionary) ................................................... 195

U.S. Marshals Service

    Salaries and Expenses .............................................................................. 197

    Construction ............................................................................................. 199

    Federal Prison Detention ......................................................................... 201

National Security Division ........................................................................... 203

Organized Crime Drug Enforcement Task Forces ...................................... 205

Federal Bureau of Investigation

    Salaries and Expenses .............................................................................. 207

    Construction ............................................................................................. 209

Drug Enforcement Administration: Salaries and Expenses ....................... 211

Bureau of Alcohol, Tobacco, Firearms and Explosives: Salaries and Expenses ................... 213

**DEPARTMENT COMPONENTS** (continued)

Federal Bureau of Prisons

Salaries and Expenses ........................................................................................... 215

Buildings and Facilities ....................................................................................... 217

**STATE AND LOCAL LAW ENFORCEMENT ASSISTANCE**

Office on Violence Against Women

Management and Administration ......................................................................... 219

Office of Justice Programs

Management and Administration ......................................................................... 221

Community Oriented Policing Services

Management and Administration ......................................................................... 223

**ADDITIONAL SPEND PLANS AND FUND INFORMATION**

Asset Forfeiture Program:  Mandatory Funding and Supporting Documents ......................... 225

Drug Enforcement Administration:  Diversion Control Fee Account .................................... 235

Fees and Expenses of Witnesses .......................................................................... 237

Radiation Exposure Compensation Trust Fund .................................................... 239

Vaccine Injury Compensation Trust Fund ........................................................... 241

Victims Compensation Fund ................................................................................ 243

# GLOSSARY

| **DOJ Components** | ATF | Bureau of Alcohol, Tobacco, Firearms and Explosives |
| --- | --- | --- |
| | ATR | Antitrust Division |
| | ATJ | Office for Access to Justice |
| | BOP | Federal Bureau of Prisons |
| | CIV | Civil Division |
| | COPS | Community Oriented Policing Services |
| | CRM | Criminal Division |
| | CRS | Community Relations Service |
| | CRT | Civil Rights Division |
| | DEA | Drug Enforcement Administration |
| | ENRD | Environment and Natural Resources Division |
| | EOIR | Executive Office for Immigration Review |
| | FBI | Federal Bureau of Investigation |
| | FCSC | Foreign Claims Settlement Commission |
| | IPOL | INTERPOL Washington |
| | JIST | Justice Information Sharing Technology |
| | JOMA | Justice Operations, Management, and Accountability |
| | NSD | National Security Division |
| | OCDETF | Organized Crime Drug Enforcement Task Force |
| | OIG | Office of the Inspector General |
| | OJP | Office of Justice Programs |
| | OLC | Office of Legal Counsel |
| | OSG | Office of the Solicitor General |
| | OVW | Office on Violence Against Women |
| | PARDON | Office of Pardon Attorney |
| | TAX | Tax Division |
| | USA | U.S. Attorneys |
| | USMS | U.S. Marshals Service |
| | USPC | U.S. Parole Commission |
| | USTP | U.S. Trustee Program |

## Appropriations, Funds, and Programs

| AFP | Asset Forfeiture Program | M&A | Management and Administration |
| --- | --- | --- | --- |
| B&F | Buildings and Facilities | RECA | Radiation Exposure Compensation Trust Fund |
| BJA | Bureau of Justice Assistance | | |
| DCFA | Diversion Control Fee Account | S&E | Salaries and Expenses |
| FEW | Fees and Expenses of Witnesses | Vaccine | Vaccine Injury Compensation Trust Fund |
| FPD | Federal Prisoner Detention | VCF | Victims Compensation Fund |
| GLA | General Legal Activities | WCF | Working Capital Fund |

v

**0012**

vi

vi

# U.S. Department of Justice
# FY 2025 Spend Plan



# Section I:
# Department Summary

# DOJ FY 2025 SPEND PLAN
## Department Summary

**Overview**

The Full-Year Continuing Appropriations and Extensions Act, 2025 [Public Law (P.L.) 119-4] was enacted on March 15, 2025.  Titles I (General Provisions) and III (Commerce, Justice, Science, and Related Agencies) of Division A extended the Department's funding provided in the Consolidated Appropriations Act, 2024 (P.L. 118-42) through September 30, 2025.  Section 1105, P.L. 119-4 continues all requirements, authorities, conditions, limitations, and other provisions of P.L. 118-42 except as otherwise expressly provided, and Section 1113 directs agencies to submit spending plans to the Committees on Appropriations within 45 days after enactment.

This spend plan includes detailed information for each component and the program, project, or activity (PPA) level for each account.  For Federal programs, DOJ defines PPA as the decision unit level; for grants, PPA is the program level as identified in appropriations bill language.  Furthermore, this spend plan implements direction provided in Titles II and V, Division C, P.L. 118-42 for notifications (Sections 205, 209, and 505) and reports to be incorporated in the Department submission.

The Department will continue to work with the Congress as we execute FY 2025 funding to make certain that our most critical needs are met.  To that end, this spend plan reflects expectations as of May 2025; however, components may adjust spending to meet unanticipated and emerging needs consistent with congressional notification requirements.  Further, the Department notes the potential for shortfall in the BOP S&E account.

**Funding Levels**

P.L. 119-4 provides $36.1 billion in net discretionary budget authority for the Department.

According to the Balanced Budget and Emergency Deficit Control Act of 1985, as amended, and the *OMB Report to the Congress on the Joint Committee Reductions for Fiscal Year 2025*, the following mandatory accounts will take a 5.7 percent sequester cut to non-exempt direct spending:

- Fees and Expenses of Witnesses.

- Independent Counsel.

- Assets Forfeiture Fund.

- Diversion Control Fee Account.

- Crime Victims Fund.  The sequester cut to the Crime Victims Fund applies against total balances and does not impact available obligation authority.

- Domestic Trafficking Victims' Fund.

- Victim Compensation Fund (administrative expenses in otherwise exempt resources).

- U.S. Victims of State Sponsored Terrorism Fund (VSSTF) (administrative expenses in otherwise exempt resources).

- Public Safety Officers' Death Benefits (administrative expenses in otherwise exempt resources).

- Federal Prison Industries, Incorporated.

- Commissary Funds, Federal Prisons (Trust Revolving Fund) (administrative fees in otherwise exempt resources).

## Summary of Funding Levels: Appropriated Operating Plans

*Justice Operations, Management, and Accountability (JOMA)*
The FY 2025 appropriation provides JOMA $142.0 million, equal to the FY 2024 Enacted level.

*Justice Information Sharing Technology (JIST)*
The FY 2025 appropriation provides JIST $38.5 million, $8.5 million above the FY 2024 Enacted level.

*Executive Office for Immigration Review (EOIR)*
The FY 2025 appropriation provides EOIR $844.0 million, equal to the FY 2024 Enacted level.

*Office of the Inspector General (OIG)*
The FY 2025 appropriation provides OIG $149.0 million including the annual $10.0 million transfer from the Crime Victims Fund, equal to the FY 2024 Enacted level.

*United States Parole Commission (USPC)*
The FY 2025 appropriation provides USPC $14.0 million, equal to the FY 2024 Enacted level.

*General Legal Activities (GLA)*
The FY 2025 appropriation provides a total of $1.1 billion for the GLA accounts, equal to the FY 2024 Enacted.

*Antitrust Division (ATR)*
The FY 2025 appropriation provides ATR $233.0 million, equal to the FY 2024 Enacted level.

*U.S. Attorneys (USA)*
The FY 2025 appropriation provides USA $2.6 billion, equal to the FY 2024 Enacted level.

*U.S. Trustees Program (USTP)*
The FY 2025 appropriation provides USTP $245.0 million, equal to the FY 2024 Enacted. The offsetting fee receipt returns $230.0 million to the Treasury, for a net appropriation of $15.0 million.

*Foreign Claims Settlement Commission (FCSC)*
The FY 2025 appropriation provides FCSC $2.5 million, equal to the FY 2024 Enacted level.

*Fees and Expenses of Witnesses (FEW)*
The FY 2025 appropriation provides $270.0 million for FEW, equal to the FY 2024 Enacted level.

*Community Relations Service (CRS)*
The FY 2025 appropriation provides CRS $24.0 million, equal to the FY 2024 Enacted level.

*Assets Forfeiture Fund (AFF)*
The FY 2025 appropriation provides $20.5 million for the AFF definite authority, equal to the FY 2024 Enacted level.

*United States Marshals Service (USMS)*

> *Salaries and Expenses (S&E)*
> The FY 2025 appropriation provides $1.7 billion for USMS S&E, equal to the FY 2024 Enacted level.

> *Construction*
> The FY 2025 appropriation provides $15.0 million for USMS Construction, equal to the FY 2024 Enacted level.

> *Federal Prisoner Detention (FPD)*
> The FY 2025 appropriation provides $2.2 billion for USMS FPD, $136.0 million above the FY 2024 Enacted level.

*National Security Division (NSD)*
The FY 2025 appropriation provides NSD $128.0 million, equal to the FY 2024 Enacted level.

*Organized Crime Drug Enforcement Task Forces (OCDETF)*
The FY 2025 appropriation provides OCDETF $547.0 million, equal to the FY 2024 Enacted level.

*Federal Bureau of Investigation (FBI)*

> *S&E*
> The FY 2025 appropriation provides $10.6 billion for FBI S&E, equal to the FY 2024 Enacted level.

> *Construction*
> The FY 2025 appropriation provides $30.0 million for FBI Construction, equal to the FY 2024 Enacted level.

*Drug Enforcement Administration (DEA)*

> *S&E*
> The FY 2025 appropriation provides DEA $2.6 billion, equal to the FY 2024 Enacted level.

*Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)*

> *S&E*
> The FY 2025 appropriation provides $1.6 billion for ATF S&E, equal to the FY 2024 Enacted level.

0019

*Bureau of Prisons (BOP)*

*S&E*

The FY 2025 appropriation provides $8.4 billion for BOP S&E, equal to the FY 2024 Enacted level.

*Buildings & Facilities (B&F)*

The FY 2025 appropriation provides $179.8 million for BOP B&F, equal to the FY 2024 Enacted level. Within this amount, $30.0 million is provided for construction of new facilities.

*Office on Violence Against Women (OVW)*

The FY 2025 appropriation provides OVW $713.0 million, equal to the FY 2024 Enacted.

*Office of Justice Programs (OJP)*

The FY 2025 appropriation provides OJP $4.3 billion, $475.0 million less than the FY 2024 Enacted level, including $1.9 billion from the Crime Victims Fund for the Office of Victims of Crime. Section 1301(4), P.L. 119-4 discontinues $125.0 million in funding for Presidential Nominating Convention Law Enforcement Activities and eliminates $350.0 million in funding provided for Community Project Funding/Congressionally Directed Spending provided in subparagraphs 1(Q) and 1(R) of the FY 2024 OJP State and Local Law Enforcement Assistance appropriation (Title II, Division C, P.L. 118-42).

The OJP appropriation contains a scrivener's error: the total appropriation for the State and Local Law Enforcement Assistance account is $50 million less than the sum of the individual programs appropriated underneath that heading. To resolve this discrepancy, the Department has reduced various programs under the State and Local Law Enforcement Assistance appropriation but maintains funding for the Byrne Justice Assistance Grant Program at the amount stated. This spend plan reflects the allocation of this reduction by program.

*Community Oriented Policing Services (COPS)*

The FY 2025 appropriation provides COPS $417.2 million, $247.3 million less than the FY 2024 Enacted level. Section 1301(5), P.L. 119-4 eliminated funding for Law Enforcement Technologies and Interoperable Communications provided in paragraph (7) of the FY 2024 COPS appropriation (Title II, Division C, P.L. 118-42).

*Health Care Fraud and Abuse Control (HCFAC)*

The Labor-Health and Human Services-Education FY 2025 appropriation provides $132.2 million in HCFAC discretionary funding to the Department, equal to the FY 2024 enacted level.

**Rescissions**

Sections 521(b) and 521(c), Title II, Division C, P.L. 118-42 directed $1.16 billion in rescissions from unobligated balances not later than September 30, 2024. Section 1101(a)(2), P.L. 119-4 revises that language to except rescissions for FBI S&E ($367.7 million) and BOP B&F ($19.0 million) from recurring, and to continue rescissions from the remaining accounts at adjusted

levels.  P.L. 119-4 rescinds a total of $710.0 million in unobligated balances not later than September 30, 2025:

- OVW:  $15.0 million.

- OJP:  $125.0 million.

- COPS:  $20.0 million.

- Working Capital Fund (WCF):  $300.0 million.

- Assets Forfeiture Fund (AFF):  $250.0 million.

**General Precepts for Developing 2025 Spend Plans**

Component spend plans fund base costs and current services adjustments to the extent that sufficient resources exist.  They clearly identify instances where this is not possible by identifying associated offsets.

The spend plans include other revisions based on changing circumstances and/or adjusted cost estimates.  For example, routine updates to individual component base adjustments have affected the current services funding level estimates in virtually every component spend plan.

*2025 Agency Reduction-in-Force (RIF) and Reorganization Plan (ARRP)*

The Department provides notification herein, as required by Section 505, of realignments and program changes that affect multiple components.

Changes implemented in the Section 505 ARRP notification and individual component spend plans during FY 2025 include:

- Eliminations (no organizational charts):

  - <u>Office of the Executive Secretariat (OES)</u>.  OES will be eliminated as a standalone component, with its responsibilities returned to the Justice Management Division (JMD).

  - <u>Tax Division (TAX)</u>.  The Department will eliminate TAX as a standalone component, transferring its responsibilities to CRM and CIV as noted above.

  - <u>INTERPOL Washington (IPOL)</u>.  The Department will eliminate IPOL, also known as the U.S. National Central Bureau (USNCB), as a standalone component and transfer its responsibilities to USMS.

- Reorganizations/realignments (organizational charts updated):

  - <u>JMD</u>.  JMD will modify its organizational chart to improve operations, effectiveness, and efficiency by reducing the size of the organization, reducing the number of SES positions and supervisory layers, and better incorporating smaller Departmental organizational functions.

5

- o GLA.
  - ▪ Office of the Solicitor General (OSG). OSG will add a second Principal Deputy Solicitor General to its organizational chart to address an expanded emergency docket workload and improve managerial and supervisory responsibilities at that level by aligning program responsibilities to an appropriate span of control.
  - ▪ Criminal Division (CRM). CRM will assume responsibility for criminal casework currently located in TAX and CIV to consolidate all criminal authorities in CRM. CRM will consolidate its Narcotics and Dangerous Drug Section and its Money Laundering and Asset Recovery Section into a new Money Laundering, Narcotics, and Forfeiture Section. The Department will also consolidate resources currently dedicated to CRT's Human Trafficking Prosecution Unit with CRM's Human Rights and Special Prosecution Section.
  - ▪ Civil Division (CIV). CIV will assume responsibility for civil enforcement casework located in TAX, to be housed in a new Tax Litigation Branch. CIV will also create a new Enforcement and Affirmative Litigation Branch, which will handle all affirmative civil litigation currently housed in its Federal Programs Branch and Consumer Protection Branch. Criminal enforcement work in the Consumer Protection Branch will transfer to CRM, resulting in the elimination of the Consumer Protection Branch from the CIV organizational chart.
  - ▪ Office of Legal Counsel (OLC). OLC will add an additional Deputy Assistant Attorney General to its organizational chart to realign span of control across five specializations: Executive and Attorney General orders (including appointments), national security, homeland security and foreign affairs (including immigration), domestic policy, and executive orders.
- o USMS. USMS will add a new box on its organizational chart under its Associate Director for Investigations to accommodate the IPOL mission. This change will effectively integrate the USNCB mission with the USMS Investigative Operations Division, which oversees its investigative and fugitive operations, as well as its intelligence operations activities.
- o NSD. NSD will transfer most of its administrative support functions to existing JMD staff offices. This realignment will consolidate, streamline, and reduce duplication in administrative support services to improve service and create efficiencies.
- • DOJ Organizational Chart: Implementing the eliminations and realignments described above changes require the removal of IPOL, OES, and TAX from the DOJ departmental organizational chart.

The ARRP Section 505 notification provides more detail regarding each of the above changes. In addition to these realignments, the Department's ARRP includes the disestablishment of the Office for Access to Justice (ATJ), CRS, and OCDETF as standalone components in FY 2026. The FY 2026 President's Budget request will provide more detail.

**0022**

**Section 507 Reporting Requirements**

Section 507, Title II, Division C, P.L. 118-42 requests a quarterly report on the status of balances at the appropriation level, including separate identification of amounts within the balances for each source year of appropriation.  Due to financial system limitations, the Department cannot report source year amounts for unobligated balances, either committed or uncommitted; the systems do not record commitments for all obligation types.

The Department can report obligated, unexpended balances for unexpired accounts by the year of obligation and unobligated, uncommitted balances by account.  To provide the year of obligation data for obligated, unexpended balances in the no-year accounts, the Department has employed a "first in, first out" methodology as the most feasible approach to meet reporting requirements. The limitations and reporting approach are unchanged from prior years.

**Format of the Remainder of the Spend Plan**

This FY 2025 Spend Plan submission includes:

- Notifications.
    - o Section 205.  Transfers between appropriations, including Section 505 requirements.
    - o Section 209.  Use of previously obligated, expired funds.
    - o Section 505.  Working Capital Fund (WCF), Three Percent Fund, and reprogramming notifications other than those already reported under Section 205.
- Reports.
    - o Congressional Relocation Report:  domestic office openings, closures, and relocations across congressional district boundaries; international field office changes.
    - o eGovernment Report.
    - o 2025 Summary of State, Local, and Tribal Law Enforcement Assistance: program-level detail regarding resources provided to OJP, COPS, and OVW.
    - o 2025 Three Percent Fund reports: balance, settlement, collections, and Full-Time Equivalent (FTE) personnel funding information.
    - o 2025 Department-wide Organizational Adjustments-to-Base (ATBs): technical and base adjustments required to maintain current services levels throughout FY 2025.
    - o 2025 Summary of Budget Authority by Appropriation.
    - o 2025 Summary of Budget Authority by PPA.
    - o 2025 Department-wide Spend Plan (Department Tab A): program change summary for all Department activities.
- Appropriation-specific component spend plans.  These plans detail how FY 2025 funding will be used in total and by decision unit or program.

8

# U.S. Department of Justice
# FY 2025 Spend Plan



# Section II:
# Notifications

# SECTION 205/505 TRANSFER NOTIFICATION
## Federal Bureau of Prisons

Operating Unit:       BOP

Appropriations:       B&F, S&E

One-Time Item:       Transfer Funding from B&F to S&E

In accordance with Sections 205 and 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department is notifying the Committees on Appropriations that BOP intends to transfer up to $8,988,000 from the B&F appropriation to the S&E appropriation to assist with averting a funding shortfall at the end of the fiscal year.

### FISCAL SUMMARY
#### ($ in thousands)

|                              | Perm. Pos. | FTE | Amount    |
|------------------------------|-----------|-----|-----------|
| **Transferred from (up to)**: |           |     |           |
| BOP, B&F                     | 0         | 0   | ($8,988)  |
| **Total**                    | 0         | 0   | ($8,988)  |
|                              |           |     |           |
| **Transferred to**:          |           |     |           |
| BOP, S&E                     | 0         | 0   | $8,988    |
| **Total**                    | 0         | 0   | $8,988    |

### DESCRIPTION / JUSTIFICATION

The BOP S&E account anticipates a funding gap in FY 2025 of over $600 million, owing to increased pay and benefits costs, as well as inflationary costs for food, medical, and utilities. BOP anticipates meeting this funding gap with existing cost reduction strategies in addition to initiating new cost reductions and other measures such as this request to transfer funding from B&F to S&E. Some of the actions taken thus far are adjusting operating budgets in Regions, Institutions, and the Central Office; reducing incentives; eliminating free inmate phone calls, except for those receiving FSA programming incentives; and reducing expenses for technology and major equipment.

**0027**

**Effects on Pending or Future Appropriations**

This transfer notification realigns funding within existing resources and does not necessitate additional funding.

**Impact on Departmental or Congressional Policies**

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

0028

# SECTION 205/505 TRANSFER NOTIFICATION
## Community Oriented Policing Services

| | |
|---|---|
| Operating Units: | COPS |
| | OJP |
| Appropriations: | COPS |
| | OJP |
| One-Time Item: | Coordinated Tribal Assistance Solicitation (CTAS) |
| | Planning Purpose Area |

### FISCAL SUMMARY
#### ($ in thousands)

| | Perm. Pos. | FTE | Amount |
|---|---|---|---|
| **Transferred from**: | | | |
| COPS, Tribal Resources Grant Program | 0 | 0 | ($300) |
| **Total** | 0 | 0 | ($300) |
| | | | |
| **Transferred to**: | | | |
| OJP, BJA | 0 | 0 | $300 |
| **Total** | 0 | 0 | $300 |

### DESCRIPTION / JUSTIFICATION

In 2010, the Department launched its first-ever CTAS. This solicitation combines DOJ's existing Tribal government-specific competitive solicitations into a single solicitation, thus requiring only one application from each Tribe or Tribal consortium. This approach provides Federally recognized Tribes and tribal consortia the opportunity to develop a comprehensive approach to public safety and victimization issues. Under the CTAS, DOJ's tribal government-specific competitive grant programs are each referred to as "Purpose Areas." Applicants may select the Purpose Area(s) that best address Tribes' concerns related to public safety, criminal and juvenile justice, and the needs of victims/survivors of domestic violence, sexual assault, and other forms of violence.

Through the Comprehensive Tribal Justice Systems Strategic Planning Purpose Area in CTAS, Tribes can conduct justice-system wide needs assessments and develop comprehensive plans to address those needs in a more coordinated and effective manner. Tribes can compete more

11

**0029**

effectively for CTAS and other competitive funds, and can then use those plans to seek funding for implementation of the plans in future CTAS competitions. COPS and OJP are developing a Memorandum of Agreement (MOA) to ensure collaboration and that the plans developed by the grantees will be comprehensive and inclusive of community policing.

In 2012, BJA created this purpose area using tribal-specific funding. It received 44 applications requesting over $5 million and made eight awards for a total of $558,000. In FY 2013, COPS and OVW contributed funding, which increased the number of Tribal recipients and also supported comprehensive training and technical assistance (TTA) to help ensure the resulting plans would improve the ability of Tribal recipients to apply for COPS and OVW funds.

In FY 2014, the Office of Juvenile Justice and Delinquency Prevention and the Office of Victims of Crime also funded this purpose area, making it a fully comprehensive effort supported by all five CTAS funding agencies. It continues to be administered by BJA. In 2020, OVW stopped participating in CTAS other than to consider Purpose Area 2 strategic plans when making OVW funding decisions; all other offices continue to participate and contribute funding.

Purpose Area 2 funds Tribes to engage in comprehensive justice system wide strategic planning and a TTA provider to provide extensive on-site and virtual training and technical assistance to help grantees with the community needs assessment and strategic planning process. Since FY 2020, BJA has processed the following applications and awards for Purpose Area 2:

- FY 2020: BJA received 22 applications and funded four.
- FY 2021: BJA received 20 applications and funded five.
- FY 2022: BJA received 17 applications and funded 10.
- FY 2023: BJA received and funded eight applications.
- FY 2024: BJA received 14 applications and funded nine.

COPS will transfer funds again in FY 2025 to more effectively administer these grants and to decrease the administrative burden on grantees by consolidating oversight activities such as reporting requirements and performance measures. By combining COPS and BJA contributions, a greater number of awards can be made without undue administrative burdens on grantees. BJA is presently the only component within CTAS with broad enough authorization to administer the Comprehensive Tribal Justice Systems Strategic Planning Purpose Area.

**Effects on Pending or Future Appropriations**

This is a one-time transfer action. It will affect current, but not future, appropriations.

**Impact on Departmental or Congressional Policies**

This action does not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

# SECTION 205/505 TRANSFER NOTIFICATION
## General Legal Activities

| | |
|---|---|
| Operating Units: | IPOL<br>USMS |
| Appropriations: | GLA<br>USMS S&E |
| One-Time Item: | Transfer Funding from GLA (IPOL) to USMS S&E |

In accordance with Sections 205 and 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department is notifying the Committees on Appropriations that BOP intends to transfer up to $10,000,000 from GLA to the USMS S&E appropriation. This transfer facilitates the Department's separate Section 505 reorganization notification of its intent terminate IPOL as a standalone component, transferring its mission and functions from GLA into USMS. This transfer is within the account thresholds established in Section 205 of the Act.

## FISCAL SUMMARY
### ($ in thousands)

| | Perm. Pos. | FTE | Amount |
|---|---|---|---|
| **Transferred from (up to)**: | | | |
| GLA, IPOL | (60) | (60) | ($10,000) |
| **Total** | (60) | (60) | ($10,000) |
| | | | |
| **Transferred to**: | | | |
| USMS, S&E | 60 | 60 | $10,000 |
| **Total** | 60 | 60 | $10,000 |

## DESCRIPTION / JUSTIFICATION

To improve efficiency and law enforcement coordination, the Department will transfer IPOL into USMS to increase the functionality of resources across Federal, State, local, and Tribal law enforcement agencies. Within USMS, IPOL will be placed under the Associate Director of Investigations; this directorate includes closely related functions such as Investigative Operations, Fugitive Investigations, and Intelligence Operations.

13

The Department will transfer up to $10.0 million from GLA to USMS to address related funding requirements that will occur from July 13, 2025 through the remainder of FY 2025.  This transfer funds relocation of 60 positions moving to USMS.  IPOL dues have been assessed and will be paid from the GLA allocation prior to IPOL transfer to and merger with USMS.

**Effects on Pending or Future Appropriations**

This transfer notification realigns funding within existing resources and does not necessitate additional funding.

**Impact on Departmental or Congressional Policies**

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

14

# SECTION 205/505 TRANSFER NOTIFICATION
## Grant Components

| | |
|---|---|
| Operating Units: | OVW, OJP, COPS<br>BOP, ENRD |
| Appropriations: | OVW; COPS; OJP Research, Evaluation, and Statistics (RES), State and Local Law Enforcement Assistance (S&L), and Juvenile Justice (JJ); BOP S&E; GLA |
| One-Time Item: | Transfer Funding from Grant Components to BOP and GLA |

In accordance with Sections 205 and 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department is notifying the Committees on Appropriations that it intends to transfer up to $178,210,000 from its grant appropriations to the GLA ENRD account ($10.8 million), the BOP S&E appropriation ($138.8 million), and other accounts to assist with averting funding shortfalls at the end of the fiscal year.

## FISCAL SUMMARY
### ($ in thousands)

| | Perm. Pos. | FTE | Amount |
|---|---|---|---|
| **Transferred from (up to):** | | | |
| OJP | | | |
| RES | 0 | 0 | ($3,250) |
| S&L | 0 | 0 | ($100,002) |
| JJ | 0 | 0 | ($18,750) |
| OVW | 0 | 0 | ($35,650) |
| COPS | 0 | 0 | ($20,558) |
| **Total** | 0 | 0 | ($178,210) |
| | | | |
| **Transferred to:** | | | |
| ENRD | 0 | 0 | $10,800 |
| BOP S&E | 0 | 0 | $138,800 |
| Other | 0 | 0 | $28,610 |
| **Total** | 0 | 0 | $178,210 |

## DESCRIPTION / JUSTIFICATION

The Department intends to transfer up to $178.2 million from its grants components to address three funding requirements throughout the remainder of FY 2025:  BOP solvency, ENRD solvency, and short-term program/component reorganization and realignment costs.

The BOP S&E appropriation supports administration, operation, and maintenance of Federal penal and correctional institutions containing over 155,000 inmates remanded to the custody of the Attorney General.  Currently, full-year projected costs for FY 2025 exceed availability in the BOP S&E account.  Current estimates indicate a total shortfall exceeding $600 million in the absence of any intervention; however, BOP will partially mitigate the expected insolvency through program reductions and several one-time cost reduction strategies totaling approximately $490 million. Therefore, BOP faces a current estimated unmitigated shortfall of approximately $140 million remaining for FY 2025.

BOP's mitigation efforts include possible furloughs and reductions in employee pay incentives and overtime, deferral of major equipment purchases, delayed spending for replacement and upgrade of security cameras and radios, elimination of most free inmate phone calls, and substantial limitations on training and travel.  BOP also plans to reduce Central and Regional Office operating budgets and reduce institution budgets by 20 percent except for food, medical, and facilities.

The FY 2025 BOP S&E appropriation funding level will not resolve, and may exacerbate, ongoing issues BOP faces related to significant staffing shortages – particularly, its over-reliance on augmentation, overtime, and incentives to complete its mission.  FY 2025 appropriations levels limit the extent of solvency options available to the Department; this notification reflects a months-long effort to identify prudent sources to maintain solvency of BOP S&E while also avoiding furlough impacts.  Therefore, the Department will transfer up to $138.8 million in available FY 2025 funding from its grant components to the BOP S&E account.  If the entire $138.8 million is not required to maintain BOP S&E solvency, unneeded amounts will not be transferred to BOP.

Further, the Department plans to transfer $10.8 million to ENRD to ensure solvency in FY 2025 while prioritizing the Administration's policy agenda.  This additional funding will address ENRD's rapidly increasing defensive caseload as outside interest groups have ramped up challenges to the Administration's efforts to implement the President's agenda. Funding and staffing reductions to ENRD's defensive practice would compromise its ability to adequately represent its client agencies in critical defensive litigation.  As a result, the government could end up paying claimants more money than they deserve and Administration officials could be held in contempt due to a lack of resources available to respond to Court orders and other judicial requirements.

Additionally, the Department has developed plans to reorganize its structure to more efficiently and effectively perform its mission of fighting violent crime, in accordance with President

16

**0034**

Trump's desire to optimize Federal resources to better serve the American people. Due to the timing of the FY 2025 budget, the Department was unable to amend its FY 2025 budget request to encompass its reorganization plan and associated cost realignments. However, the Department intends to begin implementing its reorganization plan during FY 2025 to better serve the public as soon as possible.

Since this implementation will occur during the latter part of the fiscal year, the Department proposes to set aside five percent of its grant funding to pay for any short-term additional costs that may be required to realign its components and budget. This set-aside will ensure proposals can be implemented in a manner that is fiscally responsible and requires no additional funding from taxpayers to achieve.

The remaining $28.6 million of this notification will be available to costs that arise as part of the proposed realignments. The Department will provide additional notifications for the use of these funds and follow up on the distribution of the proposed grants reductions that support this transfer at a later date.

### Effects on Pending or Future Appropriations

This transfer notification realigns funding within existing resources and does not necessitate additional funding.

### Impact on Departmental or Congressional Policies

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

18

# SECTION 205/505 TRANSFER NOTIFICATION
## United States Marshals Service

Operating Unit:      USMS

Appropriations:      FPD, S&E

One-Time Item:       Transfer Funding between FPD and S&E

In accordance with Sections 205 and 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department is notifying the Committees on Appropriations of its intent to transfer resources between the FPD appropriation and the S&E appropriation.  Previously approved programmatic review, with concurrence from the Office of Management and Budget, determined that program realignment between appropriations increases efficiency and improves performance.  This transfer is within the account thresholds established in Section 205 of the Act.

### FISCAL SUMMARY
#### ($ in thousands)

|  | Perm. Pos. | FTE | Amount |
|---|---|---|---|
| **Transferred from (up to)**: |  |  |  |
| USMS, S&E (International Extraditions) | 0 | 0 | ($3,000) |
| USMS, FPD (Detention Operations) | (42) | (42) | ($33,377) |
| **Total** | (42) | (42) | ($36,377) |
| **Transferred to**: |  |  |  |
| USMS, FPD (International Extraditions) | 0 | 0 | $3,000 |
| USMS, S&E (Detention Operations) | 42 | 42 | $33,377 |
| **Total** | 42 | 42 | $36,377 |

### DESCRIPTION / JUSTIFICATION

This notification confirms the realignment of programs between the USMS FPD and S&E appropriations.  Detention program management and oversight, currently funded by the FPD appropriation, is transferred to the S&E appropriation. This functional realignment moves positions and associated funding from FPD to S&E.  The international extradition program, currently funded by the S&E appropriation, will move to FPD.  After this program realignment,

19

**0037**

all USMS personnel and operational overhead costs will be funded by S&E, and all USMS detainee expenses for housing, medical care, and transportation will be funded by FPD.

*Detention program management and oversight*.  Consolidating all USMS Prisoner Operations Division (POD) activities increases S&E requirements by 42 positions and $33,377,000; FPD requirements decrease by the same amount.  These resources provide program leadership, operations (including detention IT support), and budget support within POD.  Related activities include development and implementation of process improvements in the detention community, program oversight of detention contracts, and detention-related IT infrastructure modernization. Currently, funding for POD is split between the S&E and FPD appropriations.  This shift aligns all USMS personnel and overhead-type program management costs consistently within S&E.

*International extraditions*.  The USMS International Extraditions program, which currently receives $3,000,000 in S&E base funding, moves from the S&E Fugitive Apprehensions decision unit to FPD.  The USMS is the Federal government's primary agency tasked with returning international fugitives to the United States safely and securely.  At the point when a Deputy U.S. Marshal takes custody of an international fugitive in a foreign country, the extradition mission becomes a detainee transportation function.  Therefore, it is reasonable and appropriate to align extradition transportation within the FPD appropriation, consistent with other USMS detainee air transportation costs.

## Effects on Pending or Future Appropriations

This transfer notification realigns funding within existing resources and does not necessitate additional funding.

## Impact on Departmental or Congressional Policies

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

**0038**

# SECTION 209 NOTIFICATION
# Department Components and Funds

Section 209 of the Department of Justice Appropriations Act, 2024 (Title II, Division C, P.L. 118-42), as extended by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), imposes constraints on the Department's use of funding as follows:

*The notification thresholds and procedures set forth in section 505 of this Act shall apply to deviations from the amounts designated for specific activities in this Act and in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), and to any use of deobligated balances of funds provided under this title in previous years.*

General note on use of deobligations in expired accounts.  For all Department components, funds appropriated in prior fiscal years may be deobligated in the current year for a variety of reasons. For example, obligations are adjusted downward when a bill received for goods or services is less than the amount obligated, or when goods or services for which funds were obligated are never delivered.  Funds appropriated in prior fiscal years that become available through deobligations may be used when a bill exceeds the amount originally obligated (an upward adjustment), correcting occasional errors in recording obligations in the financial system, or adjusting prior year obligations as necessary.

Expired prior year funds may not be used to incur new obligations in the current fiscal year. However, the Department will continue to use expired and unexpired funds to adjust prior year obligations as necessary, consistent with standard Federal financial management practices.

Expired funds may be moved into a component's no-year or multi-year account and be available for obligation. Section 209 requires Congressional notification prior to the use of the portion of these funds that were previously deobligated.

The Department will operate consistently with this notification until the enactment of a fiscal year 2026 appropriations act for the Department.

## Component and Fund Notifications

**JIST**.  JIST anticipates up to $6.0 million in prior-year recoveries. These funds will be obligated for the purposes originally appropriated, namely on critical recurring cybersecurity expenses related to Zero-Trust Architecture, Endpoint Detection Response, and other cyber defense and information technology modernization efforts.

**EOIR**.  EOIR anticipates using approximately $24.0 million in recoveries from prior year obligations.  These recoveries will be used for the same purposes for which they were originally allocated, including but not limited to additional temporary guard services, IT, and GSA projects.

**0039**

**GLA**.  GLA anticipates up to $50.0 million in prior-year recoveries, which will be used to fund IT projects, litigation support contracts, and health care fraud needs.

**ATR**.  ATR anticipates using up to $10 million in recoveries from prior year obligations during FY 2025.  The recoveries will be used for the same purposes for which they were originally allocated, such as litigation support contracts – including document processing, translation, contract paralegal support, and relocation to the Judiciary Center Building (for essential construction, IT infrastructure, and furniture).

**USTP**.  USTP anticipates using up to $8.9 million in recoveries from prior year deobligations to support the following costs:

- Information technology (IT) operations and potentially a small portion for non-IT costs, which will limit additional cost reductions that will need to be continued or increased this year. These costs include the maintenance of 12 legacy systems, network bandwidth costs, and shared Department cybersecurity costs.

- One-time IT projects including the continuation of critical, multiyear modernization of the 30-year-old core case management system. The effort will close cybersecurity gaps, reduce maintenance costs and add critically needed functionalities to a system that manages sensitive information for one million ongoing bankruptcy cases annually, including the personally identifiable information of individual debtors.

- Costs to relocate the Columbus, OH field office from commercially leased to Federal space as mandated, and potentially other GSA-mandated office moves due to lease expirations.

- Statutorily required debtor audits, and potentially audits of private bankruptcy trustees.

- A portion of non-IT staff payroll.

**USMS**

**S&E**.  USMS intends to move $25.0 million in expired funds (including deobligated balances) within S&E from the annual account to the no-year account, consistent with authority provided in appropriations language.  Furthermore, USMS intends to use up to $4.5 million in recoveries from the no-year appropriation to address otherwise unfunded requirements.  All funds will be used consistent with the purposes for which funding was originally appropriated.

**Construction**.  USMS currently anticipates the use of $1.5 million in recoveries. USMS will use these funds for construction in space used by USMS for prisoner holding and related support, including project management costs to efficiently and effectively execute these projects. This use of funds is consistent with the manner in which funding was originally appropriated.

**FPD**.  USMS currently anticipates the use of up to $15.0 million in recoveries for regular detention activities, consistent with the manner in which it was originally appropriated.

**NSD**.  NSD anticipates up to $5.0 million in prior year recoveries will be used for the purposes for which they were originally appropriated. Recoveries may be used for upwards adjustments of annual direct obligations or transferred to a no year account for use on IT investments.

**OCDETF**.  OCDETF estimates prior year recoveries of $8.4 million will be allocated for the same purpose in FY 2025.  Specifically, OCDETF will fund costs related to Operation Take Back America, IT obligations, costs related to Co-Located Strike Forces, and Strategic Initiative costs for emerging threats.

**FBI**

**S&E**.  The FBI intends to use up to $76.2 million in realized recoveries for the following:

- *Critical infrastructure and technology*. Up to $60.0 million of previously obligated prior year funds to address requirements including but not limited to FBI owned and leased facility upgrades, artificial intelligence-powered analytics in support of national security, cloud migration and automation, Information Technology (IT) development and infrastructure, and other priority areas.

- *IT infrastructure and other priority national security and criminal requirements*. Up to $4.6 million of previously obligated funds for FBI priority projects to address critical requirements, including unexpected events and emergency crisis response.

- *Law Enforcement Wireless Communications (LEWC)*.  Up to $3.4 million of previously obligated funds.  LEWC funding is used for operations and maintenance (O&M) of the existing FBI Land Mobile Radio System, which also includes DEA, ATF, USMS, and BOP.  Resources will support O&M expenses for antenna site leases, data circuits, and repairs to existing sites.

- *National Instant Criminal Background Check System (NICS)*.  Up to $2.5 million of previously obligated funds for contract support and software maintenance renewals. FBI intends to reuse the funds for contract support and other mission critical requirements.

- *Enterprise Infrastructure Solutions (EIS)*.  Up to $1.9 million of previously obligated funds for data and voice circuits for FBI's IT infrastructure will be reused for similar purposes.

- *Secure Work Environment (SWE) Program*.  Up to $1.9 million of previously obligated funds for SWE; FBI intends to reuse the funds for SCIF fit-out costs or classified network and desktop support.

- *FISA 702 program*. Up to $606,999 of previously obligated funds associated with program; FBI intends to reuse the funds for the continued requirement.

- *Critical enterprise analytic applications and tools in support of national security*.  Up to $487,285 of previously obligated funds.

- *Intelligence Community Information Technology Enterprise (ICITE)*.  Up to $190,000 of previously obligated funds for Information Technology (IT) requirements associated with contract support to enable continued intelligence community

integration, information sharing, and safeguarding of data assets. FBI intends to reuse the funds for similar purposes.

- *J. Edgar Hoover (JEH) Building Sustainment*.  Up to $186,489 of previously obligated funds for JEH sustainment and new FBI HQ consulting fees.  FBI intends to reuse the funds for critical JEH infrastructure improvement projects.

- *IT Modernization Initiative (ITMI)*.  Up to $184,063 of previously obligated funds for IT Modernization requirements, including investments in network infrastructure, core data management for advanced analytics, cybersecurity, and portfolio management investment. The FBI intends to reuse the funds for similar purposes.

- *High priority or otherwise statutorily mandated interagency and law enforcement support*.  Up to $179,039 of previously obligated funds to support initiatives including but not limited to collection, processing, and related activities for DNA samples received via Department of Homeland Security collection from federally convicted offenders, arrestees, non-US citizen detainees, and others as appropriate.

- *Emmett Till Act requirements*.  Up to $7,435 of previously obligated funds to investigate Emmett Till Act cold cases. The FBI intends to reuse the funds for criminal investigative priorities.

**Construction**.  FBI intends to use up to $12.3 million in realized and anticipated recoveries for the following:

- *Secure Work Environment (SWE) Program*.  Up to $7.0 million of previously obligated funds for Sensitive Compartmented Information Facility (SCIF) renovation projects and Sensitive Compartmented Information Network (SCINET) support.  FBI also continues to coordinate with GSA to de-obligate balances from completed prior year reimbursable work authorization obligations. The FBI intends to reuse the funds for continued SCIF renovations and SCINET network support.

- *21st Century Facilities Program*.  Up to $5.0 million of previously obligated funds for design, construction, and related services for projects on the FBI campus at Redstone Arsenal in Huntsville, AL, known as the Richard Shelby Center for Innovation and Advanced Training. The FBI intends to reuse the funds for construction efforts at its Redstone campus.

- *Criminal Justice Information Services (CJIS) Division*.  Up to $275,000 of previously obligated funds for CJIS campus construction projects will be reused for similar purposes.

**DEA**.  DEA may use up to $35 million from prior year deobligated funding.  DEA will use its no-year deobligated funds toward projects and priorities that represent, generally, one-time, annual expenses to manage out-year budgetary pressures most effectively, such as its Firebird and Merlin IT system platforms.  DEA anticipates increased training requirements associated with its mid-career Special Agent hiring initiative, addressing increased expenses borne from the expanded enforcement work of front-line personnel under delegated Title 8 authority, and other, smaller initiatives in modernizing legacy IT and infrastructure.

24

**0042**

**ATF**

> **S&E**.  ATF estimates it will use up to $37 million in anticipated prior year deobligated funds. These funds will support implementation and continued development of the Spartan case management system, ATF Academy activities, and other requirements for law enforcement operations or investigative support, consistent with the purposes for which the funding was originally appropriated.

> **Construction**.  Up to $29 million in prior year deobligated construction funding will be used for the next phase of the Forensic Crime Gun Intelligence Lab Project at Wichita State University.

**BOP**

> **S&E**.  BOP anticipates using $10 million in prior year deobligated balances. Funds will be used for the same purposes for which they were originally appropriated.

> **B&F**.  BOP anticipates using $4.4 million in prior year deobligated balances. Funds will be used for the same purposes for which they were originally appropriated.

**OVW**.  OVW is not able to predict with certainty the amount of deobligations of prior year funding that will be realized in FY 2025. Depending upon the amount of the deobligations, a portion or all of the deobligations may be applied to OVW's $15 million rescission. In the event there are any deobligations remaining after the rescission, OVW will obligate these funds, including management and administration funds, for the same purpose for which the funding was originally appropriated. However, if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate notification will be transmitted to the Committees.

**OJP**.  OJP intends to satisfy its $125 million rescission requirement, pursuant to section 1101(a)(2) of the Full-Year Continuing Appropriations Act, 2025, first from deobligations and from prior-year unobligated balances.  Although OJP is not able to predict with certainty the amount of deobligations that will be realized in FY 2025, this spend plan assumes, based on prior year deobligations, that the rescission can be satisfied with deobligations and prior-year unobligated balances.  In the event there are any prior year deobligations remaining after the rescission, OJP will obligate these funds for the same purpose for which the funding was originally appropriated; however, if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate section 209 notification will be transmitted to the Committees.

**COPS**.  COPS is not able to predict with certainty the amount of deobligations of prior year funding that will be realized in FY 2025. However, this spend plan assumes that the $20 million FY 2025 rescission can be met with prior year deobligations and prior-year unobligated balances. In the event there are any prior year deobligations remaining after the rescission, COPS will obligate these funds for the same purpose for which the funding was originally appropriated; however, if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate section 209 notification will be transmitted to the Committees.

**FEW**.  FEW anticipates using approximately $110.0 million in recoveries from prior year obligations for the same purposes for which they were originally appropriated, including expert witnesses and protection of witnesses.

**VCF**.  VCF anticipates using recoveries from prior year obligations of approximately $755,000 in Category A, $100,00 in Category B – Transformation, and $545,000 in Category B – S&E. These recoveries will be used for claims payments and for the VCF's operating and Transformation expenses.

**United States Victims of State Sponsored Terrorism Fund (VSSTF)**.  The VSSTF anticipates up to $2.0 million in prior year recoveries, which will be used for the purposes for which they were originally appropriated.

**0044**

# SECTION 209 NOTIFICATION
# OVW Deobligation / Transfer to Department of the Interior

Operating Unit:          OVW

Appropriations:          OVW

One-Time Item:           Deobligation and transfer to the Department of the Interior (DOI) for
                         integration into approved Public Law 477 Plan for the Cherokee Nation


## FISCAL SUMMARY

|  | Amount |
|---|---|
| **Deobligated from:** | |
| OVW:  Award #15JOVW-21-GG-02369-TRIB | $757,001.11 |
| **Total** | $757,001.11 |
| | |
| **Transferred to**: | |
| Department of the Interior | $757,001.11 |
| **Total** | $757,001.11 |


## DESCRIPTION / JUSTIFICATION

This notification supports OVW's intention to transfer a total of $757,001.11 in funds deobligated from an existing Grants to Indian Tribal Governments (Tribal Governments) Program grant award (15JOVW-21-GG-02369-TRIB), made in FY 2021 to the Cherokee Nation (Oklahoma), to DOI for integration into the Cherokee Nation's Public Law 477 Plan.

By letter dated July 16, 2023, the Cherokee Nation submitted to the DOI Bureau of Indian Affairs (BIA) an amended "477 Plan" for the three-year period beginning October 1, 2022, through September 30, 2025, requesting to integrate seven additional federal grants into its existing Plan pursuant to the Indian Employment, Training and Related Services Act of 1992, Pub. L. No. 102-477 ("Public Law 477", codified as amended at 25 U.S.C. §§ 3401-3417).  One of those grants is the above-referenced FY 2021 award under OVW's Tribal Governments Program.  OVW made this FY 2021 award to support the Cherokee Nation in providing comprehensive services to victims of domestic violence, dating violence, sexual assault, sex trafficking, and stalking, including emergency housing and court accompaniment; conducting outreach and education on these crimes for court and other justice system personnel; and increasing coordination with community, state, and federal partners on responding to these crimes, among other activities.

The primary goal of Public Law 477, administered by the BIA, is to reduce administrative time and costs for Tribes so that they can more effectively deliver workforce development and job training programs. This goal is achieved by consolidating multiple funding streams and reporting requirements, allowing more support for job placements and case management activities.[1]

If the Secretary of the Interior approves a plan submitted by a Tribe, the Secretary will authorize the Tribe to "coordinate, in accordance with the plan, federally funded employment, training, and related services programs and funding in a manner that integrates the programs and funding into a consolidated and comprehensive program."[2] Once a program is approved for integration, a federal partner agency is required under Public Law 477 to transfer program funds to the Department of the Interior for integration into the Public Law 477 plan.[3] The Act provides that "[n]otwithstanding any other provision of law, all amounts transferred to a tribe pursuant to an approved plan may be consolidated, reallocated, and rebudgeted as specified in the approved plan to best meet the employment, training, and related needs of the local community served by the Indian tribe."[4]

By letter dated November 27, 2024, the BIA Deputy Bureau Director – Office of Indian Services, pursuant to delegated authority from the Secretary, approved the Cherokee Nation's proposed amendment to integrate the seven additional federal grants into the Tribe's existing 477 Plan, including the OVW Tribal Governments Program grant. The Deputy Bureau Director also authorized the transfer of program funds identified in the amendment, citing 25 U.S.C. §3412.

After careful legal analysis and the decision of the Deputy Bureau Director to approve the Cherokee Nation's amended 477 Plan, the Department has concluded it may, in this circumstance, lawfully transfer to the Department of the Interior the identified funds awarded under OVW's Tribal Governments Program. Accordingly, OVW has closed the FY 2021 award and is working to deobligate remaining funds and transfer those funds to DOI for further transfer to Cherokee Nation's P.L. 102-477 Three Year Plan. We anticipate that $757,001.11 will be recovered from the award and transferred to the Department of the Interior.

In the Department's FY 2024 Spend Plan, as well as in many previous Spend Plans, OVW notified the Committees, pursuant to Section 209 of the FY 2024 appropriations act, that any deobligated funds from prior year funding not applied to its rescission would be obligated for the same purpose for which the funding was originally appropriated. That Section 209 notification further noted that "if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate notification will be transmitted to the Committees." Pursuant to that commitment, OVW transmits this notification.

---

[1] See "About the 477 Program," BIA Division of Workforce Development website, https://www.bia.gov/bia/ois/dwd.
[2] 25 U.S.C. § 3404(b).
[3] *Id*. at §3412(a).
[4] *Id*. at § 3413(a)(1)(A).

Section 906 of the Violence Against Women Act (VAWA) of 2005 (codified at 34 U.S.C. § 10452, as amended) amended Part T of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 ("Grants to Combat Violent Crime Against Women") to authorize the Tribal Governments Program.  Related statutory set-asides in other grant program statutes authorize OVW to consolidate funding from six VAWA grant programs for grants under the Tribal Government Program.[5]  In addition, since FY 2012, annual appropriations acts have directed OVW to set aside 10 percent of funds appropriated for OVW's Consolidated Youth Program for the Tribal Governments Program.  Thus, funds awarded under the FY 2021 OVW Tribal Governments Program grant to Cherokee Nation were from appropriations for multiple OVW grant programs "for the prevention and prosecution of violence against women . . . and related victim services" under the OVW Violence Against Women Prevention and Prosecution Programs account in the Department of Justice Appropriations Act, 2021.[6]  The Tribal Governments Program statute, as amended by subsequent legislation, includes twelve purposes for which Tribes may use grant funds to address domestic violence, dating violence, sexual assault, sex trafficking, and stalking in their communities, as well as certain activities related to missing or murdered Indians.[7]  These include the types of victim services, outreach, education, and coordination that Cherokee Nation was funded to implement through its FY 2021 OVW award.

Given that Tribes have authority under Public Law 477 to reallocate integrated funds across Public Law 477 plan services depending on the needs of their communities[8], OVW cannot ensure that deobligated Tribal Governments Program grant funds that are transferred to DOI and integrated into the Cherokee Nation's 477 Plan will be used for the purpose indicated in the FY 2021 appropriation (to wit, prevention and prosecution of violence against women and related victim services).  Accordingly, OVW submits this notification to the Committees regarding its forthcoming transfer of deobligated funds to DOI.

**Effects on Pending or Future Appropriations**

This is Section 209 notification identifies a plan to transfer deobligated funds from a FY 2021 Tribal Governments Program grant to Cherokee Nation to the DOI to integrate into Cherokee Nation's 477 Plan.  This action is not expected to affect future appropriations.

**Impact on Departmental or Congressional Policies**

This transfer of remaining funds from one OVW grant should not require a shift in Department of Justice, Office of Management and Budget, or congressionally approved objectives and policies.  OVW cannot anticipate the impact of future such transfers directed by the Secretary of the Interior if other Tribes seek to integrate funds appropriated for the purpose of criminal justice programs that focus on responding to domestic and sexual violence and serving victims of those crimes into programs for workforce development and job training.

---

[5] See, e.g., 34 U.S.C. §12351((g)(2)(C)(i).
[6] Pub. L. No. 116-260, Div. B, Title II, 134 Stat. 1182, 1254.
[7] 34 U.S.C. §10452(a)(1)-(12).
[8] See 25 U.S.C. §3413(a)(1)(A).

0048

# SECTION 209 NOTIFICATION
## OVW Deobligation / Transfer to Department of the Interior

Operating Unit:          OVW

Appropriations:          OVW

One-Time Item:          Deobligation and transfer to the Department of the Interior (DOI) for integration into approved Public Law 477 Plan for the Cherokee Nation

## FISCAL SUMMARY

|  | Amount |
|---|---|
| **Deobligated from:** | |
| OVW:  Award #2019-WH-AX-0016 | $135,524.73 |
| **Total** | $135,524.73 |
| | |
| **Transferred to**: | |
| Department of the Interior | $135,524.73 |
| **Total** | $135,524.73 |

## DESCRIPTION / JUSTIFICATION

This notification supports OVW's intention to transfer a total of $135,524.73 in funds deobligated from an existing Transitional Housing Assistance Grants for Victims of Domestic Violence, Dating Violence, Sexual Assault, or Stalking (Transitional Housing Assistance) Program grant award (2019-WH-AX-0016), made in FY 2019 to the Cherokee Nation (Oklahoma), to DOI for integration into the Cherokee Nation's Public Law 477 Plan.

By letter dated July 16, 2023, the Cherokee Nation submitted to the DOI Bureau of Indian Affairs (BIA) an amended "477 Plan" for the three-year period beginning October 1, 2022, through September 30, 2025, requesting to integrate seven additional federal grants into its existing Plan pursuant to the Indian Employment, Training and Related Services Act of 1992, Pub. L. No. 102-477 ("Public Law 477", codified as amended at 25 U.S.C. §§ 3401-3417).  One of those grants is the above-referenced FY 2019 award under OVW's Transitional Housing Assistance Program.  OVW made this FY 2019 award to support the Cherokee Nation in providing housing and support services to victims who are homeless or in need of housing assistance as a result of domestic violence, dating violence, sexual assault, or stalking to help them move to safe permanent housing.

31

**0049**

The primary goal of Public Law 477, administered by the BIA, is to reduce administrative time and costs for Tribes so that they can more effectively deliver workforce development and job training programs. This goal is achieved by consolidating multiple funding streams and reporting requirements, allowing more support for job placements and case management activities.[1]

If the Secretary of the Interior approves a plan submitted by a Tribe, the Secretary will authorize the Tribe to "coordinate, in accordance with the plan, federally funded employment, training, and related services programs and funding in a manner that integrates the programs and funding into a consolidated and comprehensive program."[2] Once a program is approved for integration, a federal partner agency is required under Public Law 477 to transfer program funds to the Department of the Interior for integration into the Public Law 477 plan.[3] The Act provides that "[n]otwithstanding any other provision of law, all amounts transferred to a tribe pursuant to an approved plan may be consolidated, reallocated, and rebudgeted as specified in the approved plan to best meet the employment, training, and related needs of the local community served by the Indian tribe."[4]

By letter dated November 27, 2024, the BIA Deputy Bureau Director – Office of Indian Services, pursuant to delegated authority from the Secretary, approved the Cherokee Nation's proposed amendment to integrate the seven additional federal grants into the Tribe's existing 477 Plan, including the OVW Tribal Governments Program grant. The Deputy Bureau Director also authorized the transfer of program funds identified in the amendment, citing 25 U.S.C. §3412.

After careful legal analysis and the decision of the Deputy Bureau Director to approve the Cherokee Nation's amended 477 Plan, the Department has concluded it may, in this circumstance, lawfully transfer to the Department of the Interior the identified funds awarded under OVW's Tribal Governments Program. Accordingly, OVW has closed the FY 2021 award and is working to deobligate remaining funds and transfer those funds to DOI for further transfer to Cherokee Nation's P.L. 102-477 Three Year Plan. We anticipate that $757,001.11 will be recovered from the award and transferred to the Department of the Interior.

In the Department's FY 2024 Spend Plan, as well as in many previous Spend Plans, OVW notified the Committees, pursuant to Section 209 of the FY 2024 appropriations act, that any deobligated funds from prior year funding not applied to its rescission would be obligated for the same purpose for which the funding was originally appropriated. That Section 209 notification further noted that "if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate notification will be transmitted to the Committees." Pursuant to that commitment, OVW transmits this notification.

---

[1] See "About the 477 Program," BIA Division of Workforce Development website, https://www.bia.gov/bia/ois/dwd.
[2] 25 U.S.C. §3404(b).
[3] *Id*. at §3412(a).
[4] *Id*. at §3413(a)(1)(A).

0050

Section 12351(a) of Title 34, United States Code, authorizes grants to states, units of local government, Indian Tribes, and other organizations to carry out programs to provide assistance to minors, adults, and their dependents who are homeless, or in need of transitional housing or other housing assistance, as a result of a situation of domestic violence, dating violence, sexual assault, or stalking, and for whom emergency shelter services or other crisis intervention services are unavailable or insufficient.  Funds awarded under the FY 2019 OVW Transitional Housing Assistance Program grant to Cherokee Nation were appropriated under the OVW Violence Against Women Prevention and Prosecution Programs account in the Department of Justice Appropriations Act, 2019[5] for "transitional housing assistance grants for victims of domestic violence, dating violence, stalking, or sexual assault as authorized by [34 U.S.C. §12351];".  The Transitional Housing Assistance Program statute allows grant funds to be used to provide transitional housing assistance, short-term housing assistance incidental to relocation to transitional housing, and support services designed to enable victims to locate and secure permanent housing, secure employment, and integrate into a community, provided that all such services are voluntary.[6]  These are the types of housing and support services for victims that Cherokee Nation was funded to implement through its FY 2019 OVW award.

Given that Tribes have authority under Public Law 477 to reallocate integrated funds across Public Law 477 plan services depending on the needs of their communities[7], OVW cannot ensure that deobligated Transitional Housing Assistance Program grant funds that are transferred to DOI and integrated into the Cherokee Nation's 477 Plan will be used for the purpose indicated in the FY 2019 appropriation (to wit, transitional housing assistance for victims of domestic violence, dating violence, stalking, or sexual assault).  Accordingly, OVW submits this notification to the Committees regarding its forthcoming transfer of deobligated funds to DOI.

**Effects on Pending or Future Appropriations**

This is Section 209 notification identifies a plan to transfer deobligated funds from an FY 2019 Transitional Housing Assistance Program grant to Cherokee Nation to the DOI to integrate into Cherokee Nation's 477 Plan.  This action is not expected to affect future appropriations.

**Impact on Departmental or Congressional Policies**

This transfer of remaining funds from one OVW grant should not require a shift in Department of Justice, Office of Management and Budget, or congressionally approved objectives and policies.  OVW cannot anticipate the impact of future such transfers directed by the Secretary of the Interior if other Tribes seek to integrate funds appropriated for the purpose of criminal justice programs that focus on responding to domestic and sexual violence and serving victims of those crimes into programs for workforce development and job training.

---

[5] Pub. L. No. 116-6, Div. C, Title II, 134 Stat. 13, 101.
[6] See 34 U.S.C. §12351(b).
[7] See 25 U.S.C. §3413(a)(1)(A).

0051

34

# SECTION 505 REPROGRAMMING NOTIFICATION
## Working Capital Fund:  Retained Earnings

The Department plans to use balances currently available in Working Capital Fund (WCF) Retained Earnings (RE) as authorized by the DOJ FY 1992 Appropriations Act (P.L. 102-140). This Act provides authority for the WCF, in fiscal year 1992 and each year thereafter, to retain not to exceed four percent of the total income, to remain available until expended, for acquisition of capital equipment and for the improvement and implementation of the Department's financial management and payroll/personnel system.

Section 216(a) of the Department of Justice Appropriations Act, 2024 (Title II, Division C, P.L. 118-42), as continued by the Full-Year Continuing Appropriations  Act, 2025 (Division A, P.L. 119-4), limits RE distributions to $12.0 million in FY 2025 for "implementation of a unified Department of Justice financial management system."

### Notification Summary
#### ($ in thousands)

| Component | Project | Amount |
|---|---|---|
| JMD/WCF | UFMS Improvement | $12,000 |
| **Department Total** | | **$12,000** |

## PROJECT DESCRIPTIONS

WCF:  Unified Financial Management System (UFMS) Improvement, $12.0 million

The Department plans to use up to $12.0 million from RE balances to expand UFMS capability, enhance Departmental financial management, and comply with Executive Order (EO) 14247 (*Modernizing Payments To and From America's Bank Account*) and EO 14249 (*Protecting America's Bank Account Against Fraud, Waste, and Abuse and Executive Order*).  UFMS, a major Department-wide initiative, has already improved the efficiency and integrity of financial, procurement, performance management, and accounting functions in Department components.

RE resources will be used for several initiatives that build on efficiencies already achieved with UFMS deployment across the Department: implementing enhanced acquisitions functionality acquired as part of the Department's recent UFMS upgrade and cloud migration; consolidating existing component reporting and budget execution systems into the JEDI-NG platform and upgrading JEDI-NG capabilities; deployment of a cloud-based cash reconciliation tool to improve reconciliations between Treasury and UFMS; implementing new Treasury integrations to support enhanced pre-payment integrity validations, enhanced digital payment, and digital receipt of Federal funds; and supporting consolidation and migration of FBI and Department

35

Offices, Boards, and Divisions (OBDs) to the Unified Asset Management System (UAMS), the UFMS enterprise asset management system.

RE funding allocated to UFMS acquisitions supports DOJ's efforts to implement the redesigned acquisitions module within UFMS. The Department recently upgraded to Momentum 8.1.4 as part of its migration of UFMS from on-premises to the cloud and this version of the software contains a significantly upgrade acquisitions suite. The Department plans to redesign acquisition business processes to increase standardization across the Department and improve overall efficiency and data quality though the enhanced functionality of the core Momentum software.

RE funding will also be dedicated to consolidating component specific reporting and budget execution tools into the Department's existing enterprise reporting system, JEDI-NG, which provides enterprise-wide financial data consolidation and reporting with business management analytics capability. The JEDI-NG Software as a Service (SaaS) reporting platform went on-line at the beginning of FY 2023. Funding will also be used to support the development of new component-specific reports to meet the requirements of consolidating customers and allow for the decommissioning of legacy systems.

RE funding will also be allocated to support the deployment of a cloud-based SaaS application to replace the Department's reliance on labor-intensive and manual cash reconciliation processes between Treasury systems and UFMS. The new cloud-based application will modernize cash reconciliation and will leverage industry best practices in support of EO 14249. This system will be integrated with UFMS and will ingest information from Treasury to support daily cash reconciliation between the Department and Treasury. In addition, the Department will fully integrate with Treasury's Do Not Pay suite of databases to provide enhanced pre-payment validation of vendors. The Department will address EO 14247 by integrating with Treasury's CIR data file to take full advantage of Treasury's suite of digital payment options, deploy Pay.gov and debit cards across the enterprise, and reduce the number of Treasury checks issued.

Finally, RE funding will be dedicated to migrate FBI and OBDs to UAMS. The migration will allow FBI and OBDs to replace their current asset management systems with a modern, cloud-based, cost-effective application that is the current Departmental standard and integrated with UFMS in accordance with the EO 14249 requirement to consolidate to a single financial system.

**Effects on Pending or Future Appropriations**

This reprogramming notification is one-time in nature and has no effect on pending or future appropriations unless otherwise noted.

**Impact on Departmental or Congressional Policies**

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

## SECTION 505 REPROGRAMMING NOTIFICATION
## Working Capital Fund:  Unobligated Balance Transfer

The Department plans to use balances currently available for WCF Unobligated Balance Transfers (UBT) as authorized by the DOJ FY 1992 Appropriations Act (P.L. 102-140).  This Act provides authority for the WCF to receive unobligated balance transfers from other DOJ appropriations, which are to remain available until expended, for acquiring capital equipment, developing and implementing law enforcement and litigation-related information technology systems, and improving the Department's financial management and personnel/payroll systems.

FY 2025 UBT distributions are limited to $30.0 million by Section 216(a) of the Department of Justice Appropriations Act, 2024 (Title II, Division C, P.L. 118-42), as extended by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4).

### Notification Summary
#### ($ in thousands)

| Component | Project | Amount |
|---|---|---|
| JMD | Maintain Department Cybersecurity Posture and Zero Trust Architecture | $29,840 |
| OLC | Database Development and Implementation | $95 |
| OSG | Database Development and Implementation | $65 |
| **Department Total** | | **$30,000** |

### PROJECT DESCRIPTIONS

*JMD:  Maintain Department Cybersecurity Posture and Zero Trust Architecture, $29.8 million*

JMD-OCIO will continue implementation of the Department's enterprise zero trust architecture and strengthen cybersecurity for more than 225,000 information technology devices, including workstations, laptops, servers, and mobile devices. This enhancement will protect over 160,000 users within the Department in the following ways:

- Maintain a zero trust network capability with a strict access control model where all users and devices must continuously authenticate and be authorized before accessing resources.

- Advance the Department to a centralized identity management and authentication model; streamline access management, reduce complexity, and strengthen security by ensuring a single point of authentication and authorization across the enterprise that includes mandatory multi-factor authentication for applications.

37

- Sustain endpoint detection and response capabilities to prevent attacks, detect malicious activity, and enable holistic investigation and remediation in response to security incidents and alerts.

- Mature the Justice Security Operations Center's ability to detect threats, improve incident response, reduce vulnerabilities, and support ZTA and DOJ infrastructure.

*Database Development and Implementation: $160,000*

The Document Archiving Management System (DAMS) and the Classified Database System are essential assets that serve key functions for the Offices of Legal Counsel (OLC) and the Solicitor General (OSG). DAMS houses historical legal opinions and advice, while its search and retrieval features are vital for delivering prompt guidance and addressing the various demands these offices face.

OLC: $95,000

The OLC will continue development of a customized enterprise search platform for DAMS and the Classified Database System.

OSG: $65,000

The OSG will further develop a tailored enterprise search platform for its Automated Recommendations System in collaboration with Lexis-Nexis/Lexis Search Advantage. This platform supports OSG's production of internal memoranda, referred to as recommendations, which provide guidance for the Solicitor General's case decisions.

## Effects on Pending or Future Appropriations

This reprogramming notification is one-time in nature and has no effect on pending or future appropriations unless otherwise noted.

## Impact on Departmental or Congressional Policies

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

# SECTION 505 NOTIFICATION
## Debt Collection Management:  Three Percent Fund

### Summary

The Department submits this Section 505 notification regarding the Three Percent Fund allocation for each component receiving support, and a detailed description of programs, projects and activities funded by the Three Percent Fund pursuant to Section 218 of the Department of Justice Appropriations Act, 2020[1] and Section 218 of the Department of Justice Appropriations Act, 2024 (Title II, Division C, P.L. 118-42), as extended by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4).

The FY 2025 Three Percent Fund allocation of $227.8 million is based on the Collection Resources Allocation Board (CRAB) recommendation approved by the Deputy Attorney General.  The allocation represents a decrease of 2 FTE and $441,854 – 0.2 percent below the FY 2024 allocation.  The decrease was necessary to maintain Fund solvency and is due to a decline in FY 2024 revenue.  The CRAB has instituted managed hiring, allowing backfill of critical vacancies only, and has cautioned that components are responsible for ensuring new hires can be supported this year and in future fiscal years. The CRAB continues to monitor monthly receipts.

The total decrease reflects a decrease in the Investigation/Litigation decision unit ($23.5 million and 2 FTE) which was offset by increases in Automated Litigation Support/ALS ($16.0 million), Program Management ($4.9 million), and Debt Collection/Finance Litigation ($2.2 million), decision units.

The decrease in Investigation/Litigation is distributed as follows:  decreases in CRM ($21.3 million but an increase of 5 FTE), CIV ($2.2 million and a decrease of 7 FTE), Executive Office for the United States Attorneys (EOUSA) ($2.0 million), and TAX ($179,027).  These decreases are partially offset by an increase in FBI of $2.1 million.

The above decreases are mostly offset by the $16.0 million increase in the Automated Litigation Support/ALS decision unit.  Included in that increase are the CRM increase of $15.9 million and the CIV increase of $2.2 million.  These increases were partially offset by a decrease in FBI ($2.1 million).

The Program Management decision unit increase of $4.9 million is the result of an increase of $5.4 million in CRM partially offset by a decrease of $441,854 in the Office of the Chief Information Officer (OCIO).

Finally, the Debt Collection/ Financial Litigation decision unit increase of $2.2 million is the result of increases of $2.0 million in the Executive Office for U.S. Attorneys (EOUSA) and $179,027 in TAX.

Distribution summary tables for FY 2024 and FY 2025 are provided on the following pages.

---

[1] Title II, Division B, P.L. 116-93 (28 U.S.C. § 527 note)

39

**0057**

**Three Percent Fund**
**FY 2024 and FY 2025 Allocation Tables**

| | FY 2024 Allocation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Decision Units | | | | | | | | Total | |
| Component | Investigation/ Litigation | | Debt Collection/ FLUs | | Litigation Support/ ALS | | Program Management | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| EOUSA | 263 | $54,659,935 | 57 | $18,968,841 | 0 | $2,731,250 | 0 | $0 | 320 | $76,360,026 |
| CIV | 115 | $39,084,525 | 0 | $0 | 0 | $5,837,776 | 0 | $0 | 115 | $44,922,301 |
| ENRD | 57 | $19,533,127 | 0 | $0 | 0 | $0 | 0 | $0 | 57 | $19,533,127 |
| CRM | 44 | $33,259,287 | 0 | $0 | 0 | $0 | 0 | $0 | 44 | $33,259,287 |
| TAX | 0 | $179,027 | 29 | $5,758,175 | 0 | $0 | 0 | $0 | 29 | $5,937,202 |
| FBI | 37 | $5,875,000 | 0 | $0 | 0 | $2,100,000 | 0 | $0 | 37 | $7,975,000 |
| CRT | 5 | $957,351 | 0 | $0 | 0 | $0 | 0 | $0 | 5 | $957,351 |
| OCIO | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $441,854 | 0 | $441,854 |
| DCM | 0 | $0 | 0 | $0 | 0 | $0 | 43 | $38,892,876 | 43 | $38,892,876 |
| **Total** | **521** | **$153,548,252** | **86** | **$24,727,016** | **0** | **$10,669,026** | **43** | **$39,334,730** | **650** | **$228,279,024** |

0058

| FY 2025 Allocation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Component | Decision Units | | | | | | | | Total | |
| | Investigation/ Litigation | | Debt Collection/ FLUs | | Litigation Support/ ALS | | Program Management | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| EOUSA | 263 | $52,670,776 | 57 | $20,958,000 | 0 | $2,731,250 | 0 | $0 | 320 | $76,360,026 |
| CIV | 108 | $36,922,301 | 0 | $0 | 0 | $8,000,000 | 0 | $0 | 108 | $44,922,301 |
| ENRD | 57 | $19,533,127 | 0 | $0 | 0 | $0 | 0 | $0 | 57 | $19,533,127 |
| CRM | 49 | $11,964,509 | 0 | $0 | 0 | $15,940,557 | 0 | $5,354,221 | 49 | $33,259,287 |
| TAX | 0 | $0 | 29 | $5,937,202 | 0 | $0 | 0 | $0 | 29 | $5,937,202 |
| FBI | 37 | $7,975,000 | 0 | $0 | 0 | $0 | 0 | $0 | 37 | $7,975,000 |
| CRT | 5 | $957,351 | 0 | $0 | 0 | $0 | 0 | $0 | 5 | $957,351 |
| OCIO | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| DCM | 0 | $0 | 0 | $0 | 0 | $0 | 43 | $38,892,876 | 43 | $38,892,876 |
| **Total** | **519** | **$130,023,064** | **86** | **$26,895,202** | **0** | **$26,671,807** | **43** | **$44,247,097** | **648** | **$227,837,170** |

0059

## Detailed FY 2025 Program Information by Component

### EOUSA

*Affirmative Civil Enforcement (ACE) Teams*
Funding supports 239 positions (139 attorneys) associated with the investigation and prosecution of Civil Fraud, including mortgage fraud, student loan fraud, disaster relief fraud, and procurement fraud.

*ACE Fire Recovery Teams*
Funding supports 3 attorneys and 6 contractor support positions to investigate and prosecute fires that originate on or near National Forests and which are recoverable in tort litigation.

*Financial Litigation Unit (FLU) and EOUSA Personnel*
Funding supports 10 FTE who initiate, develop, and implement efficient and effective procedures for financial litigation; work with client agencies concerning issues relating to financial litigation; act as the sole DOJ source for policy and procedures on criminal debt collection; provide training to the FLUs; and respond to legal questions concerning the imposition, calculation and collection of restitution.  Additionally, they review, comment on, and propose legislation and regulations regarding financial litigation.  A staff attorney serves as the contact person for, and as a liaison between, the U.S. Attorneys' Offices (USAOs) and the Department, the public, the Government Accountability Office, the Inspector General, and the Office of Management and Budget on financial litigation matters.

*FLU Regional Program Specialists*
Funding supports 7 FTE who serve EOUSA Legal Programs staff and provide onsite training, technical assistance, and "on demand" guidance on policies and procedures to their assigned districts, helping the USAOs fulfil their debt collection mission.  The Regional Specialists assist the FLUs in streamlining and managing the collection of money using the resources currently available to the USAOs to their maximum potential.  This includes developing and providing technical and legal training, evaluating office practices, and suggesting best practices to the FLUs to increase productivity, thus increasing debt collection throughout the country.

*Servicemember and Veterans Initiative*
Funding supports 3 FTE for the DOJ Servicemembers and Veterans Initiative.  The initiative prioritizes the enforcement of civil and criminal statutes against individuals and businesses that violate or otherwise limit the rights of servicemembers, veterans, and their families, and to promote collaboration and consistency among various parts of the Department handling these cases.  The initiative enhances the Department's efforts under the Servicemembers Civil Relief Act, which eases financial burdens on servicemembers by providing relief from credit obligations and court proceedings while they are on active duty and imposes civil fines paid into the U.S. Treasury.  The initiative also seeks to expand servicemember-related enforcement to protect against predatory lending and consumer fraud through outreach to servicemembers.

*FLU Attorneys – Debt Elimination Now Team (DENT)*
Funding supports 40 FTE to litigate and enforce the collection of debts due to the United States, as well as to protect and advance the rights of crime victims, especially the most vulnerable of victims such as victims of Child Pornography and Human Trafficking offenses.

*FLU Asset Investigator Contractors*
Funding supports FLU asset investigators who help the USAOs comply with Attorney General guidelines on debt collection, maximize collection enforcement efforts nationwide, and protect victim rights as required by the Crime Victims' Rights Act.

*ACE Contractors*
Funding provides contractor resources to support the ACE Team's particular needs, including assisting with relators, witnesses, and investigative agencies, identifying fraudulent activity, analyzing trends, conducting audit reviews, and obtaining and managing voluminous documentary evidence.

*FLU and EOUSA Contractors*
Funding supports FLU and EOUSA district contractors who perform data entry, asset searches, prepare documents for filing, and record abstracts and notices of liens.

*ACE Forensic Investigations Group (FIG) Contractors*
Funding supports the FIG contractors who provide significant support to the USAOs in its analysis of ever-increasing amounts of voluminous and complex data in ACE cases.

*Affirmative Civil Rights Contractors*
Funding supports contractors needed for affirmative civil rights investigations and, in select USAOs that have affirmative civil rights enforcement programs, specialists to provide intake and investigative support in areas such as servicemember rights and veterans issues, religious discrimination matters, and fair housing cases.

*Affirmative Civil Rights Personnel*
Funding supports one Assistant United States Attorney position for the Eastern District of Virginia to oversee the district's Civil Rights Enforcement Program.

*ACE Litigation Support Technologists*
Funding provides contract litigation technologists for complex, data intensive cases.

*FLU Training*
Funding supports training for civil client agency representatives and USAO FLU staff, onsite visits to assist and train debt collection employees, FLU working group meetings, and educational resource materials to provide FLU personnel practical instruction and insight on debt collection.

*FLU Credit Bureau Reports*
Funding supports debtor credit reports, a valuable enforcement tool that provides information concerning a debtor's loans, charge accounts, credit cards, and items of public record such as bankruptcies, tax liens, mechanic's liens, and judgments.  These reports consolidate this information into one file, streamlining the process of determining the debtor's financial status.

*ACE Special Projects*
Funding supports one-time, extraordinary expenses associated with debt collection litigation such as travel to interview witnesses, the creation of electronic databases to organize documents received in discovery for meaningful review, the retention of subject matter consultants to support the federal government's legal theory of the cases, and the funding of depositions and transcript expenses. Funding additionally supports pandemic-related fraud, including 14 term AUSAs to assist with hundreds of civil investigations of Payroll Protection Program and other small business fraud, and 3 term AUSAs to assist in obtaining injunctive relief to freeze assets and shut down fraud schemes including phony COVID-19 vaccines and cures.

*FLU Property Expenses*
Funding is used by USAOs to file liens against property in which a defendant has an interest. Associated costs include filing liens, title searches, and service of process, costs associated with locating lien holders and mortgages, appraisals, filing fees, storage costs, and other expenses incurred as a result of enforcement against debtor's property.

*Investigations/Litigation Training*
Funding supports training in ACE matters, educational resources and materials, working group sessions, and regional meetings to increase the effectiveness of ACE personnel.

## CIV

*Commercial Frauds/Critical Core Fraud and Consumer FTE*
Funding supports 53 FTE for attorneys, paralegals, investigators, debt tracking analysts, and debt contractor support within the Commercial Litigation's Frauds Section and Consumer Protection Branch, and Automated Litigation Support.  Personnel focus on cases alleging fraud on a wide array of federal programs and contracts, including financial and procurement fraud and other consumer protection cases, and respond to audit inquiries.

*Enhancing Critical Affirmative Litigation*
Funding supports 21 FTE for affirmative monetary work across their other litigating offices. Cases involve fraud and damages claims in United States and foreign courts, as independent civil suits or as victims entitled to restitution in criminal prosecutions.

*Customs Fraud*
Funding supports 4 FTE for attorneys handling customs fraud litigation and improving collaboration coordination effort with DHS to improve the quality and number of customs fraud referrals and collection actions to DOJ.  Funding also supports the International Trade Field Office's affirmative collection work.

*Transnational Elder Fraud Strike Force (TEFSF)*
Funding supports 8 FTE to combat foreign-based fraud schemes affecting the elderly.  Led by the Consumer Protection Branch, the strike force partners with multiple agencies such as the USAOs, FBI investigators, and foreign law enforcement to charge elder fraud scheme participants, including both global actors and U.S. corporations and executives.

*National Defense and Cyber Security*
Funding supports 9 FTE in the Fraud Section tasked with investigating misrepresentations made by IT companies and others in connection with government acquisition of software, cloud-based storage, and related services designed to protect highly sensitive government information from cybersecurity threats and compromises. The cases focus on whether the government received the goods and services with the purported cybersecurity protections it paid for and the failure by the companies to timely report or investigate breach incidents required by government contracts as well as government grant applicants and recipients who failed to disclose close ties with or funding from foreign governments, principally China.

*Pandemic Relief*
Funding supports 10 FTE tasked with investigating fraud cases arising from unscrupulous actors taking advantage of vulnerabilities created by the COVID-19 pandemic and new government programs that disbursed over $4.2 trillion in Federal relief.

44

**0062**

*Robocalls*
Funding supports 3 FTE in the Consumer Protection Branch to rapidly identify, disrupt, and prosecute companies and individuals that knowingly facilitate massive fraudulent foreign-based robocall schemes.

## ENRD

*Affirmative Civil Enforcement Attorney Personnel*
Funding supports 57 FTE associated with the litigating division responsible for civil and criminal enforcement of federal environmental laws.

## CRM

*Litigation Support Costs*
Funding supports 41 FTE and other expenses associated with investigating and litigating sophisticated and complex economic crimes.

*Office of International Affairs*
Funding supports 8 FTE who process overseas investigations and respond to foreign requests for mutual legal assistance.

## TAX

*Affirmative Civil Tax Litigation*
Funding supports 23 FTE in support of affirmative litigation expenses and litigation support in cases that are referred from the IRS for unpaid taxes and suits to shut down abusive tax shelters and dishonest tax return preparers.

*FLU*
Funding supports 6 FTE and contracting support in the TAX FLU to focus on post-judgment collections obtained by TAX trial attorneys.

## FBI

*International Corruption Squads (ICS)*
Funding supports four squads based in Los Angeles, Miami, New York City, and Washington, DC.

Foreign Corrupt Practices Act (FCPA) Personnel
The ICS includes 25 FTE for 13 agents, travel, contract support, and training. These specialized squads investigate individuals and companies that engage in foreign bribery in violation of the FCPA throughout the world.

Antitrust Personnel
Funding supports 6 FTE who are dedicated solely to investigating international price-fixing cartels. Funding support covers operational travel and Special Agents.

*TEFSF*
Funding supports 6 FTE and training costs associated with the TEFSF, which focuses on subjects and transnational financial criminal fraud schemes that target elderly Americans. The goal of the TEFSF is to identify, disrupt, and dismantle these organizations.

**CRT**

*Protecting Servicemembers and Veterans*
Funding supports 2 FTE for the Division's Employment Litigation, and Housing and Civil Enforcement to enforce Uniformed Services Employment and Reemployment Rights Act and financial and housing security through the Servicemembers Civil Relief Act to protect servicemembers in critical aspects of American life.

*Court Order Review and Enforcement*
Funding supports 3 FTE for attorneys who represent the United States in desegregation cases and enforcing desegregation consent decrees to ensure all students have equal opportunity to access educational programs and activities. Through data analytics, the Division can analyze and measure the state of compliance of these longstanding decrees and efficiently bring school districts into compliance.

**DCM**

*DCM Operations*
Funding supports 43 FTE for operations, policy, training, and reporting needed to facilitate the collection of debts owed to the U.S. Government.  DCM operations are comprised of the Nationwide Central Intake Facility, the Debt Accounting Operations Group, the Consolidated Debt Collection System, and the Private Counsel Program.

*Prompt Pay Interest Allowance*
Funding is used for prompt pay interest for all payments using the Three Percent Fund.

**Component Funding Tables**

Funding tables on the following pages show the Three Percent Fund total and decision unit allocations for FY 2024 and FY 2025, the change from FY 2024 to FY 2025, and component breakouts for the activities described above.

**FY 2025 Component Activity Tables**

| Activity | EOUSA | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Decision Units | | | | | | | | Total | |
| | Investigation/ Litigation | | Debt Collection/ FLUs | | Litigation Support/ ALS | | Program Management | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| ACE Teams | 239 | $41,610,000 | 0 | $0 | 0 | $0 | 0 | $0 | 239 | $41,610,000 |
| ACE Fire Recovery Teams | 3 | $1,170,000 | 0 | $0 | 0 | $0 | 0 | $0 | 3 | $1,170,000 |
| FLU and EOUSA Personnel | 0 | $0 | 10 | $1,945,000 | 0 | $0 | 0 | $0 | 10 | $1,945,000 |
| FLU Regional Program Specialists | 0 | $0 | 7 | $1,420,000 | 0 | $0 | 0 | $0 | 7 | $1,420,000 |
| Servicemember and Veterans Initiative | 3 | $675,000 | 0 | $0 | 0 | $0 | 0 | $0 | 3 | $675,000 |
| FLU Attorneys (DENT) | 0 | $0 | 40 | $7,950,000 | 0 | $0 | 0 | $0 | 40 | $7,950,000 |
| FLU Asset Investigator Contractors | 0 | $0 | 0 | $4,800,000 | 0 | $0 | 0 | $0 | 0 | $4,800,000 |
| ACE Contractors | 0 | $3,686,000 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $3,686,000 |
| FLP & EOUSA Contractors | 0 | $0 | 0 | $4,190,000 | 0 | $0 | 0 | $0 | 0 | $4,190,000 |
| ACE FIG Contractors | 0 | $840,000 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $840,000 |
| Affirmative Civil Rights Contractors | 0 | $1,258,988 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $1,258,988 |
| Affirmative Civil Rights Personnel | 1 | $134,000 | 0 | $0 | 0 | $0 | 0 | $0 | 1 | $134,000 |
| ACE Litigation Support Technologists | 0 | $0 | 0 | $0 | 0 | $2,731,250 | 0 | $0 | 0 | $2,731,250 |
| FLU Training | 0 | $0 | 0 | $450,000 | 0 | $0 | 0 | $0 | 0 | $450,000 |
| FLU Credit Bureau Reports | 0 | $0 | 0 | $60,000 | 0 | $0 | 0 | $0 | 0 | $60,000 |
| ACE Special Projects | 17 | $3,046,788 | 0 | $0 | 0 | $0 | 0 | $0 | 17 | $3,046,788 |
| FLU Property Expenses | 0 | $0 | 0 | $143,000 | 0 | $0 | 0 | $0 | 0 | $143,000 |
| Investigations/Litigation Training | 0 | $250,000 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $250,000 |
| **Total** | **263** | **$52,670,776** | **57** | **$20,958,000** | **0** | **$2,731,250** | **0** | **$0** | **320** | **$76,360,026** |

**0065**

| CIV | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **Decision Units** | | | | | | | | **Total** | |
| | **Investigation/ Litigation** | | **Debt Collection/ FLUs** | | **Litigation Support/ ALS** | | **Program Management** | | | |
| | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** |
| Commercial Frauds / Critical Core Fraud and Consumer FTE | 53 | $18,392,791 | 0 | $0 | 0 | $8,000,000 | 0 | $0 | 53 | $26,392,791 |
| Enhancing Critical Affirmative Litigation | 21 | $6,993,820 | 0 | $0 | 0 | $0 | 0 | $0 | 21 | $6,993,820 |
| Customs Fraud | 4 | $1,385,432 | 0 | $0 | 0 | $0 | 0 | $0 | 4 | $1,385,432 |
| TEFSF | 8 | $2,726,232 | 0 | $0 | 0 | $0 | 0 | $0 | 8 | $2,726,232 |
| National Defense and Cybersecurity | 9 | $3,082,461 | 0 | $0 | 0 | $0 | 0 | $0 | 9 | 3,082,461 |
| Pandemic Relief | 10 | $3,368,840 | 0 | $0 | 0 | $0 | 0 | $0 | 10 | $3,368,840 |
| Robocalls | 3 | $972,725 | 0 | $0 | 0 | $0 | 0 | $0 | 3 | $972,725 |
| **Total** | **108** | **$36,922,301** | **0** | **$0** | **0** | **$8,000,000** | **0** | **$0** | **108** | **$44,922,301** |

| ENRD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Decision Units | | | | | | | | Total | |
| | Investigation/ Litigation | | Debt Collection/ FLUs | | Litigation Support/ ALS | | Program Management | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| Affirmative Civil Enforcement Attorney Personnel | 57 | $19,533,127 | 0 | $0 | 0 | $0 | 0 | $0 | 57 | $19,533,127 |
| **Total** | **57** | **$19,533,127** | **0** | **$0** | **0** | **$0** | **0** | **$0** | **57** | **$19,533,127** |

| CRM | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Decision Units | | | | | | | | Total | |
| | Investigation/ Litigation | | Debt Collection/ FLUs | | Litigation Support/ ALS | | Program Management | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| Litigation Support Costs | 41 | $11,249,616 | 0 | $0 | 0 | $15,554,425 | 0 | $5,222,121 | 41 | $32,026,162 |
| Office of International Affairs | 8 | $714,893 | 0 | $0 | 0 | $386,132 | 0 | $132,100 | 8 | |
| **Total** | **49** | **$11,964,509** | **0** | **$0** | **0** | **$15,940,557** | **0** | **$5,354,221** | **49** | **$33,259,287** |

49

| TAX | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **Decision Units** | | | | | | | | | **Total** | |
| | **Investigation/ Litigation** | | **Debt Collection/ FLUs** | | **Litigation Support/ ALS** | | **Program Management** | | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| Affirmative Civil Tax Litigation | 0 | $0 | 23 | $4,652,202 | 0 | $0 | 0 | $0 | 23 | $4,652,202 |
| FLU | 0 | $0 | 6 | $1,285,000 | 0 | $0 | 0 | $0 | 6 | $1,285,000 |
| **Total** | **0** | **$0** | **29** | **$5,937,202** | **0** | **$0** | **0** | **$0** | **29** | **$5,937,202** |

| FBI | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **Decision Units** | | | | | | | | | **Total** | |
| | **Investigation/ Litigation** | | **Debt Collection/ FLUs** | | **Litigation Support/ ALS** | | **Program Management** | | | | |
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| ICS – FCPA Personnel | 25 | $5,475,000 | 0 | $0 | 0 | $0 | 0 | $0 | 25 | $5,475,000 |
| ICS – Antitrust Personnel | 6 | $1,500,000 | 0 | $0 | 0 | $0 | 0 | $0 | 6 | $1,500,000 |
| TEFSF | 6 | $1,000,000 | 0 | $0 | 0 | $0 | 0 | $0 | 6 | $1,000,000 |
| **Total** | **37** | **$7,975,000** | **0** | **$0** | **0** | **$0** | **0** | **$0** | **37** | **$7,975,000** |

0068

| CRT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **Decision Units** | | | | | | | | **Total** | |
| | **Investigation/ Litigation** | | **Debt Collection/ FLUs** | | **Litigation Support/ ALS** | | **Program Management** | | | |
| | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** |
| Protecting Servicemembers and Veterans | 2 | $376,380 | 0 | $0 | 0 | $0 | 0 | $0 | 2 | $376,380 |
| Court Order Review and Enforcement | 3 | $580,971 | 0 | $0 | 0 | $0 | 0 | $0 | 3 | $580,971 |
| **Total** | **5** | **$957,351** | **0** | **$0** | **0** | **$0** | **0** | **$0** | **5** | **$957,351** |

| DCM | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Activity** | **Decision Units** | | | | | | | | **Total** | |
| | **Investigation/ Litigation** | | **Debt Collection/ FLUs** | | **Litigation Support/ ALS** | | **Program Management** | | | |
| | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** | **FTE** | **Amount** |
| DCM Operations | 0 | $0 | 0 | $0 | 0 | $0 | 43 | $38,866,876 | 43 | $38,866,876 |
| Prompt Pay Interest Allowance | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $26,000 | 0 | $26,000 |
| **Total** | **0** | **$0** | **0** | **$0** | **0** | **$0** | **43** | **$38,892,876** | **43** | **$38,892,876** |

**0069**

52

## SECTION 505 REORGANIZATION NOTIFICATION
## DOJ Reduction-in-Force (RIF) and Reorganization Plan (ARRP)

This Department-wide Section 505 notification consolidates multiple reorganizations of DOJ components. These reorganizations are consistent with the Department ARRP and will result in more efficient and less duplicative operations. Supporting information and organizational charts are provided below, in appropriation order.

These organizational changes do not require additional budget authority or Senior Executive Services (SES) resources. To the extent that an organizational change requires reprogramming or transfer of funds, the Department has included such notifications with in this spend plan and will submit additional notifications as needed.

**JOMA**

*JMD*

JMD will make several changes to its organizational chart that will reduce the size of the organization, reduce the number of SES positions and supervisory layers, and incorporate small Departmental organizational functions. These changes will improve operations, effectiveness, and efficiency in JMD and are based on a workforce planning review of the DOJ and JMD organizational structures and responsibilities.

First, JMD will rename the Deputy Assistant Attorney General (DAAG) for Human Resources and Administration to the DAAG for Human Capital, Security, and Administration (HCSA) to reflect the consolidation and realignment of staffs under the DAAG/HCSA portfolio. Within this portfolio, JMD will rename the Human Resources Staff as the Office of Human Capital to reflect the full scope of human capital work performed beyond tactical human resources work and to incorporate a broader strategic focus in the development and optimization of human capital. In addition, JMD will eliminate the Consolidated Executive Office (CEO) box. CEO was created to provide administrative support along the full spectrum of JMD mission areas to the Department's leadership offices, senior management offices, and JMD staffs. However, the employees and skills within CEO are better leveraged by distributing its staff to existing staff offices performing similar functions.

In addition, the Department will eliminate the Office of the Executive Secretariat (OES) as a standalone component and will return it to JMD under the DAAG/HCSA portfolio. OES requires close coordination with the DAAG/HCSA and will better serve the Department as a unit within JMD. As a result of this change, the Department will remove OES from the Departmental organizational chart. JMD will add a new box for OES to the JMD organizational chart, reporting to the DAAG/HCSA.

Second, JMD will rename the DAAG for Policy, Management and Procurement to DAAG for Management and Compliance (DAAG/MC). This change better reflects the work performed in

this portfolio and replaces a legacy title. Within the DAAG/MC portfolio, JMD will rename the Internal Review and Evaluation Office to the Office of Compliance and Review (OCR) to better highlight the office's work related to audits and program reviews by both internal and external entities. JMD will also move the Quality Control and Compliance Group from the JMD Finance Staff to OCR to eliminate duplication within JMD and further strengthen JMD's compliance portfolio.

Further, within the DAAG/MC portfolio, JMD will merge the Procurement Services Staff into the Office of Acquisition Management. This change will create efficiencies, as the staff in these offices perform related work across the Department's acquisition and procurement functions.

In addition, JMD will move the Office of the General Counsel (OGC) to report directly to the Assistant Attorney General for Administration (AAG/A) instead of reporting to the DAAG/MC. The JMD OGC is primarily responsible for providing legal advice and guidance to the AAG/A, JMD staff, OVW, Department leadership, and OBDs that do not have agency counsel of their own. Elevating JMD's legal advisory functions to report directly to the AAG/A will ensure centralized management and enhanced legal review of JMD policies and operations.

Third, within the DAAG/Controller portfolio, JMD will eliminate the Strategic Planning and Performance Staff (SPPS) as a separate organizational box and move its work into the Budget Staff. This change will allow more seamless integration of performance and budget responsibilities and returns SPPS to its pre-2020 structure as part of the Budget Staff.

Fourth, within the DAAG/Chief Information Officer (CIO) portfolio, JMD will rename the Policy and Planning Staff to the Resource Management Staff. This new title more accurately describes the staff's operational responsibilities regarding budget development, financial management, contract and vendor management, and human resource management, and captures the range of Department-level operations and oversight responsibilities under the CIO.

**GLA**

*OSG*

OSG is responsible for supervising and conducting litigation on behalf of the United States in the Supreme Court of the United States (SCOTUS). OSG has recently assumed a significantly greater workload based on filings in SCOTUS' emergency docket involving Administration priorities, which often require OSG to supervise lower court litigation.

To meet these additional demands, OSG will add a second Principal Deputy Solicitor General position to its organizational chart. This position will assist in managing and supervising the office and addressing the workload demands presented by the emergency docket. Both Principal Deputies will share responsibility for the emergency docket workload. In addition, one Principal Deputy position will focus on matters involving the Second Amendment, criminal law, antitrust, environmental, Title VII, Title IX, and cases relating to diversity, equity, and inclusion, among

other areas.  The second Principal Deputy position will focus on matters involving the separation of powers, congressional oversight, immigration, Department of Government Efficiency efforts, and religious liberty, among other areas.  These organizational changes will ensure that OSG has sufficient political leadership to remain responsive to Department and Administration needs.

*TAX*

The Department will eliminate TAX as a standalone component, transferring its civil enforcement work to CIV and its criminal enforcement work to CRM.  This reorganization eliminates duplicative administrative support positions, reduces supervisory layers to include the elimination of SES positions, and streamlines coordination with other components.

This reorganization also retains the TAX centralized practice by maintaining personnel centrally in Washington, D.C. to create consistency in the handling of cases involving the Federal tax system.  As a result of these organizational changes, the Department will remove the TAX box from the Departmental organizational chart.

*CRM*

The CRM reorganization has four components.

First, as described above, CRM will assume TAX's criminal tax work.  CRM will create a new Tax Section box on its organizational chart to accommodate this work.

Second, CRM will consolidate its Narcotic and Dangerous Drug Section and Money Laundering and Asset Recovery Section (MLARS) into a new Money Laundering, Narcotics and Forfeiture Section.  The new section will report to the same Deputy Assistant Attorney General (DAAG) as the Fraud Section; in addition, the Appellate Section will move from this DAAG to the DAAG who manages the Computer Crime and Intellectual Property Section and Child Exploitation and Obscenity Section.  This change allows the removal of the DAAG position and box to which MLARS and the Public Integrity Section had reported. The Public Integrity Section will now report to the DAAG who manages the Office of Enforcement Operations and the Tax Section.

Third, the Department will transfer resources supporting the exercise of criminal authorities by the Civil Division's Consumer Protection Branch to CRM.  This change will consolidate criminal authorities in CRM and allow the Civil Division to focus on its core responsibilities. While this change does not involve a change to CRM's organizational chart, CRM will organize these resources within the current box for the Fraud Section.

Fourth, the Department will transfer the resources dedicated to CRT's Human Trafficking Prosecution Unit to CRM for consolidation with CRM's Human Rights and Special Prosecution Section.  This reorganization will consolidate resources to combat human trafficking, eliminate duplicative efforts, and allow CRM to increase its focus on addressing cartels, transnational

criminal organizations, and other groups that are smuggling into the United States. This change does not require a change to the organizational charts for CRM or CRT.

*CIV*

The CIV reorganization involves three elements.

First, CIV will create a new Enforcement and Affirmative Litigation Branch. This Branch will consist of two sections handling all affirmative civil litigation handled by the Federal Programs Branch, and all civil affirmative enforcement work handled by the Consumer Protection Branch. Transferring the Federal Programs Branch's affirmative civil litigation to this new Branch will allow the Federal Programs Branch to focus on its defensive work and the new Branch to focus on offensive litigation and enforcement. Establishment of this new Branch requires CIV to hire a new DAAG for this position.

Second, as described above, the Department will transfer the criminal enforcement work of CIV's Consumer Protection Branch to CRM. As a result, CIV will remove the Consumer Protection Branch box from its organizational chart. CIV will transfer responsibility for the Branch's civil enforcement work to the Enforcement Section within the new Enforcement and Affirmative and Litigation Branch.

Third, as described above, the Department will transfer TAX's civil enforcement work to CIV under the supervision of its own DAAG. CIV will create a new box for the new Tax Litigation Branch on its organizational chart.

*OLC*

OLC is charged with providing legal advice to the President and all Executive Branch agencies, including by drafting legal opinions. In recent years, OLC's workload has grown, and the Administration's prioritization of executive orders alongside critical national security work requires additional resources and oversight.

To meet this need, OLC will add an additional DAAG position to its organizational chart. OLC currently has four DAAG positions. With the addition of the fifth DAAG, OLC's DAAGs will specialize in one of the following areas: executive Attorney General orders, to include appointments; national security; homeland security and foreign affairs, to include immigration; domestic policy; and executive orders.

*IPOL*

To ensure greater efficiency and law enforcement coordination, the Department will transfer IPOL into USMS to increase functionality of resources across Federal, State, local, and Tribal law enforcement agencies. As a result of this change, the Department will remove IPOL from the Departmental organizational chart.

**NSD**

NSD will transfer most of its administrative support functions to JMD to consolidate, streamline, and reduce duplication in the provision of administrative support services. This realignment will improve service provision and create efficiencies. As a result, NSD will remove the Executive Office box from its organizational chart. This reorganization does not create a change in the JMD organizational chart because these resources will be transferred to existing JMD offices.

Select positions from NSD's Executive Office, including select budget and security positions that most appropriately reside within a component and which are less feasible to consolidate in a way that produces efficiencies, will continue to exist in NSD. These resources will exist within the current box for the Principal Deputy Assistant Attorney General and Chief of Staff.

Lastly, to reflect these changes, NSD's spend plan eliminates 20 authorized positions. The DOJ Working Capital Fund (WCF) will support the costs of JMD's provision of services to NSD through increased WCF billing to NSD.

**USMS**

As described above, IPOL's mission and functions will be transferred to USMS and located on the USMS organizational chart as a new box under the Associate Director for Investigations, who also oversees closely related functions such as Investigative Operations, Intelligence Operations, and Fugitive Investigations.

This reorganization will allow IPOL to better meet its mission by gaining stronger management, administrative oversight, and organizational efficiencies from being part of a larger law enforcement organization within the Department.

**DOJ Organizational Chart**

For the reasons described above, the Department will remove OES, TAX, and IPOL from the Departmental organizational chart.

57

58

**Current**



**Proposed Changes**



## JUSTICE MANAGEMENT DIVISION

LEGEND
- New Box
- Relocated Box
- Updated Box
- Deleted Box

ASSISTANT ATTORNEY GENERAL FOR ADMINISTRATION

OFFICE OF THE GENERAL COUNSEL

DEPUTY ASSISTANT ATTORNEY GENERAL CHIEF INFORMATION OFFICER
- SERVICE DELIVERY STAFF
- CYBERSECURITY SERVICES STAFF
- RESOURCE MANAGEMENT STAFF

DEPUTY ASSISTANT ATTORNEY GENERAL CONTROLLER
- BUDGET STAFF
- FINANCE STAFF
- STRATEGIC PLANNING AND PERFORMANCE STAFF
- DEBT COLLECTION MANAGEMENT STAFF
- ASSET FORFEITURE MANAGEMENT STAFF

DEPUTY ASSISTANT ATTORNEY GENERAL HUMAN CAPITAL, SECURITY, AND ADMINISTRATION
- OFFICE OF HUMAN CAPITAL
- EQUAL EMPLOYMENT OPPORTUNITY STAFF
- SECURITY AND EMERGENCY PLANNING STAFF
- CONSOLIDATED EXECUTIVE OFFICE
- LIBRARY STAFF
- OFFICE OF THE EXECUTIVE SECRETARIAT

DEPUTY ASSISTANT ATTORNEY GENERAL MANAGEMENT AND COMPLIANCE
- OFFICE OF COMPLIANCE AND REVIEW
- DEPARTMENT ETHICS OFFICE
- FACILITIES AND ADMINISTRATIVE SERVICES STAFF
- OFFICE OF RECORDS MANAGEMENT POLICY
- PROCUREMENT SERVICES STAFF
- OFFICE OF ACQUISITION MANAGEMENT

**0078**

**Proposed Final**

## JUSTICE MANAGEMENT DIVISION



**0080**

**Current**

# OFFICE OF THE SOLICITOR GENERAL



Approved by: _William P. Barr signature_    Date: 8/21/2020

William P. Barr
Attorney General

0081

**Proposed Changes**

# OFFICE OF THE SOLICITOR GENERAL



64

**Proposed Final**

# OFFICE OF THE SOLICITOR GENERAL



Approved by: _____     Date: _____

Pamela Bondi
Attorney General

**0083**

**0084**

# Criminal Division

```
                              ┌─────────────────────┐
                              │ Assistant Attorney  │
                              │      General        │
                              └─────────────────────┘
                                         │
                              ┌─────────────────────┐
                              │ Principal Deputy    │
                              │ Assistant Attorney  │
                              │      General        │
                              └─────────────────────┘
```

- Assistant Attorney General
- Principal Deputy Assistant Attorney General
- Chief of Staff/Counselor to the Assistant Attorney General
  - Office of Administration
  - Office of Policy and Legislation

**Deputy Assistant Attorney General**
- Office of Enforcement Operations
- Narcotic and Dangerous Drug Section

**Deputy Assistant Attorney General**
- Money Laundering and Asset Recovery Section
- Public Integrity Section

**Deputy Assistant Attorney General**
- Office of International Affairs
- International Criminal Investigative Training Assistance Program
- Office of Overseas Prosecutorial Development, Assistance and Training

**Deputy Assistant Attorney General**
- Fraud Section
- Appellate Section

**Deputy Assistant Attorney General**
- Computer Crime and Intellectual Property Section
- Child Exploitation and Obscenity Section

**Deputy Assistant Attorney General**
- Human Rights and Special Prosecutions Section
- Violent Crime and Racketeering Section
- Capital Case Section

Approved by: *Merrick Garland*    Date: 9/7/2023

Merrick B. Garland
Attorney General

67

**0085**

# Criminal Division

**Proposed Changes**

**Key**
**Green:** New boxes on org chart
**Grey:** Deleted boxes from org chart
**Red Outlined:** Moved boxes on org chart
**Blue:** Resources merged into Sections but no change to name on org chart

Assistant Attorney General

Principal Deputy Assistant Attorney General

Counselor to the Assistant Attorney General/Chief of Staff

Office of Administration

Office of Policy and Legislation

Deputy Assistant Attorney General

Office of Enforcement Operations

~~Narcotic and Dangerous Drug Section~~

Tax Section

Public Integrity Section

Deputy Assistant Attorney General

~~Money Laundering and Asset Forfeiture Section~~

Deputy Assistant Attorney General

Office of International Affairs

International Criminal Investigative Training Assistance Program

Office of Overseas Prosecutorial Development, Assistance and Training

Deputy Assistant Attorney General

Fraud Section
*Includes CIV CPB*

Money Laundering, Narcotics and Forfeiture Section

Appellate Section

Deputy Assistant Attorney General

Computer Crime and Intellectual Property Section

Child Exploitation and Obscenity Section

Deputy Assistant Attorney General

Human Rights and Special Prosecutions Section
*Includes CRT HTPU*

Violent Crime and Racketeering Section

Capital Case Section

68

**0086**

**Proposed Final**

# Criminal Division



69

**0087**

0088

**Current**



## CIVIL DIVISION

### Current Organization Chart

**0089**

**Proposed Changes**

# CIVIL DIVISION



**0090**

**Proposed Final**

# CIVIL DIVISION



**0091**

0092

**Current**

# OFFICE OF LEGAL COUNSEL



* Executive, legal and administrative support services are cross-serviced by the Office of the Solicitor General.

Approved by:                               Date: Aug. 23, 2012

ERIC H. HOLDER, JR.
Attorney General

75

**0093**

**Proposed Changes**

# OFFICE OF LEGAL COUNSEL



*Executive, legal and administrative
support services are cross-serviced by
the Office of the Solicitor General.

**0094**

**Proposed Final**

# OFFICE OF LEGAL COUNSEL



*Executive, legal and administrative
support services are cross-serviced by
the Office of the Solicitor General.

Approved by: _____    Date: _____

Pamela Bondi
Attorney General

77

**0095**

0096

**Current**



**Proposed Changes**



DIRECTOR

CHIEF OF STAFF

OFFICE OF GENERAL COUNSEL

OFFICE OF CONGRESSIONAL AND PUBLIC AFFAIRS

OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY

DEPUTY DIRECTOR

OFFICE OF PROFESSIONAL RESPONSIBILITY

ASSOCIATE DIRECTOR JUDICIAL SUPPORT OPERATIONS

- JUDICIAL SECURITY DIVISION
- JUSTICE PRISONER AIR TRANSPORTATION SYSTEM
- OPERATIONS SUPPORT DIVISION
- PRISONER OPERATIONS DIVISION
- WITNESS SECURITY DIVISION

ASSOCIATE DIRECTOR INVESTIGATIONS

- FUGITIVE INVESTIGATIONS DIVISION (EAST)
- FUGITIVE INVESTIGATIONS DIVISION (WEST)
- INVESTIGATIVE OPERATIONS DIVISION
- OFFICE OF INTELLIGENCE
- INTERPOL WASHINGTON

ASSOCIATE DIRECTOR ADMINISTRATION

- HUMAN RESOURCES DIVISION
- INFORMATION TECHNOLOGY DIVISION
- MANAGEMENT SUPPORT DIVISION
- TRAINING DIVISION
- OFFICE OF TECHNOLOGY AND DATA GOVERNANCE§0

CHIEF FINANCIAL OFFICER

- ASSET FORFEITURE DIVISION
- FINANCIAL SERVICES DIVISION
- PROCUREMENT DIVISION

94 U.S. MARSHALS (DISTRICTS)

Approved by: _____   Date: _____
PAMELA BONDI
Attorney General

**0098**

**Proposed Final**



DIRECTOR

CHIEF OF STAFF

OFFICE OF GENERAL COUNSEL

OFFICE OF CONGRESSIONAL AND PUBLIC AFFAIRS

OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY

DEPUTY DIRECTOR

OFFICE OF PROFESSIONAL RESPONSIBILITY

ASSOCIATE DIRECTOR JUDICIAL SUPPORT OPERATIONS

ASSOCIATE DIRECTOR INVESTIGATIONS

ASSOCIATE DIRECTOR ADMINISTRATION

CHIEF FINANCIAL OFFICER

94 U.S. MARSHALS (DISTRICTS)

JUDICIAL SECURITY DIVISION

JUSTICE PRISONER AIR TRANSPORTATION SYSTEM

OPERATIONS SUPPORT DIVISION

PRISONER OPERATIONS DIVISION

WITNESS SECURITY DIVISION

FUGITIVE INVESTIGATIONS DIVISION (EAST)

FUGITIVE INVESTIGATIONS DIVISION (WEST)

INVESTIGATIVE OPERATIONS DIVISION

OFFICE OF INTELLIGENCE

INTERPOL WASHINGTON

HUMAN RESOURCES DIVISION

INFORMATION TECHNOLOGY DIVISION

MANAGEMENT SUPPORT DIVISION

TRAINING DIVISION

OFFICE OF TECHNOLOGY AND DATA GOVERNANCE

ASSET FORFEITURE DIVISION

FINANCIAL SERVICES DIVISION

PROCUREMENT DIVISION

Approved by: _____    Date: _____
PAMELA BONDI
Attorney General

81

**0099**

0100

**Current**

# NATIONAL SECURITY DIVISION



Approved By: _Merrick Garland_  Date: June 16, 2023

Merrick B. Garland
**ATTORNEY GENERAL**

**0101**

# NATIONAL SECURITY DIVISION



# NATIONAL SECURITY DIVISION



Approved By: _____

ATTORNEY GENERAL

**0103**

0104

**Current**



**Proposed Changes**

# U.S. DEPARTMENT OF JUSTICE

**ATTORNEY GENERAL**

DEPUTY ATTORNEY GENERAL

**Key**

Eliminate box

SOLICITOR GENERAL

OFFICE OF THE SOLICITOR GENERAL

ASSOCIATE ATTORNEY GENERAL

OFFICE OF LEGISLATIVE AFFAIRS

OFFICE OF LEGAL COUNSEL

OFFICE OF LEGAL POLICY

OFFICE OF PUBLIC AFFAIRS

OFFICE OF TRIBAL JUSTICE

OFFICE OF THE EXECUTIVE SECRETARIAT

OFFICE OF JUSTICE PROGRAMS

COMMUNITY ORIENTED POLICING SERVICES (COPS)

EXECUTIVE OFFICE FOR U.S. TRUSTEES

OFFICE OF INFORMATION POLICY

OFFICE ON VIOLENCE AGAINST WOMEN

FOREIGN CLAIMS SETTLEMENT COMMISSION

OFFICE FOR ACCESS TO JUSTICE

CIVIL RIGHTS DIVISION

CIVIL DIVISION

ANTITRUST DIVISION

ENVIRONMENTAL & NATURAL RESOURCES DIVISION

TAX DIVISION

COMMUNITY RELATIONS SERVICE

FEDERAL BUREAU OF INVESTIGATION

CRIMINAL DIVISION

DRUG ENFORCEMENT ADMINISTRATION

BUREAU OF PRISONS

EXECUTIVE OFFICE FOR U.S. ATTORNEYS

U.S. MARSHALS SERVICE

U.S. ATTORNEYS

INTERPOL WASHINGTON

BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES

NATIONAL SECURITY DIVISION

OFFICE OF PROFESSIONAL RESPONSIBILITY

OFFICE OF THE INSPECTOR GENERAL

OFFICE OF THE PARDON ATTORNEY

JUSTICE MANAGEMENT DIVISION

U.S. PAROLE COMMISSION

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

EXECUTIVE OFFICE FOR ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCES

PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE

88

**Proposed Final**

# U.S. DEPARTMENT OF JUSTICE



89

**0107**

0108

# U.S. Department of Justice
# FY 2025 Spend Plan



# Section III:
# Reports

# CONGRESSIONAL RELOCATION REPORT

## Domestic Offices

**New Offices**

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | **City, State** | **District** | **City, State** | **District** |
| USMS | SE Regional Fugitive Task Force (SERFTF) | Savannah, GA | GA-1 | N/A | N/A |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 33 | August 2025 | 5,992 | $67 | N/A | N/A |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| $26,000 | | Carter | 3/26/25 | Ossoff<br>Warnock | 3/26/25<br>3/26/25 |
| **Comments** | | | | | |
| New SERFTF location for USMS staff.  These 33 USMS TF staff are co-located on a Sheriff's Office property, utilizing a trailer in the parking lot.  The Sheriff's Office asked USMS to vacate the parking lot, requiring USMS to relocate these individuals to another office in the same district. | | | | | |

0111

**Closures**

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | **City, State** | **District** | **City, State** | **District** |
| FBI | Resident Agency | N/A | N/A | Augusta, ME | ME-2 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 2 | April 2025 | N/A | N/A | 4,119 | |

| Relocation/Buildout Costs or Anticipated Savings | | Notifications | | | |
|---|---|---|---|---|---|
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($70,141) | | Golden | 3/28/25 | Collins King | 3/28/25 3/28/25 |
| **Comments** | | | | | |
| The proposed relocation of Augusta employees to Lewiston Police Department space, which is being offered to the FBI at no cost, is scheduled for April 2025. The FBI will maintain the same number of Special Agents in Maine.  In addition to saving approximately $70,000 per year in lease costs, the FBI will avoid $250,000 in necessary repair costs by closing the Augusta RA. | | | | | |

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Cheyenne, WY | WY |
| # of Staff | Effective Date / Lease Expiration Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 1 | N/A (lease of space in Federal facility) | N/A | N/A | 4,396 | |
| Relocation/Buildout Costs or Anticipated Savings | | Notifications | | | |
| | | House:  Office, Date | | Senate:  Office, Date | |
| ($90,512) | | Hageman | TBD | Barrasso Lummis | TBD TBD |
| Comments | | | | | |

USTP plans to close its field office in Cheyenne, WY.  One staff member will be reassigned to the Cedar Rapids, IA office.  The space is leased from GSA, which plans to divest the property in FY 2026. Recent changes to operations of the bankruptcy system make it more efficient and cost-effective for USTP to consolidate staff.  Consequently, upon closure of the office, WY bankruptcy cases will be serviced by the Denver, CO office.  Staff will continue to appear in-person for court proceedings. USTP administration of virtual 341 meetings will further ensure that USTP maintains successful oversight efforts and case administration work in the area without a physical office.  Ultimately, the closure will save taxpayer dollars while the USTP continues to meet its mission and serve the public in WY.  Additionally, as the office is in federal space, the lease allows tenants to vacate at their discretion without any further costs. This is accounted for in USTP's annualized cost savings estimate.

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Oakland, CA | CA-10<br>CA-12 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 0 | N/A | N/A | N/A | 0 | |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| 0 | | DeSaulnier<br>Simon | TBD<br>TBD | Padilla<br>Schiff | TBD<br>TBD |
| **Comments** | | | | | |
| USTP plans to close its Oakland, CA field office, which has been co-located in the same physical space as the San Francisco, CA office since FY 2014.  The space is leased from GSA.  Due to staff attrition, cases in the district are being handled by staff assigned to the San Francisco office.  Recent changes to operations of the bankruptcy system make it more efficient and cost effective for USTP to maintain this consolidation of personnel.  Consequently, upon closure of the office, bankruptcy cases in the district will continue to be serviced by staff in the San Francisco office.  They will continue to appear in-person for court proceedings. USTP administration of virtual 341 meetings will further ensure that the USTP maintains successful oversight efforts and case administration work in the area without a separate, physical office for the district.  Ultimately, the closure will continue saving taxpayer dollars while the USTP continues to meet its mission and serve the public. | | | | | |

**0114**

| Agency | Organization | New Location | | Current Location | |
|--------|--------------|--------------|----------|----------------|----------|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Woodland Hills, CA | CA-32 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 7 | N/A | N/A | N/A | 0 | |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| 0 | | Sherman | TBD | Padilla Schiff | TBD TBD |
| **Comments** | | | | | |
| USTP plans to close its Woodland Hills, CA field office, which has been co-located in the same physical space as the Los Angeles, CA office since FY 2014.  The space is leased from GSA.  There are currently seven staff assigned to the Woodland Hills office.  Recent changes to operations of the bankruptcy system make it more efficient and cost effective for USTP to maintain this consolidation of personnel.  Consequently, upon closure of the office, bankruptcy cases in the district will be fully serviced by the same staff who will be reassigned to the Los Angeles office.  Staff will continue to appear in-person for court proceedings. USTP administration of virtual 341 meetings will further ensure that the USTP maintains successful oversight efforts and case administration work in the area without a separate, physical office for the district.  Ultimately, the closure will continue saving taxpayer dollars while the USTP continues to meet its mission and serve the public. | | | | | |

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Providence, RI | RI-1 RI-2 |
| # of Staff | Effective Date / Lease Expiration Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 4 | N/A (lease of space in Federal facility) | N/A | N/A | 3,983 | |

| Relocation/Buildout Costs or Anticipated Savings | Notifications | | | |
|---|---|---|---|---|
| | House:  Office, Date | | Senate:  Office, Date | |
| ($79,641) | Amo Magaziner | TBD TBD | Reed Whitehouse | TBD TBD |

| Comments |
|---|
| USTP plans to close its Providence, RI field office, which has three staff who will be reassigned to the Boston, MA field office.  The remaining employee elected to participate in the Deferred Resignation Program and will leave USTP on September 30, 2025.  The space is leased from GSA.  Recent changes to operations of the bankruptcy system make it more efficient and cost effective for USTP to consolidate staff.  Consequently, upon closure of the office, bankruptcy cases in the district will be serviced by the Boston, MA field office.  Staff will continue to appear in-person for court proceedings.  USTP administration of virtual 341 meetings will further ensure that the USTP maintains successful oversight efforts and case administration work in the area without a separate, physical office for the district.  Ultimately, the closure will continue saving taxpayer dollars while the USTP continues to meet its mission and serve the public.  Additionally, as the office is in federal space, the lease allows tenants to vacate at their discretion without any further costs.  This is accounted for in USTP's annualized cost savings estimate. |

0116

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Worcester, MA | MA-2 |
| # of Staff | Effective Date / Lease Expiration Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 8 | 11/30/2030 | N/A | N/A | 5,506 | |

| Relocation/Buildout Costs or Anticipated Savings | | Notifications | | | |
|---|---|---|---|---|---|
| | | House:  Office, Date | | Senate:  Office, Date | |
| ($186,346) | | McGovern | TBD TBD | Markey Warren | TBD TBD |

| Comments |
|---|
| USTP plans to close its field office in Worcester, MA.  Recent changes to operations of the bankruptcy system make it more efficient and cost effective for USTP to consolidate staff.  Consequently, upon closure of the office, staff will be reassigned to the USTP Boston, MA office, where possible, and continue to service cases in the district.  One staff member is pending retirement in Q4 FY 2025.  For staff who cannot relocate, USTP will seek space sharing agreements with other Federal agencies in the area.  All staff will continue to appear in-person for court proceedings.  USTP administration of virtual 341 meetings will further ensure that the USTP maintains successful oversight efforts and case administration work in the area without a physical USTP office in the district.  Ultimately, the closure will save taxpayer dollars while the USTP continues to meet its mission and serve the public. |

| Agency | Organization | New Location | | Current Location | |
|--------|--------------|--------------|---|------------------|---|
| | | City, State | District | City, State | District |
| USTP | U.S. Trustee Program | N/A | N/A | Great Falls, MT | MT-1 MT-2 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 0 | 6/30/2027 | N/A | N/A | 531 | |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($10,380) | | Zinke Downing | TBD TBD | Daines Sheehy | TBD TBD |
| **Comments** | | | | | |
| USTP plans to close its field office in Great Falls, MT.  Due to staff attrition, cases in the district are being handled by staff in the Boise, ID office.  Recent changes to operations of the bankruptcy system make it more efficient and cost effective for USTP to maintain this consolidatation of staff.  Staff will continue to appear in-person for court proceedings.  USTP administration of virtual 341 meetings will further ensure that the USTP maintains successful oversight efforts and case administration work in the area without a physical office.  Ultimately, the closure will save taxpayer dollars while the USTP continues to meet its mission and serve the public. | | | | | |

**0118**

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| DEA | Post of Duty | N/A | N/A | Erie, PA | PA-16 |
| # of Staff | Effective Date / Lease Expiration Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 3 | May 2025 | N/A | N/A | Shared with state/local agency | |
| Relocation/Buildout Costs or Anticipated Savings | | Notifications | | | |
| | | House:  Office, Date | | Senate:  Office, Date | |
| N/A | | Kelly | 4/1/25 | Fetterman McCormick | 4/1/25 4/1/25 |
| Comments | | | | | |
| Since the Erie Post of Duty (POD) has not been staffed with DEA employees, the POD closing will result in no net change to DEA's efforts to combat drug trafficking in northwestern Pennsylvania or any other part of the commonwealth.  The DEA has five offices in Pennsylvania:  Philadelphia, Pittsburgh, Harrisburg, Allentown, and Scranton. | | | | | |

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| ENRD | Field Office | N/A | N/A | San Francisco, CA | CA-11 |
| # of Staff | Effective Date / Lease Expiration Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 8 | 8/31/2030 | N/A | N/A | 4,817 | |
| Relocation/Buildout Costs or Anticipated Savings | | Notifications | | | |
| | | House:  Office, Date | | Senate:  Office, Date | |
| ($315,969) | | Pelosi | TBD | Padilla Schiff | TBD TBD |
| Comments | | | | | |
| Staff currently located in San Francisco will be offered fully reimbursed relocation to ENRD's Denver or Washington, D.C. offices.  Closing the San Francisco Field Office and relocating staff to other offices is expected to reduce operational costs by approximately $3.2 million over ten years. | | | | | |

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| ENRD | Field Office | N/A | N/A | Sacramento, CA | CA-7 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 4 | 2/28/2029 | N/A | N/A | 2,340 | |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($78,798) | | Matsui | TBD | Padilla Schiff | TBD TBD |
| **Comments** | | | | | |
| Staff currently located in Sacramento will be offered fully reimbursed relocation to ENRD's Denver or Washington, D.C. offices.  Closing the Sacramento Field Office and relocating staff to other offices is expected to reduce operational costs by approximately $800,000 over ten years. | | | | | |

**Relocations**

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City, State | District | City, State | District |
| USMS | Program Operations | Irving, TX | TX-6 | Irving, TX | TX-33 |
| **# of Staff** | **Effective Date / Lease Expiration Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 5 | 9/1/2025 | N/A | $34 | 1,709 | $34,011/ year |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($24,011) | | Ellzey Veasey | 3/26/25 3/25/25 | Cornyn Cruz | 3/25/25 3/25/25 |
| **Comments** | | | | | |
| This is a relocation for the Program Operations Division in the city of Irving, TX. | | | | | |

**Foreign Offices**

**New Offices**

None.

## Closures

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | Country | City | Country | City |
| DEA | Country Office | N/A | N/A | Kazahkstan Egypt Senegal Indonesia Nicaragua | Almaty Cairo Dakar Jakarta Managua |
| # of Staff | Effective Date | Rentable Sq Ft | Rate | Rentable Sq Ft | Rate |
| 6 3 3 4 4 | N/A | N/A | N/A | N/A | N/A |
| Relocation/Buildout Costs or Anticipated Savings | Notifications | | | | |
| | House: Office, Date | | Senate: Office, Date | | |
| ($1,037,000) ($590,000) ($588,000) ($418,000) ($1,181,000) | N/A | N/A | N/A | N/A | |
| Comments | | | | | |

The DEA proposes to close the indicated Country Offices. This proposal reflects the results of a data-driven internal DEA review as recommended by an outside team of experts, and the DEA Acting Administrator re-affirming the direction to open and close specific foreign offices to most effectively support the agency's top operational priorities. Notably, DEA agents experienced operational restrictions in Nicaragua as well as an alarming level of surveillance of DEA personnel by the host nation government. The DEA Foreign Presence Review Committee found the DEA's presence in these locations is not cost effective nor in alignment with current operational priorities. The authorized positions will be included in the DEA's review of the agency's Table of Organization and a determination for reallocation and/or elimination will be made by agency senior leadership, with any impacts to the International Enforcement Decision Unit timely communicated. Relocation costs include an estimated annual cost savings for Department of State International Cooperative Administrative Support Services (ICASS) and Capital Security Cost-Sharing (CSCS) office charges as shown. Personnel relocation costs such as Permanent Change of Station (PCS) are not included.

0122

| Agency | Organization | New Location | | Current Location | |
|--------|--------------|--------------|--------|------------------|--------|
| | | **Country** | **City** | **Country** | **City** |
| DEA | Country Office | N/A | N/A | Mozambique<br>Cyprus<br>Haiti<br>Burma (Myanmar)<br>Georgia | Maputo<br>Nicosia<br>Port-Au-Prince<br>Rangoon (Yangon)<br>Tbilisi |
| **# of Staff** | **Effective Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 4<br>6<br>6<br>3<br>4 | N/A | N/A | N/A | N/A | N/A |

| Relocation/Buildout Costs or Anticipated Savings | Notifications | | | |
|---|---|---|---|---|
| | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($1,037,000)<br>($590,000)<br>($588,000)<br>($418,000)<br>($1,181,000) | N/A | N/A | N/A | N/A |

| Comments |
|---|
| The DEA proposes to close the indicated Country Offices.  This proposal reflects the results of a data-driven internal DEA review as recommended by an outside team of experts, and the DEA Acting Administrator re-affirming the direction to open and close specific foreign offices to most effectively support the agency's top operational priorities.  Specifically, with regard to Cyprus, the Special Agent in Charge of the DEA Middle East Region believes a presence in Jordan would provide better strategic opportunities for the DEA; the Burma office has experienced chronic staffing vacancies for many years.  The DEA Foreign Presence Review Committee found the DEA's presence in these locations is not cost effective nor in alignment with current operational priorities.  With regard to Mozambique, the committee felt that increasing resources in other offices in the region would yield a cost savings while allowing for coverage of the region; with regard to Haiti, the score reflects the political and economic instability in the country and impact on DEA's operations.  The authorized positions will be included in the DEA's review of the agency's Table of Organization and a determination for reallocation and/or elimination will be made by agency senior leadership, with any impacts to the International Enforcement Decision Unit timely communicated.  Relocation costs include an estimated annual cost savings for Department of State ICASS and CSCS office charges as shown.  Personnel relocation costs such as PCS are not included. |

0123

| Agency | Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | Country | City | Country | City |
| DEA | Resident Office | N/A | N/A | Bahamas China China | Freeport Guangzhou Shanghai |
| **# of Staff** | **Effective Date** | **Rentable Sq Ft** | **Rate** | **Rentable Sq Ft** | **Rate** |
| 5 3 2 | N/A | N/A | N/A | N/A | N/A |
| **Relocation/Buildout Costs or Anticipated Savings** | | **Notifications** | | | |
| | | **House:  Office, Date** | | **Senate:  Office, Date** | |
| ($517,000) ($191,000) ($137,000) | | N/A | N/A | N/A | N/A |
| **Comments** | | | | | |
| The DEA proposes to close the indicated Resident Offices.  This proposal reflects the results of a data-driven internal DEA review as recommended by an outside team of experts, and the DEA Acting Administrator re-affirming the direction to open and close specific foreign offices to most effectively support the agency's top operational priorities. Specifically, the Freeport Resident Office is proposed for closure due to chronic staffing vacancies over the past three years; the Guangzhou and Shanghai Resident Offices are proposed for closure due to the ongoing lack of cooperation by the Chinese government, including sharing of case leads to/from Shanghai and Guangzhou, as well as DEA staffing vacancies for the past three years. The authorized positions will be included in the DEA's review of the agency's Table of Organization and a determination for reallocation and/or elimination will be made by agency senior leadership, with any impacts to the International Enforcement Decision Unit timely communicated.  Relocation costs include an estimated annual cost savings for Department of State ICASS and CSCS office charges as shown.  Personnel relocation costs such as PCS are not included. | | | | | |

**Relocations**

None.

## E-GOVERNMENT INITIATIVE REPORT

| Initiative | Costs by Fiscal Year | | |
|---|---|---|---|
| | FY 2023 | FY 2024 | FY 2025 |
| E-Rulemaking | $156,618 | $414,699 | $519,814 |
| Grants.gov | 480,000 | 480,000 | 643,000 |
| Federal PKI | 234,257 | 234,257 | 252,961 |
| Integrated Acquisition Environment | 949,482 | 949,482 | 519,508 |
| Geospatial One-Stop | 50,000 | 50,000 | 50,000 |
| Financial Management LOB | 124,236 | 124,236 | 124,236 |
| Human Resources | 273,913 | 273,913 | 273,913 |
| Security, Suitability, and Credentialing | 1,112,000 | 1,100,000 | 1,086,000 |
| Budget Formulation and Execution LoB | 120,000 | 120,000 | 130,000 |
| Benefits.gov | 105,214 | 105,212 | 0 |
| Performance Management LoB | 79,800 | 79,800 | 100,000 |
| Disaster Assistance | 35,000 | 35,000 | 35,000 |
| Interagency Council | 500,000 | 555,932 | 555,932 |
| Cross Agency Priority (CAP) Goals | 0 | 490,529 | 490,529 |
| FOIA Portal | 99,035 | 99,035 | 95,183 |
| Hiring Assessment | 217,000 | 217,000 | 0 |
| GSA Technology Transformation | | 1,549,000 | 2,072,628 |
| Federal Audit Clearinghouse | | | 199,902 |
| Lead Agency Coordination Request | | | 5,030 |
| **Department Totals** | **$4,536,555** | **$6,878,095** | **$7,153,636** |

0125

106

# FY 2025 SUMMARY OF
# STATE, LOCAL, AND TRIBAL LAW ENFORCEMENT ASSISTANCE

| Line | Component / Account / Program | FY 2024 Enacted | FY 2025 Enacted | Scrivener's Error Adjustment | FY 2025 Adjusted Enacted | Change from FY 2024 Enacted to FY 2025 Adjusted |
|---|---|---|---|---|---|---|
| 1 | **OFFICE OF JUSTICE PROGRAMS** | | | | | |
| 2 | *Justice Assistance/Research, Evaluation, and Statistics* | | | | | |
| 3 | National Institute of Justice (NIJ) | 30,000 | 30,000 | | 30,000 | 0 |
| 4 | Research on Multi-Disciplinary Partnerships | [1,500] | [1,500] | | [1,500] | [0] |
| 5 | Forensic Research | [1,500] | [1,500] | | [1,500] | [0] |
| 6 | Bureau of Justice Statistics (BJS) | 35,000 | 35,000 | | 35,000 | 0 |
| 7 | *TOTAL, JUSTICE ASSISTANCE RESEARCH, EVALUATION* | 65,000 | 65,000 | 0 | 65,000 | 0 |
| 8 | First Step Act Evaluation (Incoming Transfer from BOP) | 8,190 | 8,190 | | 8,190 | 8,190 |
| 9 | *TOTAL, JUSTICE ASSISTANCE RESEARCH, EVALUATION WITH BOP TRANSFER* | 73,190 | 73,190 | 0 | 73,190 | 8,190 |
| 10 | *State and Local Law Enforcement* | | | | | |
| 11 | State Criminal Alien Assistance Program (SCAAP) | 234,000 | 234,000 | | 234,000 | 0 |
| 12 | Adam Walsh Act Implementation | 19,000 | 19,000 | | 19,000 | 0 |
| 13 | Justice Assistance Grants (JAG) | 924,061 | 449,033 | 50,000 | 499,033 | -425,028 |
| 14 | VALOR Initiative | [13,000] | [13,000] | | [13,000] | [0] |
| 15 | National Missing and Unidentified Persons System (NamUs) | [3,000] | [3,000] | | [3,000] | [0] |
| 16 | John R. Justice Student Loan Repayment Program | [3,000] | [3,000] | | [3,000] | [0] |
| 17 | Kevin and Avonte's Law | [3,000] | [3,000] | | [3,000] | [0] |
| 18 | Project Safe Neighborhoods (PSN) | [19,000] | [19,000] | | [19,000] | [0] |
| 19 | Capital Litigation Improvement Grant Program/Wrongful Conviction Review | [12,000] | [12,000] | | [12,000] | [0] |
| 20 | Prison Rape Prevention and Prosecution Program | [15,500] | [15,500] | | [15,500] | [0] |
| 21 | Training to Improve Police-Based Responses to People with Mental Illness | [10,000] | [10,000] | | [10,000] | [0] |
| 22 | Rural Law Enforcement Violent Crime Initiative | [7,000] | [7,000] | | [7,000] | [0] |
| 23 | Missing Persons and Identified Remains Act -- Jennifer's Law | [5,000] | [5,000] | | [5,000] | [0] |
| 24 | Forensic Ballistics Program | [1,500] | [1,500] | | [1,500] | [0] |
| 25 | National Center for Restorative Justice | [3,000] | [3,000] | | [3,000] | [0] |
| 26 | Ashanti Alert | [1,000] | [1,000] | | [1,000] | [0] |
| 27 | Family-Based Alternative Sentencing Programs | [3,500] | [3,500] | | [3,500] | [0] |
| 28 | Child Advocacy Training in Post-Secondary Education | [1,000] | [1,000] | | [1,000] | [0] |
| 29 | Multidisciplinary Partnership Improvements for Protection Orders | [3,000] | [3,000] | | [3,000] | [0] |
| 30 | Presidential Nominating Conventions | [125,000] | [0] | | [0] | [-125,000] |
| 31 | Byrne Discretionary Community Project Grants | [350,028] | [0] | | [0] | [-350,028] |
| 32 | Emmett Till Unsolved Civil Rights Investigation and Prosecution Grants | 3,000 | 3,000 | -3,000 | 0 | -3,000 |
| 33 | Hate Crimes Training (Shepard-Byrd Hate Crimes Prevention Grants) | 17,000 | 17,000 | | 17,000 | 0 |
| 34 | Jabara-Heyer NO HATE Act | 9,000 | 9,000 | -9,000 | 0 | -9,000 |
| 35 | Community Approaches to Advancing Justice | 9,000 | 9,000 | -9,000 | 0 | -9,000 |
| 36 | Emergency Federal Law Enforcement Assistance | 3,000 | 3,000 | | 3,000 | 0 |
| 37 | Community Trust Initiative | 114,000 | 114,000 | | 114,000 | 0 |
| 38 | Body Worn Camera Partnership Program | [32,000] | [32,000] | | [32,000] | [0] |
| 39 | Justice Reinvestment Initiative | [32,000] | [32,000] | | [32,000] | [0] |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

| Line | Component / Account / Program | FY 2024 Enacted | FY 2025 Enacted | Scrivener's Error Adjustment | FY 2025 Adjusted Enacted | Change from FY 2024 Enacted to FY 2025 Adjusted |
|------|-------------------------------|-----------------|-----------------|------------------------------|--------------------------|-------------------------------------------------|
| 40 | Community Violence Intervention[1] | [50,000] | [50,000] | | [50,000] | [0] |
| 41 | Comprehensive Addiction and Recovery Act (CARA) | 420,000 | 420,000 | -17,000 | 403,000 | -17,000 |
| 42 | Comprehensive Opioid, Stimulant, and Substance Use Program (COSSUP) | [189,000] | [189,000] | | [189,000] | [0] |
| 43 | Drug Court Program | [89,000] | [89,000] | | [89,000] | [0] |
| 44 | Mental Health Collaborations | [40,000] | [40,000] | | [40,000] | [0] |
| 45 | Veterans Treatment Courts | [32,000] | [32,000] | | [32,000] | [0] |
| 46 | Residential Substance Abuse Treatment | [35,000] | [35,000] | [-17,000] | [18,000] | [0] |
| 47 | Prescription Drug Monitoring Program | [35,000] | [35,000] | | [35,000] | [0] |
| 48 | Victims of Trafficking | 88,000 | 88,000 | | 88,000 | 0 |
| 49 | National Sex Offender Public Website | 1,000 | 1,000 | | 1,000 | 0 |
| 50 | Bulletproof Vest Partnership | 30,000 | 30,000 | | 30,000 | 0 |
| 51 | NIST/OLES | [1,500] | [1,500] | | [1,500] | [0] |
| 52 | National Criminal History Improvement Prog (NCHIP) | 88,000 | 88,000 | | 88,000 | 0 |
| 53 | NICS Act Record Improvement Program | [25,000] | [25,000] | | [25,000] | [0] |
| 54 | Court-Appointed Special Advocate (CASA) | 14,000 | 14,000 | | 14,000 | 0 |
| 55 | Keep Young Athletes Safe | 2,500 | 2,500 | | 2,500 | 0 |
| 56 | DNA Programs | 153,000 | 153,000 | | 153,000 | 0 |
| 57 | DNA Analysis and Capacity Enhancement Program | [120,000] | [120,000] | | [120,000] | [0] |
| 58 | Other Federal, State, and Local Forensic Activities | [15,000] | [15,000] | | [15,000] | [0] |
| 59 | Kirk Bloodsworth Post Conviction DNA Testing Program | [14,000] | [14,000] | | [14,000] | [0] |
| 60 | Sexual Assault Forensic Exam Program Grants | [4,000] | [4,000] | | [4,000] | [0] |
| 61 | Comm. Teams to Reduce the Sexual Assault Kit (SAK) Backlog | 51,500 | 51,500 | | 51,500 | 0 |
| 62 | Coverdell Forensic Science Grants | 34,000 | 34,000 | | 34,000 | 0 |
| 63 | Forensic Support for Opioid and Synthetic Drug Investigations | [17,000] | [17,000] | | [17,000] | [0] |
| 64 | Second Chance/Prisoner Reentry | 117,000 | 117,000 | | 117,000 | 0 |
| 65 | Smart Probation | [8,000] | [8,000] | | [8,000] | [0] |
| 66 | Children of Incarcerated Parents (COIP) Demonstration | [5,000] | [5,000] | | [5,000] | [0] |
| 67 | Crisis Stabilization and Community Reentry | [10,000] | [10,000] | | [10,000] | [0] |
| 68 | Project HOPE | [5,000] | [5,000] | | [5,000] | [0] |
| 69 | HOPE Best Practices | [[500]] | [[500]] | | [[500]] | [0] |
| 70 | Pay for Success | [7,500] | [7,500] | | [7,500] | [0] |
| 71 | Pay for Success (Permanent Supportive Housing Model) | [[5,000]] | [[5,000]] | | [[5,000]] | [0] |
| 72 | Economic, High-Tech, White Collar, Cybercrime Prevention | 12,000 | 12,000 | -12,000 | 0 | -12,000 |
| 73 | Intellectual Property Enforcement Program | [2,500] | [2,500] | [-2,500] | [0] | [0] |
| 74 | Internet of Things | [2,000] | [2,000] | [-2,000] | [0] | [0] |
| 75 | Tribal Assistance | 50,000 | 50,000 | | 50,000 | 0 |
| 76 | STOP School Violence Act Program (formerly Comprehensive School Safety Initiative) | 82,000 | 82,000 | | 82,000 | 0 |
| 77 | *TOTAL, STATE AND LOCAL LAW ENFORCEMENT ASSISTANCE* | **2,475,061** | **2,000,033** | **0** | **2,000,033** | **-475,028** |
| 78 | Outgoing Transfer to NIST | -1,500 | -1,500 | 0 | -1,500 | |
| 79 | *TOTAL, STATE AND LOCAL LAW ENFORCEMENT ASSISTANCE, INCLUDING TRANSFER TO NIST* | **2,473,561** | **1,998,533** | **0** | **1,998,533** | **-475,028** |
| 80 | *Juvenile Justice and Safety Programs* | | | | | |
| 81 | Part B: Formula Grants | 65,000 | 65,000 | | 65,000 | 0 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

| Line | Component / Account / Program | FY 2024 Enacted | FY 2025 Enacted | Scrivener's Error Adjustment | FY 2025 Adjusted Enacted | Change from FY 2024 Enacted to FY 2025 Adjusted |
|---|---|---|---|---|---|---|
| 82 | Emergency Planning | [500] | [500] | | [500] | [0] |
| 83 | Youth Mentoring | 104,000 | 104,000 | | 104,000 | 0 |
| 84 | Mentoring for Youth Affected by the Opioid Crisis | [16,000] | [16,000] | | [16,000] | [0] |
| 85 | Delinquency Prevention Program | 55,000 | 55,000 | | 55,000 | 0 |
| 86 | Justice and Healing of Girls/Competitive Grant for Girls in the Justice System | [4,500] | [4,500] | | [4,500] | [0] |
| 87 | Prevention of Trafficking in Girls | [4,000] | [4,000] | | [4,000] | [0] |
| 88 | Children Exposed to Violence | [9,000] | [9,000] | | [9,000] | [0] |
| 89 | Tribal Youth | [16,000] | [16,000] | | [16,000] | [0] |
| 90 | Opioid Affected Youth Initiative | [10,500] | [10,500] | | [10,500] | [0] |
| 91 | Victims of Child Abuse -- Improving the Investigation and Prosecution of Child Abuse (APRI) | 41,000 | 41,000 | | 41,000 | 0 |
| 92 | Juvenile Indigent Defense | 2,500 | 2,500 | | 2,500 | 0 |
| 93 | Missing and Exploited Children's Program (MECP) | 103,000 | 103,000 | | 103,000 | 0 |
| 94 | Child Abuse Training for Judicial Personnel | 4,500 | 4,500 | | 4,500 | 0 |
| 95 | *TOTAL, JUVENILE JUSTICE PROGRAMS* | **375,000** | **375,000** | **0** | **375,000** | **0** |
| 96 | **PUBLIC SAFETY OFFICERS DISABILITY AND EDUCATION BENEFITS (DISCRETIONARY)** | **34,800** | **34,800** | **0** | **34,800** | **0** |
| 97 | OJP Set-Aside for Research and Eval. (up to 2.5% in FY19, up to 2% in FY20, up to 2.5% in FY23) | [47,671] | [47,671] | | [47,671] | [0] |
| 98 | OJP - Management and Administration | [319,256] | [311,543] | | [311,543] | [-7,713] |
| 99 | *TOTAL, OJP DISCRETIONARY GRANT PROGRAMS* | **2,949,861** | **2,474,833** | **0** | **2,474,833** | **-475,028** |
| 100 | *TOTAL, OJP DISCRETIONARY GRANT PROGRAMS WITH BOP and NIST TRANSFERS INCLUDED* | **2,956,551** | **2,481,523** | **0** | **2,481,523** | **-466,838** |
| 101 | **MANDATORY PROGRAMS** | | | | | |
| 102 | Public Safety Officers Death Benefits (Mandatory) | 174,000 | 174,000 | | 174,000 | 0 |
| 103 | Domestic Victims of Trafficking Fund | 7,000 | 7,000 | | 7,000 | 0 |
| 104 | Crime Victims Fund | 1,353,000 | 1,900,000 | | 1,900,000 | 547,000 |
| 105 | Base Crime Victims Fund Programs | [1,195,350] | [1,715,000] | | [1,715,000] | |
| 106 | Violence Against Women Act Programs | [80,000] | [80,000] | | [80,000] | |
| 107 | Tribal Victims of Violence Grants (up to 5% FY 19 request; 2018 Omnibus is 3%; 2019 Omnibus is 5%; 2020 request is up to 5%) | [67,650] | [95,000] | | [95,000] | [0] |
| 108 | Office of Inspector General | [10,000] | [10,000] | | [10,000] | [0] |
| 109 | *TOTAL, OJP MANDATORY GRANT PROGRAMS* | **1,534,000** | **2,081,000** | **0** | **2,081,000** | **547,000** |
| 110 | *GRAND TOTAL, OJP* | **4,483,861** | **4,555,833** | **0** | **4,555,833** | **71,972** |
| 111 | **COPS APPROPRIATION - DISCRETIONARY** | | | | | |
| 112 | *Supporting Law Enforcement Activity* | | | | | |
| 113 | COPS Hiring Program | 256,169 | 256,169 | | 256,169 | 0 |
| 114 | Tribal Resources Grant Program | [34,000] | [34,000] | | [34,000] | [0] |
| 115 | Regional Information Sharing Systems | [44,000] | [44,000] | | [44,000] | [0] |
| 116 | Tribal Access Program (TAP) | [4,000] | [4,000] | | [4,000] | [0] |
| 117 | Law Enforcement Mental Health and Wellness | [10,000] | [10,000] | | [10,000] | [0] |
| 118 | Collaborative Reform | [7,500] | [7,500] | | [7,500] | [0] |
| 119 | Preparing for Active Shooter Situations (PASS) Police Act | 12,000 | 12,000 | | 12,000 | 0 |
| 120 | Anti-Methamphetamine Task Forces | 16,000 | 16,000 | | 16,000 | 0 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

| Line | Component / Account / Program | FY 2024 Enacted | FY 2025 Enacted | Scrivener's Error Adjustment | FY 2025 Adjusted Enacted | Change from FY 2024 Enacted to FY 2025 Adjusted |
|------|-------------------------------|-----------------|-----------------|------------------------------|--------------------------|--------------------------------------------------|
| 121 | Anti-Heroin Task Forces | 35,000 | 35,000 | | 35,000 | 0 |
| 122 | STOP School Violence Act | 53,000 | 53,000 | | 53,000 | 0 |
| 123 | Community Policing Development | 25,000 | 25,000 | | 25,000 | 0 |
| 124 | De-escalation Training | 20,000 | 20,000 | | 20,000 | 0 |
| 125 | COPS Discretionary Grants | 247,347 | | | 0 | -247,347 |
| 126 | COPS - Management and Administration | [33,732] | [32,677] | | [32,677] | [-1,932] |
| 127 | **TOTAL, COPS APPROPRIATION, Discretionary** | **664,516** | **417,169** | **0** | **417,169** | **-247,347** |
| 128 | **GRAND TOTAL, COPS OFFICE** | **664,516** | **417,169** | **0** | **417,169** | **-247,347** |
| 129 | **Office on Violence Against Women (OVW)** | | | | | |
| 130 | Derived from Crime Victims Fund | [80,000] | [80,000] | | [80,000] | [0] |
| 131 | Grants to Combat Violence Against Women (STOP) | 255,000 | 255,000 | | 255,000 | 0 |
| 132 | Sexual Assault Survivor's Bill of Rights | [10,000] | [10,000] | | [10,000] | [0] |
| 133 | Research and Eval. Violence Against Women (NIJ) | 2,500 | 2,500 | | 2,500 | 0 |
| 134 | Transitional Housing | 50,000 | 50,000 | | 50,000 | 0 |
| 135 | Consolidated Youth Oriented Program | 17,000 | 17,000 | | 17,000 | 0 |
| 136 | Engaging Men and Youth in Prevention | [3,500] | [3,500] | | [3,500] | [0] |
| 137 | Improving Criminal Justice Responses Program | 60,500 | 60,500 | | 60,500 | 0 |
| 138 | Policing and Prosecution Initiative | [8,000] | [8,000] | | [8,000] | [0] |
| 139 | Homicide Reduction Initiative | [4,000] | [4,000] | | [4,000] | [0] |
| 140 | Domestic Violence Firearms Lethality Reduction | [4,000] | [4,000] | | [4,000] | [0] |
| 141 | Rural Domestic Violence and Child Abuse Enforcement Assistance | 50,000 | 50,000 | | 50,000 | 0 |
| 142 | Legal Assistance Program | 55,000 | 55,000 | | 55,000 | 0 |
| 143 | Grants to Support Families in the Justice System | 22,000 | 22,000 | | 22,000 | 0 |
| 144 | Campus Violence | 25,000 | 25,000 | | 25,000 | 0 |
| 145 | HBCU, Hispanic-Serving Institutions, Tribal Colleges Set-aside | [12,500] | [12,500] | | [12,500] | [0] |
| 146 | Disabilities Program | 12,000 | 12,000 | | 12,000 | 0 |
| 147 | National Deaf Services | 2,000 | 2,000 | | 2,000 | 0 |
| 148 | Elder Program | 9,000 | 9,000 | | 9,000 | 0 |
| 149 | Sexual Assault Services | 78,500 | 78,500 | | 78,500 | 0 |
| 150 | Indian Country - Sexual Assault Clearinghouse | 500 | 500 | | 500 | 0 |
| 151 | National Resource Center on Workplace Responses | 1,000 | 1,000 | | 1,000 | 0 |
| 152 | Research on Violence Against Indian Women (NIJ) | 1,000 | 1,000 | | 1,000 | 0 |
| 153 | Special Tribal Criminal Jurisdiction | 11,000 | 11,000 | | 11,000 | 0 |
| 154 | Rape Survivor Child Custody Act Program | 1,500 | 1,500 | | 1,500 | 0 |
| 155 | Restorative Practices (formerly Restorative Justice) | 15,000 | 15,000 | | 15,000 | 0 |
| 156 | Culturally-Specific Services | 11,000 | 11,000 | | 11,000 | 0 |
| 157 | Underserved Populations Program | 5,000 | 5,000 | | 5,000 | 0 |
| 158 | Tribal Special Assistant United States Attorneys | 3,000 | 3,000 | | 3,000 | 0 |
| 159 | Financial Assistance to Victims of Sexual Assault and Intimate Partner Domestic Violence (Financial Assistance Program) | 4,000 | 4,000 | | 4,000 | 0 |
| 160 | LGBT Specific Services | 1,000 | 1,000 | | 1,000 | 0 |
| 161 | Abby Honold Program/ Trauma Informed Training | 5,000 | 5,000 | | 5,000 | 0 |
| 162 | Access to Sexual Assault Nurse Exams | 10,000 | 10,000 | | 10,000 | 0 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

| Line | Component / Account / Program | FY 2024 Enacted | FY 2025 Enacted | Scrivener's Error Adjustment | FY 2025 Adjusted Enacted | Change from FY 2024 Enacted to FY 2025 Adjusted |
|---|---|---|---|---|---|---|
| 163 | Local Law Enforcement Grants for Enforcement of Cybercrimes Against Individuals | 5,500 | 5,500 | | 5,500 | 0 |
| 164 | VAWA Tribal Government Grants Program | [49,300] | [49,300] | | [49,300] | [0] |
| 165 | VAWA Tribal Coalitions Grants | [8,364] | [8,364] | | [8,364] | [0] |
| 166 | OVW Management and Administration | [37,910] | [36,620] | | [36,620] | [-1,290] |
| 167 | TOTAL, OFFICE ON VIOLENCE AGAINST WOMEN | 713,000 | 713,000 | 0 | 713,000 | 0 |
| 168 | OVW Discretionary Portion* | 713,000 | 713,000 | 0 | 713,000 | 0 |
| 169 | | | | | | |
| 170 | RESCISSION OF BALANCES | | | | | |
| 171 | OFFICE OF JUSTICE PROGRAMS | -120,000 | -125,000 | | -125,000 | -5,000 |
| 172 | COPS OFFICE | -15,000 | -20,000 | | -20,000 | -5,000 |
| 173 | OFFICE ON VIOLENCE AGAINST WOMEN | -5,000 | -15,000 | | -15,000 | -10,000 |
| 174 | TOTAL OF RESCISSIONS | -140,000 | -160,000 | 0 | -160,000 | -20,000 |
| 175 | GRAND TOTALS, INCLUDING RESCISSIONS: | | | | | |
| 176 | MANDATORY TOTAL | 1,534,000 | 2,081,000 | 0 | 2,081,000 | 547,000 |
| 177 | DISCRETIONARY, INCLUDING RESCISSIONS | 4,187,377 | 3,445,002 | 0 | 3,445,002 | -742,375 |
| 178 | DISCRETIONARY, INCLUDING RESCISSIONS AND TRANSFERS | 4,194,067 | 3,451,692 | 0 | 3,451,692 | -734,185 |
| 179 | DISCRETIONARY AND MANDATORY, INCLUDING RESCISSIONS AND TRANSFERS | 5,728,067 | 5,532,692 | 0 | 5,532,692 | -187,185 |
| 180 | GRAND TOTAL, EXCLUDING RESCISSIONS: | | | | | |
| 181 | DISCRETIONARY, NOT INCLUDING RESCISSIONS OR TRANSFERS | 4,327,377 | 3,605,002 | 0 | 3,605,002 | -722,375 |
| 182 | DISCRETIONARY, NOT INCLUDING RESCISSIONS, BUT INCLUDING TRANSFERS | 4,334,067 | 3,611,692 | 0 | 3,611,692 | -714,185 |
| 183 | DISCRETIONARY AND MANDATORY, NOT INCLUDING RESCISSIONS, BUT INCLUDING TRANSFERS | 5,868,067 | 5,692,692 | 0 | 5,692,692 | -167,185 |
| 184 | DISCRETIONARY AND MANDATORY, NOT INCLUDING RESCISSIONS OR TRANSFERS | 5,861,377 | 5,686,002 | 0 | 5,686,002 | -175,375 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

**0131**

## DEBT COLLECTION MANAGEMENT
## Three Percent Fund:  FY 2025 Monthly Status/Balance Report
### (as of February 28, 2025)

| Metric | Amount / Estimate |
|---|---|
| **Beginning Balance** [1/] | **$243,956,971** |
| **Monthly Status** | |
| October | 23,122,536 |
| November | 19,520,017 |
| December | 16,964,833 |
| January | 18,238,622 |
| February | 20,494,793 |
| *March* [2/] | 13,438,321 |
| *April* [2/] | 13,438,321 |
| *May* [2/] | 13,438,321 |
| *June* [2/] | 13,438,321 |
| *July* [2/] | 13,438,321 |
| *August* [2/] | 13,438,321 |
| *September* [2/] | 13,438,321 |
| **Subtotal, Annual Revenue** | **192,409,044** |
| Quarterly Balance Adjustment [1/] | (1,214,681) |
| **Total Revenue** | **$435,151,334** |
| Annual Allocation | (227,837,170) |
| Proposed Rescission | 0 |
| Recaptured Funds [3/] | $1,212,474 |
| Reserve for FY 2026 Allocation [4/] | (227,837,170) |
| Upward Adjustment – Prior Year [5/] | |
| **FY 2025 Projected Year End Balance** [6/] | **($19,310,532)** |

Monthly Status Report Notes

1/  DCM reconciles with the WCF balance report and the SF 133/GTAS for reporting purposes.

2/  Revenue estimate is calculated monthly based on a total annual amount of $191.2 million.

3/  DCM is a no-year account; it can recapture funds associated with prior year downward adjustments or cancellation of previously established obligations.

4/  The Reserve for FY 2026 Allocation represents funding needed to support Fund activities per GAO 15-48.

5/  DCM can use the Funds' unobligated balance to record previously unrecorded obligations or to make upward adjustments in previously under-recorded obligations.

6/  Due to the projected deficit position, the CRAB will review and adjust the FY 2026 Allocation level as necessary to ensure Fund solvency.

## DEBT COLLECTION MANAGEMENT
### Three Percent Fund:  FY 2025 Cases Settled to Date, $3.0 Million and Greater
#### (as of February 28, 2025)

| Case/Debtor Name | Collection Amount | Three Percent Fund Deposit |
|---|---|---|
| RAYTHEON COMPANY | 832,523,438.44 | 24,975,703.15 |
| FTX TRADING, LTD. | 200,000,000.00 | 6,000,000.00 |
| JPMORGAN CHASE BANK NA | 193,559,588.40 | 5,806,787.65 |
| MCKINSEY AND COMPANY, INC | 193,419,660.29 | 5,802,589.81 |
| COMMUNITY HEALTH NETWORK, INC | 134,417,687.67 | 4,032,530.63 |
| M/V DALI | 101,980,000.00 | 2,602,813.24 |
| TELEFONICA VENEZOLANA, C.A. | 85,260,000.00 | 2,557,800.00 |
| THE AMERICAN EXPRESS COMPANY | 78,384,345.21 | 2,351,530.36 |
| AMERICAN EXPRESS COMPANY | 77,696,000.00 | 2,330,880.00 |
| MARATHON OIL COMPANY | 64,500,000.00 | 1,935,000.00 |
| OAK STREET HEALTH, INC. | 60,913,137.30 | 1,827,394.11 |
| NL INDUSTRIES, INC. | 56,585,265.00 | 35,877.41 |
| ELIXIR INSURANCE COMPANY | 56,000,000.00 | 1,352,400.00 |
| TEVA PHARMACEUTICALS USA, INC | 51,500,000.00 | 1,545,000.00 |
| COTTER CORPORATION | 50,461,855.59 | 1,513,855.67 |
| ENERGETIC TANK, INC. | 47,316,096.00 | 1,419,482.46 |
| QOL MEDICAL, LLC | 44,616,197.01 | 1,338,485.90 |
| THE ENSIGN GROUP | 39,796,256.18 | 859,891.48 |
| INDIVIOR PLC - FEDERAL SETTLEMENT | 38,623,539.49 | 572,879.68 |
| ARGUS INFORMATION & ADVISORY | 37,016,219.18 | 33,825.00 |
| SVCMC, INC. F/K/A SAINT VINC | 29,359,123.29 | 880,773.70 |
| WALGREEN CO | 26,418,394.00 | 2,130,603.38 |

0135

| Case/Debtor Name | Collection Amount | Three Percent Fund Deposit |
|---|---|---|
| AAR CORP | 26,363,029.00 | 790,890.87 |
| UNIVERSITY OF COLORADO HEALTH | 23,156,273.97 | 694,688.22 |
| NORFOLK SOUTHERN RAILWAY COMPANY | 22,339,943.80 | 670,198.31 |
| MEDISCA, INC. | 21,980,609.59 | 659,418.29 |
| CARDIAC IMAGING, INC. | 21,964,490.58 | 658,934.73 |
| CURO HEALTH SERVICES LLC | 19,249,520.22 | 282,947.87 |
| TOWER RESEARCH CAPITAL LLC | 19,155,359.00 | 574,660.77 |
| LIMA REFINING COMPANY | 19,000,000.00 | 570,000.00 |
| UNIFIED CARE SERVICES | 18,335,933.47 | 550,078.00 |
| PARAGON SYSTEMS INC. | 18,066,291.14 | 447,140.71 |
| ACADIA HEALTHCARE COMPANY, INC | 16,925,689.89 | 507,770.70 |
| LIBERATOR MEDICAL HOLDINGS, INC | 16,889,320.22 | 506,679.62 |
| BOOZ ALLEN HAMILTON HOLDING CORPORATION | 15,931,628.08 | 477,948.84 |
| MMM HOLDINGS LLC | 15,228,340.00 | 456,850.20 |
| BOSTON CONSULTING GROUP | 14,424,000.00 | 432,720.00 |
| YAPP USA AUTOMOTIVE SYSTEMS | 14,295,694.00 | 385,983.74 |
| CORINTH INVESTOR HOLDINGS, LLC | 14,197,792.53 | 425,933.78 |
| LAND OF LINCOLN MUTUAL HEALTH | 13,523,005.00 | 405,690.15 |
| SIOUXLAND SURGERY CENTER LLP | 13,066,367.05 | 391,991.02 |
| ST. PETER'S HEALTH | 10,844,201.00 | 325,326.02 |
| ITT EDUCATIONAL SERVICES, INC | 10,380,349.16 | 311,410.47 |
| ACCESS ADULT HEALTH DAY CARE | 10,264,966.97 | 257,137.42 |
| MEDTRONIC, INC. | 10,076,605.40 | 241,441.17 |
| GUARDIAN PHARMACY OF ATLANTA | 9,700,000.00 | 248,805.00 |
| SC HEALTHCARE HOLDING, LLC | 9,548,833.98 | 286,465.02 |

| Case/Debtor Name | Collection Amount | Three Percent Fund Deposit |
|---|---|---|
| TRUIST BANK | 9,175,860.66 | 248,088.32 |
| CARSON TAHOE HEALTH SYSTEM | 8,876,475.45 | 243,321.63 |
| K-VA-T FOOD STORES, INC. D/B | 8,563,494.87 | 256,904.83 |
| KANCHERLAPALLI SAMUEL | 8,390,693.92 | 251,720.83 |
| INDEPENDENT HEALTH ASSOCIATION | 8,289,722.66 | 192,736.05 |
| UNITED SEATING AND MOBILITY, LLC | 8,000,135.25 | 153,901.03 |
| MAXIMUS, INC. | 8,000,000.00 | 204,000.00 |
| NORIDIAN HEALTHCARE SOLUTION | 7,225,317.14 | 216,759.52 |
| SETTLING DEFENDANTS | 6,927,483.49 | 146,413.91 |
| SKIN CANCER & COSMETIC DERMATOLOGY | 6,884,728.24 | 540.46 |
| ARMSTRONG GROUP | 6,500,000.00 | 195,000.00 |
| TD SECURITIES (USA) LLC | 6,414,664.00 | 192,439.92 |
| GENESIS HEALTHCARE LLC | 6,114,042.43 | 150,663.36 |
| BIT MINING, LTD. | 6,000,000.00 | 180,000.00 |
| MOLINA HEALTHCARE INC. | 5,904,512.55 | 177,135.38 |
| MORCON CONSTRUCTION COMPANY | 5,901,281.59 | 177,038.44 |
| ACCESS DX | 5,681,562.72 | 170,446.88 |
| 22ND AGRICULTURAL DISTRICT | 5,664,015.00 | 169,920.45 |
| APOLLOMD, INC. | 5,509,651.23 | 165,289.53 |
| HILCORP ENERGY COMPANY | 5,398,600.79 | 161,958.02 |
| MADISON JEFFREY | 5,378,857.06 | 161,365.71 |
| INTALCO ALUMINUM, LLC. | 5,372,373.77 | 161,171.21 |
| CUMMINS, INC. | 5,361,750.00 | 160,852.50 |
| ADAPTHEALTH LLC | 5,347,747.99 | 452.52 |
| BANK OF NOVA SCOTIA | 5,320,090.00 | 159,602.70 |
| AMERICAN HEALTH IMAGING, INC | 5,250,000.00 | 157,500.00 |

| Case/Debtor Name | Collection Amount | Three Percent Fund Deposit |
|---|---|---|
| BLUE TEE CORP. | 5,134,581.41 | 3,656.65 |
| AVANTOR, INC. | 5,084,000.00 | 152,519.99 |
| WESTERN KENTUCKY HEART & LUNGS | 4,639,268.07 | 139,178.04 |
| GUARDIAN HEALTH CARE INC | 4,572,090.08 | 137,162.70 |
| BMP USA, INC. | 4,179,711.03 | 125,391.34 |
| HURT DANIEL | 4,176,588.96 | 102,403.37 |
| HOLMES, WEDDLE & BARCOTT, PC | 4,161,936.00 | 124,858.08 |
| HORN USA, INC. | 4,153,111.12 | 124,593.33 |
| ATHIRA PHARMA, INC. | 4,068,698.00 | 122,060.94 |
| AMERICAN UNIVERSITY | 4,029,764.38 | 120,892.93 |
| NAE EDISON, LLC | 3,900,000.00 | 117,000.00 |
| EXO-S US LLC | 3,628,819.44 | 108,864.58 |
| LEGENDS HOSPITALITY PARENT HEALTH | 3,500,000.00 | 105,000.00 |
| WINTER, JR. ROBERT | 3,459,701.52 | 103,791.05 |
| KAMAL KABAKIBOU MD PC | 3,450,000.00 | 103,500.00 |
| CONDUENT STATE HEALTHCARE, LLC | 3,245,362.00 | 97,360.86 |
| JOINT AND SEVERALLY LIABLE | 3,218,300.82 | 57,549.02 |
| WILMINGTON SAVINGS FUND SOCIETY | 3,191,054.06 | 95,731.62 |
| IHC HEALTH SERVICES, INC. | 3,043,701.00 | 91,311.03 |

Cases Settled Notes

Source of data is DOJ civil collections of $3 million and greater. The settlement amounts are not always equivalent to collection amounts due the structure of the settlement, payment plans, third party disbursements, etc.

DCM reports the funds collected as the sum of all collections and disbursements when they occur. Funds collected that cross fiscal years are summed, while disbursements are reported in the fiscal year they occurred.

118

**0138**

## DEBT COLLECTION MANAGEMENT
## Three Percent Fund:  FY 2025 Authorized FTE
### (as of February 28, 2025)

| Component | FY 2025 Authorized FTE | | |
|---|---|---|---|
| | Permanent | Term | Total |
| EOUSA | 306 | 14 | 320 |
| CIV | 108 | 0 | 108 |
| ENRD | 57 | 0 | 57 |
| CRM | 11 | 38 | 49 |
| TAX | 29 | 0 | 29 |
| FBI | 37 | 0 | 37 |
| CRT | 5 | 0 | 5 |
| DCM | 43 | 0 | 43 |
| **Total** | **596** | **52** | **648** |

Authorized FTE Note

Each year the CRAB cautions components that the Three Percent Fund is not a stable source of funding and should not be relied on to fund permanent FTE.

0139

0140

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | JOMA | JIST | EOIR | OIG | WCF | USPC | NSD |
|---|---|---|---|---|---|---|---|
| **Transfers** | | | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - From BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - To RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 |
| **Total Transfers** | **0** | **0** | **4,000** | **10,000** | **0** | **0** | **0** |
| **Pay & Benefits** | | | | | | | |
| 2025 Pay Raise - 2% | 1,359 | 230 | 7,186 | 1,640 | 0 | 112 | 1,373 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2023 Approved Positions | 1,896 | 105 | 2,870 | 1,911 | 0 | 0 | 19 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Pay Raise | 1,129 | 126 | 5,163 | 1,289 | 0 | 95 | 1,031 |
| Employees Compensation Fund | -83 | 0 | -95 | 7 | 0 | 0 | 0 |
| Health Insurance | 578 | 0 | 3,246 | 772 | 0 | 52 | 574 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **4,879** | **461** | **18,370** | **5,619** | **0** | **259** | **2,997** |
| **Domestic Rent & Facilities** | | | | | | | |
| GSA Rent | 1,645 | 0 | 12,767 | 334 | 0 | 146 | 709 |
| Guard Service | 0 | 0 | 0 | 12 | 0 | 0 | 0 |
| Moves - Lease Expiration | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Domestic Rent & Facilities** | **1,645** | **0** | **12,767** | **346** | **0** | **146** | **709** |
| **Other Adjustments** | | | | | | | |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Savings | 0 | 0 | -19,200 | 0 | 0 | 0 | 0 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 150 | 0 | 0 | 0 |
| Interpretation Contract Base Adjustment | 0 | 0 | 35,000 | 0 | 0 | 0 | 0 |
| New Construction | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investigations | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **0** | **15,800** | **150** | **0** | **0** | **0** |
| **Foreign Expenses** | | | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Education Allowance | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ICASS | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Foreign Expenses** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

0141

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | JOMA | JIST | EOIR | OIG | WCF | USPC | NSD |
|---|---|---|---|---|---|---|---|
| **Prison & Detention** | | | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Margin - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Prison & Detention** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Non-Personnel Related Annualizations** | | | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | -2,500 | 0 | 0 | 0 | 0 |
| **Total Non-Personnel Related Annualizations** | **0** | **0** | **-2,500** | **0** | **0** | **0** | **0** |
| **TOTAL RESOURCES** | **6,524** | **461** | **48,437** | **16,115** | **0** | **405** | **3,706** |

| FY 2025 Enacted | JOMA | JIST | EOIR | OIG | WCF | USPC | NSD |
|---|---|---|---|---|---|---|---|
| **POSITION ADJUSTMENTS** | | | | | | | |
| **Pay & Benefits** | | | | | | | |
| Position Rightsizing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 189 | 0 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **0** | **0** | **189** | **0** | **0** | **0** | **0** |
| **Other Adjustments** | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | -20 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **0** | **0** | **0** | **0** | **0** | **-20** |
| **TOTAL Position Adjustments** | **0** | **0** | **189** | **0** | **0** | **0** | **-20** |
| | | | | | | | |
| **FTE ADJUSTMENTS** | | | | | | | |
| **Pay & Benefits** | | | | | | | |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 72 | 0 | 76 | -6 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **72** | **0** | **76** | **-6** | **0** | **0** | **0** |
| **Other Adjustments** | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | -5 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **0** | **0** | **0** | **0** | **0** | **-5** |
| **Reimbursable Changes** | | | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 36 | 0 | 0 | 1 | 5 | 0 | 0 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Reimbursable Changes** | **36** | **0** | **0** | **1** | **5** | **0** | **0** |
| **TOTAL FTE Adjustments** | **108** | **0** | **76** | **-5** | **5** | **0** | **-5** |

SOURCE AND ADJUSTMENT BY APPROPRIATION/ACCOUNT

FY 2025 Total

($ in thousands)

| FY 2025 Enacted | General Legal Activities | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OSG | TAX | CRM | CIV | ENRD | OLC | CRT | USNCB | OPA | ATJ | Total |
| **Transfers** | | | | | | | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - From BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - To RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Transfers** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Pay & Benefits** | | | | | | | | | | | |
| 2025 Pay Raise - 2% | 130 | 1,373 | 2,319 | 3,943 | 1,820 | 95 | 2,172 | 150 | 113 | 119 | 12,234 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2023 Approved Positions | 0 | 2,156 | 0 | 1,055 | 459 | 0 | 274 | 237 | 914 | 0 | 5,095 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Pay Raise | 115 | 1,119 | 1,859 | 2,847 | 1,328 | 82 | 1,599 | 90 | 129 | 94 | 9,262 |
| Employees Compensation Fund | 0 | -1 | -29 | -48 | -2 | 0 | -1 | 0 | 0 | 0 | -81 |
| Health Insurance | 56 | 550 | 988 | 1,242 | 510 | 0 | 748 | 26 | 46 | 36 | 4,202 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **301** | **5,197** | **5,137** | **9,039** | **4,115** | **177** | **4,792** | **503** | **1,202** | **249** | **30,712** |
| **Domestic Rent & Facilities** | | | | | | | | | | | |
| GSA Rent | 130 | 51 | 1,226 | 1,012 | 1,276 | 99 | 515 | 167 | 12 | 10 | 4,498 |
| Guard Service | 0 | 2 | 105 | 551 | 0 | 0 | 0 | 0 | 0 | 0 | 658 |
| Moves - Lease Expiration | 0 | 0 | 0 | 7,625 | 0 | 0 | 0 | 0 | 0 | 0 | 7,625 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Domestic Rent & Facilities** | **130** | **53** | **1,331** | **9,188** | **1,276** | **99** | **515** | **167** | **12** | **10** | **12,781** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Realignment of Tax Division | 0 | 0 | 4,060 | 10,723 | 0 | 0 | 0 | 0 | 0 | 0 | 14,783 |
| ARRP Realignment to Civil Division | 0 | -10,723 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -10,723 |
| ARRP Realignment to Criminal Division | 0 | -4,060 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4,060 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Savings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Construction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investigations | 0 | 4 | 0 | 0 | 0 | 0 | 0 | -710 | 0 | 0 | -706 |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **-14,779** | **4,060** | **10,723** | **0** | **0** | **0** | **-710** | **0** | **0** | **-706** |
| **Foreign Expenses** | | | | | | | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 1,220 | -337 | 0 | 0 | 0 | 0 | 0 | 0 | 883 |
| Education Allowance | 0 | 0 | -236 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | -237 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | -13 | 0 | 0 | 0 | 0 | 0 | 0 | -13 |
| ICASS | 0 | 0 | 93 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 114 |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 0 | 0 | 1,800 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | -7 | 0 | 0 | 0 | 0 | 0 | 0 | -7 |
| **Total Foreign Expenses** | **0** | **0** | **1,077** | **-337** | **0** | **0** | **0** | **1,800** | **0** | **0** | **2,540** |

EXHIBIT ORGANIZATION ADJUSTMENTS DATABASE
FY 2025 Total
($ in thousands)

| FY 2025 Enacted | General Legal Activities | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OSG | TAX | CRM | CIV | ENRD | OLC | CRT | USNCB | OPA | ATJ | Total |
| **Prison & Detention** | | | | | | | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Margin - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Prison & Detention** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Non-Personnel Related Annualizations** | | | | | | | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| **Total Non-Personnel Related Annualizations** | **12** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **12** |
| **TOTAL RESOURCES** | 443 | -9,529 | 11,605 | 28,613 | 5,391 | 276 | 5,307 | 1,760 | 1,214 | 259 | 45,339 |

FY 2025 Total
($ in thousands)

| FY 2025 Enacted | General Legal Activities | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OSG | TAX | CRM | CIV | ENRD | OLC | CRT | USNCB | OPA | ATJ | Total |
| | | | | | | | | | | | |
| **POSITION ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Position Rightsizing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 6 | 0 | 89 | 0 | 0 | 12 | 0 | 0 | 1 | 0 | 108 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **6** | **0** | **89** | **0** | **0** | **12** | **0** | **0** | **1** | **0** | **108** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 114 | 307 | 0 | 0 | 0 | 0 | 0 | 0 | 421 |
| ARRP Realignment to Civil Division | 0 | -307 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -307 |
| ARRP Realignment to Criminal Division | 0 | -114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -114 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **-421** | **114** | **307** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **TOTAL Position Adjustments** | **6** | **-421** | **203** | **307** | **0** | **12** | **0** | **0** | **1** | **0** | **108** |
| | | | | | | | | | | | |
| **FTE ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 5 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 5 | 0 | 46 | 0 | 0 | 4 | 0 | 0 | -5 | 0 | 50 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **5** | **0** | **46** | **0** | **0** | **4** | **0** | **0** | **0** | **0** | **55** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 16 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 59 |
| ARRP Realignment to Civil Division | 0 | -43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -43 |
| ARRP Realignment to Criminal Division | 0 | -16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -16 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **-59** | **16** | **43** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Reimbursable Changes** | | | | | | | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 18 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Reimbursable Changes** | **0** | **0** | **0** | **14** | **4** | **0** | **0** | **0** | **0** | **0** | **18** |
| **TOTAL FTE Adjustments** | **5** | **-59** | **62** | **57** | **4** | **4** | **0** | **0** | **0** | **0** | **73** |

FY 2025 Total
($ in thousands)

| FY 2025 Enacted | VAC | ATR | USA | USTP | FCSC | U.S. Marshals Service | | | CRS | OCDETF | FBI S&E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | USMS S&E | USMS FPD | Total | | | |
| **Transfers** | | | | | | | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - From BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - To RES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Transfers** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Pay & Benefits** | | | | | | | | | | | |
| 2025 Pay Raise - 2% | 0 | 2,318 | 23,668 | 2,157 | 24 | 15,310 | 0 | 15,310 | 227 | 6,517 | 100,165 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 20,391 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2023 Approved Positions | 0 | 1,843 | 0 | 263 | 0 | 10,013 | 0 | 10,013 | 0 | 0 | 53,389 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Pay Raise | 0 | 1,989 | 22,452 | 1,793 | 19 | 12,327 | 0 | 12,327 | 0 | 5,137 | 81,059 |
| Employees Compensation Fund | 0 | -1 | 700 | -33 | 0 | 316 | 0 | 316 | 0 | 0 | 3,465 |
| Health Insurance | 0 | 992 | 11,768 | 605 | 6 | 7,574 | 0 | 7,574 | 172 | 1,822 | 24,004 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | -1,993 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **0** | **7,141** | **78,979** | **2,792** | **49** | **45,540** | **0** | **45,540** | **399** | **13,476** | **262,082** |
| **Domestic Rent & Facilities** | | | | | | | | | | | |
| GSA Rent | 0 | 0 | 5,829 | 0 | 0 | 2,503 | 0 | 2,503 | 31 | 47 | 5,127 |
| Guard Service | 0 | 0 | 3,000 | 59 | 0 | 0 | 0 | 0 | 0 | 24 | 10,416 |
| Moves - Lease Expiration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental Payments - Non-GSA | 0 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Domestic Rent & Facilities** | **0** | **0** | **8,857** | **59** | **0** | **2,503** | **0** | **2,503** | **31** | **71** | **15,543** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Savings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| New Construction | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investigations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,831 |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,336 |
| **Total Other Adjustments** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **5,167** |
| **Foreign Expenses** | | | | | | | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 0 | 242 | 0 | 242 | 0 | 0 | 2,066 |
| Education Allowance | 0 | 0 | 0 | 0 | 0 | -6 | 0 | -6 | 0 | 0 | 75 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | 0 | -172 | 0 | -172 | 0 | 0 | 0 |
| ICASS | 0 | 0 | 0 | 0 | 0 | 119 | 0 | 119 | 0 | 0 | 2,591 |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| **Total Foreign Expenses** | **0** | **0** | **0** | **0** | **0** | **183** | **0** | **183** | **0** | **0** | **4,867** |

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | VAC | ATR | USA | USTP | FCSC | U.S. Marshals Service | | | CRS | OCDETF | FBI S&E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | USMS S&E | USMS FPD | Total | | | |
| **Prison & Detention** | | | | | | | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 73,572 | 73,572 | 0 | 0 | 0 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 22,818 | 22,818 | 0 | 0 | 0 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Margin - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 23,043 | 23,043 | 0 | 0 | 0 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 16,567 | 16,567 | 0 | 0 | 0 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Prison & Detention** | **0** | **0** | **0** | **0** | **0** | **0** | **136,000** | **136,000** | **0** | **0** | **0** |
| **Non-Personnel Related Annualizations** | | | | | | | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | -666 | 0 | -666 | 0 | 0 | 0 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Non-Personnel Related Annualizations** | **0** | **0** | **0** | **0** | **0** | **-666** | **0** | **-666** | **0** | **0** | **0** |
| **TOTAL RESOURCES** | **0** | **7,141** | **87,836** | **2,851** | **49** | **47,560** | **136,000** | **183,560** | **430** | **13,547** | **287,659** |

FY 2025 Total
($ in thousands)

| FY 2025 Enacted | VAC | ATR | USA | USTP | FCSC | USMS S&E | USMS FPD | Total | CRS | OCDETF | FBI S&E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| **POSITION ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Position Rightsizing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | -[24] | 0 | 1,186 | -[10] | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | -[24] | 0 | 1,186 | -[10] | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL Position Adjustments** | -[24] | 0 | 1,186 | -[10] | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| **FTE ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | [14] | 0 | 361 | -10 | 2 | 0 | 6 | 6 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | [14] | 0 | 361 | -10 | 2 | 0 | 6 | 6 | 0 | 0 | 0 |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Reimbursable Changes** | | | | | | | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 60 | 2 | 0 | 12 | 0 | 12 | 0 | 0 | 0 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| **Total Reimbursable Changes** | 0 | 0 | 60 | 2 | 0 | 12 | 0 | 12 | 0 | 0 | 100 |
| **TOTAL FTE Adjustments** | [14] | 0 | 421 | -8 | 2 | 12 | 6 | 18 | 0 | 0 | 100 |

| FY 2025 Enacted | DEA-S&E | ATF S&E | Federal Prison System | | | BOP FPI | Total DISC w/o S&L | Office of Justice Program | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BOP S&E | BOP B&F | Total | | | OJP-RES | OJP-S&L | OJP-S&E | Total |
| **Transfers** | | | | | | | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 |
| Transfers - NIJ - From BOP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,190 | 0 | 0 | 8,190 |
| Transfers - NIJ - To RES | 0 | 0 | -8,190 | 0 | -8,190 | 0 | -8,190 | 0 | 0 | 0 | 0 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1,500 | 0 | -1,500 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 |
| **Total Transfers** | 0 | 0 | -8,190 | 0 | -8,190 | 0 | 5,810 | 8,190 | -1,500 | 0 | 6,690 |
| **Pay & Benefits** | | | | | | | | | | | |
| 2025 Pay Raise - 2% | 17,248 | 15,055 | 65,332 | 119 | 65,451 | 0 | 272,274 | 0 | 0 | [2,390] | [2,390] |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 0 | 0 | 0 | 20,391 | 0 | 0 | 0 | 0 |
| Annualization of 2023 Approved Positions | 20,384 | 11,409 | 0 | 0 | 0 | 0 | 109,197 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Pay Raise | 13,138 | 11,664 | 48,775 | 83 | 48,858 | 0 | 216,531 | 0 | 0 | [2,072] | [2,072] |
| Employees Compensation Fund | 221 | 788 | 4,664 | 0 | 4,664 | 0 | 9,868 | 0 | 0 | [2] | [2] |
| Health Insurance | 1,176 | 6,838 | 4,098 | 2 | 4,100 | 0 | 68,481 | 0 | 0 | [900] | [900] |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | -1,993 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | 52,167 | 45,754 | 122,869 | 204 | 123,073 | 0 | 694,749 | 0 | 0 | [5,364] | [5,364] |
| **Domestic Rent & Facilities** | | | | | | | | | | | |
| GSA Rent | 9,163 | 1,774 | 691 | 0 | 691 | 0 | 45,264 | 0 | 0 | -[10,250] | -[10,250] |
| Guard Service | 0 | 894 | 317 | 0 | 317 | 0 | 15,380 | 0 | 0 | 0 | 0 |
| Moves - Lease Expiration | 0 | 0 | 0 | 0 | 0 | 0 | 7,625 | 0 | 0 | 0 | 0 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 |
| **Total Domestic Rent & Facilities** | 9,163 | 2,668 | 1,008 | 0 | 1,008 | 0 | 68,297 | 0 | 0 | -[10,250] | -[10,250] |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 14,783 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | -10,723 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | -4,060 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Savings | 0 | 0 | 0 | 0 | 0 | 0 | -19,200 | 0 | 0 | 0 | 0 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 0 | 0 | 0 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 35,000 | 0 | 0 | 0 | 0 |
| New Construction | 0 | 0 | 0 | [30,000] | [30,000] | 0 | [30,000] | 0 | 0 | 0 | 0 |
| Security Investigations | 531 | 0 | 0 | 0 | 0 | 0 | 3,656 | 0 | 0 | -[101] | -[101] |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 0 | 0 | 1,336 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | 531 | 0 | 0 | [30,000] | [30,000] | 0 | 20,942 | 0 | 0 | -[101] | -[101] |
| **Foreign Expenses** | | | | | | | | | | | |
| Capital Security Cost Sharing | -2,877 | 0 | 0 | 0 | 0 | 0 | 314 | 0 | 0 | 0 | 0 |
| Education Allowance | -1,135 | 0 | 0 | 0 | 0 | 0 | -1,303 | 0 | 0 | 0 | 0 |
| Government Leased Quarters (GLQ) | 438 | 0 | 0 | 0 | 0 | 0 | 253 | 0 | 0 | 0 | 0 |
| ICASS | 3,651 | 0 | 0 | 0 | 0 | 0 | 6,475 | 0 | 0 | 0 | 0 |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 0 | 0 | 0 | 0 |
| Living Quarters Allowance (LQA) | 73 | 0 | 0 | 0 | 0 | 0 | 108 | 0 | 0 | 0 | 0 |
| Post Allowance - Cost of Living Allowance (COLA) | 360 | 0 | 0 | 0 | 0 | 0 | 453 | 0 | 0 | 0 | 0 |
| **Total Foreign Expenses** | 510 | 0 | 0 | 0 | 0 | 0 | 8,100 | 0 | 0 | 0 | 0 |

FY 2025 Total
($ in thousands)

| FY 2025 Enacted | DEA - S&E | ATF S&E | Federal Prison System | | | BOP FPI | Total DISC w/o S&L | Office of Justice Program | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BOP S&E | BOP B&F | Total | | | OJP-RES | OJP-S&L | OJP-S&E | Total |
| **Prison & Detention** | | | | | | | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 27,753 | 0 | 27,753 | 0 | 27,753 | 0 | 0 | 0 | 0 |
| Food Cost Adjustments - BOP | 0 | 0 | 12,076 | 0 | 12,076 | 0 | 12,076 | 0 | 0 | 0 | 0 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 73,572 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 22,818 | 0 | 0 | 0 | 0 |
| Medical Cost Adjustments - BOP | 0 | 0 | 43,731 | 0 | 43,731 | 0 | 43,731 | 0 | 0 | 0 | 0 |
| Operating Margin - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 23,043 | 0 | 0 | 0 | 0 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 0 | 0 | 16,567 | 0 | 0 | 0 | 0 |
| Utility Costs Adjustments - BOP | 0 | 0 | 14,633 | 0 | 14,633 | 0 | 14,633 | 0 | 0 | 0 | 0 |
| **Total Prison & Detention** | **0** | **0** | **98,193** | **0** | **98,193** | **0** | **234,193** | **0** | **0** | **0** | **0** |
| **Non-Personnel Related Annualizations** | | | | | | | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | 0 | -666 | 0 | 0 | 0 | 0 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 0 | 0 | -2,488 | 0 | 0 | 0 | 0 |
| **Total Non-Personnel Related Annualizations** | **0** | **0** | **0** | **0** | **0** | **0** | **-3,154** | **0** | **0** | **0** | **0** |
| **TOTAL RESOURCES** | **62,371** | **48,422** | **213,880** | **204** | **214,084** | **0** | **########** | **8,190** | **-1,500** | **-[4,987]** | **6,690** |

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | DEA - S&E | ATF S&E | BOP S&E | BOP B&F | Total | BOP FPI | Total DISC w/o S&L | OJP-RES | OJP-S&L | OJP-S&E | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **POSITION ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Position Rightsizing | 0 | 0 | -3,549 | 0 | -3,549 | 0 | -3,549 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 1,483 | 0 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | [475] | 0 | [475] | 0 | [475] | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **0** | **0** | **-3,549** | **0** | **-3,549** | **0** | **-2,066** | **0** | **0** | **0** | **0** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | -20 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 421 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | -307 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | -114 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **0** | **0** | **0** | **0** | **0** | **-20** | **0** | **0** | **0** | **0** |
| **TOTAL Position Adjustments** | **0** | **0** | **-3,549** | **0** | **-3,549** | **0** | **-2,086** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | | |
| **FTE ADJUSTMENTS** | | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | | |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 | 0 | 551 | 0 | 0 | 0 | 0 |
| Public Health Service (PHS) Employees | 0 | 0 | 475 | 0 | 475 | 0 | 475 | 0 | 0 | 0 | 0 |
| **Total Pay & Benefits** | **0** | **0** | **475** | **0** | **475** | **0** | **1,031** | **0** | **0** | **0** | **0** |
| **Other Adjustments** | | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | 0 | 0 | 0 | -5 | 0 | 0 | 0 | 0 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 0 | 0 | 0 | 59 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | 0 | 0 | 0 | -43 | 0 | 0 | 0 | 0 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | 0 | 0 | 0 | -16 | 0 | 0 | 0 | 0 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Adjustments** | **0** | **0** | **0** | **0** | **0** | **0** | **-5** | **0** | **0** | **0** | **0** |
| **Reimbursable Changes** | | | | | | | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 0 | 0 | 39 | 173 | 0 | 0 | 0 | 0 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 |
| **Total Reimbursable Changes** | **0** | **0** | **0** | **0** | **0** | **39** | **273** | **0** | **0** | **0** | **0** |
| **TOTAL FTE Adjustments** | **0** | **0** | **475** | **0** | **475** | **39** | **1,299** | **0** | **0** | **0** | **0** |

**0152**

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | COPS-S&E | OVW-S&E | Total OJP Grants | Total DISC A w/o O | IND-CSL | AFP Mand | DEA-DCFA | VCF | Total MAND | Total DOJ |
|---|---|---|---|---|---|---|---|---|---|---|
| **Transfers** | | | | | | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 0 | 4,000 |
| Transfers - NIJ - From BOP | 0 | 0 | 8,190 | 8,190 | 0 | 0 | 0 | 0 | 0 | 8,190 |
| Transfers - NIJ - To RES | 0 | 0 | 0 | -8,190 | 0 | 0 | 0 | 0 | 0 | -8,190 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | -1,500 | -1,500 | 0 | 0 | 0 | 0 | 0 | -1,500 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 0 | 10,000 |
| **Total Transfers** | **0** | **0** | **6,690** | **12,500** | **0** | **0** | **0** | **0** | **0** | **12,500** |
| **Pay & Benefits** | | | | | | | | | | |
| 2025 Pay Raise - 2% | [229] | [320] | [2,939] | 272,274 | 0 | 0 | 0 | 0 | 0 | 272,274 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 20,391 | 0 | 0 | 0 | 0 | 0 | 20,391 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 109,197 | 0 | 0 | 0 | 0 | 0 | 109,197 |
| Annualization of 2024 Approved Positions | 0 | [1,620] | [1,620] | [1,620] | 0 | 0 | 0 | 0 | 0 | [1,620] |
| Annualization of 2024 Pay Raise | [191] | [388] | [2,651] | 216,531 | 0 | 0 | 0 | 0 | 0 | 216,531 |
| Employees Compensation Fund | [31] | 0 | [33] | 9,868 | 0 | 0 | 0 | 0 | 0 | 9,868 |
| Health Insurance | [194] | [162] | [1,256] | 68,481 | 0 | 0 | 0 | 0 | 0 | 68,481 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | -1,993 | 0 | 0 | 0 | 0 | 0 | -1,993 |
| **Total Pay & Benefits** | **[645]** | **[2,490]** | **[8,499]** | **694,749** | **0** | **0** | **0** | **0** | **0** | **694,749** |
| **Domestic Rent & Facilities** | | | | | | | | | | |
| GSA Rent | [32] | 0 | -[10,218] | 45,264 | 0 | 0 | 0 | 0 | 0 | 45,264 |
| Guard Service | 0 | 0 | 0 | 15,380 | 0 | 0 | 0 | 0 | 0 | 15,380 |
| Moves - Lease Expiration | 0 | 0 | 0 | 7,625 | 0 | 0 | 0 | 0 | 0 | 7,625 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 28 | 0 | 0 | 0 | 0 | 0 | 28 |
| **Total Domestic Rent & Facilities** | **[32]** | **0** | **-[10,218]** | **68,297** | **0** | **0** | **0** | **0** | **0** | **68,297** |
| **Other Adjustments** | | | | | | | | | | |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 14,783 | 0 | 0 | 0 | 0 | 0 | 14,783 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | -10,723 | 0 | 0 | 0 | 0 | 0 | -10,723 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | -4,060 | 0 | 0 | 0 | 0 | 0 | -4,060 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 194,832 | 0 | 0 | 194,832 | 194,832 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | -26,550 | 0 | 0 | 0 | -26,550 | -26,550 |
| Administrative Savings | 0 | 0 | 0 | -19,200 | 0 | 0 | 0 | 0 | 0 | -19,200 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 150 | 0 | 0 | 0 | 0 | 0 | 150 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 35,000 | 0 | 0 | 0 | 0 | 0 | 35,000 |
| New Construction | 0 | 0 | 0 | [30,000] | 0 | 0 | 0 | 0 | 0 | [30,000] |
| Security Investigations | 0 | 0 | -[101] | 3,656 | 0 | 0 | 0 | 0 | 0 | 3,656 |
| Spectrum Relocation | 0 | 0 | 0 | 1,336 | 0 | 0 | 0 | 0 | 0 | 1,336 |
| **Total Other Adjustments** | **0** | **0** | **-[101]** | **20,942** | **-26,550** | **194,832** | **0** | **0** | **168,282** | **189,224** |
| **Foreign Expenses** | | | | | | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 314 | 0 | 0 | -31 | 0 | -31 | 283 |
| Education Allowance | 0 | 0 | 0 | -1,303 | 0 | 0 | -18 | 0 | -18 | -1,321 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 253 | 0 | 0 | 7 | 0 | 7 | 260 |
| ICASS | 0 | 0 | 0 | 6,475 | 0 | 0 | 59 | 0 | 59 | 6,534 |
| INTERPOL Dues | 0 | 0 | 0 | 1,800 | 0 | 0 | 0 | 0 | 0 | 1,800 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 108 | 0 | 0 | 1 | 0 | 1 | 109 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 453 | 0 | 0 | 6 | 0 | 6 | 459 |
| **Total Foreign Expenses** | **0** | **0** | **0** | **8,100** | **0** | **0** | **24** | **0** | **24** | **8,124** |

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | COPS-S&E | OVW-S&E | Total OJP Grants | Total DISC A w/o O | IND-CSL | AFP Mand | DEA-DCFA | VCF | Total MAND | Total DOJ |
|---|---|---|---|---|---|---|---|---|---|---|
| **Prison & Detention** | | | | | | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 27,753 | 0 | 0 | 0 | 0 | 0 | 27,753 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 12,076 | 0 | 0 | 0 | 0 | 0 | 12,076 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 73,572 | 0 | 0 | 0 | 0 | 0 | 73,572 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 22,818 | 0 | 0 | 0 | 0 | 0 | 22,818 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 43,731 | 0 | 0 | 0 | 0 | 0 | 43,731 |
| Operating Margin - FPD | 0 | 0 | 0 | 23,043 | 0 | 0 | 0 | 0 | 0 | 23,043 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 16,567 | 0 | 0 | 0 | 0 | 0 | 16,567 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 14,633 | 0 | 0 | 0 | 0 | 0 | 14,633 |
| **Total Prison & Detention** | **0** | **0** | **0** | **234,193** | **0** | **0** | **0** | **0** | **0** | **234,193** |
| **Non-Personnel Related Annualizations** | | | | | | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | -666 | 0 | 0 | 0 | 0 | 0 | -666 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | -2,488 | 0 | 0 | 0 | 0 | 0 | -2,488 |
| **Total Non-Personnel Related Annualizations** | **0** | **0** | **0** | **-3,154** | **0** | **0** | **0** | **0** | **0** | **-3,154** |
| **TOTAL RESOURCES** | **[677]** | **[2,490]** | **6,690** | **########** | **-26,550** | **194,832** | **24** | **0** | **168,306** | **########** |

**FY 2025 Total**
**($ in thousands)**

| FY 2025 Enacted | COPS-S&E | OVW-S&E | Total OJP Grants | Total DISC A w/o O | IND-CSL | AFP Mand | DEA-DCFA | VCF | Total MAND | Total DOJ |
|---|---|---|---|---|---|---|---|---|---|---|
| **POSITION ADJUSTMENTS** | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | |
| Position Rightsizing | 0 | 0 | 0 | -3,549 | 0 | 0 | 0 | 0 | 0 | -3,549 |
| Position/FTE Rightsizing Adjustment | 0 | 4 | 4 | 1,487 | 0 | 0 | 0 | 0 | 0 | 1,487 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | [475] | 0 | 0 | 0 | 0 | 0 | [475] |
| **Total Pay & Benefits** | **0** | **4** | **4** | **-2,062** | **0** | **0** | **0** | **0** | **0** | **-2,062** |
| **Other Adjustments** | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | -20 | 0 | 0 | 0 | 0 | 0 | -20 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 421 | 0 | 0 | 0 | 0 | 0 | 421 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | -307 | 0 | 0 | 0 | 0 | 0 | -307 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | -114 | 0 | 0 | 0 | 0 | 0 | -114 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 14 | 14 |
| **Total Other Adjustments** | **0** | **0** | **0** | **-20** | **0** | **14** | **0** | **0** | **14** | **-6** |
| **TOTAL Position Adjustments** | **0** | **4** | **4** | **-2,082** | **0** | **14** | **0** | **0** | **14** | **-2,068** |
| | | | | | | | | | | |
| **FTE ADJUSTMENTS** | | | | | | | | | | |
| **Pay & Benefits** | | | | | | | | | | |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 5 |
| Annualization of 2024 Approved Positions | 0 | 9 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 9 |
| Position/FTE Rightsizing Adjustment | 0 | 2 | 2 | 553 | 0 | 0 | 0 | [2] | [2] | 553 |
| Public Health Service (PHS) Employees | 0 | 0 | 0 | 475 | 0 | 0 | 0 | 0 | 0 | 475 |
| **Total Pay & Benefits** | **0** | **11** | **11** | **1,042** | **0** | **0** | **0** | **[2]** | **[2]** | **1,042** |
| **Other Adjustments** | | | | | | | | | | |
| ARRP Administrative Consolidation | 0 | 0 | 0 | -5 | 0 | 0 | 0 | 0 | 0 | -5 |
| ARRP Realignment of Tax Division | 0 | 0 | 0 | 59 | 0 | 0 | 0 | 0 | 0 | 59 |
| ARRP Realignment to Civil Division | 0 | 0 | 0 | -43 | 0 | 0 | 0 | 0 | 0 | -43 |
| ARRP Realignment to Criminal Division | 0 | 0 | 0 | -16 | 0 | 0 | 0 | 0 | 0 | -16 |
| Adjustment for AFF Allocation | 0 | 0 | 0 | 0 | 0 | 106 | 0 | 0 | 106 | 106 |
| Adjustment for Current Services | 0 | 0 | 0 | 0 | -9 | 0 | 0 | 0 | -9 | -9 |
| **Total Other Adjustments** | **0** | **0** | **0** | **-5** | **-9** | **106** | **0** | **0** | **97** | **92** |
| **Reimbursable Changes** | | | | | | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 173 | 0 | 0 | 0 | 0 | 0 | 173 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 100 |
| **Total Reimbursable Changes** | **0** | **0** | **0** | **273** | **0** | **0** | **0** | **0** | **0** | **273** |
| **TOTAL FTE Adjustments** | **0** | **11** | **11** | **1,310** | **-9** | **106** | **0** | **[2]** | **97** | **1,407** |

0156

## DEPARTMENT OF JUSTICE PROGRAMS, PROJECTS, AND ACTIVITIES
($ in thousands)

| APPROPRIATION | PPA TITLE | FY 2024 ENACTED | FY 2025 SUPPLEMENTAL FUNDS | FY 2025 ENACTED |
|---|---|---|---|---|
| JUSTICE OPERATIONS, MANAGEMENT and ACCOUNTABILITY | | 142,000 | 0 | 142,000 |
| | Department Leadership | 23,466 | | 56,973 |
| | Intergovernmental Relations/External Affairs | 18,165 | | 0 |
| | Executive Support/Professional Responsibility | 18,400 | | 0 |
| | Justice Management Division | 81,969 | | 85,027 |
| JUSTICE INFORMATION SHARING TECH. | Justice Information Sharing Technology | 30,000 | | 38,460 |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW | Executive Office for Immigration Review | 844,000 | | 844,000 |
| OFFICE OF THE INSPECTOR GENERAL | | 149,000 | 0 | 149,000 |
| | OIG Audits, Inspections, Investigations, and Reviews | 139,000 | | 139,000 |
| | Oversight and Auditing - Transfer from CVF | 10,000 | | 10,000 |
| WORKING CAPITAL FUND | UBT Rescission | -131,572 | | -300,000 |
| U.S. PAROLE COMMISSION | United States Parole Commission | 14,000 | | 14,000 |
| NATIONAL SECURITY DIVISION | National Security | 128,000 | | 128,000 |
| GENERAL LEGAL ACTIVITIES | | 1,090,000 | 0 | 1,090,000 |
| | OSG - Federal Appellate Activity | 14,899 | | 15,342 |
| | TAX - General Tax Matters | 116,800 | | 106,371 |
| | CRM- Enforcing Federal Criminal Laws | 218,058 | | 225,312 |
| | CIV - Legal Representation | 358,159 | | 387,528 |
| | ENRD - Environment and Natural Resources | 124,502 | | 116,200 |
| | OLC - Legal Counsel | 11,261 | | 11,537 |
| | CRT - Civil Rights Enforcements | 181,611 | | 166,132 |
| | IPOL - Interpol Washington | 44,747 | | 41,167 |
| | Office of Pardon Attorney | 10,386 | | 11,600 |
| | Access to Justice | 9,577 | | 8,811 |
| VACCINE INJURY COMPENSATION TRUST FUND | Legal Representation (Vaccine Injury Compensation Program) | [22,700] | | [22,700] |
| ANTITRUST DIVISION | ATR - Antitrust Division | 233,000 | | 233,000 |
| U.S. ATTORNEYS | | 2,611,000 | 0 | 2,611,000 |
| | Criminal Litigation | 1,936,922 | | 2,040,225 |
| | Civil Litigation | 645,641 | | 542,338 |
| | Legal Education | 28,437 | | 28,437 |
| U.S. TRUSTEES | Administration of Cases | 245,000 | | 245,000 |
| FOREIGN SETTLEMENT CLAIMS COMMISSION | Foreign Claims | 2,504 | | 2,504 |
| U.S. MARSHALS SERVICE (USMS) | | 3,807,000 | 12,000 | 3,943,000 |
| USMS - S&E | | 1,692,000 | | 1,692,000 |
| | Judicial and Courthouse Security | 605,098 | | 569,289 |
| | Fugitive Apprehension | 653,472 | | 697,168 |
| | Prisoner Security and Transportation | 287,986 | | 239,149 |
| | Protection of Witnesses | 68,394 | | 84,455 |
| | Tactical Operations | 77,050 | | 101,939 |
| | Supplemental - Supreme Court Protection | [0] | 12,000 | [0] |
| USMS - CONSTRUCTION | Construction | 15,000 | | 15,000 |
| USMS - FEDERAL PRISONER DETENTION | Detention Services | 2,100,000 | | 2,236,000 |
| COMMUNITY RELATIONS SERVICE | Conflict Resolution and Violence Prevention Program Operations | 24,000 | | 24,000 |
| ASSETS FORFEITURE FUND - DISCRETIONARY | Appropriated, Definite Authority | 20,514 | | 20,514 |
| ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCE (OCDETF) - formerly INTERAGENCY CRIME & DRUG ENFORCEMENT | | 547,000 | 0 | 547,000 |
| | Investigations | 379,017 | | 372,163 |
| | Prosecutions | 167,983 | | 174,837 |
| FEDERAL BUREAU OF INVESTIGATION (FBI) | | 10,306,013 | 16,668 | 10,673,713 |
| FBI - S&E | | 10,276,013 | | 10,643,713 |
| | Intelligence | 1,937,751 | | 1,952,973 |
| | Counterterrorism/Counterintelligence | 4,295,104 | | 4,231,348 |
| | Criminal Enterprises/Federal Crimes | 3,744,493 | | 3,820,063 |
| | Criminal Justice Services | 666,365 | | 639,329 |
| | Balance Rescission | -367,700 | | 0 |
| | Supplemental - National Security System Risk | [0] | 16,668 | [0] |
| FBI - CONSTRUCTION | Construction | 30,000 | | 30,000 |
| DRUG ENFORCEMENT ADMINISTRATION (DEA) | | 2,567,000 | 0 | 2,567,000 |
| DEA - S&E | | 2,567,000 | 0 | 2,567,000 |
| | International Enforcement | 485,618 | | 477,514 |
| | Domestic Enforcement | 2,068,463 | | 2,076,567 |
| | State and Local Assistance | 12,919 | | 12,919 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF) | | 1,625,000 | 0 | 1,625,000 |
| ATF (S&E) | | 1,625,000 | 0 | 1,625,000 |
| | Law Enforcement Operations | 1,134,532 | | 1,136,074 |
| | Investigative Support Services | 490,468 | | 488,926 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

## DEPARTMENT OF JUSTICE PROGRAMS, PROJECTS, AND ACTIVITIES

($ in thousands)

| APPROPRIATION | PPA TITLE | FY 2024 ENACTED | FY 2025 SUPPLEMENTAL FUNDS | FY 2025 ENACTED |
|---|---|---|---|---|
| FEDERAL PRISON SYSTEM (BOP) | | **8,545,160** | **64,796** | **8,564,160** |
| BOP - S&E | | 8,384,398 | 0 | 8,384,398 |
| | *Inmate Care and Programs* | *3,485,414* | | *3,441,248* |
| | *Security/Management and Administration* | *4,341,646* | | *4,353,811* |
| | *Contract Confinement* | *565,528* | | *597,529* |
| | *First Step Act Research and Studies - Transfer to RES* | *-8,190* | | *-8,190* |
| BOP - B&F | | 160,762 | | 179,762 |
| | *Construction* | *32,000* | | *32,000* |
| | *Modernization and Repair* | *147,762* | | *147,762* |
| | *Supplemental - Emergency Disaster Repair Projects* | *[0]* | *64,796* | *[0]* |
| | *Balance Rescission* | *-19,000* | | *0* |
| FEDERAL PRISON INDUSTRIES (limitation on admin expenses) | | 2,700 | | 2,700 |
| **SUBTOTAL, DISCRETIONARY w/o State and Local** | | **32,801,319** | **93,464** | **33,164,051** |
| **DISCRETIONARY GRANTS PROGRAMS** | | **4,194,067** | **0** | **3,451,692** |
| OFFICE OF JUSTICE PROGRAMS (OJP) | | **2,836,551** | **0** | **2,356,523** |
| OJP - RESEARCH, EVALUATION & STATISTICS | | 73,190 | 0 | 73,190 |
| | *National Institute of Justice (NIJ)* | *30,000* | | *30,000* |
| | *Research on Multi-Disciplinary Partnerships* | *[1,500]* | | *[1,500]* |
| | *Forensic Research* | *[1,500]* | | *[1,500]* |
| | *Bureau of Justice Statistics (BJS)* | *35,000* | | *35,000* |
| | *First Step Act Research and Studies - Transfer from BOP* | *8,190* | | *8,190* |
| OJP - JUVENILE JUSTICE PROGRAMS | | 375,000 | 0 | 375,000 |
| | *Part B: Formula Grants* | *65,000* | | *65,000* |
| | *Emergency Planning* | *[500]* | | *[500]* |
| | *Youth Mentoring* | *104,000* | | *104,000* |
| | *Mentoring for Youth Affected by the Opiod Crisis* | *[16,000]* | | *[16,000]* |
| | *Delinquency Prevention Program* | *55,000* | | *55,000* |
| | *Children of Incarcerated Parents* | *[0]* | | *[0]* |
| | *Justice and Healing of Girls/ Competitive Grant for Girls in the Justice System* | *[4,500]* | | *[4,500]* |
| | *Prevention of Trafficking in Girls* | *[4,000]* | | *[4,000]* |
| | *Protecting Vulnerable At-Risk Youth* | *[0]* | | *[0]* |
| | *Children Exposed to Violence* | *[9,000]* | | *[9,000]* |
| | *Tribal Youth* | *[16,000]* | | *[16,000]* |
| | *Opioid Affected Youth Initiative* | *[10,500]* | | *[10,500]* |
| | *Victims of Child Abuse -Improving the Investig. & Prosec. Of Child Abuse (APRI)* | *41,000* | | *41,000* |
| | *Juvenile Indigent Defense* | *2,500* | | *2,500* |
| | *Missing and Exploited Children's Program (MECP)* | *103,000* | | *103,000* |
| | *Child Abuse Training for Judicial Personnel* | *4,500* | | *4,500* |
| OJP - STATE and LOCAL LAW ENFORCEMENT ASSISTANCE | | 2,473,561 | 0 | 1,998,533 |
| | *State Criminial Alien Assistance Program (SCAAP)* | *234,000* | | *234,000* |
| | *Adam Walsh Act Implementation* | *19,000* | | *19,000* |
| | *Justice Assistance Grants (JAG)* | *924,061* | | *499,033* |
| | *VALOR Initiative* | *[13,000]* | | *[13,000]* |
| | *NamUs* | *[3,000]* | | *[3,000]* |
| | *John R. Justice Student Loan Repayment Program* | *[3,000]* | | *[3,000]* |
| | *Kevin and Avonte's Law* | *[3,000]* | | *[3,000]* |
| | *Project Safe Neighborhoods (PSN)* | *[19,000]* | | *[19,000]* |
| | *Capital Litigation Improvement Grant Program* | *[12,000]* | | *[12,000]* |
| | *Prison Rape Prevention and Prosecution Program* | *[15,500]* | | *[15,500]* |
| | *Training to Improve Police-Based Response to People with Mental Illness* | *[10,000]* | | *[10,000]* |
| | *Rural Law Enforcement Violent Crive Initiative* | *[7,000]* | | *[7,000]* |
| | *Missing Persons and Identified Remains Act* | *[5,000]* | | *[5,000]* |
| | *Drug Data Resource Center to Combat Opioid Abuse* | *[0]* | | *[0]* |
| | *Forensic Ballistics Program* | *[1,500]* | | *[1,500]* |
| | *National Center for Restorative Justice* | *[3,000]* | | *[3,000]* |
| | *Ashanti Alert* | *[1,000]* | | *[1,000]* |
| | *Famly-Based Alternative Sentencing Programs* | *[3,500]* | | *[3,500]* |
| | *Child Advocacy Training in Post-Secondary Education* | *[1,000]* | | *[1,000]* |
| | *Multidisciplinary Parntership Improvements for Protection Orders* | *[3,000]* | | *[3,000]* |
| | *Cybercrime Enforcement* | *[0]* | | *[0]* |
| | *Virtual Training for Law Enforcement* | *[0]* | | *[0]* |
| | *Presidential Nominating Conventions* | *[125,000]* | | *[0]* |
| | *Byrne Discretionary Community Projects* | *[350,028]* | | *[0]* |
| | *Emmett Till Unsolved Civil Rights Investigation and Procesution Grants* | *3,000* | | *0* |
| | *Hate Crime Training* | *17,000* | | *17,000* |
| | *Jabara-Heyr NO HATE Act* | *9,000* | | *0* |
| | *Community Approaches to Advancing Justice* | *9,000* | | *0* |
| | *Emergency Federal Law Enforcement Assistance* | *3,000* | | *3,000* |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

## DEPARTMENT OF JUSTICE PROGRAMS, PROJECTS, AND ACTIVITIES

($ in thousands)

| APPROPRIATION | PPA TITLE | FY 2024 ENACTED | FY 2025 SUPPLEMENTAL FUNDS | FY 2025 ENACTED |
|---|---|---|---|---|
| | Community Trust Initiative | 114,000 | | 114,000 |
| | Body Worn Camera Partnership Program | [32,000] | | [32,000] |
| | Justice Reinvestment Initiative | [32,000] | | [32,000] |
| | Community Violence Intervention | [50,000] | | [50,000] |
| | Comprehensive Addiction and Recovery Act (CARA) | 420,000 | | 403,000 |
| | Comprehensive Opioid Abuse Grant Program (COSSAP) | [189,000] | | [189,000] |
| | Drug Court Program | [89,000] | | [89,000] |
| | Mental Health Collaborations | [40,000] | | [40,000] |
| | Veteran Treatment Courts | [32,000] | | [32,000] |
| | Residential Substance Abuse Treatment | [35,000] | | [18,000] |
| | Prescription Drug Monitoring Program | [35,000] | | [35,000] |
| | Victims of Trafficking | 88,000 | | 88,000 |
| | National Sex Offender Public Website | 1,000 | | 1,000 |
| | Bulletproof Vest Partnership | 30,000 | | 30,000 |
| | NIST/OLES | [1,500] | | [1,500] |
| | National Criminal History Improvement Program (NCHIP) | 88,000 | | 88,000 |
| | NICS Act Record Improvement Program | [25,000] | | [25,000] |
| | Court-Appointed Special Advocates | 14,000 | | 14,000 |
| | Keep Young Athletes Safe | 2,500 | | 2,500 |
| | DNA Programs | 153,000 | | 153,000 |
| | DNA Analysis and Capacity Enhancement Program | [120,000] | | [120,000] |
| | Other State and Local Activities | [15,000] | | [15,000] |
| | Kirk Bloodsworth Post Conviction DNA Testing Program | [14,000] | | [14,000] |
| | Sexual Assault Forensic Exam Program Grants | [4,000] | | [4,000] |
| | Community Teams to Reduce the Sexual Assault Kit (SAK) Backlog | 51,500 | | 51,500 |
| | Coverdell Forensic Science Grants | 34,000 | | 34,000 |
| | Forensic Support for Opioid and Synthetic Drug Investigations | [17,000] | | [17,000] |
| | Second Chance/Prisoner Re-entry | 117,000 | | 117,000 |
| | Innovations in Supervision (formerly Smart Probation) | [8,000] | | [8,000] |
| | Children of Incarcerated Parents Demonstration Grants | [5,000] | | [5,000] |
| | Crisis Stabilization and Community Reentry | [10,000] | | [10,000] |
| | Project HOPE | [5,000] | | [5,000] |
| | HOPE Best Practices | [500] | | [500] |
| | Pay for Success | [7,500] | | [7,500] |
| | Pay for Success (Permanent Supportive Housing Model) | [5,000] | | [5,000] |
| | Economic, High-Tech, White-Collar, Cybercrime Prevention | 12,000 | | 0 |
| | Intellectual Property Enforcement Program | [2,500] | | 0 |
| | Internet of Things | [2,000] | | 0 |
| | Tribal Assistance | 50,000 | | 50,000 |
| | STOP School Violence Act Program (formerly Comprehensive School Safety Initiative) | 82,000 | | 82,000 |
| | Transfer to NIST | -1,500 | | -1,500 |
| OJP - S&E | Management and Administration | [319,256] | | [311,543] |
| OJP - PUBLIC SAFETY OFFICER'S BENEFITS (Discretionary) | Public Safety Officers Disability and Education | 34,800 | | 34,800 |
| OJP Rescissions - Undistributed | Rescission | -120,000 | | -125,000 |
| COMMUNITY ORIENTED POLICING SERVICES (COPS) | | 649,516 | 0 | 397,169 |
| | COPS Hiring Program | 256,169 | | 256,169 |
| | Tribal Resources Grant Program | [34,000] | | [34,000] |
| | Regional Information Sharing Systems | [44,000] | | [44,000] |
| | Tribal Access Program (TAP) | [4,000] | | [4,000] |
| | Law Enforcement Mental Health and Wellness | [10,000] | | [10,000] |
| | Collaborative Reform | [7,500] | | [7,500] |
| | Preparing for Active Shooter Situations (PASS) Police Act | 12,000 | | 12,000 |
| | Anti-Methamphetamine Task Forces | 16,000 | | 16,000 |
| | Anti-Heroin Task Forces | 35,000 | | 35,000 |
| | STOP School Violence Act | 53,000 | | 53,000 |
| | Community Policing Development | 25,000 | | 25,000 |
| | De-escalation Training | 20,000 | | 20,000 |
| | COPS Discretionary Grants | 247,347 | | 0 |
| COPS - S&E | Management and Administration | [33,732] | | [32,677] |
| | COPS Rescissions | -15,000 | | -20,000 |
| OFFICE ON VIOLENCE AGAINST WOMEN (OVW) | | 708,000 | 0 | 698,000 |
| | Grants to Combat Violence Against Women (STOP) | 255,000 | | 255,000 |
| | Sexual Assault Survivor's Bill of Rights | [10,000] | | [10,000] |
| | Research and Eval. Violence Against Women (NIJ) | 2,500 | | 2,500 |
| | Transitional Housing | 50,000 | | 50,000 |
| | Consolidated Youth Oriented Program | 17,000 | | 17,000 |
| | Engaging Men and Youth in Prevention | [3,500] | | [3,500] |
| | Improving Criminal Justice Responses Program | 60,500 | | 60,500 |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

### DEPARTMENT OF JUSTICE PROGRAMS, PROJECTS, AND ACTIVITIES
($ in thousands)

| APPROPRIATION | PPA TITLE | FY 2024 ENACTED | FY 2025 SUPPLEMENTAL FUNDS | FY 2025 ENACTED |
|---|---|---|---|---|
| | *Policing and Prosecution Initiative* | *[8,000]* | | *[8,000]* |
| | *Prosecution and Investigation of Online Harassment and Abuse* | *[0]* | | *[0]* |
| | *Homicide Reduction Initiative* | *[4,000]* | | *[4,000]* |
| | *Domestic Violence Firearms Lethality Reduction* | *[4,000]* | | *[4,000]* |
| | *Rural Domestic Violence & Child Abuse Enforcement Assistance* | *50,000* | | *50,000* |
| | *Legal Assistance Program* | *55,000* | | *55,000* |
| | *Grants to Support Families in the Justice System* | *22,000* | | *22,000* |
| | *Campus Violence* | *25,000* | | *25,000* |
| | *HBCU, Hispanic-Serving Institutions, Tribal Colleges Set-aside* | *[12,500]* | | *[12,500]* |
| | *Disabilities Program* | *12,000* | | *12,000* |
| | *National Deaf Services* | *2,000* | | *2,000* |
| | *Elder Program* | *9,000* | | *9,000* |
| | *Sexual Assault Services (SASP)* | *78,500* | | *78,500* |
| | *Indian Country - Sexual Assault Clearinghouse* | *500* | | *500* |
| | *National Resource Center on Workplace Responses* | *1,000* | | *1,000* |
| | *Research on Violence Against Indian Women (NIJ)* | *1,000* | | *1,000* |
| | *Special Tribal Criminal Jurisdiction* | *11,000* | | *11,000* |
| | *Rape Survivor Child Custody Act* | *1,500* | | *1,500* |
| | *Restorative Justice* | *15,000* | | *15,000* |
| | *Culturally-Specific Justice* | *11,000* | | *11,000* |
| | *Underserved Populations Program* | *5,000* | | *5,000* |
| | *Tribal Special Assistant United States Attorneys* | *3,000* | | *3,000* |
| | *Financial Assistance to Victims of Sexual Assault and Intimate Partner Domestic Violence* | *4,000* | | *4,000* |
| | *LGBT Specific Services* | *1,000* | | *1,000* |
| | *Abby Honold Program* | *5,000* | | *5,000* |
| | *Pilot Program to Improve Victim Services on College Campuses* | *0* | | *0* |
| | *Access to Sexual Assault Nurse Exams* | *10,000* | | *10,000* |
| | *Local Law Enforcement Grants for Enforcement of Cybercrimes Against Individuals* | *5,500* | | *5,500* |
| | *Derived from Crime Victims Fund (CVF) Cap* | *[80,000]* | | *[80,000]* |
| | *VAWA Tribal Government Grants Program* | *[49,300]* | | *[49,300]* |
| | *VAWA Tribal Coalitions Grants* | *[8,364]* | | *[8,364]* |
| OVW - S&E | Management and Administration | *[37,910]* | | *[36,620]* |
| | OVW Rescissions | -5,000 | | -15,000 |
| **TOTAL DISCRETIONARY w/o FEES** | | **36,995,386** | **93,464** | **36,615,743** |
| FEE COLLECTIONS: | | | | |
| Offset from Antitrust Pre-Merger Filing Fee | | -278,000 | | -278,000 |
| Offset from U.S. Trustee Fees and Interest on U.S. Securities | | -230,000 | | -230,000 |
| **SUBTOTAL, FEE COLLECTIONS** | | **-508,000** | **0** | **-508,000** |
| **TOTAL DISCRETIONARY WITH FEES** | | **36,487,386** | **93,464** | **36,107,743** |
| DISCRETIONARY OFFSETS AND RESCISSIONS: | | | | |
| CRIME VICTIM FUND OFFSET | | [-2,165,000] | | [-3,467,000] |
| **SUBTOTAL, DISCRETIONARY OFFSETS** | | **[-2,165,000]** | | **[-3,467,000]** |
| **TOTAL, DOJ DIRECT DISCRETIONARY BA** | | **36,487,386** | **93,464** | **36,107,743** |
| **MANDATORY AND OTHER ACCOUNTS:** | | | | |
| FEES AND EXPENSES OF WITNESSES (FEW) | | 254,610 | | 254,610 |
| | *Fees and Expenses of Witnesses* | *270,000* | | *270,000* |
| | *Sequester Cuts 5.7%* | *-15,390* | | *-15,390* |
| INDEPENDENT COUNSEL (PERM Indefinite) | | 28,809 | | 6,973 |
| | *Independent Counsel/Special Counsel* | *30,550* | | *7,395* |
| | *Sequester Cuts 5.7%* | *-1,741* | | *-422* |
| RADIATION EXPOSURE | Radiation Exposure | 80,000 | | 0 |
| ASSETS FORFEITURE FUND (Mandatory) | | 1,062,536 | | 1,525,035 |
| | *Permanent, Indefinite Authority* | *1,562,536* | | *1,775,035* |
| | *Sequester Cuts 5.9% (FY 2020) & 5.7% (FY 2021)* | | | |
| | *Permanently Cancelled* | *-500,000* | | *-250,000* |
| ANTITRUST PRE-MERGER FILING FEES COLLECTIONS | | 278,000 | | 278,000 |
| U.S. TRUSTEES FEE COLLECTIONS | | 230,000 | | 230,000 |
| DIVERSION CONTROL FEE ACCOUNT | | 584,660 | | 612,954 |
| | *Diversion Control Program* | *620,000* | | *650,004* |
| | *Sequester Cuts 5.7%* | *-35,340* | | *-37,050* |
| VICTIM COMPENSATION FUND | | 2,408,227 | | 2,499,348 |
| | *Victim Compensation Fund* | *2,412,071* | | *2,503,897* |
| | *Sequester Cuts 5.7%* | *-3,844* | | *-4,549* |
| OFFICE OF JUSTICE PROGRAMS (Mandatory) | | **1,651,007** | | **2,079,831** |
| PUBLIC SAFETY OFFICERS DEATH BENEFITS | | 291,093 | | 172,917 |
| | *Public Safety Officers Death Benefits* | *292,000* | | *174,000* |
| | *Sequester Cuts 5.7%* | *-907* | | *-1,083* |
| DOMESTIC VICTIMS OF TRAFFICKING | | 6,914 | | 6,914 |
| | *Domestic Victims of Trafficking* | *7,000* | | *7,000* |
| | *Sequester Cuts 5.7%* | *-86* | | *-86* |

Note:
The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

**0160**

## DEPARTMENT OF JUSTICE PROGRAMS, PROJECTS, AND ACTIVITIES

**($ in thousands)**

| APPROPRIATION | PPA TITLE | FY 2024 ENACTED | FY 2025 SUPPLEMENTAL FUNDS | FY 2025 ENACTED |
|---|---|---|---|---|
| CRIME VICTIMS FUND | | 1,353,000 | | 1,900,000 |
| | OVW - Mandatory | [-80,000] | | [-80,000] |
| | OIG - Mandatory | [-10,000] | | [-10,000] |
| U.S. VICTIMS OF STATE SPONSORED TERRORISM | | 1,073,860 | | 248,860 |
| | US Victims of State Sponsored Terrorism | 1,075,000 | | 250,000 |
| | Sequester Cuts 5.7% | -1,140 | | -1,140 |
| SUBTOTAL, MANDATORY AND OTHER ACCOUNTS | | 7,651,709 | 0 | 7,735,611 |
| TOTAL BA, DISCR & MANDATORY, DEPT. OF JUSTICE | | 44,139,095 | 93,464 | 43,843,354 |
| HEALTH CARE FRAUD | | | | |
| FBI - Health Care Fraud - Mandatory | | 168,346 | | 173,565 |
| HCFAC MANDATORY | | 73,772 | | 76,059 |
| HCFAC DISCRETIONARY | | 132,207 | | 133,207 |
| SUBTOTAL, HEALTH CARE FRAUD COLLECTIONS | | 374,325 | 0 | 382,831 |
| TOTAL BA, DEPARTMENT OF JUSTICE | | 44,513,420 | 93,464 | 44,226,185 |

\* Executive Office For Immigration Review includes $4 million transfer from DHS Immigration Fees Accounts.

Note:

The Department will follow up on the distribution of proposed grant reductions associated with Section 205 transfer notifications at a later date.

0162

**FY 2025 SUMMARY OF CHANGES BY ORGANIZATION**
**Direct Discretionary Budget Authority**
($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted with Fee Collections** | **116,947** | **12,049** | **45,390** | **108,755** | **36,488,886** |
| Transfers - NIJ - FY 2023 - From BOP | 0 | 0 | 0 | 0 | 8,190 |
| Transfers - NIJ - FY 2024 - To RES | 0 | 0 | 0 | 0 | -8,190 |
| Transfers - NIST/OLE - FY 2024 | 0 | 0 | 0 | 0 | -1,500 |
| **2024 Enacted with Fee Collections** | **116,947** | **12,049** | **45,390** | **108,755** | **36,487,386** |
| | | | | | |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **4,038** | **0** |
| | | | | | |
| **2024 Enacted with Fee Collections & Reimb FTE** | **116,947** | **12,049** | **45,390** | **112,793** | **36,487,386** |
| | | | | | |
| **Technical Adjustment** | | | | | |
| Adjustment to Positions and FTE | -18 | -17 | 0 | 0 | 0 |
| Adjustment to Positions and FTEs | -34 | -17 | 0 | -17 | 0 |
| Adjustments to GLA Positions and FTEs | -3 | -3 | 0 | 34 | 0 |
| Backlog Reduction Efficiencies - Contractor Conversion Pay | 120 | 0 | 0 | 120 | 19,200 |
| DHS Immigration Examination Fees - EOIR | 0 | 0 | 0 | 0 | -4,000 |
| FTE Adjustment | -1,765 | -1,156 | 0 | -577 | -797 |
| FTE Rightsizing | 0 | 0 | 0 | -67 | 0 |
| FY 2024 Current Services Adjustment | -101 | 0 | 0 | 24 | -[2,726] |
| Non-Recurral - FY2024 Transfer - NIST/OLE | 0 | 0 | 0 | 0 | 1,500 |
| Non-Recurral - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | -10,000 |
| Non-Recurral - Transfers - NIJ - FY2023 - From BOP | 0 | 0 | 0 | 0 | -8,190 |
| Non-Recurral - Transfers - NIJ FY 2024 - To OJP RES | 0 | 0 | 0 | 0 | 8,190 |
| Position Rightsizing | -534 | 0 | 0 | 0 | 0 |
| Position/FTE Rightsizing | 0 | 0 | 397 | 361 | 0 |
| Restoration of Rescission | 0 | 0 | 0 | 0 | 19,000 |
| Restoration of Rescission - COPS | 0 | 0 | 0 | 0 | 15,000 |
| Restoration of Rescission - FBI SE | 0 | 0 | 0 | 0 | 367,700 |
| Restoration of Rescission - OJP | 0 | 0 | 0 | 0 | 120,000 |
| Restoration of Rescission - OVW | 0 | 0 | 0 | 0 | 5,000 |
| Restoration of Rescission - WCF | 0 | 0 | 0 | 0 | 131,572 |
| Secure Work Environment/Quantico | 0 | 0 | 0 | 0 | 31,895 |
| **Subtotal, Technical Adjustment** | **-2,335** | **-1,193** | **397** | **-122** | **696,070** |
| | | | | | |
| **2024 Enacted with Tech Adj & Reimb FTE** | **114,612** | **10,856** | **45,787** | **112,671** | **37,183,456** |
| | | | | | |
| **Base Adjustments** | | | | | |
| **ATB Transfers - Non-GRANTS** | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 0 | 4,000 |
| Transfers - NIJ - From BOP | 0 | 0 | 0 | 0 | 8,190 |
| Transfers - NIJ - To RES | 0 | 0 | 0 | 0 | -8,190 |
| Transfers - NIST/OLE - FY 2025 | 0 | 0 | 0 | 0 | -1,500 |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | 10,000 |
| **Subtotal, ATB Transfers - Non-GRANTS** | **0** | **0** | **0** | **0** | **12,500** |
| | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 272,274 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 0 | 20,391 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 5 | 109,197 |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 9 | [1,620] |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 216,531 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 9,868 |
| Health Insurance | 0 | 0 | 0 | 0 | 68,481 |
| Position Rightsizing | -3,549 | 0 | -2,173 | 0 | 0 |
| Position/FTE Rightsizing Adjustment | 1,487 | 1,009 | 0 | 553 | -1,993 |
| Public Health Service (PHS) Employees | [475] | 0 | 0 | 475 | 0 |
| **Subtotal, Pay & Benefits** | **-2,062** | **1,009** | **-2,173** | **1,042** | **694,749** |
| | | | | | |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 45,264 |
| Guard Service | 0 | 0 | 0 | 0 | 15,380 |
| Moves - Lease Expiration | 0 | 0 | 0 | 0 | 7,625 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 0 | 28 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **68,297** |
| | | | | | |
| **Other Adjustments** | | | | | |
| ARRP Administrative Consolidation | -20 | 0 | 0 | -5 | 0 |

**FY 2025 SUMMARY OF CHANGES BY ORGANIZATION**
**Direct Discretionary Budget Authority**
($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| ARRP Realignment of Tax Division | 421 | 288 | 0 | 59 | 14,783 |
| ARRP Realignment to Civil Division | -307 | -194 | 0 | -43 | -10,723 |
| ARRP Realignment to Criminal Division | -114 | -94 | 0 | -16 | -4,060 |
| Administrative Savings | 0 | 0 | 0 | 0 | -19,200 |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 0 | 150 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 0 | 35,000 |
| New Construction | 0 | 0 | 0 | 0 | [30,000] |
| Security Investigations | 0 | 0 | 0 | 0 | 3,656 |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 1,336 |
| **Subtotal, Other Adjustments** | **-20** | **0** | **0** | **-5** | **20,942** |
| | | | | | |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 314 |
| Education Allowance | 0 | 0 | 0 | 0 | -1,303 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | 253 |
| ICASS | 0 | 0 | 0 | 0 | 6,475 |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 1,800 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 108 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 453 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **8,100** |
| | | | | | |
| **Prison and Detention** | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 0 | 27,753 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 12,076 |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 73,572 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 22,818 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 43,731 |
| Operating Margin - FPD | 0 | 0 | 0 | 0 | 23,043 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 16,567 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 0 | 14,633 |
| **Subtotal, Prison and Detention** | **0** | **0** | **0** | **0** | **234,193** |
| | | | | | |
| **Non-Personnel Related Annualizations** | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | -666 |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | -2,488 |
| **Subtotal, Non-Personnel Related Annualizations** | **0** | **0** | **0** | **0** | **-3,154** |
| | | | | | |
| **Subtotal, Base Adjustments** | **-2,082** | **1,009** | **-2,173** | **1,037** | **1,035,627** |
| | | | | | |
| **Subtotal, Technical and Base Adjustments** | **-4,417** | **-184** | **-1,776** | **915** | **1,731,697** |
| | | | | | |
| **2025 Current Services w/o Reimbursable FTE** | **112,530** | **11,865** | **43,614** | **109,670** | **38,219,083** |
| | | | | | |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 173 | 0 |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 100 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **273** | **0** |
| | | | | | |
| **2025 Current Services with Reimbursable FTE** | **112,530** | **11,865** | **43,614** | **113,981** | **38,219,083** |
| | | | | | |
| **Program Changes** | | | | | |
| | | | | | |
| **Justice Operations, Management, and Accountability** | | | | | |
| Department Leadership Reduction | -8 | -7 | 0 | 0 | -3,804 |
| Justice Management Division Reduction | -44 | -1 | 0 | 0 | -2,720 |
| **Total, Justice Operations, Management, and Accountability** | **-52** | **-8** | **0** | **0** | **-6,524** |
| | | | | | |
| **Justice Information Sharing Technology** | | | | | |
| Cybersecurity Posture Enhancements | 0 | 0 | 0 | 0 | 7,999 |
| **Total, Justice Information Sharing Technology** | **0** | **0** | **0** | **0** | **7,999** |
| | | | | | |
| **Executive Office for Immigration Review** | | | | | |
| Adjudicatory Expansion Initiative | -270 | -50 | 0 | -195 | -42,235 |
| Backlog Reduction Initiative - Legal Staffing Infrastructure (FY22) | 0 | 0 | 0 | 0 | -683 |
| Legal Access Program | 0 | 0 | 0 | 0 | -4,000 |
| Virtual Court Initiative | 0 | 0 | 0 | 0 | -16,719 |
| **Total, Executive Office for Immigration Review** | **-270** | **-50** | **0** | **-195** | **-63,637** |

144

## FY 2025 SUMMARY OF CHANGES BY ORGANIZATION
### Direct Discretionary Budget Authority
($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **Office of the Inspector General** | | | | | |
| Information Technology Curtailment | 0 | 0 | 0 | 0 | -2,813 |
| Programmatic Adjustment - Audit, Investigations, and Inspections Reduction | 0 | 0 | 0 | 0 | -3,302 |
| **Total, Office of the Inspector General** | **0** | **0** | **0** | **0** | **-6,115** |
| **U.S. Parole Commission** | | | | | |
| Program Decrease | -3 | 0 | 0 | -3 | -405 |
| **Total, U.S. Parole Commission** | **-3** | **0** | **0** | **-3** | **-405** |
| **National Security Division** | | | | | |
| Contracts | 0 | 0 | 0 | 0 | -2,901 |
| Travel | 0 | 0 | 0 | 0 | -805 |
| **Total, National Security Division** | **0** | **0** | **0** | **0** | **-3,706** |
| **General Legal Activities** | | | | | |
| **Tax Division** | | | | | |
| Operational and Administrative Reduction | -25 | -31 | 0 | 0 | -900 |
| **Total, Tax Division** | **-25** | **-31** | **0** | **0** | **-900** |
| **Criminal Division** | | | | | |
| Operational and Administrative Reduction | -34 | -25 | 0 | -34 | -7,545 |
| **Total, Criminal Division** | **-34** | **-25** | **0** | **-34** | **-7,545** |
| **Civil Division** | | | | | |
| Immigration, National Security, and Public Safety | 83 | 83 | 0 | 31 | 9,083 |
| Enforcement and Affirmative Litigation | 20 | 20 | 0 | 7 | 2,255 |
| Reprioritization of Legal Activities | -44 | -39 | 0 | -14 | -8,338 |
| **Total, Civil Division** | **59** | **64** | **0** | **24** | **3,000** |
| **Environment & Natural Resources Division** | | | | | |
| Office of Environmental Justice (OEJ) | -7 | -3 | 0 | -7 | -1,605 |
| Reduced Civil Litigation Support | -122 | -85 | 0 | -105 | -11,263 |
| Reduced Criminal Litigation Support | -7 | -5 | 0 | -7 | -825 |
| **Total, Environment & Natural Resources Division** | **-136** | **-93** | **0** | **-119** | **-13,693** |
| **Civil Rights Division** | | | | | |
| Contractor Cost Savings | 0 | 0 | 0 | 0 | -1,200 |
| Election Monitoring Funds Non-Discretionary Adjustment | 0 | 0 | 0 | 0 | -9,378 |
| Managed Hiring Restrictions Cost Savings | -32 | -30 | 0 | -30 | -7,877 |
| Managed Travel Restrictions Cost Savings | 0 | 0 | 0 | 0 | -1,115 |
| Voluntary Early Retirement Authority (VERA) Cost Savings | -25 | -17 | 0 | -17 | -266 |
| **Total, Civil Rights Division** | **-57** | **-47** | **0** | **-47** | **-19,836** |
| **INTERPOL Washington** | | | | | |
| Interpol Contract Support Reduction | 0 | 0 | 0 | 0 | -5,340 |
| **Total, INTERPOL Washington** | **0** | **0** | **0** | **0** | **-5,340** |
| **Office for Access to Justice** | | | | | |
| Access to Justice Restructuring | -4 | -1 | 0 | -6 | -1,025 |
| **Total, Office for Access to Justice** | **-4** | **-1** | **0** | **-6** | **-1,025** |
| Reimb FTE Changes | 0 | 0 | 0 | 1 | 0 |
| **Total with Reimbursable, Office for Access to Justice** | **-4** | **-1** | **0** | **-5** | **-1,025** |
| **Total, General Legal Activities** | **-197** | **-133** | **0** | **-182** | **-45,339** |
| **Antitrust Division** | | | | | |
| Contractor Support Reductions | 0 | 0 | 0 | 0 | -2,700 |
| Equipment and Supplies Reduction | 0 | 0 | 0 | 0 | -2,400 |
| Personnel Reductions | -[40] | -[5] | 0 | -10 | -1,541 |
| Travel Expenses Reduction | 0 | 0 | 0 | 0 | -500 |
| **Total, Antitrust Division** | **-[40]** | **-[5]** | **0** | **-10** | **-7,141** |
| **U.S. Attorneys** | | | | | |
| Reprioritization of Criminal and Civil Litigation Activities | -409 | -270 | 0 | 0 | -87,836 |
| **Total, U.S. Attorneys** | **-409** | **-270** | **0** | **0** | **-87,836** |
| **U.S. Trustees** | | | | | |
| Bankruptcy Operational Reductions | 0 | 0 | 0 | 0 | -2,054 |

## FY 2025 SUMMARY OF CHANGES BY ORGANIZATION
### Direct Discretionary Budget Authority
($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **Total, U.S. Trustees** | **0** | **0** | **0** | **0** | **-2,054** |
| | | | | | |
| **Foreign Claims Settlement Commission** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -49 |
| **Total, Foreign Claims Settlement Commission** | **0** | **0** | **0** | **0** | **-49** |
| | | | | | |
| **U.S. Marshals Service** | | | | | |
| **U.S. Marshals Service - S&E** | | | | | |
| Administrative Contractor Support | 0 | 0 | 0 | 0 | -5,000 |
| Administrative Position Hiring Freeze | -33 | 0 | 0 | -33 | -5,200 |
| Awards | 0 | 0 | 0 | 0 | -5,000 |
| Conferences, Training, Travel | 0 | 0 | 0 | 0 | -10,000 |
| Operational Equipment | 0 | 0 | 0 | 0 | -10,000 |
| Operational Positions Delayed Career/Promotions Board | 0 | 0 | 0 | 0 | -5,000 |
| Protective Details | 0 | 0 | 0 | 0 | -7,360 |
| **Total, U.S. Marshals Service - S&E** | **-33** | **0** | **0** | **-33** | **-47,560** |
| | | | | | |
| **Total, U.S. Marshals Service** | **-33** | **0** | **0** | **-33** | **-47,560** |
| | | | | | |
| **Community Relations Service** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -430 |
| **Total, Community Relations Service** | **0** | **0** | **0** | **0** | **-430** |
| | | | | | |
| **Organized Crime Drug Enforcement Task Forces** | | | | | |
| Program Offset - Program Reduction | -50 | 1 | -39 | -56 | -13,547 |
| **Total, Organized Crime Drug Enforcement Task Forces** | **-50** | **1** | **-39** | **-56** | **-13,547** |
| | | | | | |
| **Federal Bureau of Investigation** | | | | | |
| **Federal Bureau of Investigation - S&E** | | | | | |
| Law Enforcement and National Security Capabilities | -875 | 0 | -588 | -438 | -287,659 |
| **Total, Federal Bureau of Investigation - S&E** | **-875** | **0** | **-588** | **-438** | **-287,659** |
| Reimb FTE Changes | 0 | 0 | 0 | -61 | 0 |
| **Total with Reimbursable, Federal Bureau of Investigation - S&E** | **-875** | **0** | **-588** | **-499** | **-287,659** |
| | | | | | |
| **Federal Bureau of Investigation - Construction** | | | | | |
| Secure Work Environment/Quantico | 0 | 0 | 0 | 0 | -31,895 |
| **Total, Federal Bureau of Investigation - Construction** | **0** | **0** | **0** | **0** | **-31,895** |
| | | | | | |
| **Total, Federal Bureau of Investigation** | **-875** | **0** | **-588** | **-438** | **-319,554** |
| | | | | | |
| **Drug Enforcement Administration** | | | | | |
| **Drug Enforcement Administration - S&E** | | | | | |
| Community Outreach & Drug Prevention Campaigns | 0 | 0 | 0 | 0 | -5,000 |
| Domestic and Foreign Field Operating Budget | 0 | 0 | 0 | 0 | -25,000 |
| IT Modernization & Equipment Refresh | 0 | 0 | 0 | 0 | -20,000 |
| Impact of Government Hiring Freeze | -75 | 0 | 0 | -75 | -7,371 |
| Training & Infrastructure | 0 | 0 | 0 | 0 | -5,000 |
| **Total, Drug Enforcement Administration - S&E** | **-75** | **0** | **0** | **-75** | **-62,371** |
| | | | | | |
| **Total, Drug Enforcement Administration** | **-75** | **0** | **0** | **-75** | **-62,371** |
| | | | | | |
| **Bureau of Alcohol, Tobacco, Firearms, and Explosives** | | | | | |
| **Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E** | | | | | |
| 1  National Tracing Center Modernization | 0 | 0 | 0 | 0 | -12,700 |
| 2  National Center for Explosives Training and Research (NCETR) | 0 | 0 | 0 | 0 | -4,000 |
| 3  Crime Gun Investigations | 0 | 0 | 0 | 0 | -4,622 |
| 4  National Integrated Ballistic Information Network (NIBIN) | 0 | 0 | 0 | 0 | -7,700 |
| 5  Mission Support | 0 | 0 | 0 | 0 | -19,400 |
| **Total, Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E** | **0** | **0** | **0** | **0** | **-48,422** |
| Reimb FTE Changes | 0 | 0 | 0 | 2 | 0 |
| **Total with Reimbursable, Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E** | **0** | **0** | **0** | **2** | **-48,422** |
| | | | | | |
| **Total, Bureau of Alcohol, Tobacco, Firearms, and Explosives** | **0** | **0** | **0** | **0** | **-48,422** |
| | | | | | |
| **Federal Prison System** | | | | | |
| **Federal Prison System - S&E** | | | | | |
| Eliminate Free Inmate Phone Calls (Non-FSA Program Incentive Only) | 0 | 0 | 0 | 0 | -30,000 |

146

## FY 2025 SUMMARY OF CHANGES BY ORGANIZATION
### Direct Discretionary Budget Authority
#### ($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| Employee Incentives Cost Reduction | 0 | 0 | 0 | 0 | -57,000 |
| Equipment Reduction (Information Technology, Food Service, Medical) | 0 | 0 | 0 | 0 | -30,000 |
| Medication-Assisted Treatment (MAT) Drug Cost Reduction | 0 | 0 | 0 | 0 | -10,000 |
| Security Cameras and Radios Reduction | 0 | 0 | 0 | 0 | -44,960 |
| Training, Travel, Supplies and Contracts Reduction | 0 | 0 | 0 | 0 | -38,110 |
| Translation Services (Inmate Phone Calls) Reduction | 0 | 0 | 0 | 0 | -12,000 |
| **Total, Federal Prison System - S&E** | **0** | **0** | **0** | **0** | **-222,070** |
| | | | | | |
| **Federal Prison System - Buildings & Facilities** | | | | | |
| Modernization and Repair | 0 | 0 | 0 | 0 | -204 |
| **Total, Federal Prison System - Buildings & Facilities** | **0** | **0** | **0** | **0** | **-204** |
| | | | | | |
| **Total, Federal Prison System** | **0** | **0** | **0** | **0** | **-222,274** |
| | | | | | |
| **Total Program Changes, Discretionary w/o State and Local** | **-1,964** | **-460** | **-627** | **-992** | **-928,965** |
| | | | | | |
| **Discretionary Grant Programs** | | | | | |
| **Office of Justice Program** | | | | | |
| **State and Local Law Enforcement Assistance** | | | | | |
| Justice Assistance Grants (JAG) | 0 | 0 | 0 | 0 | -475,028 |
| **Total, State and Local Law Enforcement Assistance** | **0** | **0** | **0** | **0** | **-475,028** |
| | | | | | |
| **Total, Office of Justice Program** | **0** | **0** | **0** | **0** | **-475,028** |
| | | | | | |
| **Community Oriented Policing Services** | | | | | |
| **Community Oriented Policing Services - Grants** | | | | | |
| COPS Discretionary Grants | 0 | 0 | 0 | 0 | -247,347 |
| **Total, Community Oriented Policing Services - Grants** | **0** | **0** | **0** | **0** | **-247,347** |
| | | | | | |
| **Community Oriented Policing Services S&E** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -[1,732] |
| **Total, Community Oriented Policing Services S&E** | **0** | **0** | **0** | **0** | **-[1,732]** |
| | | | | | |
| **Total, Community Oriented Policing Services** | **0** | **0** | **0** | **0** | **-247,347** |
| | | | | | |
| **Office on Violence Against Women** | | | | | |
| **Office on Violence Against Women - S&E** | | | | | |
| FY 2025 Forecasted as Eliminated via Regular Attrition | -6 | 0 | 0 | -6 | -[540] |
| FY 2025 Forecasted as Eliminated via Voluntary Retirement (VERA) and VSIP | -6 | 0 | 0 | -6 | 0 |
| **Total, Office on Violence Against Women - S&E** | **-12** | **0** | **0** | **-12** | **-[540]** |
| | | | | | |
| **Total, Office on Violence Against Women** | **-12** | **0** | **0** | **-12** | **-[540]** |
| | | | | | |
| **Total Program Changes, Discretionary Grant Programs** | **-12** | **0** | **0** | **-12** | **-722,375** |
| | | | | | |
| **Total Program Changes, Discretionary Budget Authority** | **-1,976** | **-460** | **-627** | **-1,004** | **-1,651,340** |
| | | | | | |
| **Rescission** | | | | | |
| Rescission - COPS | 0 | 0 | 0 | 0 | -20,000 |
| Rescission - OJP | 0 | 0 | 0 | 0 | -125,000 |
| Rescission - OVW | 0 | 0 | 0 | 0 | -15,000 |
| Rescission - WCF | 0 | 0 | 0 | 0 | -300,000 |
| **Subtotal, Rescission** | **0** | **0** | **0** | **0** | **-460,000** |
| | | | | | |
| **Total Program Changes and Rescissions, DISCRETIONARY BUDGET AUTHORITY** | **-1,976** | **-460** | **-627** | **-1,004** | **-2,111,340** |
| | | | | | |
| **2025 Total DISCRETIONARY BUDGET AUTHORITY** | **110,554** | **11,405** | **42,987** | **108,666** | **36,107,743** |
| | | | | | |
| **2025 Reimbursable FTE** | **0** | **0** | **0** | **4,253** | **0** |
| | | | | | |
| **2025 DISCRETIONARY BUDGET AUTHORITY with Reimbursable FTE** | **110,554** | **11,405** | **42,987** | **112,919** | **36,107,743** |
| | | | | | |
| **Change 2025 from 2024 Enacted** | **-6,393** | **-644** | **-2,403** | **126** | **-379,643** |
| | | | | | |
| **Percent Change 2025 from 2024 Enacted** | | | | | **-1.04%** |

## FY 2025 SUMMARY OF CHANGES BY ORGANIZATION
### Direct Discretionary Budget Authority
#### ($ in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2025 Supplemental Appropriations** | | | | | |
| Emergency Disaster Repair Projects | 0 | 0 | 0 | 0 | 64,796 |
| National Security System Risk | 0 | 0 | 0 | 0 | 16,668 |
| Supreme Court Protection | 0 | 0 | 0 | 0 | 12,000 |
| **Subtotal, Supplemental Appropriations** | **0** | **0** | **0** | **0** | **93,464** |
| | | | | | |
| **2025 DISCRETIONARY AUTHORITY with Reimbursable FTE and Supplemental Appropriations** | **110,554** | **11,405** | **42,987** | **112,919** | **36,201,207** |

**DEPARTMENT OF JUSTICE**
**FY 2025 BUDGET**
($ in thousands)

| | FY 2024 Enacted | | | TECHNICAL ADJUSTMENTS | ADJUSTMENTS TO BASE | | | CURRENT SERVICES | | | PROGRAM INCREASES | | | PROGRAM OFFSETS | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APPROPRIATION | POS | FTE | BA | | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA |
| Justice Operations, Management, and Accountability | 512 | 527 | 142,000 | 0 | 0 | 43 | 6,524 | 512 | 570 | 148,524 | 0 | 0 | 0 | -52 | 0 | -6,524 | 460 | 570 | 142,000 |
| Justice Information Sharing Technology | 50 | 42 | 30,000 | 0 | 0 | 2 | 461 | 50 | 44 | 30,461 | 0 | 0 | 7,999 | 0 | 0 | 0 | 50 | 44 | 38,460 |
| Executive Office for Immigration Review | 2,850 | 2,726 | 844,000 | 15,200 | 120 | 120 | 48,437 | 2,970 | 2,846 | 907,637 | 0 | 0 | 0 | -270 | -195 | -63,637 | 2,700 | 2,651 | 844,000 |
| *Executive Office for Immigration Review* | 2,850 | 2,726 | 840,000 | 19,200 | 120 | 120 | 44,437 | 2,970 | 2,846 | 903,637 | 0 | 0 | 0 | -270 | -195 | -63,637 | 2,700 | 2,651 | 840,000 |
| *Transfer from Immigration Fees Account* | 0 | 0 | 4,000 | -4,000 | 0 | 0 | 4,000 | 0 | 0 | 4,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 |
| Office of the Inspector General | 560 | 548 | 149,000 | -10,000 | 0 | 12 | 16,115 | 560 | 560 | 155,115 | 0 | 0 | 0 | 0 | 0 | -6,115 | 560 | 560 | 149,000 |
| *Office of the Inspector General* | 560 | 548 | 139,000 | 0 | 0 | 12 | 6,115 | 560 | 560 | 145,115 | 0 | 0 | 0 | 0 | 0 | -6,115 | 560 | 560 | 139,000 |
| *Transfer from Crime Victim Fund* | 0 | 0 | 10,000 | -10,000 | 0 | 0 | 10,000 | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 |
| Working Capital Fund - UBT Rescission | [672] | 534 | -131,572 | 131,572 | [-95] | 5 | 0 | [577] | 539 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -300,000 | [577] | 539 | -300,000 |
| *UBT Rescission* | [672] | 534 | -131,572 | 131,572 | [-95] | 5 | 0 | [577] | 539 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -300,000 | [577] | 539 | -300,000 |
| U.S. Parole Commission | 56 | 44 | 14,000 | 0 | 0 | 0 | 405 | 56 | 44 | 14,405 | 0 | 0 | 0 | -3 | -3 | 0 | 53 | 41 | 14,000 |
| National Security Division | 434 | 377 | 128,000 | 0 | -75 | -1 | 3,706 | 359 | 376 | 131,706 | 0 | 0 | 0 | 0 | 0 | -3,706 | 359 | 376 | 128,000 |
| General Legal Activities | 3,986 | 3,968 | 1,090,000 | 0 | -180 | -11 | 45,339 | 3,806 | 3,957 | 1,135,339 | 103 | 39 | 11,338 | -300 | -220 | -56,677 | 3,609 | 3,776 | 1,090,000 |
| *Office of the Solicitor General* | 55 | 50 | 14,899 | 0 | 0 | 5 | 443 | 55 | 55 | 15,342 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 55 | 15,342 |
| *Tax Division* | 503 | 439 | 116,800 | 0 | -478 | -73 | -9,529 | 25 | 366 | 107,271 | 0 | 0 | 0 | -25 | 0 | -900 | 0 | 366 | 106,371 |
| *Criminal Division* | 765 | 886 | 218,058 | 0 | 168 | 29 | 14,799 | 933 | 915 | 232,857 | 0 | 0 | 0 | -34 | -34 | -7,545 | 899 | 881 | 225,312 |
| *Civil Division* | 1,211 | 1,285 | 358,159 | 0 | 215 | 3 | 26,369 | 1,426 | 1,288 | 384,528 | 103 | 38 | 11,338 | -44 | -14 | -8,338 | 1,485 | 1,312 | 387,528 |
| *Environment & Natural Resources Division* | 520 | 484 | 124,502 | 0 | -3 | 38 | 5,391 | 517 | 522 | 129,893 | 0 | 0 | 0 | -136 | -119 | -13,693 | 381 | 403 | 116,200 |
| *Office of Legal Counsel* | 36 | 32 | 11,261 | 0 | 0 | 4 | 276 | 36 | 36 | 11,537 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 36 | 11,537 |
| *Civil Rights Division* | 734 | 664 | 181,611 | 0 | -51 | -21 | 4,357 | 683 | 643 | 185,968 | 0 | 0 | 0 | -57 | -47 | -19,836 | 626 | 596 | 166,132 |
| *INTERPOL Washington* | 80 | 60 | 44,747 | 0 | -20 | 0 | 1,760 | 60 | 60 | 46,507 | 0 | 0 | 0 | 0 | 0 | -5,340 | 60 | 60 | 41,167 |
| *Office of the Pardon Attorney* | 40 | 38 | 10,386 | 0 | -5 | -3 | 1,214 | 35 | 35 | 11,600 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 35 | 11,600 |
| *Office for Access to Justice* | 42 | 30 | 9,577 | 0 | -6 | 7 | 259 | 36 | 37 | 9,836 | 0 | 1 | 0 | -4 | -6 | -1,025 | 32 | 32 | 8,811 |
| *Vaccine Injury Compensation Trust Fund* | [119] | [81] | [22,700] | 0 | [-24] | [14] | 0 | [95] | [95] | [22,700] | 0 | 0 | 0 | 0 | 0 | 0 | [95] | [95] | [22,700] |
| Antitrust | [910] | 820 | 233,000 | 0 | [-86] | 0 | 7,141 | [824] | 820 | 240,141 | 0 | 0 | 0 | [-40] | -10 | -7,141 | [784] | 810 | 233,000 |
| U.S. Attorneys | 11,247 | 10,670 | 2,611,000 | 0 | 0 | 60 | 87,836 | 11,247 | 10,730 | 2,698,836 | 0 | 0 | 0 | -409 | 0 | -87,836 | 10,838 | 10,730 | 2,611,000 |
| U.S. Trustees | [970] | 951 | 245,000 | -797 | [-47] | -12 | 2,851 | [923] | 939 | 247,054 | 0 | 0 | 0 | 0 | 0 | -2,054 | [923] | 939 | 245,000 |
| Foreign Claims Settlement Commission | 11 | 6 | 2,504 | 0 | 0 | 2 | 49 | 11 | 8 | 2,553 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 8 | 2,504 |
| U.S. Marshals Service | 5,488 | 5,307 | 3,807,000 | 0 | 0 | 18 | 183,560 | 5,488 | 5,325 | 3,990,560 | 0 | 0 | 0 | -33 | -33 | -47,560 | 5,455 | 5,292 | 3,943,000 |
| *USMS Salaries & Expenses* | 5,446 | 5,271 | 1,692,000 | 0 | 0 | 12 | 47,560 | 5,446 | 5,283 | 1,739,560 | 0 | 0 | 0 | -33 | -33 | -47,560 | 5,413 | 5,250 | 1,692,000 |
| *USMS Construction* | 0 | 0 | 15,000 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000 |
| *Federal Prisoner Detention* | 42 | 36 | 2,100,000 | 0 | 0 | 6 | 136,000 | 42 | 42 | 2,236,000 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 42 | 2,236,000 |
| Community Relations Service | 118 | 54 | 24,000 | 0 | -62 | 2 | 430 | 56 | 56 | 24,430 | 0 | 0 | 0 | 0 | 0 | -430 | 56 | 56 | 24,000 |
| Assets Forfeiture Fund - CV Budget Authority | 0 | 0 | 20,514 | 0 | 0 | 0 | 0 | 0 | 0 | 20,514 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,514 |
| Interagency Crime & Drug Enforcement | 2,290 | 2,282 | 547,000 | 0 | 0 | 0 | 13,547 | 2,290 | 2,282 | 560,547 | 0 | 0 | 0 | -50 | -56 | -13,547 | 2,240 | 2,226 | 547,000 |
| *ICDE Salaries & Expenses* | 0 | 0 | 547,000 | 0 | 0 | 0 | 13,547 | 0 | 0 | 560,547 | 0 | 0 | 0 | 0 | 0 | -13,547 | 0 | 0 | 547,000 |
| *Sub-Allotments:* | | | | | | | | | | | | | | | | | | | |
| *EOCDETF, OFC, IOC2, HQ, TRU* | 128 | 57 | 0 | 0 | 0 | 0 | 0 | 128 | 57 | 0 | 0 | 0 | 0 | -13 | 2 | 0 | 115 | 59 | 0 |
| *CRM* | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 11 | 11 | 0 | 0 | 0 | 0 | -1 | -1 | 0 | 10 | 10 | 0 |
| *USA* | 832 | 829 | 0 | 0 | 0 | 0 | 0 | 832 | 829 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 832 | 829 | 0 |
| *USMS* | 39 | 38 | 0 | 0 | 0 | 0 | 0 | 39 | 38 | 0 | 0 | 0 | 0 | -1 | -1 | 0 | 38 | 37 | 0 |
| *DEA* | 824 | 854 | 0 | 0 | 0 | 0 | 0 | 824 | 854 | 0 | 0 | 0 | 0 | -20 | -32 | 0 | 804 | 822 | 0 |
| *ATF* | 46 | 48 | 0 | 0 | 0 | 0 | 0 | 46 | 48 | 0 | 0 | 0 | 0 | -1 | -2 | 0 | 45 | 46 | 0 |
| *Reimbursable - FBI* | 410 | 445 | 0 | 0 | 0 | 0 | 0 | 410 | 445 | 0 | 0 | 0 | 0 | -17 | -25 | 0 | 393 | 420 | 0 |
| Federal Bureau of Investigation | 35,967 | 35,787 | 10,306,013 | 399,595 | 0 | 186 | 287,659 | 35,967 | 35,973 | 10,993,267 | 0 | 0 | 0 | -875 | -499 | -319,554 | 35,092 | 35,474 | 10,673,713 |
| *FBI Salaries & Expenses* | 35,967 | 35,787 | 10,643,713 | 0 | 0 | 186 | 287,659 | 35,967 | 35,973 | 10,931,372 | 0 | 0 | 0 | -875 | -499 | -287,659 | 35,092 | 35,474 | 10,643,713 |
| *Rescission - FBI S&E/CJIS* | 0 | 0 | -367,700 | 367,700 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *FBI Construction* | 0 | 0 | 30,000 | 31,895 | 0 | 0 | 0 | 0 | 0 | 61,895 | 0 | 0 | 0 | 0 | 0 | -31,895 | 0 | 0 | 30,000 |
| Drug Enforcement Administration | 7,289 | 6,345 | 2,567,000 | 0 | -382 | 103 | 62,371 | 6,907 | 6,448 | 2,629,371 | 0 | 0 | 0 | -75 | -75 | -62,371 | 6,832 | 6,373 | 2,567,000 |
| *DEA Salaries & Expenses* | 7,289 | 6,345 | 2,567,000 | 0 | -382 | 103 | 62,371 | 6,907 | 6,448 | 2,629,371 | 0 | 0 | 0 | -75 | -75 | -62,371 | 6,832 | 6,373 | 2,567,000 |
| Bureau of Alcohol, Tobacco, Firearms & Explosives | 5,288 | 5,271 | 1,625,000 | 0 | -152 | -170 | 48,422 | 5,136 | 5,101 | 1,673,422 | 0 | 2 | 0 | 0 | 0 | -48,422 | 5,136 | 5,103 | 1,625,000 |
| *ATF Salaries & Expenses* | 5,288 | 5,271 | 1,625,000 | 0 | -152 | -170 | 48,422 | 5,136 | 5,101 | 1,673,422 | 0 | 2 | 0 | 0 | 0 | -48,422 | 5,136 | 5,103 | 1,625,000 |
| Federal Prison System | 39,651 | 34,201 | 8,545,160 | 27,190 | -3,549 | 750 | 214,084 | 36,102 | 34,951 | 8,786,434 | 0 | 0 | 0 | 0 | 0 | -222,274 | 36,102 | 34,951 | 8,564,160 |
| *FPS Salaries & Expenses* | 39,585 | 34,155 | 8,392,588 | 0 | -3,549 | 745 | 222,070 | 36,036 | 34,900 | 8,614,658 | 0 | 0 | 0 | 0 | 0 | -222,070 | 36,036 | 34,900 | 8,392,588 |
| *NIJ Transfer* | 0 | 0 | -8,190 | 8,190 | 0 | 0 | -8,190 | 0 | 0 | -8,190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8,190 |
| *FPS Building & Facilities* | 66 | 46 | 179,762 | 0 | 0 | 5 | 204 | 66 | 51 | 179,966 | 0 | 0 | 0 | 0 | 0 | -204 | 66 | 51 | 179,762 |
| *Rescission - FPS B&F* | 0 | 0 | -19,000 | 19,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Federal Prison Industries | [1,950] | 714 | 2,700 | 0 | 0 | 39 | 0 | [1,950] | 753 | 2,700 | 0 | 0 | 0 | 0 | 0 | 0 | [1,950] | 753 | 2,700 |
| Commissary Fund | [797] | 682 | 0 | 0 | 0 | 0 | 0 | [797] | 682 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [797] | 682 | 0 |
| **Subtotal, Discretionary BA w/o State and Local** | **115,797** | **111,856** | **32,801,319** | **562,760** | **-4,280** | **1,148** | **1,028,937** | **111,517** | **113,004** | **34,393,016** | **103** | **41** | **19,337** | **-2,067** | **-1,091** | **-1,248,302** | **109,553** | **111,954** | **33,164,051** |

**DEPARTMENT OF JUSTICE**
**FY 2025 BUDGET**
($ in thousands)

| APPROPRIATION | FY 2024 Enacted | | | TECHNICAL ADJUSTMENTS | FY 2025 Enacted | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADJUSTMENTS TO BASE | | | CURRENT SERVICES | | | PROGRAM INCREASES | | | PROGRAM OFFSETS | | | TOTAL | | |
| | POS | FTE | BA | | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA |
| **Discretionary Grants Programs** | 1,150 | 937 | 4,194,067 | 133,310 | -137 | 40 | 6,690 | 1,013 | 977 | 4,334,067 | 0 | 0 | 0 | -12 | -12 | -882,375 | 1,001 | 965 | 3,451,692 |
| Office of Justice Programs | 899 | 738 | 2,836,551 | 113,310 | -101 | 24 | 6,690 | 798 | 762 | 2,956,551 | 0 | 0 | 0 | 0 | 0 | -600,028 | 798 | 762 | 2,356,523 |
| *Research, Evaluation & Statistics* | 0 | 0 | 65,000 | 0 | 0 | 0 | 0 | 0 | 0 | 65,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65,000 |
| *NIJ Transfer* | 0 | 0 | 8,190 | -8,190 | 0 | 0 | 8,190 | 0 | 0 | 8,190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,190 |
| *Juvenile Justice Programs* | 0 | 0 | 375,000 | 0 | 0 | 0 | 0 | 0 | 0 | 375,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375,000 |
| *State and Local Law Enforcement Assistance* | 0 | 0 | 2,475,061 | 0 | 0 | 0 | 0 | 0 | 0 | 2,475,061 | 0 | 0 | 0 | 0 | 0 | -475,028 | 0 | 0 | 2,000,033 |
| *NIST Transfer* | 0 | 0 | -1,500 | 1,500 | 0 | 0 | -1,500 | 0 | 0 | -1,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -1,500 |
| *Public Safety Officers' Benefits (Discretionary)* | 0 | 0 | 34,800 | 0 | 0 | 0 | 0 | 0 | 0 | 34,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,800 |
| *Rescission - OJP - Undistributed* | 0 | 0 | -120,000 | 120,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -125,000 | 0 | 0 | -125,000 |
| *OJP - Management & Administration* | 899 | 738 | [319,256] | [-2,726] | -101 | 24 | [-4,987] | 798 | 762 | [311,543] | 0 | 0 | 0 | 0 | 0 | 0 | 798 | 762 | [311,543] |
| Community Oriented Policing Services | 100 | 80 | 649,516 | 15,000 | -15 | 5 | 0 | 85 | 85 | 664,516 | 0 | 0 | 0 | 0 | 0 | -267,347 | 85 | 85 | 397,169 |
| *COPS - Grants* | 0 | 0 | 664,516 | 0 | 0 | 0 | 0 | 0 | 0 | 664,516 | 0 | 0 | 0 | 0 | 0 | -247,347 | 0 | 0 | 417,169 |
| *Rescission - COPS* | 0 | 0 | -15,000 | 15,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -20,000 | 0 | 0 | -20,000 |
| *COPS - Management & Administration* | 100 | 80 | [33,732] | 0 | -15 | 5 | [677] | 85 | 85 | [34,409] | 0 | 0 | 0 | 0 | 0 | [-1,732] | 85 | 85 | [32,677] |
| Office on Violence Against Women | 151 | 119 | 708,000 | 5,000 | -21 | 11 | 0 | 130 | 130 | 713,000 | 0 | 0 | 0 | -12 | -12 | -15,000 | 118 | 118 | 698,000 |
| *OVW - Grants* | 0 | 0 | 633,000 | 0 | 0 | 0 | 0 | 0 | 0 | 633,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 633,000 |
| *Funding within CVF* | 0 | 0 | 80,000 | 0 | 0 | 0 | 0 | 0 | 0 | 80,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80,000 |
| *Rescission - OVW* | 0 | 0 | -5,000 | 5,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -15,000 | 0 | 0 | -15,000 |
| *OVW - Management & Administration* | 151 | 119 | [37,910] | [3,240] | -21 | 11 | [2,490] | 130 | 130 | [37,160] | 0 | 0 | 0 | -12 | -12 | [-540] | 118 | 118 | [36,620] |
| **Subtotal, Discretionary w/o Fees** | 116,947 | 112,793 | 36,995,386 | 696,070 | -4,417 | 1,188 | 1,035,627 | 112,530 | 113,981 | 38,727,083 | 103 | 41 | 19,337 | -2,079 | -1,103 | -2,130,677 | 110,554 | 112,919 | 36,615,743 |
| Fee Collections | 0 | 0 | -508,000 | 0 | 0 | 0 | 0 | 0 | 0 | -508,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -508,000 |
| *Offset from Antitrust Pre-Merger Filing Fee* | 0 | 0 | -278,000 | 0 | 0 | 0 | 0 | 0 | 0 | -278,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -278,000 |
| *Offset from U.S. Trustee Fees* | 0 | 0 | -230,000 | 0 | 0 | 0 | 0 | 0 | 0 | -230,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -230,000 |
| **Total, Discretionary BA with Fee Collections** | 116,947 | 112,793 | 36,487,386 | 696,070 | -4,417 | 1,188 | 1,035,627 | 112,530 | 113,981 | 38,219,083 | 103 | 41 | 19,337 | -2,079 | -1,103 | -2,130,677 | 110,554 | 112,919 | 36,107,743 |
| Discretionary Offsets and Rescission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Crime Victim Fund Scorekeeping* | 0 | 0 | [-2,165,000] | 0 | 0 | 0 | [-1,302,000] | 0 | 0 | [-3,467,000] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [-3,467,000] |
| **TOTAL, DOJ DIRECT DISCRETIONARY BA** | 116,947 | 112,793 | 36,487,386 | 696,070 | -4,417 | 1,188 | 1,035,627 | 112,530 | 113,981 | 38,219,083 | 103 | 41 | 19,337 | -2,079 | -1,103 | -2,130,677 | 110,554 | 112,919 | 36,107,743 |

**DEPARTMENT OF JUSTICE**
**FY 2025 BUDGET**
($ in thousands)

| APPROPRIATION | FY 2024 Enacted | | | TECHNICAL ADJUSTMENTS | FY 2025 Enacted | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADJUSTMENTS TO BASE | | | CURRENT SERVICES | | | PROGRAM INCREASES | | | PROGRAM OFFSETS | | | TOTAL | | |
| | POS | FTE | BA | | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA | POS | FTE | BA |
| **Mandatory and Other Accounts** | 459 | 2,083 | 7,669,376 | 190,448 | 14 | 98 | 171,701 | 473 | 2,181 | 8,031,525 | 0 | 43 | 676,064 | 0 | 0 | -971,978 | 473 | 2,224 | 7,735,611 |
| Fees and Expenses of Witnesses | 0 | 0 | 254,610 | 15,390 | 0 | 0 | 0 | 0 | 0 | 270,000 | 0 | 0 | 0 | 0 | 0 | -15,390 | 0 | 0 | 254,610 |
| Independent Counsel (Permanent Indefinite) | 0 | 8 | 28,809 | 1,741 | 0 | -8 | -23,155 | 0 | 0 | 7,395 | 0 | 0 | 0 | 0 | 0 | -422 | 0 | 0 | 6,973 |
| Radiation Exposure Compensation Trust Fund (050) | 0 | 0 | 80,000 | 0 | 0 | 0 | 0 | 0 | 0 | 80,000 | 0 | 0 | 0 | 0 | 0 | -80,000 | 0 | 0 | 0 |
| Asset Forfeiture Fund | 459 | 367 | 1,580,203 | 0 | 14 | 106 | 194,832 | 473 | 473 | 1,775,035 | 0 | 0 | 0 | 0 | 0 | 0 | 473 | 473 | 1,775,035 |
| *AFF  (Permanent Budget Authority)* | *38* | *29* | *1,580,203* | *0* | *0* | *9* | *194,832* | *38* | *38* | *1,775,035* | *0* | *0* | *0* | *0* | *0* | *0* | *38* | *38* | *1,775,035* |
| *Sub-Allotments:* | | | | | | | | | | | | | | | | | | | |
| *DEA* | *1* | *1* | *0* | *0* | *4* | *4* | *0* | *5* | *5* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *5* | *5* | *0* |
| *CRM* | *123* | *101* | *0* | *0* | *3* | *25* | *0* | *126* | *126* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *126* | *126* | *0* |
| *USA* | *67* | *51* | *0* | *0* | *1* | *17* | *0* | *68* | *68* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *68* | *68* | *0* |
| *USMS* | *218* | *180* | *0* | *0* | *4* | *42* | *0* | *222* | *222* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *222* | *222* | *0* |
| *ATF* | *7* | *3* | *0* | *0* | *2* | *6* | *0* | *9* | *9* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *9* | *9* | *0* |
| *Other Agencies* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| *Reimbursable  - FBI* | *5* | *2* | *0* | *0* | *0* | *3* | *0* | *5* | *5* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *5* | *5* | *0* |
| Asset Forfeiture Fund - Permanently Cancelled | 0 | 0 | -500,000 | 250,000 | 0 | 0 | 0 | 0 | 0 | -250,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -250,000 |
| Antitrust Pre-Merger Filing Fee Collections | 0 | 0 | 278,000 | 0 | 0 | 0 | 0 | 0 | 0 | 278,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 278,000 |
| U.S. Trustees Fee Collections | 0 | 0 | 230,000 | 0 | 0 | 0 | 0 | 0 | 0 | 230,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 230,000 |
| Diversion Control Fee (DEA) | [2,321] | 1,704 | 584,660 | 35,340 | 0 | 0 | 24 | [2,321] | 1,704 | 620,024 | [86] | 43 | 29,980 | 0 | 0 | -37,050 | [2,407] | 1,747 | 612,954 |
| Victim Compensation Fund | [38] | [36] | 2,408,227 | 3,844 | 0 | [2] | 0 | [38] | [38] | 2,412,071 | [0] | [0] | 99,084 | 0 | 0 | -11,807 | [38] | [38] | 2,499,348 |
| Office of Justice Programs - Mandatory | 0 | 0 | 1,651,007 | -117,007 | 0 | 0 | 0 | 0 | 0 | 1,534,000 | 0 | 0 | 547,000 | 0 | 0 | -1,169 | 0 | 0 | 2,079,831 |
| *Public Safety Officers' Benefits* | *0* | *0* | *291,093* | *-117,093* | *0* | *0* | *0* | *0* | *0* | *174,000* | *0* | *0* | *0* | *0* | *0* | *-1,083* | *0* | *0* | *172,917* |
| *Domestic Victims of Trafficking* | *0* | *0* | *6,914* | *86* | *0* | *0* | *0* | *0* | *0* | *7,000* | *0* | *0* | *0* | *0* | *0* | *-86* | *0* | *0* | *6,914* |
| *Crime Victim Fund Obligation Limitation* | *0* | *0* | *1,353,000* | *0* | *0* | *0* | *0* | *0* | *0* | *1,353,000* | *0* | *0* | *547,000* | *0* | *0* | *0* | *0* | *0* | *1,900,000* |
| *OIG - Mandatory* | *0* | *0* | *[-10,000]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[-10,000]* |
| Victims of State Sponsored Terrorism | 0 | 4 | 1,073,860 | 1,140 | 0 | 0 | 0 | 0 | 4 | 1,075,000 | 0 | 0 | 0 | 0 | 0 | -826,140 | 0 | 4 | 248,860 |
| **TOTAL, DOJ DISCRETIONARY and MANDATORY B** | 117,406 | 114,876 | 44,156,762 | 886,518 | -4,403 | 1,286 | 1,207,328 | 113,003 | 116,162 | 46,250,608 | 103 | 84 | 695,401 | -2,079 | -1,103 | -3,102,655 | 111,027 | 115,143 | 43,843,354 |
| **Health Care Fraud Collections** | [1,463] | 639 | 374,325 | 0 | [0] | 0 | 7,506 | [1,463] | 639 | 381,831 | 0 | 0 | 1,000 | 0 | 0 | 0 | [1,463] | 639 | 382,831 |
| FBI - Health Care Fraud - Mandatory | [824] | [824] | 168,346 | 0 | 0 | 0 | 5,219 | [824] | [824] | 173,565 | 0 | 0 | 0 | 0 | 0 | 0 | [824] | [824] | 173,565 |
| DOJ - Health Care Fraud - Mandatory | [272] | 272 | 73,772 | 0 | 0 | 0 | 2,287 | [272] | 272 | 76,059 | 0 | 0 | 0 | 0 | 0 | 0 | [272] | 272 | 76,059 |
| DOJ - Health Care Fraud - Discretionary | [367] | 367 | 132,207 | 0 | 0 | 0 | 0 | [367] | 367 | 132,207 | 0 | 0 | 1,000 | 0 | 0 | 0 | [367] | 367 | 133,207 |
| *DOJ HCF Sub-Allotments:* | *[1,430]* | *[1,331]* | *0* | | *[+36]* | *[+115]* | *0* | *[1,466]* | *[1,446]* | *0* | *[+18]* | *[+18]* | *0* | *0* | *0* | *0* | *[1,484]* | *[1,464]* | *0* |
| *JOMA* | *[2]* | *[2]* | *0* | | *0* | *0* | *0* | *[2]* | *[2]* | *0* | *0* | *0* | | *0* | *0* | *0* | *[2]* | *[2]* | *0* |
| *OIG* | *[5]* | *[5]* | *0* | | *0* | *0* | *0* | *[5]* | *[5]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[5]* | *[5]* | *0* |
| *CRM* | *[118]* | *[93]* | *0* | | *[+23]* | *[+17]* | *0* | *[141]* | *[110]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[141]* | *[110]* | *0* |
| *CIV* | *[136]* | *[121]* | *0* | | *[-15]* | *[+11]* | *0* | *[121]* | *[132]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[121]* | *[132]* | *0* |
| *CRT* | *[54]* | *[45]* | *0* | | *0* | *[+9]* | *0* | *[54]* | *[54]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[54]* | *[54]* | *0* |
| *USA* | *[256]* | *[256]* | *0* | | *[+28]* | *[+28]* | *0* | *[284]* | *[284]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[284]* | *[284]* | *0* |
| *FBI* | *[859]* | *[809]* | *0* | | *0* | *[+50]* | *0* | *[859]* | *[859]* | *0* | *[+18]* | *[+18]* | *0* | *0* | *0* | *0* | *[877]* | *[877]* | *0* |
| **Debt-Collection Management - 3%** | [596] | 634 | 0 | 0 | [+52] | 19 | 0 | [648] | 653 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | [648] | 653 | 0 |
| *WCF - DCM* | *[43]* | *43* | *0* | *0* | *0* | *0* | *0* | *[43]* | *43* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[43]* | *43* | *0* |
| *TAX* | *[29]* | *29* | *0* | *0* | *0* | *0* | *0* | *[29]* | *29* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[29]* | *29* | *0* |
| *CRM* | *[44]* | *54* | *0* | *0* | *[+38]* | *8* | *0* | *[82]* | *62* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[82]* | *62* | *0* |
| *CIV* | *[115]* | *115* | *0* | *0* | *[-40]* | *-15* | *0* | *[75]* | *100* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[75]* | *100* | *0* |
| *ENRD* | *[57]* | *97* | *0* | *0* | *0* | *-40* | *0* | *[57]* | *57* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[57]* | *57* | *0* |
| *CRT* | *[5]* | *5* | *0* | *0* | *0* | *0* | *0* | *[5]* | *5* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[5]* | *5* | *0* |
| *ATR* | *[0]* | *0* | *0* | *0* | *0* | *0* | *0* | *[0]* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[0]* | *0* | *0* |
| *USA* | *[266]* | *266* | *0* | *0* | *[+54]* | *54* | *0* | *[320]* | *320* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[320]* | *320* | *0* |
| *FBI* | *[37]* | *25* | *0* | *0* | *0* | *12* | *0* | *[37]* | *37* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *[37]* | *37* | *0* |
| **TOTAL, DOJ BUDGET AUTHORITY with OFFSET** | 117,406 | 116,149 | 44,531,087 | 886,518 | -4,403 | 1,305 | 1,214,834 | 113,003 | 117,454 | 46,632,439 | 103 | 84 | 696,401 | -2,079 | -1,103 | -3,102,655 | 111,027 | 116,435 | 44,226,185 |

0172

# U.S. Department of Justice
# FY 2025 Spend Plan



# Section IV:
# Component and Additional
# Spend Plans

FY 2025 Spending Plan
Justice Operations, Management, and Accountability
(Dollars in Thousands)

| | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| | | | FY 2025 Enacted | | |
| **2024 Enacted** | 512 | 174 | 0 | 453 | 142,000 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 74 | 0 |
| **2024 Enacted with Reimb FTE** | 512 | 174 | 0 | 527 | 142,000 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *2* | *0* | *0* | *2* | *450* |
| *HCFAC* | *2* | *0* | *0* | *2* | *450* |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | 0 | 0 | 0 | -65 | 0 |
| **Subtotal, Technical Adjustments** | 0 | 0 | 0 | -65 | 0 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 1,359 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 1,896 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,129 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -83 |
| Health Insurance | 0 | 0 | 0 | 0 | 578 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 72 | 0 |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 72 | 4,879 |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 1,645 |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | 1,645 |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 72 | 6,524 |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 7 | 6,524 |
| **2025 Current Services w/o Reimb FTE** | 512 | 174 | 0 | 460 | 148,524 |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 36 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | 0 | 0 | 0 | 36 | 0 |
| **2025 Current Services with Reimbursable FTE** | 512 | 174 | 0 | 570 | 148,524 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Justice Operations, Management, and Accountability** | | | | | |
| Department Leadership Reduction | -8 | -7 | 0 | 0 | -3,804 |
| Justice Management Division Reduction | -44 | -1 | 0 | 0 | -2,720 |
| **Total, Justice Operations, Management, and Accountability** | -52 | -8 | 0 | 0 | -6,524 |
| **Total Program Changes** | -52 | -8 | 0 | 0 | -6,524 |
| **2025 Total Request w/o Reimb FTE** | 460 | 166 | 0 | 460 | 142,000 |
| **2025 Total Request with Reimb FTE** | 460 | 166 | 0 | 570 | 142,000 |
| *2025 Sub-Allotments and Direct Collections:* | *2* | *0* | *0* | *2* | *500* |
| *HCFAC* | *2* | *0* | *0* | *2* | *500* |

0175

**FY 2025 Spending Plan**
**Justice Operations, Management, and Accountability**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Department Leadership | 96 | 73 | 23,466 | 195 | 187 | 60,777 |
| 2 | Intergovernmental Relations & External Affairs | 69 | 64 | 18,165 | 0 | 0 | 0 |
| 3 | Executive Support and Professional Responsibility | 62 | 58 | 18,400 | 0 | 0 | 0 |
| 4 | Justice Management Division | 285 | 258 | 81,969 | 317 | 273 | 87,747 |
| | **Total** | **512** | **453** | **142,000** | **512** | **460** | **148,524** |
| | Reimbursable FTE | 0 | 74 | 0 | 0 | 110 | 0 |
| | **Grand Total** | **512** | **527** | **142,000** | **512** | **570** | **148,524** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *2* | *0* | *0* | *2* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **512** | **529** | **142,000** | **512** | **572** | **148,524** |

| | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Department Leadership | 187 | 187 | 56,973 | 0 | 0 | 0 |
| 2 | Intergovernmental Relations & External Affairs | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Executive Support and Professional Responsibility | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Justice Management Division | 273 | 273 | 85,027 | 0 | 0 | 0 |
| | **Total** | **460** | **460** | **142,000** | **0** | **0** | **0** |
| | Reimbursable FTE | 0 | 110 | 0 | 0 | 0 | 0 |
| | **Grand Total** | **460** | **570** | **142,000** | **0** | **0** | **0** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *2* | *0* | *0* | *0* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **460** | **572** | **142,000** | **0** | **0** | **0** |

Intergovernmental Relations & External Affairs (IREA, consisting of three offices) and Executive Support & Professional Responsibility (ESPR, consisting of two principal offices plus two others) are being folded into the existing Department Leadership (DL) decision unit. This more accurately reflects the complementary nature of leadership roles, fostering greater organizational flexibility across leadership functions.

**0176**

**FY 2025 Spending Plan**
**Justice Information Sharing Technology**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | **Pos.** | **Atty** | **Agents** | **FTE** | **Amount** |
| **2024 Enacted** | 50 | 0 | 0 | 42 | 30,000 |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | 0 | 0 | 0 | 2 | 0 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **2** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 230 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 105 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 126 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 0 | 0 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **461** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **461** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **2** | **461** |
| **2025 Current Services** | 50 | 0 | 0 | 44 | 30,461 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Justice Information Sharing Technology** | | | | | |
| Cybersecurity Posture Enhancements | 0 | 0 | 0 | 0 | 7,999 |
| **Total, Justice Information Sharing Technology** | **0** | **0** | **0** | **0** | **7,999** |
| **Total Program Changes** | 0 | 0 | 0 | 0 | 7,999 |
| **2025 Total Request** | 50 | 0 | 0 | 44 | 38,460 |

155

**0177**

**FY 2025 Spending Plan**
**Justice Information Sharing Technology**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Justice Information Sharing Technology | 50 | 42 | 30,000 | 50 | 44 | 30,461 |
| Total | 50 | 42 | 30,000 | 50 | 44 | 30,461 |
| Grand Total | 50 | 42 | 30,000 | 50 | 44 | 30,461 |

| | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Justice Information Sharing Technology | 50 | 44 | 38,460 | 0 | 0 | 0 |
| Total | 50 | 44 | 38,460 | 0 | 0 | 0 |
| Grand Total | 50 | 44 | 38,460 | 0 | 0 | 0 |

**FY 2025 Spending Plan**
**Executive Office for Immigration Review**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted**[1/] | 2,850 | 1,450 | 0 | 2,726 | 844,000 |
| | | | | | |
| **Technical Adjustments** | | | | | |
| Backlog Reduction Efficiencies - Contractor Conversion Pay | 120 | 0 | 0 | 120 | 19,200 |
| DHS Immigration Examination Fees - EOIR | 0 | 0 | 0 | 0 | -4,000 |
| FTE Adjustment | -189 | -266 | 0 | -76 | 0 |
| **Subtotal, Technical Adjustments** | **-69** | **-266** | **0** | **44** | **15,200** |
| **Base Adjustments** | | | | | |
| **ATB Transfers** | | | | | |
| Transfers - DHS Immigration Examination Fee Account | 0 | 0 | 0 | 0 | 4,000 |
| **Subtotal, ATB Transfers** | **0** | **0** | **0** | **0** | **4,000** |
| | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 7,186 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 2,870 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 5,163 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -95 |
| Health Insurance | 0 | 0 | 0 | 0 | 3,246 |
| Position/FTE Rightsizing Adjustment | 189 | 266 | 0 | 76 | 0 |
| **Subtotal, Pay & Benefits** | **189** | **266** | **0** | **76** | **18,370** |
| | | | | | |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 12,767 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **12,767** |
| | | | | | |
| **Other Adjustments** | | | | | |
| Administrative Savings | 0 | 0 | 0 | 0 | -19,200 |
| Interpretation Contract Base Adjustment | 0 | 0 | 0 | 0 | 35,000 |
| **Subtotal, Other Adjustments** | **0** | **0** | **0** | **0** | **15,800** |
| | | | | | |
| **Non-Personnel Related Annualizations** | | | | | |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | -2,500 |
| **Subtotal, Non-Personnel Related Annualizations** | **0** | **0** | **0** | **0** | **-2,500** |
| | | | | | |
| **Subtotal, Base Adjustments** | **189** | **266** | **0** | **76** | **48,437** |
| **Subtotal, Technical and Base Adjustments** | **120** | **0** | **0** | **120** | **63,637** |
| | | | | | |
| **2025 Current Services** | **2,970** | **1,450** | **0** | **2,846** | **907,637** |
| | | | | | |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| | | | | | |
| **Program Decrease** | | | | | |
| **Executive Office for Immigration Review** | | | | | |
| Adjudicatory Expansion Initiative | -270 | -50 | 0 | -195 | -42,235 |
| Backlog Reduction Initiative - Legal Staffing Infrastructure (FY22) | 0 | 0 | 0 | 0 | -683 |
| Legal Access Program | 0 | 0 | 0 | 0 | -4,000 |
| Virtual Court Initiative | 0 | 0 | 0 | 0 | -16,719 |
| **Total, Executive Office for Immigration Review** | **-270** | **-50** | **0** | **-195** | **-63,637** |
| | | | | | |
| **Total Program Changes** | **-270** | **-50** | **0** | **-195** | **-63,637** |
| | | | | | |
| **2025 Total Request** | **2,700** | **1,400** | **0** | **2,651** | **844,000** |

1/ FY 2024 FTE are actuals.

**0179**

**FY 2025 Spending Plan**
**Executive Office for Immigration Review**
**(Dollars in Thousands)**

| | 2024 Enacted[1/] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Executive Office for Immigration Review | 2,850 | 2,726 | 844,000 | 2,970 | 2,846 | 907,637 |
| Total | 2,850 | 2,726 | 844,000 | 2,970 | 2,846 | 907,637 |
| Grand Total | 2,850 | 2,726 | 844,000 | 2,970 | 2,846 | 907,637 |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Executive Office for Immigration Review | 2,700 | 2,651 | 844,000 | 0 | 0 | 0 |
| Total | 2,700 | 2,651 | 844,000 | 0 | 0 | 0 |
| Grand Total | 2,700 | 2,651 | 844,000 | 0 | 0 | 0 |

1/ FY 2024 FTE are actuals.

| FY 2025 Operating Plan* | |
|---|---|
| LOP – Legal Orientation Program and LOPC – Legal Orientation Program for Custodians of Unaccompanied Alien Children | $19,000,000 |
| ICH – Immigration Court Helpdesk | $9,000,000 |
| **TOTAL** | **$28,000,000** |

* FY 2025 Annual = $28 million

| FY 2025 Reimbursable Plan* | |
|---|---|
| Family Group - Legal Orientation Program (FG-LOP) | $5,500,000 |

* FY 2025 Reimbursable Agreement with ICE

0180

| IJ Cost Module Positions | |
| --- | --- |
| Immigration Judge = 1 | |
| Attorney = 1 | BIA Attorney = 0.5 |
| Lower graded legal clerk or assistant = 1 | Higher-graded clerk/asst = 0.5 |
| Additional legal support, interpreter, and/or other EOIR mission support staff = 2 | |

| Personnel - Type of Position/Series | Number of Positions | Full-year 1st - Year Modular Costs |
| --- | --- | --- |
| Immigration Judges (0905) | 1 | $ 308,761 |
| Attorneys (0905) | 1.5 | $ 330,518 |
| Legal Assistants (0986) | 1.5 | $ 225,158 |
| Professional Admin and Other Law (001-0599; 950; 1000-2299) | 2 | $ 446,939 |
| **Total Personnel** | **6** | **$ 1,311,375** |

| Non-Personnel Item - Adjudicatory Costs | | Full-year 1st - Year Modular Costs |
| --- | --- | --- |
| National Qualified Representation Program (NQRP) | | $ 20,706 |
| Interpretation | | $ 164,613 |
| Transcription | | $ 22,259 |
| Litigation Support | | $ 346 |
| Freedom of Information Act (FOIA) | | $ 4,680 |
| **Total Non-Personnel - Adjudicatory Costs** | | **$ 212,604** |

| Non-Personnel Item - Court Costs | | Full-year 1st - Year Modular Costs |
| --- | --- | --- |
| Contractual Services and Supplies | | $ 66,756 |
| Acquisition of Assets | | $ 887,208 |
| **Total Non-Personnel - Court Costs** | | **$ 953,964** |

| TOTAL COST IJ TEAM | | $ 2,477,943 |
| --- | --- | --- |

**FY 2025 Spending Plan**
**Office of the Inspector General**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | **560** | **53** | **148** | **527** | **149,000** |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **21** | **0** |
| **2024 Enacted with Reimbursable FTE** | **560** | **53** | **148** | **548** | **149,000** |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | 0 | 0 | 0 | 17 | 0 |
| Non-Recurral - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | -10,000 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **17** | **-10,000** |
| **Base Adjustments** | | | | | |
| **ATB Transfers** | | | | | |
| Transfers - Oversight and Auditing - From CVF | 0 | 0 | 0 | 0 | 10,000 |
| **Subtotal, ATB Transfers** | **0** | **0** | **0** | **0** | **10,000** |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 1,640 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 1,911 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,289 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 7 |
| Health Insurance | 0 | 0 | 0 | 0 | 772 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | -6 | 0 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **-6** | **5,619** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 334 |
| Guard Service | 0 | 0 | 0 | 0 | 12 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **346** |
| **Other Adjustments** | | | | | |
| Council of the IG on Integrity and Efficiency Contribution | 0 | 0 | 0 | 0 | 150 |
| **Subtotal, Other Adjustments** | **0** | **0** | **0** | **0** | **150** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **-6** | **16,115** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **11** | **6,115** |
| **2025 Current Services w/o Reimb FTE** | **560** | **53** | **148** | **538** | **155,115** |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 1 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **1** | **0** |
| **2025 Current Services with Reimbursable FTE** | **560** | **53** | **148** | **560** | **155,115** |
| **Program Changes** | | | | | |
| **Program Decrease** | | | | | |
| **Office of the Inspector General** | | | | | |
| Information Technology Curtailment | 0 | 0 | 0 | 0 | -2,813 |
| Programmatic Adjustment - Audit, Investigations, and Inspections Reduction | 0 | 0 | 0 | 0 | -3,302 |
| **Total, Office of the Inspector General** | **0** | **0** | **0** | **0** | **-6,115** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-6,115** |
| **2025 Total Request w/o Reimb FTE** | **560** | **53** | **148** | **538** | **149,000** |
| **2025 Total Request with Reimb FTE** | **560** | **53** | **148** | **560** | **149,000** |

**FY 2025 Spending Plan**
**Office of the Inspector General**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 OIG Audits, Inspections, Investigations, and Reviews | 560 | 527 | 149,000 | 560 | 538 | 155,115 |
| **Total** | **560** | **527** | **149,000** | **560** | **538** | **155,115** |
| Reimbursable FTE | 0 | 21 | 0 | 0 | 22 | 0 |
| **Grand Total** | **560** | **548** | **149,000** | **560** | **560** | **155,115** |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 OIG Audits, Inspections, Investigations, and Reviews | 560 | 538 | 149,000 | 0 | 0 | 0 |
| **Total** | **560** | **538** | **149,000** | **0** | **0** | **0** |
| Reimbursable FTE | 0 | 22 | 0 | 0 | 0 | 0 |
| **Grand Total** | **560** | **560** | **149,000** | **0** | **0** | **0** |

0184

**FY 2025 Spending Plan**
**U.S. Parole Commission**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | **Pos.** | **Atty** | **Agents** | **FTE** | **Amount** |
| **2024 Enacted** | 56 | 7 | 0 | 44 | 14,000 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 112 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 95 |
| Health Insurance | 0 | 0 | 0 | 0 | 52 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **259** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 146 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **146** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **405** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **0** | **405** |
| **2025 Current Services** | 56 | 7 | 0 | 44 | 14,405 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **U.S. Parole Commission** | | | | | |
| Personnel Reduction | -3 | 0 | 0 | -3 | -405 |
| **Total, U.S. Parole Commission** | **-3** | **0** | **0** | **-3** | **-405** |
| **Total Program Changes** | -3 | 0 | 0 | -3 | -405 |
| **2025 Total Request** | 53 | 7 | 0 | 41 | 14,000 |

**FY 2025 Spending Plan**
**U.S. Parole Commission**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Program | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | United States Parole Commission | 56 | 44 | 14,000 | 53 | 41 | 14,405 |
| | Total | 56 | 44 | 14,000 | 53 | 41 | 14,405 |
| | Grand Total | 56 | 44 | 14,000 | 53 | 41 | 14,405 |

| | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Program | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | United States Parole Commission | 53 | 41 | 14,000 | 0 | 0 | 0 |
| | Total | 53 | 41 | 14,000 | 0 | 0 | 0 |
| | Grand Total | 53 | 41 | 14,000 | 0 | 0 | 0 |

**FY 2025 Spending Plan**
**Office of the Solicitor General**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|  | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| **2024 Enacted** | 55 | 23 | 0 | 50 | 14,899 |
| | | | | | |
| **Technical Adjustments** | | | | | |
| Adjustment to Positions and FTE | -6 | -6 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | -6 | -6 | 0 | 0 | 0 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 130 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 115 |
| Health Insurance | 0 | 0 | 0 | 0 | 56 |
| Position/FTE Rightsizing Adjustment | 6 | 6 | 0 | 5 | 0 |
| **Subtotal, Pay & Benefits** | 6 | 6 | 0 | 5 | 301 |
| | | | | | |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 130 |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | 130 |
| | | | | | |
| **Non-Personnel Related Annualizations** | | | | | |
| Non-Recurral of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | 12 |
| **Subtotal, Non-Personnel Related Annualizations** | 0 | 0 | 0 | 0 | 12 |
| | | | | | |
| **Subtotal, Base Adjustments** | 6 | 6 | 0 | 5 | 443 |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 5 | 443 |
| | | | | | |
| **2025 Current Services** | 55 | 23 | 0 | 55 | 15,342 |
| | | | | | |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| | | | | | |
| **Program Decrease** | | | | | |
| **Total Program Changes** | | | | | |
| | | | | | |
| **2025 Total Request** | 55 | 23 | 0 | 55 | 15,342 |

**FY 2025 Spending Plan**
**Office of the Solicitor General**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Federal Appellate Activity | 55 | 50 | 14,899 | 55 | 55 | 15,342 |
| **Total** | **55** | **50** | **14,899** | **55** | **55** | **15,342** |
| **Grand Total** | **55** | **50** | **14,899** | **55** | **55** | **15,342** |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Federal Appellate Activity | 55 | 55 | 15,342 | 0 | 0 | 0 |
| **Total** | **55** | **55** | **15,342** | **0** | **0** | **0** |
| **Grand Total** | **55** | **55** | **15,342** | **0** | **0** | **0** |

0188

**FY 2025 Spending Plan**
**Tax Division**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 503 | 390 | 0 | 439 | 116,800 |
| | | | | | |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *29* | *28* | *0* | *29* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *29* | *28* | *0* | *29* | |
| | | | | | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -57 | -71 | 0 | -14 | 0 |
| **Subtotal, Technical Adjustments** | **-57** | **-71** | **0** | **-14** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 1,373 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 2,156 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,119 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -1 |
| Health Insurance | 0 | 0 | 0 | 0 | 550 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **5,197** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 51 |
| Guard Service | 0 | 0 | 0 | 0 | 2 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **53** |
| **Other Adjustments** | | | | | |
| ARRP Realignment to Civil Division[1] | -307 | -194 | 0 | -43 | -10,723 |
| ARRP Realignment to Criminal Division[1] | -114 | -94 | 0 | -16 | -4,060 |
| Security Investigations | 0 | 0 | 0 | 0 | 4 |
| **Subtotal, Other Adjustments** | **-421** | **-288** | **0** | **-59** | **-14,779** |
| **Subtotal, Base Adjustments** | **-421** | **-288** | **0** | **-59** | **-9,529** |
| **Subtotal, Technical and Base Adjustments** | **-478** | **-359** | **0** | **-73** | **-9,529** |
| **2025 Current Services** | 25 | 31 | 0 | 366 | 107,271 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Tax Division** | | | | | |
| Operational and Administrative Reduction | -25 | -31 | 0 | 0 | -900 |
| **Total, Tax Division** | **-25** | **-31** | **0** | **0** | **-900** |
| **Total Program Changes** | **-25** | **-31** | **0** | **0** | **-900** |
| **2025 Total Request** | 0 | 0 | 0 | 366 | 106,371 |
| | | | | | |
| *2025 Sub-Allotments and Direct Collections:* | *29* | *28* | *0* | *29* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *29* | *28* | *0* | *29* | |

1 The ARRP realignment to the Civil and Criminal Divisions will occur on August 10, 2025.

167

**0189**

**FY 2025 Spending Plan**
**Tax Division**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| Comparison by Activity and Programs | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | General Tax Matters | 503 | 439 | 116,800 | 25 | 366 | 107,271 |
| | Total | 503 | 439 | 116,800 | 25 | 366 | 107,271 |
| | Grand Total | 503 | 439 | 116,800 | 25 | 366 | 107,271 |
| | Sub-Allotments and Direct Collections (FYI) | 0 | 29 | 0 | 0 | 29 | 0 |
| | Total FTE including Sub-Allotment & Direct Collections | 503 | 468 | 116,800 | 25 | 395 | 107,271 |

| | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| Comparison by Activity and Programs | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | General Tax Matters | 0 | 366 | 106,371 | 0 | 0 | 0 |
| | Total | 0 | 366 | 106,371 | 0 | 0 | 0 |
| | Grand Total | 0 | 366 | 106,371 | 0 | 0 | 0 |
| | Sub-Allotments and Direct Collections (FYI) | 0 | 29 | 0 | 0 | 0 | 0 |
| | Total FTE including Sub-Allotment & Direct Collections | 0 | 395 | 106,371 | 0 | 0 | 0 |

**0190**

**FY 2025 Spending Plan**
**Criminal Division**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
| | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| **2024 Enacted** | 765 | 470 | 1 | 722 | 218,058 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 164 | 0 |
| **2024 Enacted with Reimb FTE** | 765 | 470 | 1 | 886 | 218,058 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *296* | *239* | *0* | *256* | |
| *ICDE* | *11* | *8* | *0* | *11* | |
| *AFF* | *123* | *97* | *0* | *101* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *44* | *37* | *0* | *49* | |
| *HCFAC* | *118* | *97* | *0* | *95* | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -89 | -56 | 0 | -46 | 0 |
| **Subtotal, Technical Adjustments** | **-89** | **-56** | **0** | **-46** | **0** |
| **Base Adjustments** | | | | | |
| Pay & Benefits | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 2,319 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,859 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -29 |
| Health Insurance | 0 | 0 | 0 | 0 | 988 |
| Position/FTE Rightsizing Adjustment | 89 | 56 | 0 | 46 | 0 |
| **Subtotal, Pay & Benefits** | **89** | **56** | **0** | **46** | **5,137** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 1,226 |
| Guard Service | 0 | 0 | 0 | 0 | 105 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **1,331** |
| **Other Adjustments** | | | | | |
| ARRP Realignment of Consumer Protection Branch[1] | 37 | 26 | 0 | 9 | 2,244 |
| ARRP Realignment of Human Trafficking Prosecution Unit (HTPU)[2] | 17 | 16 | 0 | 4 | 950 |
| ARRP Realignment of Tax Division[3] | 114 | 94 | 0 | 16 | 4,060 |
| **Subtotal, Other Adjustments** | **168** | **136** | **0** | **29** | **7,254** |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 1,220 |
| Education Allowance | 0 | 0 | 0 | 0 | -236 |
| ICASS | 0 | 0 | 0 | 0 | 93 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **1,077** |
| **Subtotal, Base Adjustments** | **257** | **192** | **0** | **75** | **14,799** |
| **Subtotal, Technical and Base Adjustments** | **168** | **136** | **0** | **29** | **14,799** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *63* | *57* | *0* | *52* | |
| *ICDE* | *-1* | *0* | *0* | *-1* | |
| *AFF* | *3* | *3* | *0* | *25* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *38* | *36* | *0* | *13* | |
| *HCFAC* | *23* | *18* | *0* | *15* | |
| **2025 Current Services w/o Reimb FTE** | 933 | 606 | 1 | 751 | 232,857 |
| **2025 Current Services with Reimbursable FTE** | 933 | 606 | 1 | 915 | 232,857 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Criminal Division** | | | | | |
| Operational and Administrative Reduction | -34 | -25 | 0 | -34 | -7,545 |
| **Total, Criminal Division** | **-34** | **-25** | **0** | **-34** | **-7,545** |
| **Total Program Changes** | **-34** | **-25** | **0** | **-34** | **-7,545** |
| **2025 Total Request w/o Reimb FTE** | 899 | 581 | 1 | 717 | 225,312 |
| **2025 Total Request with Reimb FTE** | 899 | 581 | 1 | 881 | 225,312 |
| *2025 Sub-Allotments and Direct Collections:* | *359* | *296* | *0* | *308* | |
| *ICDE* | *10* | *8* | *0* | *10* | |
| *AFF* | *126* | *100* | *0* | *126* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *82* | *73* | *0* | *62* | |
| *HCFAC* | *141* | *115* | *0* | *110* | |

[1] The ARRP realignment of the Consumer Protection Branch will occur on July 27, 2025.
[2] The ARRP realignment of the HTPU will occur on July 27, 2025.
[3] The ARRP realignment of the Tax Division will occur on August 10, 2025.

**0191**

**FY 2025 Spending Plan**
**Criminal Division**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Enforcing Federal Criminal Laws | 765 | 722 | 218,058 | 933 | 751 | 232,857 |
| **Total** | **765** | **722** | **218,058** | **933** | **751** | **232,857** |
| Reimbursable FTE | 0 | 164 | 0 | 0 | 164 | 0 |
| **Grand Total** | **765** | **886** | **218,058** | **933** | **915** | **232,857** |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *256* | *0* | *0* | *308* | *0* |
| **Total FTE including Sub-Allotment & Direct Collections** | **765** | **1,142** | **218,058** | **933** | **1,223** | **232,857** |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Enforcing Federal Criminal Laws | 899 | 717 | 225,312 | 0 | 0 | 0 |
| **Total** | **899** | **717** | **225,312** | **0** | **0** | **0** |
| Reimbursable FTE | 0 | 164 | 0 | 0 | 0 | 0 |
| **Grand Total** | **899** | **881** | **225,312** | **0** | **0** | **0** |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *308* | *0* | *0* | *0* | *0* |
| **Total FTE including Sub-Allotment & Direct Collections** | **899** | **1,189** | **225,312** | **0** | **0** | **0** |

**0192**

**FY 2025 Spending Plan**
**Civil Division**
**(Dollars in Thousands)**

| | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| | | | FY 2025 Enacted | | |
| **2024 Enacted** | 1,211 | 952 | 0 | 1,201 | 358,159 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 84 | 0 |
| **2024 Enacted with Reimb FTE**[1/] | 1,211 | 952 | 0 | 1,285 | 358,159 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *251* | *209* | *0* | *236* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *115* | *103* | *0* | *115* | |
| *HCFAC* | *136* | *106* | *0* | *121* | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -55 | -53 | 0 | -45 | 0 |
| **Subtotal, Technical Adjustments** | **-55** | **-53** | **0** | **-45** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 3,943 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 1,055 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 2,847 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -48 |
| Health Insurance | 0 | 0 | 0 | 0 | 1,242 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **9,039** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 1,012 |
| Guard Service | 0 | 0 | 0 | 0 | 551 |
| Moves - Lease Expiration | 0 | 0 | 0 | 0 | 7,625 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **9,188** |
| **Other Adjustments** | | | | | |
| ARRP Realignment of Consumer Protection Branch[2/] | -37 | -26 | 0 | -9 | -2,244 |
| ARRP Realignment of Tax Division[3/] | 307 | 194 | 0 | 43 | 10,723 |
| **Subtotal, Other Adjustments** | **270** | **168** | **0** | **34** | **8,479** |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | -337 |
| Education Allowance | 0 | 0 | 0 | 0 | -1 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | -13 |
| ICASS | 0 | 0 | 0 | 0 | 21 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | -7 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **-337** |
| **Subtotal, Base Adjustments** | **270** | **168** | **0** | **34** | **26,369** |
| **Subtotal, Technical and Base Adjustments** | **215** | **115** | **0** | **-11** | **26,369** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *-55* | *-48* | *0* | *-4* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *-40* | *-36* | *0* | *-15* | |
| *HCFAC* | *-15* | *-12* | *0* | *11* | |
| **2025 Current Services w/o Reimb FTE** | 1,426 | 1,067 | 0 | 1,190 | 384,528 |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 14 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **14** | **0** |
| **2025 Current Services with Reimbursable FTE** | 1,426 | 1,067 | 0 | 1,288 | 384,528 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Civil Division** | | | | | |
| Immigration, National Security, and Public Safety | 83 | 83 | 0 | 31 | 9,083 |
| Enforcement and Affirmative Litigation | 20 | 20 | 0 | 7 | 2,255 |
| **Total, Civil Division** | 103 | 103 | 0 | 38 | 11,338 |
| **Program Decrease** | | | | | |
| **Civil Division** | | | | | |
| Reprioritization of Legal Activities | -44 | -39 | 0 | -14 | -8,338 |
| **Total, Civil Division** | -44 | -39 | 0 | -14 | -8,338 |
| **Total Program Changes** | 59 | 64 | 0 | 24 | 3,000 |
| **2025 Total Request w/o Reimb FTE** | 1,485 | 1,131 | 0 | 1,214 | 387,528 |
| **2025 Total Request with Reimb FTE** | 1,485 | 1,131 | 0 | 1,312 | 387,528 |
| *2025 Sub-Allotments and Direct Collections:* | *196* | *161* | *0* | *232* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *75* | *67* | *0* | *100* | |
| *HCFAC* | *121* | *94* | *0* | *132* | |

1/ FY 2024 FTE are actual.  FY 2024 reimbursable FTE amount will not tie to MAX A-11 because it does not include the HCFAC
FTE, which can instead be found under the suballotment section.
2/ The ARRP realignment of the Consumer Protection Branch will occur on July 27, 2025.
3/ The ARRP realignment of the Tax Division will occur on August 10, 2025.

**0193**

**FY 2025 Spending Plan**
**Civil Division**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | 2024 Enacted[1/] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Legal Representation | 1,211 | 1,201 | 358,159 | 1,426 | 1,190 | 384,528 |
| Total | 1,211 | 1,201 | 358,159 | 1,426 | 1,190 | 384,528 |
| Reimbursable FTE | 0 | 84 | 0 | 0 | 98 | 0 |
| Grand Total | 1,211 | 1,285 | 358,159 | 1,426 | 1,288 | 384,528 |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *236* | *0* | *0* | *232* | *0* |
| Total FTE including Sub-Allotment & Direct Collections | 1,211 | 1,521 | 358,159 | 1,426 | 1,520 | 384,528 |

| Comparison by Activity and Programs | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Legal Representation | 1,485 | 1,214 | 387,528 | 0 | 0 | 0 |
| Total | 1,485 | 1,214 | 387,528 | 0 | 0 | 0 |
| Reimbursable FTE | 0 | 98 | 0 | 0 | 0 | 0 |
| Grand Total | 1,485 | 1,312 | 387,528 | 0 | 0 | 0 |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *232* | *0* | *0* | *0* | *0* |
| Total FTE including Sub-Allotment & Direct Collections | 1,485 | 1,544 | 387,528 | 0 | 0 | 0 |

1/ FY 2024 FTE are actual.  FY 2024 reimbursable FTE amount will not tie to MAX A-11 because it does not include the HCFAC FTE, which can instead be found under the suballotment section.

**FY 2025 Spending Plan**
**Environment & Natural Resources Division**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | **520** | **356** | **0** | **450** | **124,502** |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **34** | **0** |
| **2024 Enacted with Reimb FTE** | **520** | **356** | **0** | **484** | **124,502** |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *57* | *57* | *0* | *97* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *57* | *57* | *0* | *97* | |
| **Technical Adjustments** | | | | | |
| Adjustments to GLA Positions and FTEs | -3 | -3 | 0 | 34 | 0 |
| **Subtotal, Technical Adjustments** | **-3** | **-3** | **0** | **34** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 1,820 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 459 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,328 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -2 |
| Health Insurance | 0 | 0 | 0 | 0 | 510 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **4,115** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 1,276 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **1,276** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **5,391** |
| **Subtotal, Technical and Base Adjustments** | **-3** | **-3** | **0** | **34** | **5,391** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *0* | *0* | *0* | *-40* | *0* |
| *DEBT COLLECTION MANAGEMENT - 3%* | *0* | *0* | *0* | *-40* | *0* |
| **2025 Current Services w/o Reimb FTE** | **517** | **353** | **0** | **484** | **129,893** |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 4 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **4** | **0** |
| **2025 Current Services with Reimbursable FTE** | **517** | **353** | **0** | **522** | **129,893** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Environment & Natural Resources Division** | | | | | |
| Office of Environmental Justice (OEJ) | -7 | -3 | 0 | -7 | -1,605 |
| Reduced Civil Litigation Support | -122 | -85 | 0 | -105 | -11,263 |
| Reduced Criminal Litigation Support | -7 | -5 | 0 | -7 | -825 |
| **Total, Environment & Natural Resources Division** | **-136** | **-93** | **0** | **-119** | **-13,693** |
| **Total Program Changes** | **-136** | **-93** | **0** | **-119** | **-13,693** |
| **2025 Total Request w/o Reimb FTE** | **381** | **260** | **0** | **365** | **116,200** |
| **2025 Total Request with Reimb FTE** | **381** | **260** | **0** | **403** | **116,200** |
| *2025 Sub-Allotments and Direct Collections:* | *57* | *57* | *0* | *57* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *57* | *57* | *0* | *57* | |

**0195**

**FY 2025 Spending Plan**
**Environment & Natural Resources Division**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Environment and Natural Resources | 520 | 450 | 124,502 | 517 | 484 | 129,893 |
| | **Total** | **520** | **450** | **124,502** | **517** | **484** | **129,893** |
| | Reimbursable FTE | 0 | 34 | | 0 | 38 | 0 |
| | **Grand Total** | **520** | **484** | **124,502** | **517** | **522** | **129,893** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *97* | *0* | *0* | *57* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **520** | **581** | **124,502** | **517** | **579** | **129,893** |

| | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Environment and Natural Resources | 381 | 365 | 116,200 | 0 | 0 | 10,800 |
| | **Total** | **381** | **365** | **116,200** | **0** | **0** | **10,800** |
| | Reimbursable FTE | 0 | 38 | | 0 | 0 | 0 |
| | **Grand Total** | **381** | **403** | **116,200** | **0** | **0** | **10,800** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *57* | *0* | *0* | *0* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **381** | **460** | **116,200** | **0** | **0** | **10,800** |

**0196**

**FY 2025 Spending Plan**
**Office of Legal Counsel**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 36 | 30 | 0 | 32 | 11,261 |
| **Technical Adjustments** |  |  |  |  |  |
| Adjustment to Positions and FTE | -12 | -11 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | **-12** | **-11** | **0** | **0** | **0** |
| **Base Adjustments** |  |  |  |  |  |
| **Pay & Benefits** |  |  |  |  |  |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 95 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 82 |
| Position/FTE Rightsizing Adjustment | 12 | 11 | 0 | 4 | 0 |
| **Subtotal, Pay & Benefits** | **12** | **11** | **0** | **4** | **177** |
| **Domestic Rent & Facilities** |  |  |  |  |  |
| GSA Rent | 0 | 0 | 0 | 0 | 99 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **99** |
| **Subtotal, Base Adjustments** | **12** | **11** | **0** | **4** | **276** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **4** | **276** |
| **2025 Current Services** | 36 | 30 | 0 | 36 | 11,537 |
| **Program Changes** |  |  |  |  |  |
| **Program Increase** |  |  |  |  |  |
| **Program Decrease** |  |  |  |  |  |
| **Total Program Changes** |  |  |  |  |  |
| **2025 Total Request** | 36 | 30 | 0 | 36 | 11,537 |

**FY 2025 Spending Plan**
**Office of Legal Counsel**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Office of Legal Counsel | 36 | 36 | 11,261 | 36 | 36 | 11,537 |
| Total | 36 | 36 | 11,261 | 36 | 36 | 11,537 |
| Grand Total | 36 | 36 | 11,261 | 36 | 36 | 11,537 |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Office of Legal Counsel | 36 | 36 | 11,537 | 0 | 0 | 0 |
| Total | 36 | 36 | 11,537 | 0 | 0 | 0 |
| Grand Total | 36 | 36 | 11,537 | 0 | 0 | 0 |

0198

**FY 2025 Spending Plan**
**Civil Rights Division**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 734 | 466 | 0 | 645 | 181,611 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 19 | 0 |
| **2024 Enacted with Reimb FTE[1]** | 734 | 466 | 0 | 664 | 181,611 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *59* | *58* | *0* | *50* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *5* | *5* | *0* | *5* | |
| *HCFAC* | *54* | *53* | *0* | *45* | |
| **Technical Adjustments** | | | | | |
| Adjustment to Positions and FTEs | -34 | -17 | 0 | -17 | 0 |
| **Subtotal, Technical Adjustments** | **-34** | **-17** | **0** | **-17** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 2,172 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 274 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,599 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -1 |
| Health Insurance | 0 | 0 | 0 | 0 | 748 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **4,792** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 515 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **515** |
| **Other Adjustments** | | | | | |
| ARRP Realignment of Human Trafficking Prosecution Unit (HTPU)[2] | -17 | -16 | 0 | -4 | -950 |
| **Subtotal, Other Adjustments** | **-17** | **-16** | **0** | **-4** | **-950** |
| **Subtotal, Base Adjustments** | **-17** | **-16** | **0** | **-4** | **4,357** |
| **Subtotal, Technical and Base Adjustments** | **-51** | **-33** | **0** | **-21** | **4,357** |
| **Current Services Sub-Allotment and Direct Collection Changes:** | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *0* | *0* | *0* | *9* | |
| *HCFAC* | *0* | *0* | *0* | *9* | |
| **2025 Current Services w/o Reimb FTE** | 683 | 433 | 0 | 624 | 185,968 |
| **2025 Current Services with Reimbursable FTE** | 683 | 433 | 0 | 643 | 185,968 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Civil Rights Division** | | | | | |
| Contractor Cost Savings | 0 | 0 | 0 | 0 | -1,200 |
| Election Monitoring Funds Non-Discretionary Adjustment | 0 | 0 | 0 | 0 | -9,378 |
| Managed Hiring Restrictions Cost Savings | -32 | -30 | 0 | -30 | -7,877 |
| Managed Travel Restrictions Cost Savings | 0 | 0 | 0 | 0 | -1,115 |
| Voluntary Early Retirement Authority (VERA) Cost Savings | -25 | -17 | 0 | -17 | -266 |
| **Total, Civil Rights Division** | **-57** | **-47** | **0** | **-47** | **-19,836** |
| **Total Program Changes** | **-57** | **-47** | **0** | **-47** | **-19,836** |
| **2025 Total Request w/o Reimb FTE** | 626 | 386 | 0 | 577 | 166,132 |
| **2025 Total Request with Reimb FTE** | 626 | 386 | 0 | 596 | 166,132 |
| *2025 Sub-Allotments and Direct Collections:* | *59* | *58* | *0* | *59* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *5* | *5* | *0* | *5* | |
| *HCFAC* | *54* | *53* | *0* | *54* | |

[1] FY 2024 FTE are actual. FY 2024 reimbursable FTE of 19 will not tie to MAX A-11 because it does not include the HCFAC FTE, which can instead be found under the suballotment section. MAX A-11 include HCFAC FTE for a total of 64.
[2] The ARRP realignment of the HTPU will occur on July 27, 2025.

**0199**

**FY 2025 Spending Plan**
**Civil Rights Division**
**(Dollars in Thousands)**

| | 2024 Enacted[1] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Programs | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Civil Rights Enforcements | 734 | 645 | 181,611 | 683 | 624 | 185,968 |
| Total | 734 | 645 | 181,611 | 683 | 624 | 185,968 |
| Reimbursable FTE | 0 | 19 | 0 | 0 | 19 | 0 |
| Grand Total | 734 | 664 | 181,611 | 683 | 643 | 185,968 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 50 | 0 | 0 | 59 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 734 | 714 | 181,611 | 683 | 702 | 185,968 |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Programs | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Civil Rights Enforcements | 626 | 577 | 166,132 | 0 | 0 | 0 |
| Total | 626 | 577 | 166,132 | 0 | 0 | 0 |
| Reimbursable FTE | 0 | 19 | 0 | 0 | 0 | 0 |
| Grand Total | 626 | 596 | 166,132 | 0 | 0 | 0 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 59 | 0 | 0 | 0 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 626 | 655 | 166,132 | 0 | 0 | 0 |

[1]FY 2024 FTE are actual. FY 2024 reimbursable FTE of 19 will not tie to MAX A-11 because it does not include the HCFAC FTE, which can instead be found under the suballotment section. MAX A-11 include HCFAC FTE for a total of 64.

**0200**

**FY 2025 Spending Plan**
**Office for Access to Justice (ATJ)**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 42 | 22 | 0 | 30 | 9,577 |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -6 | -4 | 0 | 7 | 0 |
| **Subtotal, Technical Adjustments** | **-6** | **-4** | **0** | **7** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 119 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 94 |
| Health Insurance | 0 | 0 | 0 | 0 | 36 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **249** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 10 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **10** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **259** |
| **Subtotal, Technical and Base Adjustments** | **-6** | **-4** | **0** | **7** | **259** |
| **2025 Current Services w/o Reimb FTE** | 36 | 18 | 0 | 37 | 9,836 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Office for Access to Justice** | | | | | |
| Access to Justice Restructuring | -4 | -1 | 0 | -6 | -1,025 |
| **Total, Office for Access to Justice** | **-4** | **-1** | **0** | **-6** | **-1,025** |
| **Total Program Changes** | **-4** | **-1** | **0** | **-6** | **-1,025** |
| **2025 Total Request w/o Reimb FTE** | 32 | 17 | 0 | 31 | 8,811 |
| **Reimbursable FTE Changes** | | | | | |
| Reimbursable Position/FTE Increase | 0 | 0 | 0 | 1 | 0 |
| **Subtotal, Reimbursable FTE Changes** | **0** | **0** | **0** | **1** | **0** |
| **2025 Total Request with Reimb FTE** | 32 | 17 | 0 | 32 | 8,811 |

NOTE: The Department will eliminate ATJ and its functions. ATJ will use its FY 2025 budget to conduct drawdown activities, to include pre-Reduction in Force (RIF) activities and RIF if needed. The Department plans to send to the Congress on October 1, 2025, a Sec. 505 reorganization notification to remove ATJ from the Departmental organizational chart.

**0201**

**FY 2025 Spending Plan**
**Office for Access to Justice**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| Comparison by Activi | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Access to Justice | 42 | 30 | 9,577 | 36 | 37 | 9,836 |
| | Total | 42 | 30 | 9,577 | 36 | 37 | 9,836 |
| | Grand Total | 42 | 30 | 9,577 | 36 | 37 | 9,836 |

| | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| Comparison by Activi | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Access to Justice | 32 | 31 | 8,811 | 0 | 0 | 0 |
| | Total | 32 | 31 | 8,811 | 0 | 0 | 0 |
| | Reimbursable FTE | 0 | 1 | 0 | 0 | 0 | 0 |
| | Grand Total | 32 | 32 | 8,811 | 0 | 0 | 0 |

**FY 2025 Spending Plan**
**INTERPOL Washington**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 80 | 2 | 0 | 60 | 44,747 |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -20 | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | -20 | 0 | 0 | 0 | 0 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 150 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 237 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 90 |
| Health Insurance | 0 | 0 | 0 | 0 | 26 |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 0 | 503 |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 167 |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | 167 |
| **Other Adjustments** | | | | | |
| Security Investigations | 0 | 0 | 0 | 0 | -710 |
| **Subtotal, Other Adjustments** | 0 | 0 | 0 | 0 | -710 |
| **Foreign Expenses** | | | | | |
| INTERPOL Dues | 0 | 0 | 0 | 0 | 1,800 |
| **Subtotal, Foreign Expenses** | 0 | 0 | 0 | 0 | 1,800 |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 0 | 1,760 |
| **Subtotal, Technical and Base Adjustments** | -20 | 0 | 0 | 0 | 1,760 |
| **2025 Current Services** | 60 | 2 | 0 | 60 | 46,507 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **INTERPOL Washington** | | | | | |
| Interpol Contract Support Reduction | 0 | 0 | 0 | 0 | -5,340 |
| **Total, INTERPOL Washington** | 0 | 0 | 0 | 0 | -5,340 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -5,340 |
| **2025 Total Request** | 60 | 2 | 0 | 60 | 41,167 |

**FY 2025 Spending Plan**
**INTERPOL Washington**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 INTERPOL - Washington | 80 | 60 | 44,747 | 60 | 60 | 46,507 |
| Total | 80 | 60 | 44,747 | 60 | 60 | 46,507 |
| Grand Total | 80 | 60 | 44,747 | 60 | 60 | 46,507 |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 INTERPOL - Washington | 60 | 60 | 41,167 | -60 | -60 | -10,000 |
| Total | 60 | 60 | 41,167 | -60 | -60 | -10,000 |
| Grand Total | 60 | 60 | 41,167 | -60 | -60 | -10,000 |

**0204**

**FY 2025 Spending Plan**
**Office of Pardon Attorney**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 40 | 26 | 0 | 38 | 10,386 |
| | | | | | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -6 | -5 | 0 | -3 | 0 |
| **Subtotal, Technical Adjustments** | **-6** | **-5** | **0** | **-3** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 113 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 5 | 914 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 129 |
| Health Insurance | 0 | 0 | 0 | 0 | 46 |
| Position/FTE Rightsizing Adjustment | 1 | 1 | 0 | -5 | 0 |
| **Subtotal, Pay & Benefits** | **1** | **1** | **0** | **0** | **1,202** |
| | | | | | |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 12 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **12** |
| **Subtotal, Base Adjustments** | **1** | **1** | **0** | **0** | **1,214** |
| **Subtotal, Technical and Base Adjustments** | **-5** | **-4** | **0** | **-3** | **1,214** |
| **2025 Current Services** | **35** | **22** | **0** | **35** | **11,600** |
| | | | | | |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| | | | | | |
| **Program Decrease** | | | | | |
| **Total Program Changes** | | | | | |
| | | | | | |
| **2025 Total Request** | **35** | **22** | **0** | **35** | **11,600** |

**FY 2025 Spending Plan**
**Office of Pardon Attorney**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Prog | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Office of the Pardon Attorney | 40 | 38 | 10,386 | 35 | 35 | 11,600 |
| | Total | 40 | 38 | 10,386 | 35 | 35 | 11,600 |
| | Grand Total | 40 | 38 | 10,386 | 35 | 35 | 11,600 |

| | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| Comparison by Activity and Prog | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Office of the Pardon Attorney | 35 | 35 | 11,600 | 0 | 0 | 0 |
| | Total | 35 | 35 | 11,600 | 0 | 0 | 0 |
| | Grand Total | 35 | 35 | 11,600 | 0 | 0 | 0 |

**0206**

**FY 2025 Spending Plan**
**Antitrust Division**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | [910] | [444] | 0 | 820 | 233,000 |
| **Technical Adjustments** |  |  |  |  |  |
| FTE Adjustment | -[86] | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | -[86] | 0 | 0 | 0 | 0 |
| **Base Adjustments** |  |  |  |  |  |
| **Pay & Benefits** |  |  |  |  |  |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 2,318 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 1,843 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,989 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -1 |
| Health Insurance | 0 | 0 | 0 | 0 | 992 |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 0 | 7,141 |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 0 | 7,141 |
| **Subtotal, Technical and Base Adjustments** | -[86] | 0 | 0 | 0 | 7,141 |
| **2025 Current Services** | [824] | [444] | 0 | 820 | 240,141 |
| **Program Changes** |  |  |  |  |  |
| **Program Increase** |  |  |  |  |  |
| **Program Decrease** |  |  |  |  |  |
| **Antitrust Division** |  |  |  |  |  |
| Contractor Support Reductions | 0 | 0 | 0 | 0 | -2,700 |
| Equipment and Supplies Reduction | 0 | 0 | 0 | 0 | -2,400 |
| Personnel Reductions | -[40] | -[5] | 0 | -10 | -1,541 |
| Travel Expenses Reduction | 0 | 0 | 0 | 0 | -500 |
| **Total, Antitrust Division** | -[40] | -[5] | 0 | -10 | -7,141 |
| **Total Program Changes** | -[40] | -[5] | 0 | -10 | -7,141 |
| **2025 Total Request** | [784] | [439] | 0 | 810 | 233,000 |

**FY 2025 Spending Plan**
**Antitrust Division**
**(Dollars in Thousands)**

|  |  | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activ** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** | |
| 1 | Antitrust Division | [910] | 820 | 233,000 | [824] | 820 | 240,141 |
| | **Total** | **[910]** | **820** | **233,000** | **[824]** | **820** | **240,141** |
| | **Grand Total** | **[910]** | **820** | **233,000** | **[824]** | **820** | **240,141** |

|  |  | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activ** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** | |
| 1 | Antitrust Division | [784] | 810 | 233,000 | 0 | 0 | 0 |
| | **Total** | **[784]** | **810** | **233,000** | **0** | **0** | **0** |
| | **Grand Total** | **[784]** | **810** | **233,000** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**U.S. Attorneys**
**(Dollars in Thousands)**

| | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| | | | FY 2025 Enacted | | |
| **2024 Enacted** | 11,247 | 5,997 | 36 | 10,480 | 2,611,000 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 190 | 0 |
| **2024 Enacted with Reimb FTE** [1] | 11,247 | 5,997 | 36 | 10,670 | 2,611,000 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *1,343* | *895* | *6* | *1,381* | |
| *OCDETF* | *760* | *507* | *5* | *808* | |
| *AFF* | *61* | *52* | *0* | *51* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *266* | *172* | *0* | *266* | |
| *HCFAC* | *256* | *164* | *1* | *256* | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment [2] | -1,186 | -669 | 0 | -361 | 0 |
| **Subtotal, Technical Adjustments** | **-1,186** | **-669** | **0** | **-361** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 23,668 |
| Administratively Determined Pay Plan - USA | 0 | 0 | 0 | 0 | 20,391 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 22,452 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 700 |
| Health Insurance | 0 | 0 | 0 | 0 | 11,768 |
| Position/FTE Rightsizing Adjustment | 1,186 | 669 | 0 | 361 | 0 |
| **Subtotal, Pay & Benefits** | **1,186** | **669** | **0** | **361** | **78,979** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 5,829 |
| Guard Service | 0 | 0 | 0 | 0 | 3,000 |
| Rental Payments - Non-GSA | 0 | 0 | 0 | 0 | 28 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **8,857** |
| **Subtotal, Base Adjustments** | 1,186 | 669 | 0 | 361 | 87,836 |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 87,836 |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *158* | *105* | *1* | *117* | |
| *OCDETF* | *72* | *45* | *1* | *21* | |
| *AFF* | *4* | *2* | *0* | *14* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *54* | *36* | *0* | *54* | |
| *HCFAC* | *28* | *22* | *0* | *28* | |
| **2025 Current Services w/o Reimb FTE** | 11,247 | 5,997 | 36 | 10,480 | 2,698,836 |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 60 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **60** | **0** |
| **2025 Current Services with Reimbursable FTE** | 11,247 | 5,997 | 36 | 10,730 | 2,698,836 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **U.S. Attorneys** | | | | | |
| Reprioritization of Criminal and Civil Litigation Activities | -409 | -270 | 0 | 0 | -87,836 |
| **Total, U.S. Attorneys** | **-409** | **-270** | **0** | **0** | **-87,836** |
| **Total Program Changes** | **-409** | **-270** | **0** | **0** | **-87,836** |
| **2025 Total Request w/o Reimb FTE** | 10,838 | 5,727 | 36 | 10,480 | 2,611,000 |
| **2025 Total Request with Reimb FTE** | 10,838 | 5,727 | 36 | 10,730 | 2,611,000 |
| *2025 Sub-Allotments and Direct Collections:* | *1,501* | *1,000* | *7* | *1,498* | |
| *OCDETF* | *832* | *552* | *6* | *829* | |
| *AFF* | *65* | *54* | *0* | *65* | |
| *DEBT COLLECTION MANAGEMENT - 3%* | *320* | *208* | *0* | *320* | |
| *HCFAC* | *284* | *186* | *1* | *284* | |

1/ FY 2024 FTE are actual.  FY 2024 reimbursable FTE of 190 will not tie to MAX A-11 because it does not include the 256 HCFAC FTE, which can instead be found under the suballotment section.  MAX-A11 includes HCFAC FTE for a total of 446.

2/ As of PP03 ending 2/22/2025, USA's onboard staffing levels were 10,061 positions, 5,328 Attorneys, and 10,119 FTE. Positions have been restored in this Spend Plan to address Departmental and Administration priorities, including but not limited to the Border District Surge.

**0209**

**FY 2025 Spending Plan**
**U.S. Attorneys**
**(Dollars in Thousands)**

| | Comparison by Activity and Programs | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Criminal Litigation | 8,696 | 8,237 | 1,936,922 | 8,696 | 8,237 | 2,109,615 |
| 2 | Civil Litigation | 2,498 | 2,190 | 645,641 | 2,498 | 2,190 | 560,784 |
| 3 | Legal Education | 53 | 53 | 28,437 | 53 | 53 | 28,437 |
| | **Total** | **11,247** | | **10,480 2,611,000** | **11,247** | | **10,480 2,698,836** |
| | Reimbursable FTE | 0 | 190 | 0 | 0 | 250 | 0 |
| | **Grand Total** | **11,247** | | **10,670 2,611,000** | **11,247** | | **10,730 2,698,836** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *1,381* | *0* | *0* | *1,498* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **11,247** | | **12,051 2,611,000** | **11,247** | | **12,228 2,698,836** |

| | Comparison by Activity and Programs | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | Criminal Litigation | 8,520 | 8,237 | 2,040,225 | 0 | 0 | 0 |
| 2 | Civil Litigation | 2,265 | 2,190 | 542,338 | 0 | 0 | 0 |
| 3 | Legal Education | 53 | 53 | 28,437 | 0 | 0 | 0 |
| | **Total** | **10,838** | | **10,480 2,611,000** | **0** | **0** | **0** |
| | Reimbursable FTE | 0 | 250 | 0 | 0 | 0 | 0 |
| | **Grand Total** | **10,838** | | **10,730 2,611,000** | **0** | **0** | **0** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *1,498* | *0* | *0* | *0* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **10,838** | | **12,228 2,611,000** | **0** | **0** | **0** |

**0210**

**FY 2025 Spending Plan**
**U.S. Trustees**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted**[1/] | [970] | [382] | 0 | 951 | 245,000 |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -[37] | 0 | 0 | -4 | -797 |
| **Subtotal, Technical Adjustments** | -[37] | 0 | 0 | -4 | -797 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 2,157 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 263 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,793 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | -33 |
| Health Insurance | 0 | 0 | 0 | 0 | 605 |
| Position/FTE Rightsizing Adjustment | -[10] | 0 | 0 | -10 | -1,993 |
| **Subtotal, Pay & Benefits** | -[10] | 0 | 0 | -10 | 2,792 |
| **Domestic Rent & Facilities** | | | | | |
| Guard Service | 0 | 0 | 0 | 0 | 59 |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | 59 |
| **Subtotal, Base Adjustments** | -[10] | 0 | 0 | -10 | 2,851 |
| **Subtotal, Technical and Base Adjustments** | -[47] | 0 | 0 | -14 | 2,054 |
| **2025 Current Services w/o Reimb FTE** | [923] | [382] | 0 | 937 | 247,054 |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 2 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | 0 | 0 | 0 | 2 | 0 |
| **2025 Current Services with Reimbursable FTE** | [923] | [382] | 0 | 939 | 247,054 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **U.S. Trustees** | | | | | |
| Bankruptcy Operational Reductions | 0 | 0 | 0 | 0 | -2,054 |
| **Total, U.S. Trustees** | 0 | 0 | 0 | 0 | -2,054 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -2,054 |
| **2025 Total Request w/o Reimb FTE** | [923] | [382] | 0 | 937 | 245,000 |
| **2025 Total Request with Reimb FTE** | [923] | [382] | 0 | 939 | 245,000 |

1/ FY 2024 FTE are actuals.

**0211**

**FY 2025 Spending Plan**
**U.S. Trustees**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | 2024 Enacted[1/] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Administration of Cases | [970] | 951 | 245,000 | [923] | 937 | 247,054 |
| Total | [970] | 951 | 245,000 | [923] | 937 | 247,054 |
| Reimbursable FTE | 0 | 0 | 0 | 0 | 2 | 0 |
| Grand Total | [970] | 951 | 245,000 | [923] | 939 | 247,054 |

| Comparison by Activity and Programs | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Administration of Cases | [923] | 937 | 245,000 | 0 | 0 | 0 |
| Total | [923] | 937 | 245,000 | 0 | 0 | 0 |
| Reimbursable FTE | 0 | 2 | 0 | 0 | 0 | 0 |
| Grand Total | [923] | 939 | 245,000 | 0 | 0 | 0 |

1/ FY 2024 FTE are actuals.

**0212**

**FY 2025 Spending Plan**
**Foreign Claims Settlement Commission**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 11 | 5 | 0 | 6 | 2,504 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 24 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 19 |
| Health Insurance | 0 | 0 | 0 | 0 | 6 |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 2 | 0 |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 2 | 49 |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 2 | 49 |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 2 | 49 |
| **2025 Current Services** | 11 | 5 | 0 | 8 | 2,553 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Foreign Claims Settlement Commission** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -49 |
| **Total, Foreign Claims Settlement Commission** | 0 | 0 | 0 | 0 | -49 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -49 |
| **2025 Total Request** | 11 | 5 | 0 | 8 | 2,504 |

**FY 2025 Spending Plan**
**Foreign Claims Settlement Commission**
**(Dollars in Thousands)**

|                            |          | 2024 Enacted |        | 2025 Current Services |      |        |
|----------------------------|----------|--------------|--------|-----------------------|------|--------|
| Comparison by Act | Perm Pos | FTE          | Amount | Perm Pos              | FTE  | Amount |
| 1 Foreign Claims           | 11       | 6            | 2,504  | 11                    | 8    | 2,553  |
| Total                      | 11       | 6            | 2,504  | 11                    | 8    | 2,553  |
| Grand Total                | 11       | 6            | 2,504  | 11                    | 8    | 2,553  |

|                            |          | 2025 Enacted |        | 2025 Reprogramming    |      |        |
|----------------------------|----------|--------------|--------|-----------------------|------|--------|
| Comparison by Act | Perm Pos | FTE          | Amount | Perm Pos              | FTE  | Amount |
| 1 Foreign Claims           | 11       | 8            | 2,504  | 0                     | 0    | 0      |
| Total                      | 11       | 8            | 2,504  | 0                     | 0    | 0      |
| Grand Total                | 11       | 8            | 2,504  | 0                     | 0    | 0      |

**FY 2025 Spending Plan**
**Community Relations Service**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| 2024 Enacted | 118 | 2 | 0 | 54 | 24,000 |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -62 | 0 | 0 | 2 | 0 |
| **Subtotal, Technical Adjustments** | **-62** | **0** | **0** | **2** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 227 |
| Health Insurance | 0 | 0 | 0 | 0 | 172 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **399** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 31 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **31** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **430** |
| **Subtotal, Technical and Base Adjustments** | **-62** | **0** | **0** | **2** | **430** |
| **2025 Current Services** | **56** | **2** | **0** | **56** | **24,430** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Community Relations Service** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -430 |
| **Total, Community Relations Service** | **0** | **0** | **0** | **0** | **-430** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-430** |
| **2025 Total Request** | **56** | **2** | **0** | **56** | **24,000** |

Note:
The Department will eliminate CRS and its functions. CRS will use its FY 2025 budget to conduct drawdown activities, to include pre-Reduction in Force (RIF) activities and RIF if needed. The Department plans to send to the Congress on October 1, 2025, a Sec. 505 reorganization notification to remove CRS from the Departmental organizational chart and a Congressional Relocation Report notification to close CRS' field offices.

**FY 2025 Spending Plan**
**Community Relations Service**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Conflict Resolution and Violence Prevention - Program Operations | 118 | 54 | 24,000 | 118 | 54 | 24,430 |
| Total | 118 | 54 | 24,000 | 118 | 54 | 24,430 |
| Grand Total | 118 | 54 | 24,000 | 118 | 54 | 24,430 |

| Comparison by Activity and Programs | 2025 Enacted v2 | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Conflict Resolution and Violence Prevention - Program Operations | 118 | 54 | 24,000 | 0 | 0 | 0 |
| Total | 118 | 54 | 24,000 | 0 | 0 | 0 |
| Grand Total | 118 | 54 | 24,000 | 0 | 0 | 0 |

**0216**

**Asset Forfeiture Fund - Discretionary**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | Pos. | Atty | Agents | FTE | Amount |
| **2024 Continuing Resolution** | 0 | 0 | 0 | 0 | 0 |
| **2024 Enacted** | 0 | 0 | 0 | 0 | 20,514 |
| **Base Adjustments** |  |  |  |  |  |
| **Subtotal, Base Adjustments** |  |  |  |  |  |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **2025 Current Services** | 0 | 0 | 0 | 0 | 20,514 |
| **Program Changes** |  |  |  |  |  |
| **Program Increase** |  |  |  |  |  |
| **Program Decrease** |  |  |  |  |  |
| **Total Program Changes** |  |  |  |  | 0 |
| **2025 Total Request** | 0 | 0 | 0 | 0 | 20,514 |

**FY 2025 Spending Plan**
**Asset Forfeiture Program**
**(Dollars in Thousands)**

|  | | 2024 Actual | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 2 | Discretionary, Definite | 0 | 0 | 20,514 | 0 | 0 | 20,514 |
|  | **Total** | **0** | **0** | **20,514** | **0** | **0** | **20,514** |
|  | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
|  | **Grand Total** | **0** | **0** | **20,514** | **0** | **0** | **20,514** |

|  | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 2 | Discretionary, Definite | 0 | 0 | 20,514 | 0 | 0 | 0 |
|  | **Total** | **0** | **0** | **20,514** | **0** | **0** | **0** |
|  | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
|  | **Grand Total** | **0** | **0** | **20,514** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**U.S. Marshals Service - S&E**
**(Dollars in Thousands)**

| | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| | | | **FY 2025 Spend Plan** | | |
| **2024 Enacted** | **5,446** | **35** | **3,892** | **5,140** | **1,692,000** |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **131** | **0** |
| **2024 Enacted with Reimb FTE** | **5,446** | **35** | **3,892** | **5,271** | **1,692,000** |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *257* | *2* | *99* | *210* | *0* |
| *OCDETF* | *39* | *0* | *38* | *38* | *0* |
| *AFF* | *218* | *2* | *61* | *172* | *0* |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 15,310 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 10,013 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 12,327 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 316 |
| Health Insurance | 0 | 0 | 0 | 0 | 7,574 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **45,540** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 2,503 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **2,503** |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 242 |
| Education Allowance | 0 | 0 | 0 | 0 | -6 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | -172 |
| ICASS | 0 | 0 | 0 | 0 | 119 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **183** |
| **Non-Personnel Related Annualizations** | | | | | |
| Annualization of FY 2023 Non-Personnel Enhancements | 0 | 0 | 0 | 0 | -666 |
| **Subtotal, Non-Personnel Related Annualizations** | **0** | **0** | **0** | **0** | **-666** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **47,560** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **0** | **47,560** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *4* | *0* | *0* | *2* | *0* |
| *OCDETF* | *0* | *0* | *0* | *0* | *0* |
| *AFF* | *4* | *0* | *0* | *2* | *0* |
| **2025 Current Services w/o Reimb FTE** | **5,446** | **35** | **3,892** | **5,140** | **1,739,560** |
| **ATB Reimbursable FTE Changes** | | | | | |
| ATB Reimbursable Position/FTE Adjustment | 0 | 0 | 0 | 12 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **12** | **0** |
| **2025 Current Services with Reimbursable FTE** | **5,446** | **35** | **3,892** | **5,283** | **1,739,560** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **U.S. Marshals Service - S&E** | | | | | |
| Administrative Contractor Support | 0 | 0 | 0 | 0 | -5,000 |
| Administrative Position Hiring Freeze | -33 | 0 | 0 | -33 | -5,200 |
| Awards | 0 | 0 | 0 | 0 | -5,000 |
| Conferences, Training, Travel | 0 | 0 | 0 | 0 | -10,000 |
| Operational Equipment | 0 | 0 | 0 | 0 | -10,000 |
| Operational Positions Delayed Career/Promotions Board | 0 | 0 | 0 | 0 | -5,000 |
| Protective Details | 0 | 0 | 0 | 0 | -7,360 |
| **Total, U.S. Marshals Service - S&E** | **-33** | **0** | **0** | **-33** | **-47,560** |
| **Total Program Changes** | **-33** | **0** | **0** | **-33** | **-47,560** |
| *Sub-Allotment and Direct Collections - Programs:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *-1* | *0* | *-1* | *-1* | *0* |
| *OCDETF* | *-1* | *0* | *-1* | *-1* | *0* |
| **2025 Total Request w/o Reimb FTE** | **5,413** | **35** | **3,892** | **5,107** | **1,692,000** |
| **2025 Total Request with Reimb FTE** | **5,413** | **35** | **3,892** | **5,250** | **1,692,000** |
| *2025 Sub-Allotments and Direct Collections:* | *260* | *2* | *98* | *211* | *0* |
| *OCDETF* | *38* | *0* | *37* | *37* | *0* |
| *AFF* | *222* | *2* | *61* | *174* | *0* |
| **2025 Supplemental Appropriations** | | | | | |
| Supreme Court Protection | 0 | 0 | 0 | 0 | 12,000 |
| **Subtotal, Supplemental Appropriations** | **0** | **0** | **0** | **0** | **12,000** |
| **2025 Total Request with Reimb FTE and Supplemental Appropriations** | **5,413** | **35** | **3,892** | **5,250** | **1,704,000** |

**0219**

**FY 2025 Spending Plan**
**U.S. Marshals Service - S&E**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Judicial and Courthouse Security | 1,878 | 1,829 | 605,098 | 1,878 | 1,829 | 599,690 |
| 2 Fugitive Apprehension | 2,136 | 1,983 | 653,472 | 2,130 | 1,983 | 707,567 |
| 3 Prisoner Security & Transportation | 997 | 931 | 287,986 | 997 | 931 | 261,538 |
| 4 Protection of Witnesses | 246 | 230 | 68,394 | 246 | 230 | 77,940 |
| 5 Tactical Operations | 189 | 167 | 77,050 | 195 | 167 | 92,825 |
| 6 Detention Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **5,446** | **5,140** | **1,692,000** | **5,446** | **5,140** | **1,739,560** |
| Reimbursable FTE | 0 | 131 | 0 | 0 | 143 | 0 |
| **Grand Total** | **5,446** | **5,271** | **1,692,000** | **5,446** | **5,283** | **1,739,560** |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *210* | *0* | *0* | *212* | *0* |
| **Total FTE including Sub-Allotment & Direct Collections** | **5,446** | **5,481** | **1,692,000** | **5,446** | **5,495** | **1,739,560** |

| | 2025 Enacted v2 | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Judicial and Courthouse Security | 1,866 | 1,817 | 569,289 | 0 | 0 | 0 |
| 2 Fugitive Apprehension | 2,117 | 1,970 | 697,168 | 60 | 60 | 7,000 |
| 3 Prisoner Security & Transportation | 991 | 925 | 239,149 | 0 | 0 | 0 |
| 4 Protection of Witnesses | 245 | 229 | 84,455 | 0 | 0 | 0 |
| 5 Tactical Operations | 194 | 166 | 101,939 | 0 | 0 | 0 |
| 6 Detention Operations | 0 | 0 | 0 | 42 | 42 | 33,377 |
| **Total** | **5,413** | **5,107** | **1,692,000** | **102** | **102** | **40,377** |
| Reimbursable FTE | 0 | 143 | 0 | 0 | 0 | 0 |
| **Grand Total** | **5,413** | **5,250** | **1,692,000** | **102** | **102** | **40,377** |
| *Sub-Allotments and Direct Collections (FYI)* | *0* | *211* | *0* | *0* | *0* | *0* |
| **Total FTE including Sub-Allotment & Direct Collections** | **5,413** | **5,461** | **1,692,000** | **102** | **102** | **40,377** |

**FY 2025 Spending Plan**
**U.S. Marshals Service - Construction**
**(Dollars in Thousands)**

| | FY 2025 Spend Plan | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 0 | 0 | 0 | 0 | 15,000 |
| **Base Adjustments** | | | | | |
| **Subtotal, Base Adjustments** | | | | | |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **2025 Current Services** | 0 | 0 | 0 | 0 | 15,000 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Total Program Changes** | | | | | |
| **2025 Total Request** | 0 | 0 | 0 | 0 | 15,000 |

**FY 2025 Spending Plan**
**U.S. Marshals Service - Construction**
**(Dollars in Thousands)**

|  |  | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | USMS Construction | 0 | 0 | 15,000 | 0 | 0 | 15,000 |
|  | **Total** | **0** | **0** | **15,000** | **0** | **0** | **15,000** |
|  | **Grand Total** | **0** | **0** | **15,000** | **0** | **0** | **15,000** |

|  |  | 2025 Enacted v2 | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | USMS Construction | 0 | 0 | 15,000 | 0 | 0 | 0 |
|  | **Total** | **0** | **0** | **15,000** | **0** | **0** | **0** |
|  | **Grand Total** | **0** | **0** | **15,000** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**Federal Prisoner Detention**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 42 | 1 | 0 | 36 | 2,100,000 |
| | | | | | |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | 6 | 0 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **6** | **0** |
| | | | | | |
| **Prison and Detention** | | | | | |
| Housing Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 73,572 |
| Medical Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 22,818 |
| Operating Margin - FPD /1 | 0 | 0 | 0 | 0 | 23,043 |
| Transportation Cost Adjustment - FPD | 0 | 0 | 0 | 0 | 16,567 |
| **Subtotal, Prison and Detention** | **0** | **0** | **0** | **0** | **136,000** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **6** | **136,000** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **6** | **136,000** |
| **2025 Current Services** | **42** | **1** | **0** | **42** | **2,236,000** |
| | | | | | |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| | | | | | |
| **Program Decrease** | | | | | |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **0** |
| **2025 Total Request** | **42** | **1** | **0** | **42** | **2,236,000** |

**FY 2025 Spending Plan**
**Federal Prisoner Detention**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Detention Services | 42 | 36 | 2,100,000 | 42 | 42 | 2,242,957 |
| | **Total** | **42** | **36** | **2,100,000** | **42** | **42** | **2,242,957** |
| | **Grand Total** | **42** | **36** | **2,100,000** | **42** | **42** | **2,242,957** |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Detention Services | 42 | 42 | 2,236,000 | -42 | -42 | -30,377 |
| | **Total** | **42** | **42** | **2,236,000** | **-42** | **-42** | **-30,377** |
| | **Grand Total** | **42** | **42** | **2,236,000** | **-42** | **-42** | **-30,377** |

**0224**

**FY 2025 Spending Plan**
**National Security Division**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 434 | 292 | 0 | 377 | 128,000 |
| | | | | | |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -55 | -32 | 0 | 4 | 0 |
| **Subtotal, Technical Adjustments** | **-55** | **-32** | **0** | **4** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 1,373 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 19 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 1,031 |
| Health Insurance | 0 | 0 | 0 | 0 | 574 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **2,997** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 709 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **709** |
| **Other Adjustments** | | | | | |
| ARRP Administrative Consolidation | -20 | 0 | 0 | -5 | 0 |
| **Subtotal, Other Adjustments** | **-20** | **0** | **0** | **-5** | **0** |
| **Subtotal, Base Adjustments** | **-20** | **0** | **0** | **-5** | **3,706** |
| **Subtotal, Technical and Base Adjustments** | **-75** | **-32** | **0** | **-1** | **3,706** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *3* | *2* | *0* | *3* | |
| *OCDETF* | *3* | *2* | *0* | *3* | |
| **2025 Current Services** | 359 | 260 | 0 | 376 | 131,706 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **National Security Division** | | | | | |
| Contracts | 0 | 0 | 0 | 0 | -2,901 |
| Travel | 0 | 0 | 0 | 0 | -805 |
| **Total, National Security Division** | **0** | **0** | **0** | **0** | **-3,706** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-3,706** |
| **2025 Total Request** | 359 | 260 | 0 | 376 | 128,000 |
| *2025 Sub-Allotments and Direct Collections:* | *3* | *2* | *0* | *3* | |
| *OCDETF* | *3* | *2* | *0* | *3* | |

**0225**

**FY 2025 Spending Plan**
**National Security Division**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | National Security | 434 | 377 | 128,000 | 359 | 376 | 131,706 |
| | Total | 434 | 377 | 128,000 | 359 | 376 | 131,706 |
| | Grand Total | 434 | 377 | 128,000 | 359 | 376 | 131,706 |
| | Sub-Allotments and Direct Collections (FYI) | 0 | 0 | 0 | 0 | 3 | 0 |
| | Total FTE including Sub-Allotment & Direct Collections | 434 | 377 | 128,000 | 359 | 379 | 131,706 |

| Comparison by Activity and Programs | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | National Security | 359 | 376 | 128,000 | 0 | 0 | 0 |
| | Total | 359 | 376 | 128,000 | 0 | 0 | 0 |
| | Grand Total | 359 | 376 | 128,000 | 0 | 0 | 0 |
| | Sub-Allotments and Direct Collections (FYI) | 0 | 3 | 0 | 0 | 0 | 0 |
| | Total FTE including Sub-Allotment & Direct Collections | 359 | 379 | 128,000 | 0 | 0 | 0 |

**0226**

FY 2025 Spending Plan
Organized Crime Drug Enforcement Task Forces
(Dollars in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Continuing Resolution** | **0** | **0** | **0** | **0** | **0** |
| **2024 Enacted** | **2,290** | **580** | **1,127** | **2,282** | **547,000** |
| FY 2024 Annualized Continuing Resolution | 0 | 0 | 0 | 0 | 0 |
| FY 2024 Position/FTE Rightsizing | 0 | 0 | 0 | 0 | 0 |
| **2024 Continuing Resolution with Rescission & Supplemental** | **0** | **0** | **0** | **0** | **0** |
| **2024 Enacted with Rescission & Supplemental** | **2,290** | **580** | **1,127** | **2,282** | **547,000** |
| *2024 Sub-Allotments and Direct Collections - To (FYI):* | *2,290* | *580* | *1,127* | *2,282* | *547,000* |
| OCDETF (EO, OFC, IOC-2, TRU) | *128* | *20* | *21* | *57* | *41,476* |
| DEA | *824* | *0* | *646* | *854* | *184,513* |
| USA | *832* | *552* | *6* | *829* | *163,401* |
| FBI | *410* | *0* | *370* | *445* | *131,937* |
| ATF | *46* | *0* | *46* | *48* | *12,874* |
| USMS | *39* | *0* | *38* | *38* | *10,758* |
| CRM | *11* | *8* | *0* | *11* | *2,041* |
| | | | | | |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 6,517 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 5,137 |
| Health Insurance | 0 | 0 | 0 | 0 | 1,822 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **13,476** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 47 |
| Guard Service | 0 | 0 | 0 | 0 | 24 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **71** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **13,547** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **0** | **13,547** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - To (FYI):* | *0* | *0* | *0* | *0* | *13,547* |
| OCDETF (EO, OFC, IOC-2, TRU) | *0* | *0* | *0* | *0* | *887* |
| DEA | *0* | *0* | *0* | *0* | *4,718* |
| USA | *0* | *0* | *0* | *0* | *4,076* |
| FBI | *0* | *0* | *0* | *0* | *3,252* |
| ATF | *0* | *0* | *0* | *0* | *301* |
| USMS | *0* | *0* | *0* | *0* | *253* |
| CRM | *0* | *0* | *0* | *0* | *60* |
| **2025 Current Services** | **2,290** | **580** | **1,127** | **2,282** | **560,547** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Interagency Crime & Drug Enforcement** | | | | | |
| Program Offset - Program Reduction | -50 | 1 | -39 | -56 | -13,547 |
| **Total, Interagency Crime & Drug Enforcement** | **-50** | **1** | **-39** | **-56** | **-13,547** |
| **Total Program Changes** | **-50** | **1** | **-39** | **-56** | **-13,547** |
| *Sub-Allotment and Direct Collections - Programs:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *-50* | *1* | *-39* | *-56* | *-13,547* |
| OCDETF (EO, OFC, IOC-2, TRU) | *-13* | *-1* | *-7* | *2* | *-887* |
| DEA | *-20* | *0* | *-15* | *-32* | *-10,844* |
| USA | *0* | *0* | *0* | *0* | *1,933* |
| FBI | *-17* | *0* | *-15* | *-25* | *-5,135* |
| ATF | *-1* | *0* | *-1* | *-2* | *-301* |
| USMS | *-1* | *0* | *-1* | *-1* | *-253* |
| CRM | *-1* | *0* | *0* | *-1* | *-60* |
| NSD | *3* | *2* | *0* | *3* | *2,000* |
| **2025 Total Request** | **2,240** | **581** | **1,088** | **2,226** | **547,000** |
| *2025 Sub-Allotments and Direct Collections:* | *2,240* | *581* | *1,088* | *2,226* | *547,000* |
| OCDETF (EO, OFC, IOC-2, TRU) | *115* | *19* | *14* | *59* | *41,476* |
| DEA | *804* | *0* | *631* | *822* | *178,387* |
| USA | *832* | *552* | *6* | *829* | *169,410* |
| FBI | *393* | *0* | *355* | *420* | *130,054* |
| ATF | *45* | *0* | *45* | *46* | *12,874* |
| USMS | *38* | *0* | *37* | *37* | *10,758* |
| CRM | *10* | *8* | *0* | *10* | *2,041* |
| NSD | *3* | *2* | *0* | *3* | *2,000* |

**FY 2025 Spending Plan**
**Organized Crime Drug Enforcement Task Forces**
**(Dollars in Thousands)**

|  |  | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by A** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Investigations | 1,427 | 1,423 | 379,017 | 1,427 | 1,423 | 388,313 |
| 2 | Prosecutions | 863 | 859 | 167,983 | 863 | 859 | 172,234 |
|  | **Total** | **2,290** | **2,282** | **547,000** | **2,290** | **2,282** | **560,547** |
|  | **Grand Total** | **2,290** | **2,282** | **547,000** | **2,290** | **2,282** | **560,547** |

|  |  | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by A** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Investigations | 1,376 | 1,366 | 372,163 | 0 | 0 | 0 |
| 2 | Prosecutions | 864 | 860 | 174,837 | 0 | 0 | 0 |
|  | **Total** | **2,240** | **2,226** | **547,000** | **0** | **0** | **0** |
|  | **Grand Total** | **2,240** | **2,226** | **547,000** | **0** | **0** | **0** |

**0228**

**FY 2025 Spending Plan**
**Federal Bureau of Investigation - S&E**
**(Dollars in Thousands)**

| | | | FY 2025 Enacted | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 35,967 | 240 | 13,445 | 34,404 | 10,643,713 |
| 2024 Balance Rescission | 0 | 0 | 0 | 0 | -367,700 |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **1,383** | **0** |
| **2024 Enacted with Rescission & Reimb FTE** | **35,967** | **240** | **13,445** | **35,787** | **10,276,013** |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *1,311* | *0* | *915* | *1,280* | *0* |
| *ICDE* | *410* | *0* | *370* | *445* | *0* |
| *AFF* | *5* | *0* | *4* | *1* | *0* |
| *DEBT COLLECTION MANAGEMENT - 3%* | *37* | *0* | *24* | *25* | *0* |
| *HCFAC* | *859* | *0* | *517* | *809* | *0* |
| | | | | | |
| **Technical Adjustments** | | | | | |
| Position/FTE Rightsizing | 0 | 0 | 0 | 86 | 0 |
| Reprogramming - Countering Violent Crime, Gangs, Drugs, and Terrorism | 0 | 0 | 397 | 0 | 0 |
| Restoration of Rescission - FBI SE | 0 | 0 | 0 | 0 | 367,700 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **397** | **86** | **367,700** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 100,165 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 53,389 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 81,059 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 3,465 |
| Health Insurance | 0 | 0 | 0 | 0 | 24,004 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **262,082** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 5,127 |
| Guard Service | 0 | 0 | 0 | 0 | 10,416 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **15,543** |
| **Other Adjustments** | | | | | |
| Security Investigations | 0 | 0 | 0 | 0 | 3,831 |
| Spectrum Relocation | 0 | 0 | 0 | 0 | 1,336 |
| **Subtotal, Other Adjustments** | **0** | **0** | **0** | **0** | **5,167** |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | 2,066 |
| Education Allowance | 0 | 0 | 0 | 0 | 75 |
| ICASS | 0 | 0 | 0 | 0 | 2,591 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 35 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 100 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **4,867** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **287,659** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **397** | **86** | **655,359** |
| *Current Services Sub-Allotment and Direct Collection Changes:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *0* | *0* | *1* | *66* | *0* |
| *AFF* | *0* | *0* | *0* | *4* | *0* |
| *DEBT COLLECTION MANAGEMENT - 3%* | *0* | *0* | *1* | *12* | *0* |
| *HCFAC* | *0* | *0* | *0* | *50* | *0* |
| **2025 Current Services w/o Reimb FTE** | **35,967** | **240** | **13,842** | **34,490** | **10,931,372** |
| **ATB Reimbursable FTE Changes** | | | | | |
| Reimb FTE Adjustment for Sub-Allotment | 0 | 0 | 0 | 100 | 0 |
| **Subtotal, ATB Reimbursable FTE Changes** | **0** | **0** | **0** | **100** | **0** |
| **2025 Current Services with Reimbursable FTE** | **35,967** | **240** | **13,842** | **35,973** | **10,931,372** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Federal Bureau of Investigation - S&E** | | | | | |
| Law Enforcement and National Security Capabilities | -875 | 0 | -588 | -438 | -287,659 |
| **Total, Federal Bureau of Investigation - S&E** | **-875** | **0** | **-588** | **-438** | **-287,659** |
| **Total Program Changes** | **-875** | **0** | **-588** | **-438** | **-287,659** |
| *Sub-Allotment and Direct Collections - Programs:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *1* | *0* | *-3* | *-7* | *0* |
| *ICDE* | *-17* | *0* | *-15* | *-25* | *0* |
| *HCFAC* | *18* | *0* | *12* | *18* | *0* |
| **2025 Total Request w/o Reimb FTE** 1/ | **35,092** | **240** | **13,254** | **34,052** | **10,643,713** |
| **Reimbursable FTE Changes** | | | | | |
| Reimbursable Position/FTE Decrease | 0 | 0 | 0 | -61 | 0 |
| **Subtotal, Reimbursable FTE Changes** | **0** | **0** | **0** | **-61** | **0** |
| **2025 Total Request with Reimb FTE** | **35,092** | **240** | **13,254** | **35,474** | **10,643,713** |
| *2025 Sub-Allotments and Direct Collections:* | *1,312* | *0* | *913* | *1,339* | *0* |
| *ICDE* | *393* | *0* | *355* | *420* | *0* |
| *AFF* | *5* | *0* | *4* | *5* | *0* |
| *DEBT COLLECTION MANAGEMENT - 3%* | *37* | *0* | *25* | *37* | *0* |
| *HCFAC* | *877* | *0* | *529* | *877* | *0* |
| | | | | | |
| **2025 Supplemental Appropriations** | | | | | |
| National Security System Risk | 0 | 0 | 0 | 0 | 16,668 |
| **Subtotal, Supplemental Appropriations** | **0** | **0** | **0** | **0** | **16,668** |
| **2025 Total Request with Reimb FTE and Supplemental Appropriations** | **35,092** | **240** | **13,254** | **35,474** | **10,660,381** |

1/ The FBI is moving approximately 500 DC-based federal employees and contract personnel from multiple offices to Huntsville, Alabama.

**FY 2025 Spending Plan**
**Federal Bureau of Investigation - S&E**
**(Dollars in Thousands)**

| | | 2024 Enacted with Rescissions | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Intelligence | 6,327 | 6,074 | 1,937,751 | 6,498 | 6,271 | 2,034,165 |
| 2 | Counterterrorism/Counterintelligence | 13,767 | 13,005 | 4,295,104 | 13,712 | 12,802 | 4,381,912 |
| 3 | Criminal Enterprises/Federal Crimes | 13,313 | 12,829 | 3,744,493 | 13,117 | 12,719 | 3,856,562 |
| 4 | Criminal Justice Services | 2,560 | 2,582 | 666,365 | 2,640 | 2,612 | 658,733 |
| | **Total** | **35,967** | **34,490** | **10,643,713** | **35,967** | **34,404** | **10,931,372** |
| | Reimbursable FTE | 0 | 1,383 | 0 | 0 | 1,483 | 0 |
| | Rescission | 0 | 0 | -367,700 | 0 | 0 | 0 |
| | **Grand Total** | **35,967** | **35,873** | **10,276,013** | **35,967** | **35,887** | **10,931,372** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *1,280* | *0* | *0* | *1,346* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **35,967** | **37,153** | **10,276,013** | **35,967** | **37,233** | **10,931,372** |

| | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Intelligence | 6,212 | 6,004 | 1,952,973 | 0 | 0 | 0 |
| 2 | Counterterrorism/Counterintelligence | 13,292 | 12,423 | 4,231,348 | 0 | 0 | 0 |
| 3 | Criminal Enterprises/Federal Crimes | 12,995 | 12,963 | 3,820,063 | 0 | 0 | 0 |
| 4 | Criminal Justice Services | 2,593 | 2,576 | 639,329 | 0 | 0 | 0 |
| | **Total** | **35,092** | **33,966** | **10,643,713** | **0** | **0** | **0** |
| | Reimbursable FTE | 0 | 1,422 | 0 | 0 | 0 | 0 |
| | **Grand Total** | **35,092** | **35,388** | **10,643,713** | **0** | **0** | **0** |
| | *Sub-Allotments and Direct Collections (FYI)* | *0* | *1,339* | *0* | *0* | *0* | *0* |
| | **Total FTE including Sub-Allotment & Direct Collections** | **35,092** | **36,727** | **10,643,713** | **0** | **0** | **0** |

**0230**

**FY 2025 Spending Plan**
**Federal Bureau of Investigation - Construction**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 0 | 0 | 0 | 0 | 30,000 |
| **Technical Adjustments** |  |  |  |  |  |
| Secure Work Environment/Quantico | 0 | 0 | 0 | 0 | 31,895 |
| **Subtotal, Technical Adjustments** | 0 | 0 | 0 | 0 | 31,895 |
| **Base Adjustments** |  |  |  |  |  |
| **Subtotal, Base Adjustments** |  |  |  |  |  |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 31,895 |
| **2025 Current Services** | 0 | 0 | 0 | 0 | 61,895 |
| **Program Changes** |  |  |  |  |  |
| **Program Increase** |  |  |  |  |  |
| **Program Decrease** |  |  |  |  |  |
| **Federal Bureau of Investigation - Construction** |  |  |  |  |  |
| Secure Work Environment/Quantico | 0 | 0 | 0 | 0 | -31,895 |
| **Total, Federal Bureau of Investigation - Construction** | 0 | 0 | 0 | 0 | -31,895 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -31,895 |
| **2025 Total Request** | 0 | 0 | 0 | 0 | 30,000 |

**0231**

**FY 2026 Spending Plan**
**Federal Bureau of Investigation - Construction**
**(Dollars in Thousands)**

|  |  | 2024 Enacted |  | 2025 Current Services |  |  |
|---|---|---|---|---|---|---|
| Comparison by Activ | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | FBI Construction | 0 | 0 | 30,000 | 0 | 0 | 61,895 |
|  | **Total** | **0** | **0** | **30,000** | **0** | **0** | **61,895** |
|  | **Grand Total** | **0** | **0** | **30,000** | **0** | **0** | **61,895** |

|  |  | 2025 Enacted |  | 2025 Reprogramming |  |  |
|---|---|---|---|---|---|---|
| Comparison by Activ | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | FBI Construction | 0 | 0 | 30,000 | 0 | 0 | 0 |
|  | **Total** | **0** | **0** | **30,000** | **0** | **0** | **0** |
|  | **Grand Total** | **0** | **0** | **30,000** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**Drug Enforcement Administration - S&E**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 7,289 | 115 | 3,665 | 6,338 | 2,567,000 |
| **2024 Reimbursable FTE - Base** | 0 | 0 | 0 | 7 | 0 |
| **2024 Enacted with Reimb FTE** | 7,289 | 115 | 3,665 | 6,345 | 2,567,000 |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *825* | *0* | *646* | *855* | *0* |
| *OCDETF* | *824* | *0* | *646* | *854* | *0* |
| *AFF* | *1* | *0* | *0* | *1* | *0* |
| **Technical Adjustments** | | | | | |
| FTE Rightsizing | 0 | 0 | 0 | 103 | 0 |
| Position Rightsizing | -382 | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | **-382** | **0** | **0** | **103** | **0** |
| **Base Adjustments** | | | | | |
| Pay & Benefits | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 17,248 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 20,384 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 13,138 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 221 |
| Health Insurance | 0 | 0 | 0 | 0 | 1,176 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **52,167** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 9,163 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **9,163** |
| **Other Adjustments** | | | | | |
| Security Investigations | 0 | 0 | 0 | 0 | 531 |
| **Subtotal, Other Adjustments** | **0** | **0** | **0** | **0** | **531** |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | -2,877 |
| Education Allowance | 0 | 0 | 0 | 0 | -1,135 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | 438 |
| ICASS | 0 | 0 | 0 | 0 | 3,651 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 73 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 360 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **510** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **62,371** |
| **Subtotal, Technical and Base Adjustments** | **-382** | **0** | **0** | **103** | **62,371** |
| **2025 Current Services w/o Reimb FTE** | 6,907 | 115 | 3,665 | 6,441 | 2,629,371 |
| **2025 Current Services with Reimbursable FTE** | 6,907 | 115 | 3,665 | 6,448 | 2,629,371 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Drug Enforcement Administration - S&E** | | | | | |
| Community Outreach & Drug Prevention Campaigns | 0 | 0 | 0 | 0 | -5,000 |
| Domestic and Foreign Field Operating Budget | 0 | 0 | 0 | 0 | -25,000 |
| IT Modernization & Equipment Refresh | 0 | 0 | 0 | 0 | -20,000 |
| Impact of Government Hiring Freeze | -75 | 0 | 0 | -75 | -7,371 |
| Training & Infrastructure | 0 | 0 | 0 | 0 | -5,000 |
| **Total, Drug Enforcement Administration - S&E** | **-75** | **0** | **0** | **-75** | **-62,371** |
| **Total Program Changes** | **-75** | **0** | **0** | **-75** | **-62,371** |
| ***Sub-Allotment and Direct Collections - Programs:*** | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *-20* | *0* | *-15* | *-32* | *0* |
| *OCDETF* | *-20* | *0* | *-15* | *-32* | *0* |
| **2025 Total Request w/o Reimb FTE** | 6,832 | 115 | 3,665 | 6,366 | 2,567,000 |
| **2025 Total Request with Reimb FTE** | 6,832 | 115 | 3,665 | 6,373 | 2,567,000 |
| *2025 Sub-Allotments and Direct Collections:* | *805* | *0* | *631* | *823* | *0* |
| *OCDETF* | *804* | *0* | *631* | *822* | *0* |
| *AFF* | *1* | *0* | *0* | *1* | *0* |

**0233**

**FY 2025 Spending Plan**
**Drug Enforcement Administration - S&E**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 International Enforcement | 924 | 794 | 485,618 | 888 | 794 | 490,852 |
| 2 Domestic Enforcement | 6,339 | 5,523 | 2,068,463 | 5,993 | 5,626 | 2,125,474 |
| 3 State and Local Assistance | 26 | 21 | 12,919 | 26 | 21 | 13,045 |
| Total | 7,289 | 6,338 | 2,567,000 | 6,907 | 6,441 | 2,629,371 |
| Reimbursable FTE | 0 | 7 | 0 | 0 | 7 | 0 |
| Grand Total | 7,289 | 6,345 | 2,567,000 | 6,907 | 6,448 | 2,629,371 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 855 | 0 | 0 | 855 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 7,289 | 7,200 | 2,567,000 | 6,907 | 7,303 | 2,629,371 |

| Comparison by Activity and Programs | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 International Enforcement | 817 | 723 | 477,514 | 0 | 0 | 0 |
| 2 Domestic Enforcement | 5,993 | 5,623 | 2,076,567 | 0 | 0 | 0 |
| 3 State and Local Assistance | 22 | 20 | 12,919 | 0 | 0 | 0 |
| Total | 6,832 | 6,366 | 2,567,000 | 0 | 0 | 0 |
| Reimbursable FTE | 0 | 7 | 0 | 0 | 0 | 0 |
| Grand Total | 6,832 | 6,373 | 2,567,000 | 0 | 0 | 0 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 823 | 0 | 0 | 0 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 6,832 | 7,196 | 2,567,000 | 0 | 0 | 0 |

**0234**

**FY 2025 Spending Plan**
**Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E**
**(Dollars in Thousands)**

| | FY 2025 Spend Plan | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | **5,288** | **107** | **2,630** | **5,270** | **1,625,000** |
| **2024 Reimbursable FTE - Base** | **0** | **0** | **0** | **1** | **0** |
| **2024 Enacted with Reimb FTE** | **5,288** | **107** | **2,630** | **5,271** | **1,625,000** |
| *2024 Sub-Allotments and Direct Collections - From (FYI):* | *49* | *0* | *48* | *50* | *0* |
| *OCDETF* | *46* | *0* | *46* | *48* | *0* |
| *AFF* | *4* | *0* | *2* | *4* | *0* |
| **Technical Adjustments** | | | | | |
| FTE Rightsizing | 0 | 0 | 0 | -170 | 0 |
| Position Rightsizing | -152 | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | **-152** | **0** | **0** | **-170** | **0** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 15,055 |
| Annualization of 2023 Approved Positions | 0 | 0 | 0 | 0 | 11,409 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 11,664 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 788 |
| Health Insurance | 0 | 0 | 0 | 0 | 6,838 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **45,754** |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 1,774 |
| Guard Service | 0 | 0 | 0 | 0 | 894 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **2,668** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **48,422** |
| **Subtotal, Technical and Base Adjustments** | **-152** | **0** | **0** | **-170** | **48,422** |
| **2025 Current Services w/o Reimb FTE** | **5,136** | **107** | **2,630** | **5,100** | **1,673,422** |
| **2025 Current Services with Reimbursable FTE** | **5,136** | **107** | **2,630** | **5,101** | **1,673,422** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E** | | | | | |
| 1 National Tracing Center Modernization | 0 | 0 | 0 | 0 | -12,700 |
| 2 National Center for Explosives Training and Research (NCETR) | 0 | 0 | 0 | 0 | -4,000 |
| 3 Crime Gun Investigations | 0 | 0 | 0 | 0 | -4,622 |
| 4 National Integrated Ballistic Information Network (NIBIN) | 0 | 0 | 0 | 0 | -7,700 |
| 5 Mission Support | 0 | 0 | 0 | 0 | -19,400 |
| **Total, Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E** | **0** | **0** | **0** | **0** | **-48,422** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-48,422** |
| *Sub-Allotment and Direct Collections - Programs:* | | | | | |
| *Sub-Allotments and Direct Collections - From (FYI):* | *-1* | *0* | *-1* | *-2* | *0* |
| *OCDETF* | *-1* | *0* | *-1* | *-2* | *0* |
| **2025 Total Request w/o Reimb FTE** | **5,136** | **107** | **2,630** | **5,100** | **1,625,000** |
| **Reimbursable FTE Changes** | | | | | |
| Reimbursable Position/FTE Increase | 0 | 0 | 0 | 2 | 0 |
| **Subtotal, Reimbursable FTE Changes** | **0** | **0** | **0** | **2** | **0** |
| **2025 Total Request with Reimb FTE** | **5,136** | **107** | **2,630** | **5,103** | **1,625,000** |
| *2025 Sub-Allotments and Direct Collections:* | *49* | *0* | *47* | *50* | *0* |
| *OCDETF* | *45* | *0* | *45* | *46* | *0* |
| *AFF* | *4* | *0* | *2* | *4* | *0* |

**FY 2025 Spending Plan**
**Bureau of Alcohol, Tobacco, Firearms, and Explosives S&E**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Law Enforcement Operations | 4,231 | 3,971 | 1,134,532 | 4,068 | 4,040 | 1,154,276 |
| 2 Investigative Support Services | 1,057 | 992 | 490,468 | 1,068 | 1,060 | 519,146 |
| Total | 5,288 | 4,963 | 1,625,000 | 5,136 | 5,100 | 1,673,422 |
| Reimbursable FTE | 0 | 1 | 0 | 0 | 1 | 0 |
| Grand Total | 5,288 | 4,964 | 1,625,000 | 5,136 | 5,101 | 1,673,422 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 50 | 0 | 0 | 50 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 5,288 | 5,014 | 1,625,000 | 5,136 | 5,151 | 1,673,422 |

| | | 2025 Enacted v2 | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Law Enforcement Operations | 4,068 | 4,040 | 1,136,074 | 0 | 0 | 0 |
| 2 Investigative Support Services | 1,068 | 1,060 | 488,926 | 0 | 0 | 0 |
| Total | 5,136 | 5,100 | 1,625,000 | 0 | 0 | 0 |
| Reimbursable FTE | 0 | 3 | 0 | 0 | 0 | 0 |
| Grand Total | 5,136 | 5,103 | 1,625,000 | 0 | 0 | 0 |
| Sub-Allotments and Direct Collections (FYI) | 0 | 48 | 0 | 0 | 0 | 0 |
| Total FTE including Sub-Allotment & Direct Collections | 5,136 | 5,151 | 1,625,000 | 0 | 0 | 0 |

FY 2025 Spending Plan
Federal Prison System - S&E
(Dollars in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | **39,585** | **200** | **20,446** | **34,155** | **8,392,588** |
| Transfers - NIJ - FY 2024 - To RES | 0 | 0 | 0 | 0 | -8,190 |
| **2024 Enacted with Rescission** | **39,585** | **200** | **20,446** | **34,155** | **8,384,398** |
| | | | | | |
| **Technical Adjustments** | | | | | |
| Non-Recurral - Transfers - NIJ FY 2024 - To OJP RES | 0 | 0 | 0 | 0 | 8,190 |
| Position/FTE Rightsizing | 0 | 0 | 0 | 270 | 0 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **270** | **8,190** |
| **Base Adjustments** | | | | | |
| **ATB Transfers** | | | | | |
| Transfers - NIJ - To RES | 0 | 0 | 0 | 0 | -8,190 |
| **Subtotal, ATB Transfers** | **0** | **0** | **0** | **0** | **-8,190** |
| | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 65,332 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 48,775 |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | 4,664 |
| Health Insurance | 0 | 0 | 0 | 0 | 4,098 |
| Position Rightsizing | -3,549 | 0 | -2,173 | 0 | 0 |
| Public Health Service (PHS) Employees[1] | [475] | 0 | 0 | 475 | 0 |
| **Subtotal, Pay & Benefits** | **-3,549** | **0** | **-2,173** | **475** | **122,869** |
| | | | | | |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | 691 |
| Guard Service | 0 | 0 | 0 | 0 | 317 |
| **Subtotal, Domestic Rent & Facilities** | **0** | **0** | **0** | **0** | **1,008** |
| | | | | | |
| **Prison and Detention** | | | | | |
| Existing Contract Bed Adjustments - BOP | 0 | 0 | 0 | 0 | 27,753 |
| Food Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 12,076 |
| Medical Cost Adjustments - BOP | 0 | 0 | 0 | 0 | 43,731 |
| Utility Costs Adjustments - BOP | 0 | 0 | 0 | 0 | 14,633 |
| **Subtotal, Prison and Detention** | **0** | **0** | **0** | **0** | **98,193** |
| **Subtotal, Base Adjustments** | **-3,549** | **0** | **-2,173** | **475** | **213,880** |
| **Subtotal, Technical and Base Adjustments** | **-3,549** | **0** | **-2,173** | **745** | **222,070** |
| **2025 Current Services** | **36,036** | **200** | **18,273** | **34,900** | **8,606,468** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| | | | | | |
| **Program Decrease** | | | | | |
| **Federal Prison System - S&E** | | | | | |
| Eliminate Free Inmate Phone Calls (Non-FSA Program Incentive Only) | 0 | 0 | 0 | 0 | -30,000 |
| Employee Incentives Cost Reduction | 0 | 0 | 0 | 0 | -57,000 |
| Equipment Reduction (Information Technology, Food Service, Medical) | 0 | 0 | 0 | 0 | -30,000 |
| Medication-Assisted Treatment (MAT) Drug Cost Reduction | 0 | 0 | 0 | 0 | -10,000 |
| Security Cameras and Radios Reduction | 0 | 0 | 0 | 0 | -44,960 |
| Training, Travel, Supplies and Contracts Reduction | 0 | 0 | 0 | 0 | -38,110 |
| Translation Services (Inmate Phone Calls) Reduction | 0 | 0 | 0 | 0 | -12,000 |
| **Total, Federal Prison System - S&E** | **0** | **0** | **0** | **0** | **-222,070** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-222,070** |
| **2025 Total Request** | **36,036** | **200** | **18,273** | **34,900** | **8,384,398** |

[1]The Total Pay and Benefits accounts for salaries and expenses, except medical benefits, for the Public Health Service Commissioned Corps officers allocated to BOP for FY 2025

**FY 2025 Spending Plan**
**Federal Prison System - S&E**
**(Dollars in Thousands)**

| Comparison by Activity and Programs | 2024 Enacted[1] | | | 2025 Current Services[1] | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Inmate Care and Programs | 14,289 | 12,266 | 3,477,224 | 12,797 | 12,394 | 3,522,011 |
| 2 Security/Management and Administration | 24,965 | 21,999 | 4,341,646 | 22,950 | 22,226 | 4,486,928 |
| 3 Contract Confinement | 331 | 275 | 565,528 | 289 | 280 | 597,529 |
| Total | 39,585 | 34,540 | 8,384,398 | 36,036 | 34,900 | 8,606,468 |
| Grand Total | 39,585 | 34,540 | 8,384,398 | 36,036 | 34,900 | 8,606,468 |

| Comparison by Activity and Programs | 2025 Enacted[1] | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 Inmate Care and Programs | 12,797 | 12,394 | 3,433,058 | 0 | 0 | 0 |
| 2 Security/Management and Administration | 22,950 | 22,226 | 4,353,811 | 0 | 0 | 102,800 |
| 3 Contract Confinement | 289 | 280 | 597,529 | 0 | 0 | 36,000 |
| Total | 36,036 | 34,900 | 8,384,398 | 0 | 0 | 138,800 |
| Grand Total | 36,036 | 34,900 | 8,384,398 | 0 | 0 | 138,800 |

[1]Total amount is post-NIJ-transfer of $8.2 million. The FY 2024 and FY 2025 Enacted Appropriation is $8,392,588,000.

**0238**

**FY 2025 Spend Plan**
**Federal Prison System - Buildings & Facilities**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | **66** | **0** | **0** | **46** | **179,762** |
| Rescission - BOP B&F | 0 | 0 | 0 | 0 | -19,000 |
| **2024 Continuing Resolution with Rescission** | **0** | **0** | **0** | **0** | **0** |
| **2024 Enacted with Rescission** | **66** | **0** | **0** | **46** | **160,762** |
| **Technical Adjustments** | | | | | |
| Restoration of Rescission | 0 | 0 | 0 | 0 | 19,000 |
| Position/FTE Rightsizing | 0 | 0 | 0 | 5 | 0 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **5** | **19,000** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | 119 |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | 83 |
| Health Insurance | 0 | 0 | 0 | 0 | 2 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **0** | **204** |
| **Other Adjustments** | | | | | |
| New Construction[1] | 0 | 0 | 0 | 0 | [30,000] |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **204** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **5** | **19,204** |
| **2025 Current Services** | **66** | **0** | **0** | **51** | **179,966** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| Modernization and Repair | 0 | 0 | 0 | 0 | -204 |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-204** |
| **2025 Total Request** | **66** | **0** | **0** | **51** | **179,762** |
| **Rescission** | | | | | |
| Rescission - BOP B&F | 0 | 0 | 0 | 0 | 0 |
| **Subtotal, Rescission** | **0** | **0** | **0** | **0** | **0** |
| **2025 Total Request with Rescission** | **66** | **0** | **0** | **51** | **179,762** |
| **2025 Supplemental Appropriations** | | | | | |
| Emergency Disaster Repair Projects | 0 | 0 | 0 | 0 | 64,796 |
| **Subtotal, Supplemental Appropriations** | **0** | **0** | **0** | **0** | **64,796** |
| **2025 Total Request and Supplemental Appropriations** | **66** | **0** | **0** | **51** | **244,558** |

[1]BOP sets aside $30.0 million from appropriated amount, per Division A, Sec 1101 of the Full-Year
Continuing Appropriations and Extensions Act, 2025.

**FY 2025 Spending Plan**
**Federal Prison System - Buildings & Facilities**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | BOP Construction | 17 | 17 | 32,000 | 17 | 10 | 32,000 |
| 2 | Modernization and Repair | 49 | 49 | 147,762 | 49 | 41 | 147,966 |
| | **Total** | 66 | 66 | 179,762 | 66 | 51 | 179,966 |
| | Rescission | 0 | 0 | -19,000 | 0 | 0 | 0 |
| | **Grand Total** | 66 | 66 | 160,762 | 66 | 51 | 179,966 |

| | | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | Perm Pos | FTE | Amount | Perm Pos | FTE | Amount |
| 1 | BOP Construction | 17 | 10 | 32,000 | 0 | 0 | 0 |
| 2 | Modernization and Repair | 49 | 41 | 147,762 | 0 | 0 | -8,988 |
| | **Total** | 66 | 51 | 179,762 | 0 | 0 | -8,988 |
| | Rescission | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Grand Total** | 66 | 51 | 179,762 | 0 | 0 | -8,988 |

**0240**

**FY 2025 Spending Plan**
**Office on Violence Against Women - S&E**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 151 | 8 | 0 | 119 | [37,910] |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -25 | 0 | 0 | 0 | -[3,240] |
| **Subtotal, Technical Adjustments** | -25 | 0 | 0 | 0 | -[3,240] |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | [320] |
| Annualization of 2024 Approved Positions | 0 | 0 | 0 | 9 | [1,620] |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | [388] |
| Health Insurance | 0 | 0 | 0 | 0 | [162] |
| Position/FTE Rightsizing Adjustment | 4 | 0 | 0 | 2 | 0 |
| **Subtotal, Pay & Benefits** | 4 | 0 | 0 | 11 | [2,490] |
| **Subtotal, Base Adjustments** | 4 | 0 | 0 | 11 | [2,490] |
| **Subtotal, Technical and Base Adjustments** | -21 | 0 | 0 | 11 | -[750] |
| **2025 Current Services** | 130 | 8 | 0 | 130 | [37,160] |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Office on Violence Against Women - S&E** | | | | | |
| FY 2025 Forecasted as Eliminated via Regular Attrition | -6 | 0 | 0 | -6 | -[540] |
| FY 2025 Forecasted as Eliminated via Voluntary Retirement (VERA) and VSIP | -6 | 0 | 0 | -6 | 0 |
| **Total, Office on Violence Against Women - S&E** | -12 | 0 | 0 | -12 | -540 |
| **Total Program Changes** | -12 | 0 | 0 | -12 | -540 |
| **2025 Total Request** | 118 | 8 | 0 | 118 | [36,620] |

**FY 2025 Spending Plan**
**Office on Violence Against Women - S&E**
**(Dollars in Thousands)**

| | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Management and Administration | 151 | 119 | 37,910 | 130 | 130 | 37,160 |
| 2 Office on Violence Against Women | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **151** | **119** | **37,910** | **130** | **130** | **37,160** |
| **Grand Total** | **151** | **119** | **37,910** | **130** | **130** | **37,160** |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Management and Administration | 118 | 118 | 36,620 | 0 | 0 | 0 |
| 2 Office on Violence Against Women | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **118** | **118** | **36,620** | **0** | **0** | **0** |
| **Grand Total** | **118** | **118** | **36,620** | **0** | **0** | **0** |

Section 209 Notification: OVW is not able to predict with certainty the amount of deobligations of prior year funding that will be realized in FY 2025. Depending upon the amount of the deobligations, a portion or all of the deobligations may be applied to OVW's $15 million rescission. In the event there are any deobligations remaining after the rescission, OVW will obligate these funds, including management and administration funds, for the same purpose for which the funding was originally appropriated. However, if the deobligated funding will be used for a purpose different from the one indicated in the appropriations act under which it was originally appropriated, a separate notification will be transmitted to the Committees.

**FY 2025 Spending Plan**
**Office of Justice Program - S&E**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|  | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| **2024 Enacted** | 899 | 40 | 0 | 738 | [319,256] |
|  |  |  |  |  |  |
| **Technical Adjustments** |  |  |  |  |  |
| FY 2024 Current Services Adjustment | -101 | 0 | 0 | 24 | -[2,726] |
| **Subtotal, Technical Adjustments** | -101 | 0 | 0 | 24 | -[2,726] |
| **Base Adjustments** |  |  |  |  |  |
| **Pay & Benefits** |  |  |  |  |  |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | [2,390] |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | [2,072] |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | [2] |
| Health Insurance | 0 | 0 | 0 | 0 | [900] |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 0 | [5,364] |
| **Domestic Rent & Facilities** |  |  |  |  |  |
| GSA Rent | 0 | 0 | 0 | 0 | -[10,250] |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | -[10,250] |
| **Other Adjustments** |  |  |  |  |  |
| Security Investigations | 0 | 0 | 0 | 0 | -[101] |
| **Subtotal, Other Adjustments** | 0 | 0 | 0 | 0 | -[101] |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 0 | -[4,987] |
| **Subtotal, Technical and Base Adjustments** | -101 | 0 | 0 | 24 | -[7,713] |
| **2025 Current Services** | 798 | 40 | 0 | 762 | [311,543] |
|  |  |  |  |  |  |
| **Program Changes** |  |  |  |  |  |
| **Program Increase** |  |  |  |  |  |
|  |  |  |  |  |  |
| **Program Decrease** |  |  |  |  |  |
| **Total Program Changes** |  |  |  |  |  |
|  |  |  |  |  |  |
| **2025 Total Request** | 798 | 40 | 0 | 762 | [311,543] |

**FY 2025 Spending Plan**
**Office of Justice Program - S&E**
**(Dollars in Thousands)**

|  | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | OJP - Management and Administration | 899 | 738 | 319,256 | 798 | 762 | 311,543 |
|  | **Total** | **899** | **738** | **319,256** | **798** | **762** | **311,543** |
|  | **Grand Total** | **899** | **738** | **319,256** | **798** | **762** | **311,543** |

|  | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | OJP - Management and Administration | 798 | 762 | 311,543 | 0 | 0 | 0 |
|  | **Total** | **798** | **762** | **311,543** | **0** | **0** | **0** |
|  | **Grand Total** | **798** | **762** | **311,543** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**Community Oriented Policing Services S&E**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 100 | 6 | 0 | 80 | [33,732] |
| **Technical Adjustments** | | | | | |
| FTE Adjustment | -15 | 0 | 0 | 5 | 0 |
| **Subtotal, Technical Adjustments** | -15 | 0 | 0 | 5 | 0 |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| 2025 Pay Raise - 2% | 0 | 0 | 0 | 0 | [229] |
| Annualization of 2024 Pay Raise | 0 | 0 | 0 | 0 | [191] |
| Employees Compensation Fund | 0 | 0 | 0 | 0 | [31] |
| Health Insurance | 0 | 0 | 0 | 0 | [194] |
| **Subtotal, Pay & Benefits** | 0 | 0 | 0 | 0 | [645] |
| **Domestic Rent & Facilities** | | | | | |
| GSA Rent | 0 | 0 | 0 | 0 | [32] |
| **Subtotal, Domestic Rent & Facilities** | 0 | 0 | 0 | 0 | [32] |
| **Subtotal, Base Adjustments** | 0 | 0 | 0 | 0 | [677] |
| **Subtotal, Technical and Base Adjustments** | -15 | 0 | 0 | 5 | [677] |
| **2025 Current Services** | 85 | 6 | 0 | 85 | [34,409] |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Community Oriented Policing Services S&E** | | | | | |
| Program Offset - Administrative Efficiencies | 0 | 0 | 0 | 0 | -[1,732] |
| **Total, Community Oriented Policing Services S&E** | 0 | 0 | 0 | 0 | -[1,732] |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -[1,732] |
| **2025 Total Request** | 85 | 6 | 0 | 85 | [32,677] |

**FY 2026 Spending Plan**
**Community Oriented Policing Services S&E**
**(Dollars in Thousands)**

|  |  | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Office of Community Oriented Policing Services | 100 | 80 | 33,732 | 85 | 85 | 34,409 |
|  | **Total** | **100** | **80** | **33,732** | **85** | **85** | **34,409** |
|  | **Grand Total** | **100** | **80** | **33,732** | **85** | **85** | **34,409** |

|  |  | 2025 Enacted v2 | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Office of Community Oriented Policing Services | 85 | 85 | 32,677 | 0 | 0 | 0 |
|  | **Total** | **85** | **85** | **32,677** | **0** | **0** | **0** |
|  | **Grand Total** | **85** | **85** | **32,677** | **0** | **0** | **0** |

## Asset Forfeiture Fund - Permanent, Indefinite
### (Dollars in Thousands)

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | 459 | 157 | 67 | 367 | 1,580,203 |
| **Technical Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **0** | **0** |
| **Base Adjustments** | 14 | 0 | 0 | 106 | 194,832 |
| USA | 1 | 0 | 0 | 17 | 0 |
| FBI | 0 | 0 | 0 | 3 | 0 |
| ATF | 2 | 0 | 0 | 6 | 0 |
| USMS | 4 | 0 | 0 | 42 | 0 |
| CRM | 3 | 0 | 0 | 24 | 0 |
| AFMS | 0 | 0 | 0 | 9 | 0 |
| DEA | 4 | 0 | 0 | 5 | 0 |
| Other Agencies | 0 | 0 | 0 | 0 | 0 |
| **Subtotal, Base Adjustments** | **14** | **0** | **0** | **106** | **194,832** |
| **Subtotal, Technical and Base Adjustments** | **14** | **0** | **0** | **106** | **194,832** |
| **2025 Current Services** | 473 | 157 | 67 | 473 | 1,775,035 |
| **Program Changes** | | | | | |
| **Program Increase** | 0 | 0 | 0 | 0 | 0 |
| **Program Decrease** | | | | | |
| **Total Program Changes** | 473 | 157 | 67 | 473 | 1,775,035 |
| **2025 Total Request** | 473 | 157 | 67 | 473 | 1,775,035 |

**FY 2025 Spending Plan**
**Asset Forfeiture Program**
**(Dollars in Thousands)**

|  | | 2024 Actual | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Mandatory, Indefinite | 459 | 367 | 1,580,203 | 473 | 473 | 1,775,035 |
| | **Total** | **459** | **367** | **1,580,203** | **473** | **473** | **1,775,035** |
| | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Grand Total** | **459** | **367** | **1,580,203** | **473** | **473** | **1,775,035** |

|  | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Mandatory, Indefinite | 473 | 473 | 1,775,035 | 0 | 0 | 0 |
| | **Total** | **473** | **473** | **1,775,035** | **0** | **0** | **0** |
| | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Grand Total** | **473** | **473** | **1,775,035** | **0** | **0** | **0** |

**Asset Forfeiture Fund - Permanently Cancelled**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
|  | Pos. | Atty | Agents | FTE | Amount |
| 2024 Enacted | 0 | 0 | 0 | 0 | -500,000 |
| **Technical Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **Subtotal, Technical Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **Base Adjustments** |  |  |  |  |  |
| **Subtotal, Base Adjustments** |  |  |  |  |  |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **2025 Current Services** | 0 | 0 | 0 | 0 | -250,000 |
| **Program Changes** |  |  |  |  |  |
| Program Increase |  |  |  |  |  |
| Program Decrease | 0 | 0 | 0 | 0 | 0 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | 0 |
| 2025 Total Request | 0 | 0 | 0 | 0 | -250,000 |

**FY 2025 Spending Plan**
**Asset Forfeiture Program**
**(Dollars in Thousands)**

|  | 2024 Actual | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 3 | Permanently Cancelled, Rescission | 0 | 0 | -500,000 | 0 | 0 | -250,000 |
| | Total | 0 | 0 | -500,000 | 0 | 0 | -250,000 |
| | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| | Grand Total | 0 | 0 | -500,000 | 0 | 0 | -250,000 |

|  | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 3 | Permanently Cancelled, Rescission | 0 | 0 | -250,000 | 0 | 0 | 0 |
| | Total | 0 | 0 | -250,000 | 0 | 0 | 0 |
| | Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| | Grand Total | 0 | 0 | -250,000 | 0 | 0 | 0 |

**0250**

**Asset Forfeiture Program**
**Summary of Requirements by Financing**
(Dollars in Thousands)

| Financing | FY 2025 Estimate |
|---|---|
| **Unobligated balance of receipts, start-of-year** | |
| Retention of Unobligated Balances to maintain AFF Solvency | 1,622,414 |
| Set aside for Rescission Impact | 500,000 |
| RP Contingencies for Outstanding Liabilities | 862,245 |
| **Unobligated balance of receipts, start-of-year** | **2,984,659** |
| | |
| **Collections/deposits/receipts/recoveries:** | |
| Regular receipts | 1,150,000 |
| Extraordinary Receipts | 350,000 |
| ***Total Receipts*** | ***1,500,000*** |
| Reimbursable Earnings/Receipts | 31,512 |
| Prior year sequestration restored | 136,903 |
| Recovery/Refunds of prior year obligations | 75,000 |
| Permanent Rescission | (250,000) |
| Sequestration | (84,331) |
| Collections/deposits/receipts/recoveries: | **1,409,084** |
| | |
| **Total Direct resources available** | **4,362,231** |
| **Total resources available** | **4,393,743** |
| | |
| **Less:  Unobligated balance of receipts, end-of-year** | |
| Retention of Unobligated Balances to maintain AFF Solvency | (1,692,412) |
| The FY 2025 RP Contingencies for Outstanding Liabilities balance set aside for Victim and Third Party Payments, Equitable Sharing, and anticipated Alliance liability. | (905,783) |
| **Unobligated balance of receipts, end-of-year** | **(2,598,194)** |
| | |
| **Total Direct Obligations** | **1,764,037** |
| **Total Obligations** | **1,795,549** |

## Asset Forfeiture Program
## Obligations by Type of Expense
(Dollars in Thousands)

| | FY 2025 Estimate |
|---|---|
| ***Mandatory expenses: (indefinite authority)*** | |
| **Case support expenses:** | |
| Asset Management and Disposal | 92,123 |
| Victim & Other Third Party Payments | 362,068 |
| Case Related Expenses | 65,453 |
| Special Contract Services | 141,291 |
| Investigative Costs Leading to Seizures | 61,306 |
| Contracts to Identify Assets | 95,973 |
| Awards Based on Forfeiture | 13,005 |
| | |
| **Program support expenses:** | |
| Information Systems | 106,178 |
| Training and Printing | 9,384 |
| Other Program Management | 148,369 |
| | |
| **Other authorized expenses:** | |
| Storage, Protection & Destruction of Controlled Substances | 12,178 |
| Equitable Sharing Payments | 450,000 |
| Joint Law Enforcement Operations | 217,707 |
| Subtotal: Mandatory Expenses | 1,775,035 |
| | |
| **Investigative expenses** | |
| Awards for Information | 10,767 |
| Purchase of Evidence | 9,592 |
| Equipping of Conveyances | 155 |
| Subtotal: Investigative Expenses | 20,514 |
| **Total, Mandatory and Investigative Expenses** | **1,795,549** |
| | |
| Surplus amounts obligated | 0 |
| | |
| **Total Direct Obligations** | **1,764,037** |
| **Total Obligations** | **1,795,549** |
| | |
| **Totl Gross Obligs w/o E. Sharing & Thrd Party Pay** | **983,481** |
| **Totl Gross Obligs w/o ES, TPP & JLEO** | **765,774** |

**Asset Forfeiture Program**
**Obligations by Component**
(Dollars in Thousands)

| Component | FY 2025 Obligations Estimate |
|---|---|
| Money Laundering and Asset Recovery Section (MLARS) | 74,335 |
| Organized Crime Drug Enforcement Task Forces (OCDETF) | 50,264 |
| Drug Enforcement Administration (DEA) | 228,248 |
| Executive Office for United States Attorneys (EOUSA) | 108,558 |
| Federal Bureau of Investigation (FBI) | 115,241 |
| United States Marshals Service (USMS) | 1,021,203 |
| United States Postal Inspection Service (USPIS) | 1,377 |
| Asset Forfeiture Management Staff (AFMS) | 114,416 |
| Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 58,301 |
| Food and Drug Administration (FDA) | 12,127 |
| United States Department of Agriculture (USDA) | 1,735 |
| Bureau of Diplomatic Security (BDS) | 2,546 |
| United States Department of Defense, Criminal Investigative Service (DCIS) | 7,198 |
| **TOTAL** | **$1,795,549** |

The AFP plans to obligate a total of $1.795 billion in FY 2025, subject to fund availability and Departmental allocation decisions.

**FY 2025 Spending Plan**
**Asset Forfeiture Program**
**(Dollars in Thousands)**

| | Definite Authority | | | | | Permanent Indefinite Authority | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount | Pos. | Atty | Agents | FTE | Amount | Pos. | Atty | Agents | FTE | Amount |
| **2024 Appropriation** | 0 | 0 | 0 | 0 | 20,514 | 459 | 157 | 67 | 367 | 1,580,203 | 459 | 157 | 67 | 367 | 1,600,717 |
| **2024 Actuals with Reimb FTE** | 0 | 0 | 0 | 0 | 20,514 | 459 | 157 | 67 | 367 | 1,580,203 | 459 | 157 | 67 | 367 | 1,600,717 |
| *Collections - To (FY0):* | *0* | *0* | *0* | *0* | *20,514* | *459* | *157* | *67* | *367* | *1,580,203* | *459* | *157* | *67* | *367* | *1,600,717* |
| *USA* | *0* | *0* | *0* | *0* | *0* | *67* | *56* | *0* | *51* | *79,754* | *67* | *56* | *0* | *51* | *79,754* |
| *FBI* | *0* | *0* | *0* | *0* | *7,896* | *5* | *0* | *4* | *2* | *95,188* | *5* | *0* | *4* | *2* | *103,082* |
| *ATF* | *0* | *0* | *0* | *0* | *1,227* | *7* | *0* | *2* | *3* | *50,897* | *7* | *0* | *2* | *3* | *52,124* |
| *USMS* | *0* | *0* | *0* | *0* | *295* | *218* | *2* | *61* | *180* | *965,009* | *218* | *2* | *61* | *180* | *965,304* |
| *CRM* | *0* | *0* | *0* | *0* | *0* | *123* | *97* | *0* | *101* | *65,663* | *123* | *97* | *0* | *101* | *65,663* |
| *AFMS* | *0* | *0* | *0* | *0* | *0* | *38* | *2* | *0* | *29* | *69,388* | *38* | *2* | *0* | *29* | *69,388* |
| *DEA* | *0* | *0* | *0* | *0* | *10,881* | *1* | *0* | *0* | *1* | *188,521* | *1* | *0* | *0* | *1* | *199,402* |
| *Other Agencies* | *0* | *0* | *0* | *0* | *215* | *0* | *0* | *0* | *0* | *65,786* | *0* | *0* | *0* | *0* | *66,001* |
| **Base Adjustments** | | | | | | | | | | | | | | | |
| **Position/FTE Adjustment** | **0** | **0** | **0** | **0** | **0** | **14** | **2** | **0** | **105** | **194,832** | **14** | **2** | **0** | **105** | **194,832** |
| *USA* | *0* | *0* | *0* | *0* | | *1* | *0* | *0* | *17* | | *1* | *0* | *0* | *17* | *0* |
| *FBI* | *0* | *0* | *0* | *0* | | *0* | *0* | *0* | *3* | | *0* | *0* | *0* | *3* | *0* |
| *ATF* | *0* | *0* | *0* | *0* | | *2* | *0* | *0* | *6* | | *2* | *0* | *0* | *6* | *0* |
| *USMS* | *0* | *0* | *0* | *0* | | *4* | *0* | *0* | *42* | | *4* | *0* | *0* | *42* | *0* |
| *CRM* | *0* | *0* | *0* | *0* | | *3* | *2* | *0* | *24* | | *3* | *2* | *0* | *24* | *0* |
| *AFMS* | *0* | *0* | *0* | *0* | | *0* | *0* | *0* | *9* | | *0* | *0* | *0* | *9* | *0* |
| *DEA* | *0* | *0* | *0* | *0* | | *4* | *0* | *0* | *4* | | *4* | *0* | *0* | *4* | *0* |
| *Other Agencies* | *0* | *0* | *0* | *0* | | *0* | *0* | *0* | *0* | | *0* | *0* | *0* | *0* | *0* |
| **2025 Current Services w/o Reimbursable FTE** | **0** | **0** | **0** | **0** | **20,514** | **14** | **2** | **0** | **105** | **1,775,035** | **14** | **2** | **0** | **105** | **194,832** |
| **2025 Total Request with Rescission** | **0** | **0** | **0** | **0** | **20,514** | **14** | **2** | **0** | **105** | **1,775,035** | **14** | **2** | **0** | **105** | **1,795,549** |
| **2025 Sub-Allotments and Direct** | | | | | | | | | | | | | | | |
| **Collections:** | *0* | *0* | *0* | *0* | *20,514* | *473* | *157* | *67* | *473* | *1,775,035* | *473* | *157* | *67* | *473* | *1,795,549* |
| *USA* | *0* | *0* | *0* | *0* | *0* | *68* | *56* | *0* | *68* | *108,558* | *68* | *56* | *0* | *68* | *108,558* |
| *FBI* | *0* | *0* | *0* | *0* | *7,896* | *5* | *0* | *4* | *5* | *107,345* | *5* | *0* | *4* | *5* | *115,241* |
| *ATF* | *0* | *0* | *0* | *0* | *1,227* | *9* | *0* | *3* | *9* | *57,074* | *9* | *0* | *3* | *9* | *58,301* |
| *USMS* | *0* | *0* | *0* | *0* | *295* | *222* | *2* | *61* | *222* | *1,020,909* | *222* | *2* | *61* | *222* | *1,021,203* |
| *CRM* | *0* | *0* | *0* | *0* | *0* | *126* | *97* | *0* | *126* | *74,335* | *126* | *97* | *0* | *126* | *74,335* |
| *AFMS* | *0* | *0* | *0* | *0* | *0* | *38* | *2* | *0* | *38* | *114,416* | *38* | *2* | *0* | *38* | *114,416* |
| *DEA* | *0* | *0* | *0* | *0* | *10,881* | *5* | *0* | *0* | *5* | *217,367* | *5* | *0* | *0* | *5* | *228,248* |
| *Other Agencies* | *0* | *0* | *0* | *0* | *215* | *0* | *0* | *0* | *0* | *75,032* | *0* | *0* | *0* | *0* | *75,247* |

The FY 2025 Spend Plan includes a $250 million rescission permanently cancelling authority from prior year balances. Therefore, the Program may reduce operating expenses if regular case receipts and large case receipts do not meet the projected amount of $1.5 billion.

232        0254

**FY 2025 Spending Plan**
**Asset Forfeiture Program**
**(Dollars in Thousands)**

|  | 2024 Actual | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Mandatory, Indefinite | 459 | 367 | 1,580,203 | 473 | 473 | 1,775,035 |
| 2 Discretionary, Definite | 0 | 0 | 20,514 | 0 | 0 | 20,514 |
| **Total** | **459** | **367** | **1,600,717** | **473** | **473** | **1,795,549** |
| Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| **Grand Total** | **459** | **367** | **1,600,717** | **473** | **473** | **1,795,549** |

|  | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Mandatory, Indefinite | 473 | 473 | 1,775,035 | 0 | 0 | 0 |
| 2 Discretionary, Definite | 0 | 0 | 20,514 | 0 | 0 | 0 |
| **Total** | **473** | **473** | **1,795,549** | **0** | **0** | **0** |
| Reimbursable FTE | 0 | 0 | 0 | 0 | 0 | 0 |
| **Grand Total** | **473** | **473** | **1,795,549** | **0** | **0** | **0** |

0256

**FY 2025 Spending Plan**
**DEA-Diversion Control Fee**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted** | [2,321] | [46] | [471] | 1,704 | 620,000 |
| 2024 Sequester Cut | 0 | 0 | 0 | 0 | -35,340 |
| **2024 Enacted with Rescission** | [2,321] | [46] | [471] | 1,704 | 584,660 |
| **Technical Adjustments** | | | | | |
| FY 2024 Sequester Available in FY 2025 | 0 | 0 | 0 | 0 | 35,340 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **0** | **35,340** |
| **Base Adjustments** | | | | | |
| **Foreign Expenses** | | | | | |
| Capital Security Cost Sharing | 0 | 0 | 0 | 0 | -31 |
| Education Allowance | 0 | 0 | 0 | 0 | -18 |
| Government Leased Quarters (GLQ) | 0 | 0 | 0 | 0 | 7 |
| ICASS | 0 | 0 | 0 | 0 | 59 |
| Living Quarters Allowance (LQA) | 0 | 0 | 0 | 0 | 1 |
| Post Allowance - Cost of Living Allowance (COLA) | 0 | 0 | 0 | 0 | 6 |
| **Subtotal, Foreign Expenses** | **0** | **0** | **0** | **0** | **24** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **0** | **24** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **0** | **35,364** |
| **2025 Current Services** | [2,321] | [46] | [471] | 1,704 | 620,024 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **DEA-Diversion Control Fee** | | | | | |
| Adjustments in Obligations Activities | [86] | [4] | 0 | 43 | 29,980 |
| **Total, DEA-Diversion Control Fee** | **[86]** | **[4]** | **0** | **43** | **29,980** |
| **Program Decrease** | | | | | |
| **Total Program Changes** | **[86]** | **[4]** | **0** | **43** | **29,980** |
| **2025 Total Request** | [2,407] | [50] | [471] | 1,747 | 650,004 |
| FY 2025 Sequester | | | | | -37,050 |
| **Subtotal, Rescission** | | | | | 612,954 |

235

**FY 2025 Spending Plan**
**DEA-Diversion Control Fee**
**(Dollars in Thousands)**

| | 2024 Enacted with Sequester | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 DEA - Diversion Control | [2,321] | 1,704 | 584,660 | [2,321] | 1,704 | 620,024 |
| Total | **[2,321]** | **1,704** | **584,660** | **[2,321]** | **1,704** | **620,024** |
| Grand Total | **[2,321]** | **1,704** | **584,660** | **[2,321]** | **1,704** | **620,024** |

| | 2025 Enacted with Sequester | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 DEA - Diversion Control | [2,407] | 1,747 | 612,954 | 0 | 0 | 0 |
| Total | **[2,407]** | **1,747** | **612,954** | **0** | **0** | **0** |
| Grand Total | **[2,407]** | **1,747** | **612,954** | **0** | **0** | **0** |

**FY 2025 Spending Plan**
**Fees and Expenses of Witnesses**
**(Dollars in Thousands)**

|  | FY 2025 Enacted | | | | |
|  | Pos. | Atty | Agents | FTE | Amount |
|---|---|---|---|---|---|
| **2024 Enacted** | 0 | 0 | 0 | 0 | 270,000 |
| 2024 Sequester Cut | 0 | 0 | 0 | 0 | -15,390 |
| **2024 Enacted with Rescission** | **0** | **0** | **0** | **0** | **254,610** |
| **Technical Adjustments** | | | | | |
| Restoration of Sequester | 0 | 0 | 0 | 0 | 15,390 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **0** | **15,390** |
| **Base Adjustments** | | | | | |
| **Subtotal, Base Adjustments** | | | | | |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **0** | **15,390** |
| **2025 Current Services** | **0** | **0** | **0** | **0** | **270,000** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Fees and Expenses of Witnesses** | | | | | |
| 2025 Sequester Cut | 0 | 0 | 0 | 0 | -15,390 |
| **Total, Fees and Expenses of Witnesses** | **0** | **0** | **0** | **0** | **-15,390** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **-15,390** |
| **2025 Total Request** | **0** | **0** | **0** | **0** | **254,610** |

**FY 2025 Spending Plan**
**Fees and Expenses of Witnesses**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Progra** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Protection of Witnesses | 0 | 0 | 39,117 | 0 | 0 | 39,117 |
| 2 Fees and Expenses of Witnesses | 0 | 0 | 198,054 | 0 | 0 | 213,444 |
| 3 Private Counsel | 0 | 0 | 3,461 | 0 | 0 | 3,461 |
| 4 Foreign Counsel | 0 | 0 | 10,478 | 0 | 0 | 10,478 |
| 5 Alternative Dispute Resolution | 0 | 0 | 3,500 | 0 | 0 | 3,500 |
| **Total** | **0** | **0** | **254,610** | **0** | **0** | **270,000** |
| **Grand Total** | **0** | **0** | **254,610** | **0** | **0** | **270,000** |

| | | 2025 Enacted | | | 2025 Reprogramming | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Progra** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Protection of Witnesses | 0 | 0 | 39,117 | 0 | 0 | 0 |
| 2 Fees and Expenses of Witnesses | 0 | 0 | 197,512 | 0 | 0 | 0 |
| 3 Private Counsel | 0 | 0 | 3,503 | 0 | 0 | 0 |
| 4 Foreign Counsel | 0 | 0 | 10,478 | 0 | 0 | 0 |
| 5 Alternative Dispute Resolution | 0 | 0 | 4,000 | 0 | 0 | 0 |
| **Total** | **0** | **0** | **254,610** | **0** | **0** | **0** |
| **Grand Total** | **0** | **0** | **254,610** | **0** | **0** | **0** |

Section 209 Notification: FEW anticipates using recoveries from prior year obligations of approximately $110.0 million. The recoveries will be used for the same purposes for which they were originally appropriated, including expert witnesses and protection of witnesses.

**0260**

**FY 2025 Spending Plan**
**Radiation Exposure Compensation Trust Fund**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| 2024 Enacted | 0 | 0 | 0 | 0 | 80,000 |
| **Base Adjustments** | | | | | |
| **Subtotal, Base Adjustments** | | | | | |
| **Subtotal, Technical and Base Adjustments** | 0 | 0 | 0 | 0 | 0 |
| **2025 Current Services** | 0 | 0 | 0 | 0 | 80,000 |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Radiation Exposure Compensation Trust Fund** | | | | | |
| Radiation Exposure Compensation Act (RECA) Claims | 0 | 0 | 0 | 0 | -80,000 |
| **Total, Radiation Exposure Compensation Trust Fund** | 0 | 0 | 0 | 0 | -80,000 |
| **Total Program Changes** | 0 | 0 | 0 | 0 | -80,000 |
| 2025 Total Request [1] | 0 | 0 | 0 | 0 | 0 |

1/ No new funding is requested for RECA, as the program has sunset June 7, 2024 and current carryover is sufficient to pay all timely filed valid claims.

**FY 2025 Spending Plan**
**Radiation Exposure Compensation Trust Fund**
**(Dollars in Thousands)**

| | | 2024 Enacted | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Radiation Exposure Compensation Trust Fund | 0 | 0 | 80,000 | 0 | 0 | 80,000 |
| | Total | 0 | 0 | 80,000 | 0 | 0 | 80,000 |
| | Grand Total | 0 | 0 | 80,000 | 0 | 0 | 80,000 |

| | | 2025 Enacted [1/] | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 | Radiation Exposure Compensation Trust Fund | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 0 | 0 | 0 | 0 | 0 | 0 |
| | Grand Total | 0 | 0 | 0 | 0 | 0 | 0 |

1/ No new funding is requested for RECA, as the program has sunset June 7, 2024 and current carryover is sufficient to pay all timely filed valid claims.

**FY 2025 Spending Plan**
**Vaccine Injury Compensation Trust Fund**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted**[1/] | [119] | [97] | 0 | [81] | [22,700] |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| Position/FTE Rightsizing Adjustment | -[24] | -[22] | 0 | [14] | 0 |
| **Subtotal, Pay & Benefits** | -[24] | -[22] | 0 | [14] | 0 |
| **Subtotal, Base Adjustments** | -[24] | -[22] | 0 | [14] | 0 |
| **Subtotal, Technical and Base Adjustments** | -[24] | -[22] | 0 | [14] | 0 |
| **2025 Current Services** | [95] | [75] | 0 | [95] | [22,700] |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Program Decrease** | | | | | |
| **Total Program Changes** | | | | | |
| **2025 Total Request** | [95] | [75] | 0 | [95] | [22,700] |

1/ FY 2024 FTE are actuals.

**FY 2025 Spending Plan**
**Vaccine Injury Compensation Trust Fund**
**(Dollars in Thousands)**

|  | 2024 Enacted[1/] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Legal Representation | [119] | [81] | [22,700] | [95] | [95] | [22,700] |
| Total | **[119]** | **[81]** | **[22,700]** | **[95]** | **[95]** | **[22,700]** |
| Grand Total | **[119]** | **[81]** | **[22,700]** | **[95]** | **[95]** | **[22,700]** |

|  | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Legal Representation | [95] | [95] | [22,700] | [0] | [0] | [0] |
| Total | **[95]** | **[95]** | **[22,700]** | **[0]** | **[0]** | **[0]** |
| Grand Total | **[95]** | **[95]** | **[22,700]** | **[0]** | **[0]** | **[0]** |

1/ FY 2024 FTE are actuals.

**FY 2025 Spending Plan**
**Victims Compensation Fund**
**(Dollars in Thousands)**

| | FY 2025 Enacted | | | | |
|---|---|---|---|---|---|
| | Pos. | Atty | Agents | FTE | Amount |
| **2024 Enacted**[1/] | [38] | [31] | 0 | [36] | 2,412,071 |
| 2024 Sequester Cut | 0 | 0 | 0 | 0 | -3,844 |
| **2024 Enacted with Sequester** | **[38]** | **[31]** | **0** | **[36]** | **2,408,227** |
| | | | | | |
| **Technical Adjustments** | | | | | |
| Restoration of FY 2024 Sequester | 0 | 0 | 0 | 0 | 3,844 |
| **Subtotal, Technical Adjustments** | **0** | **0** | **0** | **0** | **3,844** |
| **Base Adjustments** | | | | | |
| **Pay & Benefits** | | | | | |
| Position/FTE Rightsizing Adjustment | 0 | 0 | 0 | [2] | 0 |
| **Subtotal, Pay & Benefits** | **0** | **0** | **0** | **[2]** | **0** |
| **Subtotal, Base Adjustments** | **0** | **0** | **0** | **[2]** | **0** |
| **Subtotal, Technical and Base Adjustments** | **0** | **0** | **0** | **[2]** | **3,844** |
| **2025 Current Services** | **[38]** | **[31]** | **0** | **[38]** | **2,412,071** |
| **Program Changes** | | | | | |
| **Program Increase** | | | | | |
| **Victims Compensation Fund** | | | | | |
| VCF Transformation | 0 | 0 | 0 | 0 | 19,632 |
| VCF Claims Payment | 0 | 0 | 0 | 0 | 79,452 |
| **Total, Victims Compensation Fund** | **0** | **0** | **0** | **0** | **99,084** |
| | | | | | |
| **Program Decrease** | | | | | |
| **Victims Compensation Fund** | | | | | |
| 2025 Sequester Cut | 0 | 0 | 0 | 0 | -4,549 |
| VCF Claims Processing | 0 | 0 | 0 | 0 | -7,258 |
| **Total, Victims Compensation Fund** | **0** | **0** | **0** | **0** | **-11,807** |
| **Total Program Changes** | **0** | **0** | **0** | **0** | **87,277** |
| **2025 Total Request** | **[38]** | **[31]** | **0** | **[38]** | **2,499,348** |

1/ FY 2024 FTE are actuals.

**FY 2025 Spending Plan**
**Victims Compensation Fund**
**(Dollars in Thousands)**

| | 2024 Enacted[1/] | | | 2025 Current Services | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Victim Compensation Fund | [38] | [36] | 2,408,227 | [38] | [38] | 2,412,071 |
| Total | [38] | [36] | 2,408,227 | [38] | [38] | 2,412,071 |
| Grand Total | [38] | [36] | 2,408,227 | [38] | [38] | 2,412,071 |

| | 2025 Enacted | | | 2025 Reprogramming | | |
|---|---|---|---|---|---|---|
| **Comparison by Activity and Programs** | **Perm Pos** | **FTE** | **Amount** | **Perm Pos** | **FTE** | **Amount** |
| 1 Victim Compensation Fund | [38] | [38] | 2,499,348 | 0 | 0 | 0 |
| Total | [38] | [38] | 2,499,348 | 0 | 0 | 0 |
| Grand Total | [38] | [38] | 2,499,348 | 0 | 0 | 0 |

1/ FY 2024 FTE are actuals.



**U.S. Department of Justice**

Justice Management Division | Budget Staff

*Internal / For Official Use Only*



**U.S. Department of Justice**

**Community Relations Service**

---

*Washington, DC 20530*

DATE:    July 3, 2025

Implementation Considerations for the Department's Proposed Agency RIF and Reorganization Plan for the Community Relations Service

---

As directed by the Office of the Deputy Attorney General, this memo offers implementation considerations for the U.S. Department of Justice's ("the Department") proposed plan to eliminate the Community Relations Service ("CRS") as a stand-alone component and transfer CRS's statutory functions to the Executive Office for United States Attorneys ("EOUSA") as part of the implementation of the Guidance on Agency RIF and Reorganization Plans issued by the Office of Management and Budget ("OMB") and the Office of Personnel Management to effectuate President Trump's Executive Order *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*.

## I.    Current Fulfillment of Statutory Functions

To sum up CRS's key statutory mandates, the Civil Rights Act of 1964 ("CRA") requires that CRS offer conciliation services where "peaceful relations" are threatened by disputes, disagreements, or difficulties relating to discriminatory practices. CRA also requires that CRS submit an annual report of CRS activities to Congress. The Fair Housing Act ("FHA") requires CRS and the Department of Housing and Urban Development ("HUD") work together to prevent and eliminate discriminatory housing practices. The Church Arson Prevention Act ("CAPA") mandates that CRS "prevent and respond to" alleged violations of 18 U.S.C. §§ 247 and 844, and the Hate Crimes Prevention Act ("HCPA") gives CRS the same prevention and response mandate as to 18 U.S.C. § 249. The Emmett Till Act requires CRS to bring law enforcement and communities together to address tensions related to unsolved civil rights era homicides.

As defined by CRA and the subsequent jurisdictional mandates noted above, CRS's conciliation services refer to voluntary, confidential, and impartial assistance provided to communities experiencing tension or conflict. These services are designed to help prevent, resolve, and reduce the potential for violence, civil rights violations, and hate crimes in communities. Broadly speaking, conciliation services may include:

- *Facilitated dialogues and mediation*, where CRS serves as a neutral third-party, to increase communication and information-sharing among communities in conflict

- *Stakeholder convenings* to improve awareness of civil rights related issues and strengthen local peacemaking response to conflict and tension

- *Capacity-building and training* for stakeholders (e.g., law enforcement agencies, religious groups, and other interest groups) to improve awareness of various other community groups and religious traditions (including lesser-known groups with particulate needs and interests) and decrease the likelihood of future tensions

- *Conflict assessment and consultation* to prevent further violence, de-escalate and diffuse community tensions, and offer technical assistance to government authorities, law enforcement, and communities affected by the incidents

## II.    Implementation Approach for the Department's Reorganization Plan for CRS

The Department's proposed reorganization plan for CRS consists of the elimination of the component as a stand-alone entity, transfer CRS's statutory functions to EOUSA, and designation of a single employee in EOUSA to fulfill CRS's day-to-day functions. Under that plan, the Director of EOUSA would serve as the Acting Director of EOUSA upon whom the responsibility of fulfilling CRS's statutory functions would rest. Should the Department move forward with this plan, the following considerations regarding (1) Transfer of Functions, (2) Conciliation and Casework, (3) Training and Program Development, (4) Stakeholder Engagement, and (5) Funding should be included in the implementation decisions.

**Transfer of Function**
Under the Department's proposed transfer of function plan for CRS, EOUSA would assume two core functions of CRS: (1) conciliation and (2) annual report to Congress. To implement this plan, one CRS employee could be reassigned as a one-person "CRS Unit" to EOUSA's Office of the Director and assume the position of a national program manager of the CRS Unit ("NPM"). This NPM could report directly to the EOUSA Director, who would serve as the Acting Director of CRS, to continue to fulfill the day-to-day conciliation function of CRS as mandated by the CRA and subsequent jurisdictional statutes and assist with the fulfillment of the annual report function, as directed by the EOUSA Director.

1. *Conciliation*
   While housed in EOUSA, the NPM could reasonably provide some, though not all, of the conciliation services traditionally offered by CRS (see above *Current Fulfillment of Statutory Functions*). Specifically, the NPM could continue to deliver core services such as conciliation in select community conflict cases (particularly in situations where the need for federal involvement is clear and manageable), training and program development, and stakeholder engagement. (See below for a discussion on the material changes that may be required to those services.)

   However, given the proposed reduction to a single employee, CRS would no longer be positioned to offer facilitated dialogues and mediation services. Facilitated dialogues and mediations typically require sustained engagement, intensive case management, and the flexibility to respond to evolving dynamics between parties. Those are conditions that would be difficult to maintain with only one employee for the entire nation. As a result, this aspect of CRS's conciliation services may need to be deprioritized or transitioned to external partners when appropriate.

2. *Annual Report Completion*
   As noted above, the CRA requires the Director of CRS to submit an annual report to

**0270**

Congress detailing the agency's activities, outcomes, and overall impact. The Office of the EOUSA Director, serving as the Office of the Acting Director of CRS, could be assigned to be responsible for the congressional reporting requirement. To support this function, the NPM could play a central role in collecting, managing, and analyzing data related to CRS service delivery. This could include tracking requests for service, documenting referrals and interventions, monitoring stakeholder engagement, and evaluating short- and long-term community outcomes. The NPM could compile this information into regular summaries that can inform both Department decision-making and the subsequent annual reports. This process would allow the Department to present a clear, evidence-based narrative to Congress that highlights CRS's contributions to violence prevention, conflict resolution, community capacity-building, and civil rights protection.

**Conciliation and Casework**

With the proposed reduction to a single employee, CRS's conciliation efforts could center on serving as a strategic referral and coordination resource. The NPM could focus primarily on receiving, reviewing, and triaging requests for CRS assistance, determining the nature and urgency of each situation, and, when appropriate, connecting communities to qualified and carefully selected local or regional partners capable of providing conciliation services. This shift positions the NPM as a national hub, maintaining visibility into conflict trends while leveraging external capacity to meet community needs. The NPM could continue to respond directly to the most critical incidents, particularly those designated as priorities by the Attorney General, but would otherwise need to adopt a more selective, impact-driven approach to federal involvement. This includes prioritizing incidents based on severity, scope, and potential for broader harm, rather than attempting to monitor and engage every case within CRS's jurisdiction. To further advance CRS's mission under constrained staffing, the NPM could also lead efforts to institutionalize CRS services through capacity-building strategies discussed further below. This could include the development and delivery of training programs, creation of scalable tools and resources, and sustained engagement with stakeholders to enable them to carry out conciliation functions independently (see *Training and Program Development* and *Stakeholder Engagement* below for more detail).

By transitioning from a reactive to a proactive model, the NPM would maximize the impact of limited staffing while ensuring that CRS's core mandates continue to be advanced through strategic partnerships and local ownership of community conflict resolution.

**Training and Program Development**

CRS's current training and program development efforts fulfill its conciliation function by equipping key stakeholders, such as law enforcement and community leaders, with the knowledge and tools to recognize and respond to sources of tension before they escalate. These CRS programs promote greater community awareness, foster mutual understanding across various communities, and help prevent conflict by addressing underlying issues that can lead to disputes. Given the proposed reduction to a single employee and limited capacity for casework, the NPM could advance CRS's conciliation efforts effectively by prioritizing standardization of existing training and program materials and selectively upgrading them to meet the most pressing needs.

In collaboration with EOUSA's Office of Legal Education, the NPM could spearhead the transition of existing and new CRS training offerings into a suite of virtual offerings through EOUSA's National Advocacy Center, the Bureau of Justice Assistance's National Training and Technical Assistance Center, or other Department training platforms. This could include both live webinars and on-demand, self-paced modules hosted on accessible, user-friendly training platforms. These offerings could be designed to reflect the core principles of CRS, including conciliation, critical incident response, de-escalation, and collaborative problem-solving.

Previous CRS efforts to convert training and program delivery to virtual platforms have demonstrated that this proposed shift is both feasible and effective. During the COVID-19 pandemic, CRS successfully transitioned all service delivery, including training requests, to virtual platforms such as Zoom and Webex. This pivot allowed CRS to continue meeting the needs of communities and partners nationwide despite physical distancing constraints. Additionally, CRS hosted live sessions of its *Engaging and Building Relationships* training programs on Adobe Connect, creating an interactive and engaging virtual environment for participants. These efforts provided valuable lessons in virtual facilitation and demonstrated CRS's ability to maintain training quality and participant engagement in a digital format, laying a strong foundation for expanding virtual offerings as part of a long-term strategic approach. In addition, in Fiscal Year 2023, through an intragovernmental reimbursable agreement, CRS provided funding to the Community Oriented Policing Services ("COPS") Office to develop and provide CRS specific, on-demand, and self-paced critical incident training for law enforcement (tentatively titled: *Critical Incident Insights: Effective Community Engagement*) through the COPS Training Portal. Although this training is still under development, it serves as a model for how CRS can collaborate within the Department to support the transition toward a more standardized and scalable approach to training and program development.

By converting key training programs into virtual formats, CRS can also meet the growing demand for flexibility and accessibility among its partners. Federal, state, local, and community stakeholders could have the ability to enroll in and complete relevant trainings programs at their own pace, before or even after any critical incidents. This approach allows partners to build foundational skills and preparedness in advance, rather than reacting under pressure during moments of tension or crisis.

Furthermore, this shift could significantly reduce the burden on the NPM, allowing limited staff resources to be reserved for high-impact engagements, high-priority technical assistance, and complex conflict assessments that require direct CRS involvement or where local resources are limited. Virtual training libraries could be regularly updated with new content and informed by feedback from previous participants, ensuring that materials remain relevant, practical, and aligned with emerging challenges and trends in civil rights and community conflict resolution. Such regular assessment could allow CRS to evaluate the effectiveness of all training programs and course correct, as needed.

Ultimately, a standardized approach could broaden CRS's national reach, improve continuity of service in areas with limited local conciliation services, and strengthen the agency's capacity-building mission by empowering partners to take ownership of their preparedness and response efforts.

**0272**

**Stakeholder Engagement**

Given the reduction to a single employee, the NPM would need to adopt a strategic approach to governmental and non-governmental stakeholder engagement. This could include conducting regular outreach and relationship-building efforts with key federal, state, and local partners, such as law enforcement agencies, community leaders, national civil rights organizations, and local government officials, well before any critical incident arises. By engaging stakeholders early and consistently, the NPM could help familiarize them with CRS, its mission, principles of conciliation, and the services and trainings CRS makes available to communities. Through training sessions, forums, and convenings, the NPM could work to equip these partners with the skills and tools necessary to prevent, de-escalate, and resolve violence and community tensions-- and thereby increase public safety. The overarching goal would be to cultivate a network of trained, responsive stakeholders who are prepared to act collaboratively and constructively in the face of community conflict, thereby reducing the need for direct CRS intervention during critical incidents.

1. *United States Attorneys'\ Offices ("USAOs")*

Working within the priorities set by the Administration and the Attorney General, as a part of the EOUSA, the NPM could continue to work closely with USAO personnel to carry out CRS's conciliation work. First, the NPM could collaborate with the 93 USAOs to conduct a comprehensive assessment aimed at evaluating the extent to which CRS's statutory functions are being utilized and applied within their jurisdictions. This assessment would seek to promote the operational integration of CRS's mandate in relation to the USAOs, document successes and challenges from past engagements, and identify any gaps in services or unmet community needs. The findings could be compiled into a detailed report, which would include actionable recommendations for enhancing coordination between CRS and USAOs, strengthening the implementation of conciliation services, and aligning efforts with broader Department priorities. This report could be submitted to the Department to guide strategic planning, policy development, and future interagency collaboration of CRS functions.

Second, leveraging those recommendations, the NPM could work directly with USAOs and offer technical and planning assistance for their Community Outreach Coordinators, Law Enforcement Coordinators, and Victim Witness Specialists. Such technical assistance could allow the Department to continue CRS's work of organizing, convening, and facilitating hate crimes forums, protecting places of worship forums, protecting centers of community forums, dialogues around community conflicts, contingency and event marshal trainings, and other similar forums and programs both in response to incidents arising from violent conflicts and other jurisdictional issues and prevent future incidents.

Third, the NPM could also offer conciliation training. For example, CRS could tailor its current *New Conciliator Training* to the USAO audience. This modified training could teach the principles of conciliation, appropriate response to critical incidents with the goal of assessing community needs and impact and addressing public safety concerns, facilitating communications between affected communities and law enforcement, coordinating with other DOJ components for provision of necessary services, interacting in non-confrontational ways with community groups protesting in relation to the critical incidents for safe and lawful First Amendment expressions, and de-escalating and resolving conflicts among community groups reacting to critical incidents. Such an action could allow for the USAOs

**0273**

to offer conciliation work directly in the communities they serve, with periodic support from the NPM.

### 2.   *Other Federal Partners*

CRS recognizes that other federal agencies, such as the Federal Bureau of Investigation ("FBI") or the Department of Homeland Security ("DHS"), may have designated personnel—e.g., Community Outreach Coordinators and Victim Witness Specialists—who engage directly with local communities, particularly in times of crises. The NPM could proactively seek to foster interagency collaboration with those counterparts to explore opportunities for cross-component training and coordination on violence prevention and conflict resolution. As part of this effort, CRS's conciliation training could be designed for USAO, FBI, DHS, and other law enforcement personnel. By broadening access to these resources, CRS aims to enhance consistency in federal engagement with communities, ensure alignment in approach and messaging, and reduce duplication in training development across components. This coordinated strategy could not only promote a whole-of-government approach to addressing community conflict, but it could also improve overall efficiency, encourage shared learning, and support a more unified federal response to community conflict. It also reinforces CRS's role as a trusted convener and resource within the Department, helping to bridge operational silos and promote collaborative, community-centered solutions across agencies.

### 3.   *State, Local, and Community Partners*

Outreach could also focus on building strong relationships with state attorneys' general offices, state human rights commissions, governors' offices, and local elected officials. Through training, consultations, and scenario planning, the NPM could help these partners strengthen their capacity to identify early warning signs of tension, engage effectively with various constituencies, and de-escalate conflict using proven conciliation techniques. As requested by USAOs and other agencies, the NPM could continue to offer limited in-person training programs and consultation to various law enforcement agencies to promote stronger police-community relations.

Equally critical is sustained engagement with grassroots organizations, civil rights advocates, faith leaders, educators, youth groups, and other local stakeholders. Rather than just working with regional and local chapters of civil rights organizations as CRS has done historically, whenever possible, the NPM could coordinate more closely with national chapters. By offering training in conciliation, conflict resolution, and collaborative problem-solving, the NPM could increase the capacity of these groups to take a more active role in maintaining peace and promoting dialogue within their communities. The intent is to cultivate a network of informed, skilled stakeholders who can serve as first responders in times of acute tension, thereby reducing the need for intensive CRS intervention when crises occur.

Overall, this shift in stakeholder engagement could allow CRS to extend its impact, even with limited staff capacity, by investing in long-term partnerships and capacity-building at the local level.

### Funding

Given the Department's proposed budget for FY2026 does not request any funding for CRS, the funding for the proposed one-person CRS Unit in EOUSA would need to come from EOUSA's budget. In order to effectively carry out CRS's statutory functions, the CRS Unit would require

meaningful dedicated funding to enable the Unit to transition existing trainings and programs to virtual platforms, develop new program content, host stakeholder convenings and community forums, and support limited travel for critical casework. Funding would also cover the technical infrastructure and subject matter expertise needed to ensure these services are accessible, high-quality, and responsive to emerging tensions. Without this investment, CRS's ability to fulfill its statutory mandates in a meaningful and nationally relevant way will be significantly constrained.

One immediate source of funding to allow for a smooth transition from CRS to EOUSA would be to transfer the remaining funds in CRS's FY 2025 appropriations to EOUSA through a reimbursable agreement.



**U.S. Department of Justice**

Justice Management Division

*Washington, D.C. 20530*

The Honorable Jerry Moran
Chairman
Subcommittee on Commerce, Justice,
    Science and Related Agencies
Committee on Appropriations
United States Senate
Washington, D.C. 20510

Dear Chairman Moran:

In accordance with Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department of Justice ("the Department", DOJ) is notifying the Committees on Appropriations ("the Committees") that DOJ intends to eliminate the Office for Access to Justice (ATJ), Community Relations Service (CRS), and Organized Crime Drug Enforcement Task Forces (OCDETF) after September 30, 2025.

This notification also provides information about Department planning regarding these components, including potential reductions in force. In the Fall of 2025, the Department plans to send to the Committees a notification to remove ATJ, CRS, and OCDETF from the Departmental organizational chart.

The Office of Management and Budget does not object to transmittal of this report.

Sincerely,

JOLENE
LAURIA

Digitally signed by
JOLENE LAURIA
Date: 2025.07.09
17:08:55 -04'00'

Jolene Ann Lauria
Assistant Attorney General
  for Administration

Enclosure

0276

## SECTION 505 NOTIFICATION
### Office for Access to Justice
### Community Relations Service
### Organized Crime Drug Enforcement Task Forces

Consistent with Section 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the Department is notifying the Committees on Appropriations that the Department intends to eliminate the Office for Access to Justice (ATJ), Community Relations Service (CRS), and Organized Crime Drug Enforcement Task Forces (OCDETF) after September 30, 2025. This document also includes information about the Department's planning regarding these components, including potential reductions in force (RIFs).

In the Fall of 2025, the Department plans to send to the Committees a notification to remove ATJ, CRS, and OCDETF from the Departmental organizational chart. The Department will ensure that all financial reconciliation and records management are properly executed.

**ATJ**

The Department's plans include that no employees are onboard in ATJ by September 30, 2025. Reassignment of current ATJ personnel to other vacant, funded positions is planned, but the current hiring freeze and other factors may impact who moves to other positions. The Department will conduct a RIF of ATJ employees if necessary. As such, the Department plans to inform the Committees 30 days in advance of a RIF separation.

Details of office closure are included in the enclosed Congressional Relocation Report (CRR) notification for ATJ.

**CRS**

The Department's plans include that no employees are onboard in CRS by September 30, 2025. Reassignment of current CRS personnel to other vacant, funded positions is planned, but the current hiring freeze and other factors may impact who moves to other positions. The Department will conduct a RIF of CRS employees if necessary. As such, the Department plans to inform the Committees 30 days in advance of a RIF separation.

Details of office closures are included in the enclosed Congressional Relocation Report (CRR) notification for CRS.

**OCDETF**

As reflected in the FY 2026 President's Budget, the Department plans to eliminate OCDETF as a standalone $547 million appropriation. For FY 2026, $500 million of the former OCDETF appropriation is requested directly under the Department's law enforcement and prosecuting component appropriations, where these components can more directly and efficiently control those resources to support investigations into drug trafficking and organized crime. The FY 2026

**0277**

President's Budget eliminates funding for the OCDETF Executive Office. OCDETF's operations will instead be led by a Task Force Director in the Office of the Deputy Attorney General, which returns to past practice and will allow the Department to ensure continued coordination and direction of high-level cases across multiple components. The Department plans to begin implementing this plan in FY 2025 and will close the OCDETF Executive Office by September 30, 2025.

In support of Executive Order 14159, which directed the Attorney General and the Secretary of Homeland Security to take all appropriate action to jointly establish Homeland Security Task Forces (HSTFs) in all States nationwide, the Department plans to repurpose the OCDETF Fusion Center and technology to support HSTFs beginning in FY 2025. Ownership of the OCDETF Fusion Center Management Information System (MIS) and COMPASS systems and other resources will be transferred to the FBI and the Justice Management Division (JMD) Office of the Chief Information Officer. The Department plans to reimburse FBI and JMD with FY 2025 OCDETF funding to cover the costs of these functions for the remainder of FY 2025.

The Department does not expect that all current OCDETF Executive Office employees will be transferred with the functions to the FBI or JMD. The Department's plans include that no employees are onboard in OCDETF Executive Office by September 30, 2025. Reassignment of current OCDETF Executive Office personnel to other vacant, funded positions is planned, but the current hiring freeze and other factors may impact who moves to other positions. The Department will conduct a RIF of OCDETF Executive Office employees if necessary. As such, the Department plans to inform the Committees 30 days in advance of a RIF separation.

# CONGRESSIONAL RELOCATION REPORT

## Domestic Offices

**Closures**

| Agency | Component Organization | New Location | | Current Location | |
|---|---|---|---|---|---|
| | | City | State | City | State |
| ATJ | RFK / 4CON | N/A | N/A | Washington | DC |
| Number of Staff | Lease Expiration / Effective Date | Rentable Square Footage | Sq Ft Rate | Rentable Square Footage | Sq Ft Rate |
| 5<br>12 | 10/01/28<br>10/01/35 | N/A | N/A | 1,800<br>4,401 | $3.42/mo<br>$5.18/mo |
| Anticipated Costs (+) or Savings (-) | | Notifications | | | |
| | | House | | Senate | |
| One time:  $0<br>Annual:  -$73,834 / -$273,367 | | Del. Norton (DC) | TBD | N/A | N/A |
| Comments | | | | | |
| The DOJ Agency Reduction-in-Force and Reorganization Plan (ARRP), previously communicated to Congress, includes the dissolution of Access to Justice as a separate component within the General Legal Activities appropriation.  Consistent with the ARRP, the office spaces in the Robert F. Kennedy Main Justice Building and 4 Constitution Square building are no longer required. | | | | | |

| Agency | | | | | Component Organization | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CRS | | | | | Headquarters and Field Offices | | | | | |
| Current Location | Number of Staff | Lease Expiration / Effective Date | Rentable Square Footage | Sq Ft Rate | Anticipated Costs (+) and Savings (-) | | Notifications | | | |
| | | | | | One-Time | Annual | House | | Senate | |
| Washington, DC (HQ) | 17 | 09/30/36 | 8,848 | | | -$619,289 | Del. Norton (DC) | TBD | N/A | TBD |
| Phoenix, AZ | 1 | N/A | N/A | | | N/A | Ansari (AZ-3) | TBD | Kelly Gallego | TBD |
| Los Angeles, CA | 4 | 10/1/2028 | 1,902 | | | -$95,445 | Kamlager-Dove (CA-37) | TBD | Padilla Schiff | TBD |
| Sacramento, CA | 1 | N/A | N/A | | | N/A | Matsui (CA-7) | TBD | | |
| San Francisco, CA | 0 | 2/1/2028 | 2,529 | | | -$155,775 | Pelosi (CA-11) | TBD | | |
| Denver, CO | 2 | 1/1/2029 | 2,435 | | | -$88,814 | DeGette (CO-1) | TBD | Bennet Hickenlooper | TBD |
| Miami, FL | 2 | 10/1/2029 | 2,461 | | | -$91,207 | Salazar (FL-27) | TBD | Scott Moody | TBD |
| Atlanta, GA | 3 | 1/1/2100 | 3,285 | | | -$87,485 | Williams (GA-5) | TBD | Ossoff Warnock | TBD |
| Chicago, IL | 2 | 11/1/2027 | 4,154 | | | -$120,422 | Garcia (IL-4) | TBD | Durbin Duckworth | TBD |
| Indianapolis, IN | 1 | N/A | N/A | | | N/A | Carson (IN-7) | TBD | Young Banks | TBD |
| New Orleans, LA | 1 | N/A | N/A | | | N/A | Carter (LA-2) | TBD | Cassidy Kennedy | TBD |
| Boston, MA | 1 | 4/1/2030 | 2,955 | | | -$107,192 | Lynch (MA-8) | TBD | Warren Markey | TBD |
| Portland, ME | 1 | N/A | N/A | | | N/A | Pingree (ME-1) | TBD | Collins King | TBD |
| Detroit, MI | 1 | N/A | N/A | | | N/A | Thanedar (MI-13) | TBD | Peters Slotkin | TBD |

| Agency | | | | | Component Organization | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CRS | | | | | Headquarters and Field Offices | | | | | |
| Current Location | Number of Staff | Lease Expiration / Effective Date | Rentable Square Footage | Sq Ft Rate | Anticipated Costs (+) and Savings (-) | | Notifications | | | |
| | | | | | One-Time | Annual | House | | Senate | |
| Kansas City, MO | 2 | 10/1/2030 | 3,539 | | | -$88,047 | Cleaver (MO-5) | TBD | Hawley Schmitt | TBD |
| St. Louis, MO (Clayton) | 1 | 4/30/2025 | RWA | | | -$11,849 | Bell (MO-1) | TBD | | TBD |
| Charlotte, NC | 1 | 4/30/2025 | RWA | | | -$11,849 | Adams (NC-12) | TBD | Tillis Budd | TBD |
| Albuquerque, NM | 1 | N/A | N/A | | | N/A | Stansbury (NM-1) | TBD | Heinrich Lujan | TBD |
| New York, NY | 3 | 10/1/2026 | 2,951 | | | -$188,914 | Goldman (NY-10) | TBD | Schumer Gillibrand | TBD |
| Erie, PA | 1 | N/A | N/A | | | N/A | Kelly (PA-16) | TBD | Fetterman McCormick | TBD |
| Philadelphia, PA | 4 | 1/1/2029 | 2,751 | | | -$73,521 | Boyle (PA-2) | TBD | | TBD |
| Dallas, TX | 1 | 8/31/2025 | 5,241 | | | -$160,201 | Crockett (TX-30) | TBD | Cornyn Cruz | TBD |
| Houston, TX | 1 | 10/1/2028 | 711 | | | -$15,547 | Vacant | TBD | | TBD |
| San Antonio, TX | 1 | N/A | N/A | | | N/A | Roy (TX-21) | TBD | | TBD |
| Seattle, WA | 2 | 10/1/2030 | 4,089 | | | -$176,370 | Jayapal (WA-7) | TBD | Murray Cantwell | TBD |
| Comments | | | | | | | | | | |

The DOJ Agency Reduction-in-Force and Reorganization Plan (ARRP), previously communicated to Congress, includes the dissolution of CRS. Consistent with the ARRP, CRS office spaces are no longer required.

Notes:
Savings shown are for office space only. Savings related to personnel reductions are dependent on pending/potential reassignment and RIF actions.
Lease expirations, rentable square footages, and anticipated savings shown as N/A are locations where CRS staff are co-located with U.S. Attorneys or U.S. Trustees offices.

**RESPONSES TO** ███████████████ **QUESTIONS**

1. For all of these notifications, why is the Department taking actions during fiscal year 2025 that presuppose that the final FY 2026 appropriations outcome will be consistent with the Administration's FY 26 request?  The FY 26 appropriations process is far from over.  Why not wait until Congress completes action on FY 26 appropriations and then include any applicable notifications as part of the FY 26 DOJ spend plan?

   - In general, we note that the Department has the authority to reorganize offices, eliminate programs, and reduce personnel, assuming proper notice is given where required.  The Department has ensured that it is keeping Congress aware of its plans through various formal and informal notices, including advance descriptions of plans that will not occur until FY 2026.  We request that Congress enact appropriations in FY 2026 consistent with our budget proposals, however we recognize that we may need to reassess the situation once our appropriations are enacted.

   - The Department has requested $0 appropriations in FY 2026 for ATJ, CRS, and OCDETF. For this reason, to avoid incurring costs for these components for which the Department does not request to receive appropriations, the Department must ensure that no employees are onboard in these components by the end of September 30, 2025. Consistent with 5 CFR § 351.801, an employee who will be separated by a reduction-in-force (RIF) is entitled to a specific written notice at least 60 full days before the effective date of release. To meet this requirement, the Department must issue RIF notices as needed by the end of July 2025. The Department is informing Congress of its intentions at this time to provide the Committees with awareness of the Department's plan, ahead of the near-term deadline, to issue RIF notices.

2. Regarding Community Relations Service and OCDETF, for either of these accounts is the Department intending to impound FY 2025 appropriated funds or allow FY 2025 appropriated funding to lapse?  How much of the FY 2025 appropriated funding in each of these accounts has been obligated thus far?

   - The Department is not impounding FY 2025 appropriated funds or allowing FY 2025 appropriated funding to lapse. For both CRS and OCDETF, all FY 2025 funds are being obligated for the purposes for which they were appropriated, carried over into the OCDETF no-year account, or potentially transferred to other Departmental components to meet Departmental needs, consistent with section 205 transfer authority and the relevant notification requirements. As of preliminary June 2025 data, CRS has obligated $13.2 million, and OCDETF has obligated $382.2 million of direct annual funds.

3. What are the estimated contract termination costs that DOJ would be paying, associated with ending the various leases for the Community Relations Service offices?"

   - As described above, any contract termination costs will be funded from the FY 2025 CRS appropriation.

Some further comments and questions (highlighted in yellow) from me regarding the attached responses. I'd appreciate further responses ASAP. Thank you.

**From the responses**: "In general, we note that the Department has the authority to reorganize offices, **eliminate programs**, and reduce personnel, assuming proper notice is given where required."

**My comment/question**: Eliminating programs is one thing in a case in which we're talking about a PPA within a larger appropriations account, but it is quite another when we are talking about an entire appropriations account. What if we end up with an initial short-term FY 26 CR in which funding is provided to continue these activities at a rate for operations as provided in the fiscal year 2025 Appropriations Act? That would require that current-rate funding continue to be provided for CRS and OCEDTF. Dismantling these agencies, eliminating staff, and closing offices would effectively preclude DOJ from being able to provide current-rate funding for the activities of these agencies during a fiscal year 2026 continuing resolution or other appropriations Act that specifically provides funding for these accounts. How can this be justified, given that Congress has not yet made a final decision on fiscal year 2026 funding, even for short-term funding under a Continuing Resolution?

- As the Department stated in our initial responses, we recognize that we may need to reassess the situation once our appropriations are enacted. For example, if funding is provided for OCDETF during a Continuing Resolution or a full-year appropriation, we will continue to execute the funding consistent with its underlying purposes, including providing it to law enforcement agencies. This can be accomplished without the existing OCDETF infrastructure. If funding is provided for CRS during a Continuing Resolution or a full-year appropriation, we will consider how to legally expend such funds consistent with the enactment. We are prepared to comply with any funding enactment, but we will also continue to engage with Congress and request further consideration of our FY 2026 budget proposals.

**From the responses**: "the Department must ensure that no employees are onboard in these components [ATJ, CRS, and OCDETF] by the end of September 30, 2025"

**My comment/question**: No, the Department must ensure no such thing, until Congress makes the fiscal year 2026 appropriations decisions regarding these components. Preemptively doing this by September 30, 2025 would render the Department unable to continue activities under a Continuing Resolution or other FY 26 Appropriations Act that specifically funds such activities. How can the Department continue these activities at a current rate if all of the employees are gone by the time an FY 2026 Continuing Resolution goes into effect?

- As stated above, the Department will reassess the situation to the extent that funding is provided.

**From the responses**:  "As of preliminary June 2025 data, CRS has obligated $13.2 million, and OCDETF has obligated $382.2 million of direct annual funds."
**My question**: Were all of these funds appropriated in Public Law 119-4?

- Yes

In addition, I'm re-upping this question: What is the estimate as to how much contract termination funding would be required, in connection with ending leases for Community Relations Service offices?

- See prior emailed response



**U.S. Department of Justice**

Justice Management Division

---

*Washington, D.C. 20530*

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:          THE DEPUTY ATTORNEY GENERAL     *JNF for Todd Blanche 8/27/2025*

THROUGH:          THE OFFICE OF THE ASSOCIATE ATTORNEY GENERAL     *8/26/2025*

FROM:             Jolene Ann Lauria
                  Assistant Attorney General   **JOLENE**   Digitally signed by JOLENE LAURIA
                  for Administration           **LAURIA**   Date: 2025.08.20 10:35:38 -04'00'

SUBJECT:          Implementation of the Fiscal Year (FY) 2025 Agency Reduction in
                  Force (RIFs) and Reorganization Plan (ARRP)

PURPOSE:          To obtain your signature on the approved organizational charts for
                  components reorganized in FY 2025 and authorization of all transfers of
                  function and RIFs expected in FY 2025.

**AG DECISION REQUESTED BY:** August 18, 2025. Because these transfers of functions
require the reassignment of hundreds of employees and their activities across components,
components will need authorization by August 18 to complete these actions by September 30,
2025. RIF notifications must also be sent by August 29.[1]

**REQUIRED DUE DATE:** August 22, 2025.

**EXECUTIVE SUMMARY:** The Department's Fiscal Year (FY) 2025 operating plan described
reorganizations, transfers of function, and potential RIFs affecting multiple components that are
part of the Department's ARRP. Departmental leadership has already approved and transmitted
the required notifications to the Office of Management and Budget and the Congress. The
notification process has concluded. Accordingly, this memorandum transmits to you the
organizational charts for your final signature.

This memorandum also transmits the request to authorize the transfers of functions and RIFs that
were part of these plans. Following your signature on the organizational charts and this
memorandum, JMD and the affected components will finalize the implementation.

---

[1] JMD requested that the Office of Personnel Management (OPM) allow the Department to provide employees who
will be released pursuant to RIF with advance notification of at least 30 days, instead of the standard 60 days. OPM
approved the request, RIF notices will need to be issued by August 29 so that the employees are offboarded from
their components (ATJ, CRS, and OCDETF) by September 30.

Memorandum for the Attorney General                                                    Page 2
Subject: Implementation of the FY 2025 ARRP

**DISCUSSION:** The Department's ARRP seeks to streamline Departmental operations and generate efficiencies. The FY 2025 operating plan described multiple reorganizations, transfers of function, and RIFs that the Department planned to execute in FY 2025. Seven components will undergo reorganizations that will affect their respective organizational charts: the Justice Management Division (JMD), the Office of the Solicitor General (OSG), the Criminal Division (CRM), the Civil Division (CIV), the Office of Legal Counsel (OLC), the National Security Division (NSD), and the United States Marshals Service (USMS). Additionally, three components are being eliminated as independent/standalone organizations and will be removed from the Department's organizational chart: INTERPOL Washington (IPOL), the Office of the Executive Secretariat (OES), and the Tax Division (TAX). Information on each component's reorganization and organizational chart changes are provided in Appendix A, and the revised organizational charts are attached for your signature.

Additionally, NSD, OES, TAX, CIV, the Civil Rights Division (CRT), IPOL, the Office for Access to Justice (ATJ), the Community Relations Service (CRS), and the Organized Crime Drug Enforcement Task Forces (OCDETF) require authorization to transfer functions to other Departmental entities as part of the ARRP. ATJ, CRS, and OCDETF require authorization to conduct RIFs. Descriptions of each transfer of function and RIF authorization are outlined below. This reorganization, which includes transfers of functions and RIFs, will be conducted pursuant to 5 C.F.R. Part 351, and comply with all position classification requirements set forth by statute in 5 U.S.C. Chapter 51, and in accordance with guidance from the Office of Personnel Management.

**I. TRANSFER OF FUNCTION:**

The ARRP moves specific functions between components to improve efficiency and achieve cost savings. Pursuant to 28 C.F.R. § 0.191, the Attorney General must approve the "transfers of major functions between or among Offices, Boards, Divisions, and Bureaus."[2]

Transfers of function are conducted pursuant to 5 C.F.R. Part 351, Subpart C. The C.F.R. provides two methods to identify employees with the transferring function. Any employee(s) identified under Method One, 5 C.F.R. § 351.303(c), will realign from the losing competitive area to the gaining competitive area with the function. Any employee(s) identified under Method Two may be subject to RIF procedures.

Under Method One, employees are identified for transfer if, based on the official position description and other applicable documentation, the employee performs the transferring function at least 50 percent of the time, or the function includes the grade-controlling duties of the position. Employees who are not identified under Method One are Method Two employees because they do not perform the function at least 50 percent of the time and the functions are not grade-controlling of the position.

---

[2] When a transfer of function is limited to within a component and does not affect the overall structure of the Department, the Deputy Attorney General has final authority to approve the transfer. 28 C.F.R. § 0.190.

*NSD*

The administrative functions to support NSD (e.g., human capital, procurement, information technology) will cease in NSD's Executive Office and continue in identical form within JMD's Office of Human Capital, Office of the Chief Information Officer, Office of Acquisition Management, Controller, Facilities and Administrative Services Staff, and the Security and Emergency Planning Staff. There is also a transfer of function for the limited administrative functions regarding budget formulation and local procurement/voucher processing that will remain in NSD and be realigned from the Executive Office to the NSD Chief of Staff.

*OES*

The current functions of the Office of the Executive Secretariat will be transferred to JMD once the standalone Office of the Executive Secretariat is eliminated. Through the transfer of function, supervisory positions will be reduced from five Assistant Directors to two Assistant Directors; and all current OES employees, except for those who have accepted the Deferred Resignation Program (DRP), will realign to the JMD Deputy Assistant Attorney General for Human Capital, Security, and Administration. OES will eliminate up to 10 positions upon realignment, including two employees who opted into the DRP.

*TAX*

The Tax Division will be eliminated as a standalone component, with all civil tax enforcement functions identified at 28 C.F.R. § 0.70(a), (c), (d) transferred, in identical form, to CIV, and all criminal tax functions identified at 28 C.F.R. § 0.70(b), (d) transferred, in identical form, to CRM, both of which are in different competitive areas. For your information, TAX offered employees the DRP, and 48 employees will depart from CIV or CRM on October 1. These 48 positions will be eliminated.

*CIV Consumer Protection Branch (CPB)*

The Civil Division's CPB criminal enforcement authorities will realign in an identical form as a transfer of function from CIV to CRM's Fraud Section.

*CRT Human Trafficking Prosecution Unit (HTPU)*

HTPU's functions will be realigned in an identical form as a transfer of function from CRT to CRM's Human Rights and Special Prosecution Section.

*IPOL and USMS*

All IPOL functions identified will be moved by transfer of function to the USMS when IPOL is integrated into the USMS. For your information, as part of this transfer, 22 positions will be eliminated, including personnel who opted into the DRP and vacant positions that will not be backfilled.

Memorandum for the Attorney General                                    Page 4
Subject: Implementation of the FY 2025 ARRP

*ATJ*

Pro Bono Program: Since 2022, ATJ has been responsible for the Federal Pro Bono Program, created in 1996 to comply with Executive Order 12988, *Civil Justice Reform.* The Pro Bono Program consists of three attorneys who coordinate and manage the pro bono efforts of DOJ attorneys and attorneys throughout the federal government. The Pro Bono Program will be realigned with fewer staff (one employee) to the Departmental Ethics Office (DEO), which reports to the JMD Deputy Assistant Attorney General for Management and Compliance. This is a transfer of function because the function will cease in ATJ, which is being eliminated, and will continue in an identical form in DEO. Any employee(s) identified under Method One, 5 C.F.R. § 351.303(c), will realign to DEO with the function. Any employee(s) identified under Method Two may be subject to RIF procedures. To the extent a RIF is required, it will be authorized as described below in Part II, Reduction in Force, page 5.

Support Functions: ATJ will be eliminated as a component in a future reorganization package, but certain of its administrative functions will continue for up to five years to close out all accounts and contracts, as well as to ensure the records of the office are preserved and accessioned to the National Archives and Records Administration (NARA) in accordance with federal law. The administrative support functions in ATJ will realign to JMD as a transfer of function to ensure all ATJ closure actions are completed appropriately. Zero personnel will realign from ATJ to JMD for this transfer of function; JMD will assume this function with no additional personnel. To the extent a RIF is required, it will be authorized as described below in Part II, Reduction in Force, page 5.

*CRS*

CRS's functions will be realigned to the Executive Office for United States Attorneys (EOUSA), in either the Office of Legal Programs or the EOUSA Director. Although statutory change will be necessary to eliminate CRS as a component and eliminate the position of CRS Director as a Presidential appointment requiring Senate confirmation (PAS) position, this realignment is a first step that furthers the Administration's plans with respect to CRS. JMD will provide in a future reorganization package an updated EOUSA organizational chart that reflects the move of CRS as a unit into EOUSA. Any employee(s) identified under Method One, 5 C.F.R. § 351.303(c), will realign to EOUSA with the function. Any employees identified under Method Two may be subject to RIF procedures. Only one employee is expected to transfer with this function, which is the minimum required to perform the statutory functions. RIF of all CRS employees, except for the one (1) position that will be identified by the Office of the Deputy Attorney General (ODAG) and the Office of the Associate Attorney General (OASG) to perform the functions after transfer, may be required. To the extent a RIF is required, it will be authorized as described below in Part II, Reduction in Force, page 5.

CRS will reduce its functions to the statutory minimum, and certain of its administrative functions will continue to close out all accounts and contracts, as well as to ensure the records of the office are preserved and accessioned to NARA in accordance with federal law. The administrative support functions in CRS will realign to JMD to ensure all CRS closure actions are completed appropriately. Zero personnel will realign from CRS to JMD for this transfer of

function; JMD will assume this function with no additional personnel. To the extent a RIF is required, it will be authorized as described below in Part II, Reduction in Force, page 5.

*OCDETF*

OCDETF's IT management functions for databases and other IT systems — including the Management Information System (MIS) and COMPASS system — will realign to the JMD Office of the Chief Information Officer.

OCDETF's Program Management, including the Fusion Center, will be realigned to the Federal Bureau of Investigation (FBI) to house the Homeland Security Task Force (HSTF) National Coordination Center, and this is a transfer of function because the program management/fusion center function will cease in OCDETF and continue, in a nearly identical way, in the FBI under the auspices of the HSTFs. This function will be co-managed by the FBI and the Department of Homeland Security's Homeland Security Investigations.

Through these transfers of function, 20 employees will be realigned—9 employees to JMD/ OCIO and 11 employees to FBI. The remaining 32 positions will be eliminated by allowing one term appointment to expire, 10 retirements and resignations under the DRPs, and conducting a RIF of 21 employees. OCDETF will be eliminated as a component in a future reorganization package.

## II. REDUCTION IN FORCE (RIF):

The Department's reorganizations and transfers of function authorized above may not be sufficient to meet the efficiency and effectiveness goals set forth in the ARRP. To ensure that the Department retains the maximum flexibility to right-size and efficiently implement the Administration's priorities, some components may need to undergo RIFs.

The following RIFs are authorized to the extent needed after the reorganizations and transfers of function described above, and after any other authorized personnel actions (e.g., reassignment). All RIF actions will be implemented pursuant to 5 C.F.R. Part 351 (for non-SES employees) and 5 C.F.R. Part 359, Subpart F (for SES employees):
- All ATJ positions that are not realigned to another component through a transfer of function.
- All CRS positions except for two positions (the PAS Director position and the first assistant to the Director) as well as all positions that are not realigned to another component through a transfer of function.
- All OCDETF positions that are not realigned to another component through a transfer of function. Specifically, OCDETF may concurrently subject to RIF procedures during the transfer of function the following: (1) up to four GS-0905-15; (2) one GS-0560 at the 13, 14, or 15 level; (3) one GS-0080 at the 13 or 14 level; (4) up to 10 GS-0301/0340/0343 at the 12, 13, 14, or 15 level; and (5) up to three GS-0132 at the 12, 13, 14, or 15 level.

For your awareness, JMD will provide for your signature a second Departmental organizational chart that removes ATJ and OCDETF from the DOJ organizational chart, consistent with the

Department's FY 2026 ARRP plans following an informal congressional notification period. JMD will also provide an EOUSA organizational chart that includes a box for CRS, to reflect the move of CRS into EOUSA; accordingly, CRS will also be removed from the DOJ organizational chart.

**CONSULTATION:** OSG, TAX, CRM, CIV, OLC, IPOL, NSD, USMS, ATJ, CRS, and OCDETF were consulted.

**OTHER STAKEHOLDERS**: None. Notifications to the Office of Management and Budget and the House and Senate appropriations committees have been completed.

Memorandum for the Attorney General                                            Page 7
Subject: Implementation of the FY 2025 ARRP


**RECOMMENDATION**: I recommend you sign this memorandum authorizing the
Department's transfers of function and RIFs for the components listed in this memo and sign the
approved organizational charts. By signing this memorandum, you are delegating to Department
components the authority to perform the functions being transferred to them, as described above.

Memorandum for the Attorney General
Subject: Implementation of the FY 2025 ARRP

APPROVE: _____

Dated: September 16, 2025

DISAPPROVE: _____

OTHER: _____

Concurring Component(s):
OLC: _____

Non-concurring Component:
None

Attachments

    1. JMD Organizational Chart
    2. OSG Organizational Chart
    3. CRM Organizational Chart
    4. CIV Organizational Chart
    5. OLC Organizational Chart
    6. NSD Organizational Chart
    7. USMS Organizational Chart
    8. Departmental Organizational Chart

Page 8

## JUSTICE MANAGEMENT DIVISION



Approved by: _____     Date: _____

Pamela Bondi
Attorney General

# OFFICE OF THE SOLICITOR GENERAL



Approved by: _____    Date: 9/16/25
Pamela Bondi
Attorney General

Criminal Division



Approved by: _____    Date: 9/16/25
Pamela Bondi
Attorney General

**0295**

# CIVIL DIVISION



Approved by: _____    Date: 9/16/25

Pamela Bondi
Attorney General

**0296**

# OFFICE OF LEGAL COUNSEL



*Executive, legal and administrative
support services are cross-serviced by
the Office of the Solicitor General.

Approved by: _____    Date: _____

Pamela Bondi
Attorney General

# NATIONAL SECURITY DIVISION





Approved by: _____    Date: 9/16/25

Pamela Bondi
Attorney General

**0298**



**UNITED STATES MARSHALS SERVICE**

Approved by: _____ Date: 9/15/25
Pamela Bondi
Attorney General

# U.S. DEPARTMENT OF JUSTICE



Approved by: _Pamela Bondi signature_    Date: _9/15/25_

Pamela Bondi
Attorney General

**0300**



**U.S. Department of Justice**

Justice Management Division

_Washington, D.C. 20530_

The Honorable Jerry Moran
Chairman
Subcommittee on Commerce, Justice,
    Science and Related Agencies
Committee on Appropriations
United States Senate
Washington, D.C. 20510

Dear Chairman Moran:

Consonant with the Commerce, Justice, Science, and Related Agencies Appropriations Act, 2024 (Division C, P.L. 118-42), Joint Explanatory Statement, in which Congress requests 30-day notification in advance of Reduction In Force (RIF) actions, the Department of Justice is notifying the Committees on Appropriations that it intends to execute RIF actions in the Office for Access to Justice (ATJ), Community Relations Service (CRS), and the Organized Crime Drug Enforcement Task Forces (OCDETF) Executive Office.

The Office of Management and Budget does not object to transmittal of this report.

Sincerely,

JOLENE
LAURIA
Digitally signed by
JOLENE LAURIA
Date: 2025.09.18
18:40:59 -04'00'

Jolene Ann Lauria
Assistant Attorney General
  for Administration

Enclosure

0301

**REDUCTION IN FORCE NOTIFICATION**
**Office for Access to Justice**
**Community Relations Service**
**Organized Crime Drug Enforcement Task Forces**

Operating Units:        Office for Access to Justice (ATJ)
                        Community Relations Service (CRS)
                        Organized Crime Drug Enforcement Task Forces (OCDETF)

Appropriations:         General Legal Activities
                        CRS, Salaries and Expenses
                        Interagency Law Enforcement

**One-Time Item:**      Reduction in Force (RIF) Notification

DESCRIPTION/JUSTIFICATION

Consonant with the Commerce, Justice, Science, and Related Agencies Appropriations Act, 2024 (Division C, P.L. 118-42), Joint Explanatory Statement, in which Congress requests 30-day notification in advance of Reduction In Force (RIF) actions, the Department of Justice is notifying the Committees on Appropriations ("the Committees") that it intends to execute RIF actions in the Office for Access to Justice (ATJ), Community Relations Service (CRS), and the Organized Crime Drug Enforcement Task Forces (OCDETF) Executive Office.

The Fiscal Year (FY) 2026 President's Budget requests no funding for these components. Further, the Department intends to largely eliminate ATJ, CRS, and OCDETF as part of its Agency RIF and Reorganization Plan (ARRP), which seeks to streamline Departmental operations and generate efficiencies.

The Department's FY 2025 spending plan stated that the Department will eliminate ATJ and CRS and utilize their FY 2025 budgets to conduct drawdown activities, to include pre-RIF and RIF activities. In addition, the Department's July 10, 2025, notification to the Committees stated that the Department plans to have no employees onboard in ATJ, CRS, or the OCDETF Executive Office by September 30, 2025. The July 10, 2025, notification additionally notified the Committees that ATJ and CRS will close their offices. The OCDETF Executive Office has notified the U.S. Government Accountability Office (GAO) that OCDETF will release its leased space at the GAO Building.

The Department has transferred select functions of ATJ, CRS, and OCDETF to other components to support Departmental priorities and to maintain statutorily required functions. Transfers of functions were conducted pursuant to 5 C.F.R. Part 351, Subpart C. Specifically, ATJ's pro bono program function and the administrative support functions required to close out all accounts and contracts and to preserve and accession federal records were transferred to the Justice Management Division (JMD). CRS's statutorily required functions were transferred to the Executive Office for United States Attorneys, and the administrative support functions

**0302**

required to close out all accounts and contracts and preserve and accession federal records were transferred to JMD. OCDETF's interagency law enforcement information technology (IT) management functions were transferred to the JMD Office of the Chief Information Officer, and OCDETF's interagency law enforcement program management functions were transferred to the Federal Bureau of Investigation. The Department will utilize the functions transferred from OCDETF to support Homeland Security Task Forces, as the Department noted in its July 10, 2025, notification to the Committees.

Employees in ATJ, CRS, and the OCDETF Executive Office are expected to receive RIF notifications by the end of September 2025 unless they transferred with the above-referenced functions or they voluntarily plan to separate from the Department, such as through the Department's Deferred Resignation Programs. The Department estimates that approximately 17 ATJ employees, 17 CRS employees, and 24 OCDETF Executive Office employees will receive RIF notifications.

These RIF actions do not require funding realignments or redistribution of cost savings because the components will be eliminated. However, these components' FY 2025 operating plans totaled more than $74.0 million, and the Department will no longer need to request funds for these components in the Department's budget. As stated in the Department's July 10, 2025, notification to the Committees, the Department plans to send to the Committees, in the Fall of 2025, a notification to remove ATJ, CRS, and OCDETF from the Departmental organizational chart.


## EFFECTS ON PENDING OR FUTURE APPROPRIATIONS

ATJ, CRS, and OCDETF will not require pending or future appropriations.


## IMPACT ON DEPARTMENTAL OR CONGRESSIONAL POLICIES

These actions do not require a shift in Department of Justice, Office of Management and Budget, and/or congressionally approved objectives and policies.

## ABILITY TO REORGANIZE THE DEPARTMENT OF JUSTICE
## COMMUNITY RELATIONS SERVICE AND THE
## OFFICE ON VIOLENCE AGAINST WOMEN

**Background**

Congress has provided the Department of Justice with discretion as to how it can internally organize its offices, to the extent that such reorganizations do not contravene the Department's enabling or other organizational statutes. *See* Congressional Research Service Report R48523, *Organizing Executive Branch Agencies: Structure and Delegations of Authority*, https://www.congress.gov/crs-product/R48523 ("Although the executive branch cannot contravene a statute establishing an agency's organizational structure, Congress often provides agency heads with a degree of discretion concerning how they structure their offices internally"), *accord Trump v. Am. Fedn. of Govt. Employees*, No. 24A1174, 2025 WL 1873449, at *1 (U.S. July 8, 2025) (Sotomayor, J., concurring) ("The relevant Executive Order directs agencies to plan reorganizations and reductions in force 'consistent with applicable law'"). The government-wide agency "housekeeping statute," 5 U.S.C. § 301, provides each agency head with the authority to "prescribe regulations for the government of his department, the conduct of its employees, the distribution and performance of its business, and the custody, use, and preservation of its records, papers, and property." Furthermore, the Attorney General has broad authority under 28 U.S.C. § 510 to "make such provisions as he considers appropriate authorizing the performance by any other officer, employee, or agency of the Department of Justice of any function of the Attorney General."[1]

In addition to any statutory requirements relating to the structure of the Department (discussed more thoroughly in reference to the specific proposals below), the Department is also subject to requested Congressional notifications in our appropriations acts and related report language. Once the Department has given the proper Congressional notifications and complied with any statutorily required waiting periods (typically 15 days), the Department can move forward with the proposed actions. Nothing in these notice provisions requires advance approval of our proposals by Congress. To the extent that Congress has granted the Department the authority to reorganize, reprogram funds and reduce personnel, it can only take that authority away by passing a law. Indeed, the Supreme Court has held that Congress may only take an action that has "the purpose and effect of altering the legal rights, duties and relations of persons . . . outside the Legislative Branch," through "bicameral passage [of a law] followed by presentment to the President." *INS v. Chadha*, 462 U.S. 919, 952-55 (1983)); 8 Op. Off. Legal Counsel 236, 242 (1984). The Comptroller General has agreed, based on this Supreme Court decision, that

---

[1] *See In re: Gen. Counsel*, B-199491, 1980 WL 16137 (Comp. Gen. Aug. 14, 1980) (finding that the establishment of the Office of Human Development Services within the Department of Health, Education and Welfare was an appropriate use of the Secretary's authority to delegate responsibilities to subordinate officers).

attempts by Congress to require Congressional committee approval for transfers or reprogrammings are invalid. *See* GAO Redbook, Chapter 2, Part B, Section 7.

Below we present our current plans with respect to two Department components and our legal reasoning for moving forward.

**Community Relations Service (CRS)**

CRS was established by the Civil Rights Act of 1964, 42 U.S.C. § 2000g ("There is hereby established in and as a part of the Department of Commerce a Community Relations Service . . . which shall be headed by a Director who shall be appointed by the President with the advice and consent of the Senate for a term of four years."). An Executive Branch reorganization plan transferred CRS from the Department of Commerce to the Department of Justice in 1966 (*see* Message of the President accompanying Reorganization Plan No. 1 of 1966: "The Attorney General will provide for the organization of the Community Relations Service as a separate unit within the Department of Justice."). CRS has certain statutorily-established functions, including conciliation and reporting functions.

The Department is proposing that CRS's functions be realigned to the Executive Office for United States Attorneys (EOUSA). CRS will remain a "unit" of the Department as specified by the Reorganization Plan of 1966. It will report to the Deputy Attorney General—and ultimately the Attorney General—through EOUSA rather than the Associate Attorney General. Certain employees will be subject to a Reduction-in-Force (RIF) while the position of Director (which is filled through presidential appointment with the advice and consent of the Senate), the position of first assistant to the Director, and one current employee are expected to transfer to EOUSA, which is the minimum number of employees required to perform CRS's statutory functions. We recognize that a statutory change will be necessary to eliminate CRS as a unit and eliminate the position of CRS Director as a Presidential appointment requiring Senate confirmation (PAS). Therefore, the realignment is merely a first step that furthers the Administration's plans with respect to CRS.

We have determined that the realignment of CRS to a unit within EOUSA is occurring consistently with legal requirements. The Civil Rights Act and Reorganization Plan require that CRS be a "separate unit within the Department of Justice," and the Department will maintain that by having CRS exist as a separate unit within EOUSA. The Department will also ensure that within EOUSA, CRS continues all necessary statutory functions and maintains its status as a separate unit, albeit one that reports to the EOUSA Director.

The Department is ensuring that Congress remains aware of its actions through notifications, responses to inquiries, and briefings. The Department's fiscal year 2025 spend plan included language indicating the plans for CRS, including the potential for a RIF and its removal from the DOJ-wide organizational chart in connection with its transfer to EOUSA. The President's fiscal year 2026 budget requested $0 for CRS, as well as the elimination of the statutory provision

establishing CRS. A July 2025 notification stated that DOJ would be closing CRS offices, planned to conduct RIFs as needed, and would be eliminating CRS from the DOJ organizational chart in the fall of 2025. On September 19, 2025, the Department notified Congress that "CRS's statutorily required functions were transferred to the Executive Office for United States Attorneys, and the administrative support functions required to close out all accounts and contracts and preserve and accession federal records were transferred to JMD." In addition, the recent notification stated that employees at CRS would either be transferred with those functions or receive RIF notices. The Department also intends to send a reorganization notification that will remove CRS from the Departmental organizational chart and add it as a box to the EOUSA organizational chart.

Finally, we recognize that CRS has its own appropriations heading that will most likely receive funding during a Continuing Resolution and possibly for the full fiscal year. As the Department has stated in previous responses to Congress, we recognize that we may need to reassess the situation once our appropriations are enacted. If funding is provided for CRS during a Continuing Resolution or a full-year appropriation, we will consider how to legally expend such funds consistent with the enactment. For example, the Department may utilize this funding for the costs of employees' salaries until the RIF actions are finalized, lump sum leave payments, potential severance payments, and any incurred non-personnel costs. Further, the Department will consider entering into reimbursable agreements with United States Attorney's Offices to continue the CRS work with the enacted funding. We note that while we are prepared to comply with any funding enactment, we will also continue to engage with Congress and request further consideration of our FY 2026 budget proposals.

In sum, the Department is actively ensuring that we comply with all legal requirements with respect to the authorization and funding of CRS, as well as all notice provisions involved in the proposed plan to realign CRS functions.

**Office on Violence Against Women (OVW)**

As Congress has noted, the Department has proposed consolidating the Office on Violence Against Women ("OVW") into the Office of Justice Programs ("OJP"). Congressional appropriations staff have expressed legal concerns over moving OVW into OJP, with the Director of OVW reporting to the Assistant Attorney General for OJP ("AAG/OJP"). These concerns stem from the requirements in 34 U.S.C. § 10442(b) that OVW "shall be a separate and distinct office within the Department of Justice, not subsumed by any other office," and that the Director of OVW "shall report to the Attorney General." For the below reasons, we have concluded that the proposal as currently envisioned by the Department can be legally undertaken.

Consistent with section 10442(b), which provides that OVW "shall be a separate and distinct office within the Department of Justice," OVW will remain a distinct office within OJP. While the statute prohibits the Department from dissolving or eliminating OVW as an office and prohibits having another office subsume or absorb its functions, there is no requirement that

**0306**

OVW be separated from all other components within the Department. Under the proposed reorganization, OVW will remain a distinct office and will simply be situated within a larger component.

The Director of OVW will continue to report to the AG as required by section 10442(b). Similar to its current reporting structure, wherein OVW reports through the Associate Attorney General to the Deputy Attorney General, following the reorganization, OVW will report to the AG through the Assistant Attorney General for OJP. Section 10442(b) does not contain a direct reporting requirement, nor does it preclude the Director of OVW from reporting to someone other than the AG, as long as the AG retains general supervisory authority over the Office.

Finally, we recognize that this proposal will most likely implicate Congressional notice provisions, and the Department is prepared to comply with those provisions and any statutory waiting periods.  For these reasons, we have concluded that this proposal can be undertaken consistent with the relevant statutes.