UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ETHICAL SOCIETY OF POLICE; NAACP
ST. LOUIS COUNTY; MISSIONARY
BAPTIST STATE CONVENTION OF
MISSOURI; TWO WRASSLIN' CATS
ACCORD; OUT ACCOUNTABILITY
PROJECT; BERKSHIRE RESOURCES FOR
INTEGRATION OF DIVERSE GROUPS
AND EDUCATION; NAACP STATE
CONFERENCE COLORADO-MONTANA-
WYOMING; PEACEMAKERS LODGE;
PIKES PEAK SOUTHERN CHRISTIAN
LEADERSHIP CONFERENCE 1;
WELLSPRING HEALTH ACCESS; and
HAITIAN COMMUNITY HELP & SUPPORT
CENTER,

    *Plaintiffs,*

  **v.**

PAMELA J. BONDI, in her official capacity
as Attorney General of the United States; and
U.S. DEPARTMENT OF JUSTICE,

    *Defendants.*

Case No. 25-CV-13115 (IT)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION REGARDING THE
ADMINISTRATIVE RECORD AND DISCOVERY

This matter comes before the Court on Plaintiffs' Motion to Compel Completion of the

Administrative Record and Production of a Privilege Log, and for Limited Discovery. Having

reviewed the arguments and evidence submitted in support of and opposition to the motion, it is

hereby ORDERED that the motion is GRANTED.

It is further ordered that:

1) Defendants shall complete the administrative record with the inclusion of the missing

  records identified by Plaintiffs, including the memoranda of Julius Nam, emails that

were before the agency as part of the decisionmaking process, complete versions of Documents 5, 6, and 9 in the existing record, copies of the OMB Appendix and DOJ Performance Summary, and copies of any OMB directives or guidance related to the decisions in question;

2) Defendants shall produce within _14_ days a privilege log of documents and records withheld from the administrative record on the basis of privilege;

3) Plaintiffs may propound the following discovery on Defendants:

   a) Rule 30(b)(6) deposition on material that was before the agency on the challenged decision and the completeness of the administrative record;

   b) written discovery on the statements in the DOJ Performance Summary about the "elimination" of CRS and whether direction was given by anyone to "eliminate" or "dissolve" CRS, in writing or otherwise; and

   c) depositions of witnesses disclosed in Defendants' Initial Disclosures.

**SO ORDERED,** this _8th_ day of _January_, 2026

_Indira Talwani_

United States District Judge Talwani