# Exhibit A

**Stout, Abigail (CIV)**

| | |
|---|---|
| **From:** | Kyle Freeny |
| **Sent:** | Tuesday, January 13, 2026 11:47 AM |
| **To:** | Stout, Abigail (CIV) |
| **Cc:** | Ana Munoz |
| **Subject:** | RE: [External] Confer re: status |

Abby—This is exactly why I sought a meet-and-confer with you yesterday. You offered Thursday, which is just not a reasonable timeline, especially with our motion pending and with employees needing to make a decision on reinstatement by Jan. 16. If you want to get on the call now, let's do that. But otherwise, I think plaintiffs need to move for a status conference to get this all before the Court. I cannot for the life of me see why the parties' meet-and-confer needs to wait until later this week. I also cannot understand why the government is not telling plaintiffs what is going on.

**Kyle R. Freeny**
Senior Counsel | Washington Litigation Group |

---

**From:** Stout, Abigail (CIV) <​>
**Sent:** Tuesday, January 13, 2026 11:41 AM
**To:** Kyle Freeny <​>
**Cc:** Ana Munoz <​>
**Subject:** RE: [External] Confer re: status

Hi Kyle,

I think it would make more sense and be more efficient for us to confer first and see if there are some areas we can come to agreement before going to the Court. We are putting together a notice that we plan to file with the Court today to notify it of this development. I am happy to add in the following line: "Counsel for Plaintiffs and Defendants intend to meet this week to discuss the effect of this development on the litigation and next steps."

Thank you,
Abby

---

**From:** Kyle Freeny <​>
**Sent:** Tuesday, January 13, 2026 11:25 AM
**To:** Stout, Abigail (CIV) <​>
**Cc:** Ana Munoz <​>
**Subject:** RE: [External] Confer re: status

Hi Abby—
I don't think this is something that can wait until Thursday, given the significance of the apparent development and the fact that the plaintiffs' preliminary injunction—which seeks, at least in part, the same relief the government is already undertaking on its own—is still pending. I don't think the Court would be very pleased if it ruled on that motion without knowing about this change in status. But

plaintiffs are limited in what we can represent to the Court, as the plan for these reinstated employees is uniquely within DOJ's knowledge; that is precisely why I was hoping to confer.

I plan to ask the Court to schedule a status conference to discuss this development and its effect, if any, on pending motions and whether any supplemental briefing is necessary. If you have a position you would like me to convey, please let me know asap. We need to get this information in front of the Court asap.

Regards,
-Kyle

**Kyle R. Freeny**
Senior Counsel | Washington Litigation Group |

---

**From:** Stout, Abigail (CIV) <​>
**Sent:** Tuesday, January 13, 2026 7:43 AM
**To:** Kyle Freeny <​>
**Subject:** RE: [External] Confer re: status

Hi Kyle,

Apologies for my delay. I got tied up with the filing yesterday but was going to reach out as well. Do you have any availability Thursday afternoon?

Thank you,
Abby

---

**From:** Kyle Freeny <​>
**Sent:** Monday, January 12, 2026 10:39 AM
**To:** Stout, Abigail (CIV) <​>
**Subject:** [EXTERNAL] Confer re: status

Hi Abby-- The media is reporting the reinstatement of CRS folks. Can we get on a call to discuss what is actually being planned for CRS, and what, if anything, it means for the pending litigation?