IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-13115-IT |

### Declaration of Jonathan Pelletier

I, Jonathan Pelletier, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Acting Deputy Director and Chief of Staff at the Executive Office for United States Attorneys ("EOUSA") within the United States Department of Justice ("DOJ" or the Department), headquartered in Washington, D.C.  I have served in this position at EOUSA since September, 2025.

2. In my role at EOUSA, I am responsible for EOUSA personnel.  I provide this declaration in connection with a joint status report which I understand the Court ordered "regarding the status and plans for resumption of operations of CRS [(Community Relations Service)]," due by February 11, 2026.

3. In my position as Acting Deputy Director and Chief of Staff, I am familiar with the following developments at CRS, including the realignment of CRS and its functions from a stand-alone component within the Department to a unit within EOUSA, in autumn 2025.  CRS continues to exist as a unit within EOUSA.

1

4. On February 9, 2026, nine reinstated CRS employees reported for work at CRS. These reinstated CRS employees had previously received "reduction in force" (RIF) notices in connection with the realignment of CRS in autumn 2025 and the restructuring of the Department. These notices were subsequently rescinded, and these employees had the choice to report to duty at CRS on February 9.[1] In total, CRS now has 32 employees in service, including one CRS employee who moved with CRS to EOUSA as part of the realignment, and 31 reinstated employees. The 31 reinstated employees includes nine returning CRS employees (*i.e.,* who were subject to the now-rescinded RIF); six employees reassigned from the Department's Office for Access to Justice; and sixteen employees reassigned from the Department's Organized Crime Drug Enforcement Task Forces (OCDETF).

5. All 31 reinstated employees are on detail to jobs within EOUSA, outside of CRS, undergoing developmental training for integration into EOUSA (almost all of these employees have no prior experience with EOUSA). The duration of this detail is expected to be approximately 90 days, and the employees' salary will not be charged to CRS during the detail period.

6. Congress has appropriated $20 million for CRS for fiscal year 2026. *See* Public Law No. 119-74 (Jan. 23, 2026). The DOJ FY 2026 Spend Plan is due to Congress (specifically the House and Senate Committees on Appropriations) on March 9, 2026. I expect that

---

[1] By way of background, in January 2026, RIF recission notices were sent to thirteen CRS employees who were separated by RIF, resignation, or retirement—and thereafter, the RIF recission notice of one of these employees was rescinded, at that employee's request. That left twelve reinstated CRS employees, who were reinstated retroactive to November 1, 2025, with the choice to report to duty at CRS on February 9, 2026. Of these twelve, nine reinstated CRS employees reported for work at CRS on February 9, as explained above.

the Spend Plan will identify, at a high level, how DOJ plans to spend its appropriations, which include the $20 million CRS appropriation.

7. The Spend Plan is currently under development, and specific "plans for resumption of operations of CRS" (as I understand the Court's Order calls for) are not yet set. Presently, EOUSA is managing the February 9 onboarding of the reinstated employees. I expect that the Department will have additional information to report about its plans for CRS further into the 90-day detail period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2026



Digitally signed by
JONATHAN PELLETIER
Date: 2026.02.11 19:39:43
-05'00'

Jonathan Pelletier