IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-13115-IT |

**NOTICE FURTHER EXPLAINING THE CONTENTS OF THE
REFILED ADMINISTRATIVE RECORD**

At the parties' status conference of Friday, February 13, 2026, the Court requested that Defendants explain which new materials had been added to the refiled Administrative Record ("AR") that was submitted on February 11, 2026 [ECF 84], and identify which materials sought by Plaintiffs were not included in the refiled AR. Defendants herein provide that explanation.

The new documents in the refiled AR are documents 4, 5, 6, 7, 10, and 11. Documents 5, 6, and 7 in the refiled AR include the cover emails connected to original AR documents 4, 5, and 6 but which were not included in the original AR when it was filed. *See* ECF 47. Documents 4 and 11 in the refiled AR include Senate notifications that were not included in the original AR. Document 10 includes the cover email for the legal opinion that was Document 9 in the original AR.

Plaintiffs' Motion to Compel Completion of Administrative Record, Production of Privilege Log, and for Limited Discovery [ECF 65] alleged that certain documents or categories of documents were missing from the originally filed Administrative Record [ECF 47].

1

Specifically, Plaintiffs sought to compel the submission or production of: (1) "at least seven memoranda known to have been prepared in connection with the decisionmaking process at issue in this case[;]" (2) "OMB's Technical Supplement to the President's FY2026 budget and DOJ's Performance Summary[;]" (3) emails that were before the agency as part of the decisionmaking process; (4) "materials from OMB, which . . . admitted that the government was 'eliminating' CRS[;]" and (5) material that was allegedly missing from Documents 5, 6, and 9 (of the originally filed AR). [ECF 67, pp. 6-9]

Defendants' refiled AR includes documents responsive to the last category above—*i.e.,* the refiled AR includes complete versions of original AR Documents 5, 6, and 9.  As noted supra, these are Documents 6, 7, and 10 in the refiled AR.  The refiled AR does not include the remaining documents sought in Plaintiffs' Motion to Compel. Defendants continue to stand on their objections to including those documents as laid out in their January 12, 2026 opposition to Plaintiffs' motion. [ECF 71].

Dated: February 17, 2026.                                   Respectfully submitted,


                                                            BRETT A. SHUMATE
                                                            Assistant Attorney General

                                                            YAAKOV M. ROTH
                                                            Principal Deputy Assistant Attorney General

                                                            DIANE KELLEHER
                                                            Branch Director
                                                            Federal Programs Branch

                                                             /s/Jessica A. Lundberg
                                                            Jessica A. Lundberg
                                                            Steven Chasin
                                                            Trial Attorneys
                                                            United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-4688
Email: jessica.a.lundberg@usdoj.gov

*Counsel for Defendants*