IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-13115-IT |

**DEFENDANTS' NOTICE REGARDING WITNESS TESTIMONY**

In response to the Court's direction at the February 13, 2026 status conference, Defendants hereby submit this Notice concerning witness testimony in this case. Specifically, at that status conference, the Court inquired about whether Defendants intend to use witness testimony in this case, as pertinent to the Court addressing Plaintiffs' pending motion for "limited" discovery (to include taking a Rule 30(b)(6) deposition, propounding written discovery, and deposing witnesses listed in Defendants' initial disclosures). *See* ECF No. 65 at p. 22.[1]

In response to the Court's inquiry, Defendants respond that they intend to defend this case on the basis of the administrative record, not witnesses. Defendants emphasize that this is not a proper Administrative Procedure Act case in the first place, due to the absence of discrete, final agency action. And as Defendants explained in the last Joint Status Report, specific "plans for

---

[1] The Federal Rules of Civil Procedure do not require initial disclosures in cases involving claims reviewed on an administrative record (*see* Rule 26(a)(B)(i); ECF 31 at 3); here, nonetheless, the Court required Defendants to provide initial disclosures to Plaintiffs, though an administrative record had by that time been certified. In compliance with the Court's directive, Defendants submitted initial disclosures to Plaintiffs, who subsequently attached them to a filing with the Court. *See* ECF 38; *see* ECF 66-2 (Defendants' Initial Disclosures).

- 1 -

resumption of operations of CRS" (as called for by the Court's order (ECF No. 79)) are not yet set. *See* ECF 85, p. 3.  Defendants therefore respectfully reserve the right to supplement or amend the administrative record, at a later time, as may be appropriate.

| | |
|---|---|
| Dated: February 23, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | CHRISTOPHER HALL<br>Assistant Branch Director<br>Federal Programs Branch |
| | *s/ Steven M. Chasin*<br>Steven M. Chasin (D.C. Bar# 495853)<br>Jessica A. Lundberg<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 305-0747<br>Email: steven.m.chasin2@usdoj.gov |
| | *Counsel for Defendants* |

- 3 -

## **CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above document was served upon all attorneys of record by electronic filing on February 23, 2026.

/s/ Steven M. Chasin