IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ETHICAL SOCIETY OF POLICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | No. 1:25-cv-13115-IT |

## SECOND REFILED CERTIFICATION OF THE ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, the undersigned, John E. Thompson, Acting General Counsel for the Justice Management Division, certifies that, to the best of his knowledge, the materials described in the following list comprise the non-privileged administrative record in this matter, and that the administrative record, and the documents therein, are complete.

| No. | Date | Document Title / Description | Range |
|---|---|---|---|
| 1. | 3/25/25 | Memorandum from the Deputy Attorney General Re: Soliciting Feedback for Agency Reorganization Plan and RIF | 0001-0003 |
| 2. | 5/20/25 | FY 2025 Spend Plan, which was Submitted to Congress | 0004-0268 |
| 3. | 7/3/25 | Memorandum from Julius Nam and Denise Nazaire Re: Implementation Considerations for the Department's Proposed Agency RIF and Reorganization Plan for the Community Relations Service | 0269-0275 |

1

| | | | |
|---|---|---|---|
| 4. | 7/10/25 | Email Attaching Notice Sent to Appropriations Committee – Senate | 0276-0279 |
| 5. | 7/10/25 | Email Attaching Notice Sent to Appropriations Committee – House of Representatives | 0282-0294 |
| 6. | 7/14/25 | Email Attaching Responses to Questions from Congressional Staff | 0295-0297 |
| 7. | 7/22/25 | Email Attaching Responses to Additional Questions from Congressional Staff, and Prior Email Chain | 0298-0303 |
| 8. | 9/16/25 | Final ARRP Memorandum Signed by the Attorney General | 0304-0319 |
| 9. | 9/19/25 | RIF Notification to Appropriations Committees | 0320-0326 |
| 10. | 9/29/25 | Email Attaching Legal Opinion Provided to Appropriations Committees | 0327-0334 |
| 11. | 10/30/25 | Email Attaching Notice Sent to Appropriations Committee – Senate | 0335-0341 |
| 12. | 3/7/25 | Email from Julius Nam re CRS's Agency RIF & Reorganization Plan (ARRP), Phase 1, with attachments:<br>• Memorandum from Julius Nam to Justice Management Division Re: Community Relations Service Agency RIF and Reorganization Plan, Phase 1, dated March 7, 2025; and<br>• OPM-OMB Memorandum Re Guidance on Agency RIF and Reorganization Plans Requested by *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* | 0342-0357 |
| 13. | 3/24/25 | Memorandum from Julius Nam to Justice Management Division Re:<br>Community Relations Service Agency RIF and Reorganization Plan, Phase 2 | 0358-0366 |

| | | | |
|---|---|---|---|
| 14. | 3/24/25 | AARP Memoranda:<br>Memorandum from Julius Nam to Justice Management Division Re: Community Relations Service Agency RIF and Reorganization Plan, Phase 2, and Memorandum from Julius Nam to Justice Management Division Re: Community Relations Service Agency RIF and Reorganization Plan, Phase 1, dated March 7, 2025, with appendices | 0367-0388 |
| 15. | 3/31/25 | Email from Julius Nam to Denise Nazaire re Rough draft of feedback to DAG memo, with attachment:<br>• Memorandum from Julius Nam to Jolene Ann Lauria, Assistant Attorney General for Administration, Re: Community Relations Service's Feedback to the Deputy Attorney General's Memorandum "Soliciting Feedback for Agency Reorganization Plan and RIF," dated April 2, 2025 | 0389-0398 |
| 16. | 4/2/25 | Memorandum from Julius Nam to Jolene Ann Lauria, Assistant Attorney General for Administration, Re: Community Relations Service's Feedback to the Deputy Attorney General's Memorandum "Soliciting Feedback for Agency Reorganization Plan and RIF," dated April 2, 2025 | 0399-0421 |
| 17. | 2/6/2025 | Outline, Community Relations Service Overview | 0422-0423 |
| 18. | 2/13/25 | Memorandum from Julius Nam to Office of the Associate Attorney General Re:<br>CRS 2025: A Proposal for Renewed Peacemaking | 0424-0435 |
| 19. | 2/22/25 | Email re RE: CRS Memo, from Jason Manion to Julius Nam with attachment:<br>• Draft memorandum from the Acting Associate Attorney General Re: Reaffirming the Mission of the Community Relations Service and Refocusing and Rebalancing its Work | 0436-0441 |

| 20. | 4/25/25 | Email from Jolene Lauria to Julius Nam re CRS (1-pager), with attachment:<br>• Community Relations Service: Planned Elimination and Fulfillment of its Statutory Functions | 0442-0443 |
|---|---|---|---|
| 21. | 7/1/25 | Email from Julius Nam re RE: CRS Statutory Functions, with attachment:<br>• Community Relations Service: Jurisdictional Statutes | 0444-0447 |
| 22. | 4/1/25 | Email from Julius Nam re Re: ARRP Action Concerning CRS and USA | 0448-0449 |
| 23. | 4/2/25 | Email from Scott Leverty to Jolene A. Lauria, re Intel on call with Katie Sullivan | 0450 |
| 24. | 4/2/25 | Email from Julius Nam re RE: ARRP Action Concerning CRS and USA, with attachments:<br>• Memorandum from Julius Nam to Jolene Ann Lauria, Assistant Attorney General for Administration, Re: Community Relations Service's Feedback to the Deputy Attorney General's Memorandum "Soliciting Feedback for Agency Reorganization Plan and RIF";<br>• CRS FY 2024-2025 Budget; and<br>• CRS Staff and Locations | 0451-0479 |
| 25. | 4/2/25 | Email from Julius Nam to Jonathan Pelletier re CRS Documents, with attachments:<br>• CRS's Expenditure & Allotment, dated 4/1/25<br>• CRS FY 2026 Performance Budget Narrative, dated 3/28/25<br>• CRS FY 2025 Contract Summary<br>• CRS FY 2025 Current lease report and security<br>• Summary of CRS Staff and Physical Locations<br>• CRS Jurisdictional Statutes<br>• April 2, 2025 Memorandum from Julius Nam to Jolene Ann Lauria, Assistant Attorney General for Administration, Re: Community Relations | 0480-0537 |

4

|  |  | Service's Feedback to the Deputy Attorney General's Memorandum "Soliciting Feedback for Agency Reorganization Plan and RIF"; |  |
|---|---|---|---|
| 26. | 4/10/25 | Department of Justice FY 2026 President's Budget Passback from OMB | 0538-0546 |
| 27. | 4/10/25 | Email from Vance Day to Julius Nam and Jason Marion, re RE: This Evening's DAG Memo | 0547-0553 |
| 28. | 4/15/25 | Email from Jolene Lauria to Julius Nam, re RE: Memorandum from the Deputy Attorney General - Soliciting Feedback from Component Heads by April 2, 2025 | 0554-0558 |
| 29. | 4/20/25 | Email from Vance Day to Julius Nam and Jason Manion, re RE: Reopening of the Deferred Resignation Program (DRP II) | 0559-0565 |
| 30. | 5/2/25 | Email from Jason Manion to Julius Nam re RE: CRS (1-pager) | 0566-0569 |
| 31. | 6/4/25 | Email from Amit Aequalis to Julius Nam, re RE: CRS ARRP Implementation | 0570-0574 |
| 32. | 7/2/25 | Email from Vance Day to Julius Nam and Jason Manion re RE: CRS Update | 0575-0591 |
| 33. | 7/3/25 | Email from Noah Fortinsky to Julius Nam and Amit Aequalis, re RE: Potential transfer of function to EOUSA | 0592-0599 |
| 34. | 7/4/25 | Email re RE: Review requested by COB Tues: RIF Notification to CJS, from Brian Paxton to Amit Aequalis | 0600-0602 |
|  |  |  |  |

5

Executed this 9th day of March 2026, Washington, D.C.

                                                                          JOHN THOMPSON
*Digitally signed by JOHN THOMPSON*
*Date: 2026.03.09 23:36:35 -04'00'*

                                                                          John E. Thompson
                                                                          Acting General Counsel
                                                                          Justice Management Division
                                                                          United States Department of Justice