# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ETHICAL SOCIETY OF POLICE; NAACP
ST. LOUIS COUNTY; MISSIONARY
BAPTIST STATE CONVENTION OF
MISSOURI; OUT ACCOUNTABILITY
PROJECT; BERKSHIRE RESOURCES FOR
INTEGRATION OF DIVERSE GROUPS
AND EDUCATION; NAACP STATE
CONFERENCE COLORADO-MONTANA-
WYOMING; PEACEMAKERS LODGE;
PIKES PEAK SOUTHERN CHRISTIAN
LEADERSHIP CONFERENCE 1;
WELLSPRING HEALTH ACCESS; and
HAITIAN COMMUNITY HELP & SUPPORT
CENTER,

*Plaintiffs,*

**v.**

PAMELA J. BONDI, in her official capacity
as Attorney General of the United States; and
U.S. DEPARTMENT OF JUSTICE,

*Defendants.*

**Case No. 25-CV-13115 (IT)**

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs respectfully move for an 11-day extension of time, from May 21 to June 1, 2026, to file their combined reply memorandum in support of their motion for summary judgment and opposition to Defendants' motion for judgment on the pleadings and/or for summary judgment, with a corresponding adjustment to Defendants' reply deadline. Plaintiffs have conferred with Defendants, who consent to the relief sought herein. This request is supported by good cause, as follows:

1. Pursuant to the briefing schedule set by the Court on February 25, 2026, Plaintiffs filed their motion for summary judgment and memorandum in support on March 30, 2026.

2.      With Plaintiffs' consent, Defendants thereafter sought two extensions of time to file their opposition and cross-motion—first, from the original deadline of April 20 to April 30, and thereafter, from April 30 to May 7.  On May 7, the Court *sua sponte* extended that deadline by one day, to May 8, 2026, to allow Defendants additional time to reduce the length of their brief.  The Court did not explicitly extend Plaintiffs' time to respond by a corresponding amount.

3.      Defendants filed their cross-motion and combined memorandum in support and opposition brief on May 8, 2026.  That brief not only responds to Plaintiffs' arguments but also raises additional threshold arguments to which Plaintiffs will need to newly respond.  Although Plaintiffs have been diligently preparing a response, additional time is needed to respond to these issues.  In addition, Defendants' briefing includes new declaration testimony from a CRS official.  Plaintiffs will require additional time to investigate and decide how to respond to this testimony.

4.      In addition, undersigned counsel has had several unexpected and time-sensitive issues arise in other non-public representations that have required her attention this week.

5.      Accordingly, additional time is needed to prepare Plaintiffs' combined opposition and reply.  Plaintiff seeks an 11-day extension (rather than an 8-day extension) to account for the Memorial Day holiday, which falls on Monday, May 25.

For all these reasons, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to file their opposition/reply brief to Monday, June 1, 2026, with a corresponding 11-day adjustment to Defendants' deadline to file a reply, from May 29 to June 9, 2026.

Dated: May 15, 2026                              Respectfully Submitted,

*/s/ Kyle R. Freeny*
Kyle R. Freeny
(DC Bar No. 1684764 – *pro hac vice*)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Washington, DC 20006
Telephone: (202) 521-8750
KFreeny@WashingtonLitigationGroup.org

Ana Muñoz
(Mass. Bar No. 569233)
ZALKIND DUNCAN & BERNSTEIN LLP
2 Oliver Street, Suite 200
Boston, MA 02110
Telephone: (617) 742-6020
AMunoz@ZalkindLaw.com

*Counsel for Plaintiffs*

May 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all attorneys of record by electronic filing on the above date.

*/s/ Kyle R. Freeny*
Kyle R. Freeny

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Kyle R. Freeny, certify that, on May 14, 2026, I conferred with Steven Chasin, counsel of record for Defendants, about this motion. He indicated that Defendants consent to the relief sought herein.

*/s/ Kyle R. Freeny*
Kyle R. Freeny
