BRIEFINGS & STATEMENTS

# President Trump Takes Historic Action to Eliminate Wasteful and Harmful Spending

The White House

September 25, 2026

President Trump is committed to utilizing all possible tools to cut wasteful and harmful government spending that does not benefit American citizens. Last year, President Trump took the historic step of utilizing long-neglected Presidential authorities provided to him under the Impoundment Control Act to deploy the first “pocket rescission” in 50 years. This year, he is continuing his commitment to the American taxpayer by utilizing a pocket rescission for another nearly $1 billion of the most harmful government spending.

**What were your tax dollars being wasted on?**

**Taxpayer-Funded HHS Services for Non-Citizens ($567 million):** These funds previously went to pro-illegal immigration programs and Non-Governmental Organizations that provided services to refugees, asylees, and other non-citizens and put unaccompanied children in harm’s way. Thanks to President Trump’s successful border policies, the illegal alien invasion is over and there are fewer people crossing our border than ever before. President Trump’s border policies are not only making Americans safer – they are saving Americans money. Accordingly, the excess funds in this account are being rescinded. This account has given millions to grants and programs like the below:
CEO Krish Vignarajah was one of the most prominent advocates for illegal aliens crossing the southern border, appearing frequently on MSNBC.

- $2.1 million to Lutheran Immigration and Refugee Service Inc (DBA Global Refuge), an open-borders NGO run by Michelle Obama’s former policy director. The organization’s budget more than quadrupled under the Biden Administration, nearly all from government grants.
- $40 million to Southwest Key Programs, which faced a civil lawsuit from DOJ, alleging that it had, through its employees, subjected unaccompanied alien children in its care to sexual harassment and abuse.
- $3.9 million to Endeavors Inc., an open-borders NGO run by Barack Obama’s DHS CFO Chip Fulghum. Endeavors uses taxpayer funds to offer migrant children “pet therapy,”

"horticulture therapy," and music therapy.

**Biden-era DHS Programs to Provide Welfare to Illegal Aliens ($15 million):** This grant program, a vestige of the Biden-era border invasion, provides funding to NGOs for legal services, mental health services, and cultural orientation to illegal aliens, asylees, and other non-citizens. This program allowed illegal aliens to no longer be monitored by ICE while receiving taxpayer-funded services inside the country.

- This program used taxpayer dollars to provide counseling, housing, childcare, schooling, etc. for illegal aliens, touting, "connection to a range of services...include access to counsel, affordable housing, childcare, transportation, healthcare, schooling, language classes, and orientation."

**Biden-era Programs that Aid and Abet the Entry of Aliens ($10 million):** These DHS programs laundered taxpayer dollars to radical open borders NGOs who provided legal services to illegal aliens, with the goal of helping them overcome criminal status and game the immigration system. Grants such as the below were typical of the office:

- $876K to National Partnership for New Americans, an open-borders NGO with a mission "to advance an immigrant equity and inclusion agenda."
- $450K to Instituto del Progreso Latino which provides legal aid for illegal aliens and offers a "restorative learning community," which will "empower the next generation of revolutionary scholars."
- $300K to the Immigration Institute of the Bay Area, the "largest nonprofit provider of immigration legal services in Northern California."
- $300K to the Massachusetts Immigrant and Refugee Advocacy Coalition which provides a "youth toolkit" with instructions to call the ICE Watch Hotline if you see ICE in your neighborhood.

**Education Programs for Non-Citizens ($25 million):** The Department of Education's Special Programs for Migrant Students subsidizes aliens to come to the U.S. and utilize our education system at the expense of American workers and their children. It has previously funded activities such as an LGBT youth summit for "migrant students" and "Therapy for Latinx" workshops.

- Grant recipients included "Immigrants Rising," a non-profit whose support groups included "We Glimmer" for LGBTQ+ aliens, "Therapy for Latinx," and mental health for "Coping with DACA-Related Stress," which encouraged aliens to avoid encounters with law enforcement.

**DOJ Community Relations Service ($15 million):** The Community Relations Services (CRS) is a nefarious sub-agency of DOJ that was shut down early in the Trump Administration. CRS was an agency of about 60 people assigned with "preventing and resolving racial and ethnic tensions, incidents, and civil disorders, and in restoring racial stability and harmony." In practice, it worked to stoke racial tensions and promote radical critical race theory and gender ideology. In their public-facing materials, they espoused "law enforcement training and the transgender community" and

other ideologies, but were exempt from having to face Congressional oversight of their investigations, allowing them to operate with impunity in the shadows.

- CRS published a video entitled “Respecting Identity | Law Enforcement Training and the Transgender Community.”
- The former head of CRS said in an interview that among their greatest successes was to “stop misinformation from spreading” during the George Floyd protests.
- Another former head (and former senior counsel) of CRS wrote that they “worked with local law enforcement and government officials...to help prevent and respond more effectively to hate[.]” She also called President Trump a white supremacist and a racist.
    - When discussing perceived successes of the CRS, she wrote that Arizona’s SB 1070, a bill against illegal immigration, was “anti-immigrant legislation that brought out neo-Nazis in support and immigrant families in opposition.”
    - She said that the administration’s efforts to disband CRS are anti-democratic and quoted hate-monger and CRT advocate Ibram X. Kendi multiple times in defense of the CRS, using his absurd “anti-racist” frameworks.

**Debt Relief to Foreign Countries that Fund Climate Change Policies ($9 million):** The Department of Treasury’s Tropical Forest and Coral Reef Conservation Act (TFCCA) Program propagates America Last climate alarmism by funding debt forgiveness to foreign countries in exchange for making climate change-related domestic investments. This program would deny U.S. taxpayers from being fully reimbursed for debt financing, and this wasteful spending provides zero direct benefit to Americans.

**Minority Business Development Agency ($10 million):** This proposal would rescind $10 million appropriated in FY 2026 for Minority Business Development Agency (MBDA) programs that direct grants to businesses based on the race of the business owners. The core mission and function of the MBDA is discrimination based on race. In fact, in 2024, a U.S. District Court found MBDA’s presumption of “social disadvantage based on race or ethnicity” in its funding decisions to be unconstitutional. This agency has taken many disturbing actions, as described below:

- It explicitly limited award eligibility on the basis of race and ethnicity, only supporting businesses owned by designated “minority” groups.
- It ran the Minority Business Enterprises Equity Multiplier Project, a DEI initiative that incentivizes financial institutions to discriminate based on race and gender.
- According to a scathing 2025 audit, $15.4 billion of the $16 billion in transactions reviewed (96%) when validating performance metrics were “duplicate transactions, transactions with missing or inadequate documentation, and transactions that MBDA should not have approved based on the underlying activity.”

  - The audit also found MBDA did not perform required site inspections, did not address audit findings, did not ensure performance metrics were accurate and reliable, and did not sufficiently monitor Business Center activities for compliance with award requirements.

**Ed Funding for Woke International Education ($70 million):** These programs provide grants and fellowships to support institutions bringing foreign students and faculty to the United States to study or teach language, conduct research, and provide professional and curriculum development. These programs have deviated from their core mission and instead support wasteful and divisive projects, including doctoral dissertations on queer and trans community building in foreign countries.

**Overfunded and Unaligned HHS Research Programs ($28 million):** After extensive review, the Trump Administration has identified $28 million in wasteful, duplicative, and sometimes outright harmful and blatantly ideological grant funding. Much of the duplicative research is already conducted and funded elsewhere in HHS. Examples include:

- PSAs such as "Reducing Healthcare Carbon Emissions: A Primer on Measures and Actions to Mitigate Climate Change".
- $428K to improve access to transgender care for "BIPOC and rural diverse youth."
- $467K to study how Medicaid gender affirming care coverage policies impacted the use of hormones and sex change surgery among beneficiaries.
- $130K to study the impacts of the Affordable Care Act and insurance coverage policies on the use of gender affirming care.
- $98K to study barriers to primary care utilization among sexual minority people of color.
- $500K for the University of California to study patient safety and healthcare quality for transgender patients, and to partner with the World Professional Association for Transgender Health (WPATH) to translate the research into a TRANS-SAFE certification program for health care organizations.
- $50K to develop a research agenda for addressing racism in emergency medicine.

**HUD Counseling Support for NGOs that Peddle DEI and Discriminate Based on Race ($56 million):** This HUD programs funds NGOs that ostensibly provide housing counseling, but the program has not shown reduced delinquencies for counseled homebuyers and instead focuses on grantees with DEI-centric discriminatory agendas. Examples of the radical groups that received tax dollars include:

- Millions to UnidosUS (formerly National Council of La Raza), a far-left NGO that supports sanctuary city policies, amnesty for illegals, and is "committed to showing all Americans what structural racism is."

- $1.6 million to National Urban League, another far left NGO that calls for the defunding of DHS and ICE under the Trump Administration, condemns President Trump for bringing Venezuelan dictator Nicolas Maduro to justice, and advocates for healthcare for illegal immigrants.
- $1.5 million to Housing Action Illinois, a radical left NGO that believes "housing is a human right," and is committed to "advancing equitable community development and affirmatively furthering racial justice."

**An HHS Office that Provides Funding Based on Race and Sex ($5 million):** The HHS Office of Minority Health (OMH) promotes DEI, discrimination, and radical woke ideologies by funneling taxpayer dollars to specific race and sex-based groups at the expense of all other Americans. Examples include:

- Provided a grant to the Institute of Women & Ethnic Studies, titled "Multisystem Compassionate Care and Healing for Black Youth", which aimed to "address the impact of racism and racial trauma."
- Provided a grant intended to "advance health equity and elevate the health status of diverse populations, including Latinx, Black, Sexual Gender Diverse (SGD), refugee, and rural communities."
- $1.2 million to study "Intersectional Mental Health Disparities Among Youth" who are "disproportionately Black, Latino, and have limited-English proficiency."
- $2.1 million for a "Health Equity Leadership Development Initiative "at George Washington University, a one-year fellowship intended to "advance health equity as well as diversity, equity, and inclusion in needed spaces, such as the federal government."
- $1.5 million to "build and educate a diverse coalition to address the impacts of redlining and structural racism [sic]."

THE WHITE HOUSE 250

Historic Pocket Rescission Package Eliminates Woke, Weaponized, and Wasteful Spending

Briefings & Statements | August 29, 2025
Fact Sheet: President Donald J. Trump Ends Taxpayer Subsidization of Open Borders

Fact Sheets | February 19, 2025

The White House Office of Management and Budget Releases the President's Fiscal Year 2026 Skinny Budget

Briefings & Statements | May 2, 2025

Fact Sheet: President Donald J. Trump Stops Wasteful Grantmaking

Fact Sheets | August 7, 2025

President Trump's America First Agenda Scores Major Supreme Court Win on TPS Termination

Releases | June 26, 2026

1 2 3 … 33 NEXT PAGE




ABOUT

- Administration
- Contact
- Internships
- Stay Informed
- Privacy Policy

MEDIA

- News
- Gallery
- Video Library
- Media Offenders
- White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email SIGN UP

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store Get It On Google Play

AVAILABLE ON

GET UPDATES STRAIGHT TO YOUR DESKTOP

Download Browser Extension Enable Desktop Notifications